AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| REFUGIO RAMIREZ OVANDO, CAROLINE DIAS GONCALVES, J.S.T., and G.R.R., and all those similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>KRISTI NOEM, TODD LYONS, and ROBERT GUADIAN, in their official capacities,<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-03183 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ROBERT GUADIAN, Director of the Denver Field Office for U.S. Immigration and Customs Enforcement, in his official capacity,

Denver Field Office for the U.S. Immigration and Customs Enforcement
12445 E. Caley Ave.,
Centennial, CO 80111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kenzo Kawanabe, Sean Grimsley, and Bianca Miyata
Olson Grimsley Kawanabe Hinchcliff & Murray LLC
700 17th Street, Suite 1600
Denver, CO 80202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*