# EXHIBIT 5

# KATHERINE WRIGHT DECLARATION

I, Katherine Wright, declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the following is true and correct to the best of my knowledge and belief:

1.   I am paralegal at Olson Grimsley Kawanabe Hinchliff & Murray LLC, a law firm located in Denver, Colorado, who is counsel of record in this action for all Plaintiffs. I make this declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the following facts, and, if called as a witness, I could testify competently thereto.

2.   Attached to this declaration as **Exhibit 1** is a true and correct copy of an article by David J. Bier, dated June 20, 2025, titled *65 Percent of People Taken by ICE Had No Convictions, 93 Percent No Violent Convictions*, Cato Institute, which is available at https://perma.cc/SP8K-J8CR. The article states "The White House has ordered ICE to meet an unreasonable quota of 3,000 arrests per day, a target they were nowhere near achieving as of June 14."

3.   Attached to this declaration as **Exhibit 2** is a true and correct copy of an article by Elizabeth Findell, et al., dated June 9, 2025, titled *The White House Marching Orders that Sparked the L.A. Migrant Crackdown*, The Wall Street Journal, which is available at https://perma.cc/K6VR-X523. The article states that "Officials from the White House and the Department of Homeland Security have made clear that there will be consequences for not hitting arrest targets."

4.   Attached to this declaration as **Exhibit 3** is a true and correct copy of an article by Janet Oravetz, et al., dated February 5, 2025, titled *ICE raids target at least 7 locations in Denver, Aurora, Thornton*, 9 News, which is available at https://perma.cc/M2GG-AVL5. The article states that "9NEWS crews saw about 30 ICE and Homeland Security agents at [an apartment building] with their guns drawn." Video footage showing masked agents in body armor is embedded in the article.

5.   Attached to this declaration as **Exhibit 4** is a true and correct copy of an article by Sam Tabachnik, et al., dated February 5, 2025, titled *ICE raids hit apartment buildings in Aurora and Denver*, The Denver Post, which is available at https://perma.cc/A3XH-5N3V. The article describes immigration raids across Denver and Aurora with "masked agents deploying flashing smoke grenades" and "armed federal agents" going "door-to-door at targeted apartment complexes" to search for members of "the Venezuelan gang Tren de Aragua."

6.   Attached to this declaration as **Exhibit 5** is a true and correct copy of an article by Chase Woodruff, dated February 5, 2025, titled *ICE agents conduct operations in multiple Denver, Aurora locations*, Colorado Newsline, which is available at https://perma.cc/EW3C-KHJT. The article describes ICE and federal law enforcement agencies conducting operations at "at least four locations in Denver and Aurora," quoting a post from ICE's Denver field office confirming the operation was targeting "100+ members of the violent Venezuelan gang Tren de Aragua."

7.   Attached to this declaration as **Exhibit 6** is a true and correct copy of a press release by U.S. Immigration and Customs Enforcement, dated February 10, 2025, titled *ICE operations between Feb. 1 and Feb. 6*, which is available at https://perma.cc/54YY-SPWQ. The press release states that "U.S. Immigrations and Customs Enforcement conducted a series of enhanced immigration operations across the nation between Feb. 1 and Feb. 7" in various cities including Denver, Colorado.

8. Attached to this declaration as **Exhibit 7** is a true and correct copy of an article by Albert Sun, et al., dated March 4, 2025, titled *What the Data Shows About Trump's Immigration Enforcement So Far*, The New York Times, which is available at https://perma.cc/5SCU-P38Z. The article states "President Trump's drastic reshaping of immigration enforcement toward a goal of deporting millions has led to nearly 23,000 arrests and 18,000 deportations in the past month, federal data shows."

9. Attached to this declaration as **Exhibit 8** is a true and correct copy of a press release by U.S. Immigration and Customs Enforcement, dated April 29, 2025, titled *100 days of record-breaking immigration enforcement in the US interior*, which is available at https://perma.cc/AQG6-WMEJ. The press release states, "During the first 100 days of President Donald J. Trump's second term, U.S. Immigration and Customs Enforcement has arrested 66,463 illegal aliens and removed 65,682 aliens, including criminals who threaten public safety and national security."

10. Attached to this declaration as **Exhibit 9** is a true and correct copy of an article by Sandra Fish, et al., dated July 18, 2025, titled *Most people arrested by ICE in Colorado and Wyoming this year did not have a criminal history*, The Colorado Sun, which is available at https://perma.cc/Z2Z7-423D. The article includes a bar graph detailing the number of immigration arrests in Colorado in 2024 (483 arrests) and 2025 (1,955 arrests) using data from the Deportation Data Project.

11. Attached to this declaration as **Exhibit 10** is a true and correct copy of an article by Megan Ulu-Lani Boyanton, dated June 19, 2025, titled *How President Trump's shifting deportation has played out in Colorado*, The Denver Post, which is available at https://perma.cc/FZN9-LT33. The article states that "In March [2025], [ICE] said it was working toward posting monthly enforcement stats, but those have yet to come to fruition. Local ICE spokesperson Steve Kotecki did not respond when asked how many people had been detained, deported, or released by the Denver field office since Jan. 20 [2025]." The article detailed arrests in Colorado during February raids in apartment complexes and homes (30 arrests), arrests at a raid of an underground nightclub in Colorado Springs in late April (104 arrests), and arrests at a raid of a club in Adams County in February (41 arrests).

12. Attached to this declaration as **Exhibit 11** is a true and correct copy of an article by Max Levy, dated May 9, 2025, titled *18 of the 104 detained in Colorado Springs nightclub raid already had deportation orders, ICE says*, The Denver Post, which is available at https://perma.cc/2DAW-9D29. The article reports that an ICE spokesperson emailed that "the agency detained 104 people who were illegally present in the country" during an April 27 raid at a Colorado Springs nightclub.

13. Attached to this declaration as **Exhibit 12** is a true and correct copy of an article by Camilo Montoya-Galvez, dated July 21, 2025, titled *ICE head says agents will arrest anyone found in the U.S. illegally, crack down on employers of unauthorized workers*, CBS News, which is available at https://perma.cc/2F9F-PYZJ. In the article, Todd Lyons, the acting director of ICE, is quoted stating that while his agency would prioritize its "limited resources" on deporting and arresting the "worst of the worst," "we do have to go out into the community and make those arrests, and that's where you are seeing (that) increase" in collateral arrests of individuals who are not the original targets of investigations.

14. Attached to this declaration as **Exhibit 13** is a true and correct copy of an article by Shelly Bradbury, dated July 22, 2025, titled *Colorado sheriff's deputy who alerted ICE to Utah student violated state law, AG says*, The Denver Post, which is available at https://perma.cc/6NVF-245V. The article states that a Mesa County Sheriff's Investigator pulled over Caroline Dias Goncalves for allegedly following a semitrailer to closely and then shared a picture of her driver's license, his location, Caroline Dias Goncalves's direction of travel, a description of her vehicle, and her license plate number with federal agents in a Signal group chat. Colorado Attorney General Phil Weiser alleges in a civil complaint that the officer's actions were prohibited by state law.

15. Attached to this declaration as **Exhibit 14** is a true and correct copy of an article by the American Civil Liberties Union of Colorado, dated September 17, 2019, titled *Cashing in On Cruelty, Stories of Death, Abuse and Neglect at the GEO Immigration Facility in Aurora*, which is available at https://perma.cc/TK54-CLBN. The article states, "Having come to the U.S. in search of a better life, [Aurora Contract Detention Facility detainees] are confined without access to sufficient medical care, adequate nutrition, legal resources or in many cases basic human decency."

16. Attached to this declaration as **Exhibit 15** is a true and correct copy of an article by Natalie Skowlund, dated April 8, 2025, titled *Deportation fears add to mental health problems confronting Colorado resort town workers*, Colorado Newsline, which is available at https://perma.cc/BFY3-L7PW. The article states that Yirka Díaz Platt, a bilingual social worker in Silverthorne originally from Peru, explains that "a pervasive fear of deportation has caused many Latino workers and residents to retreat into the shadows. People have begun to cancel in-person meetings and avoid applying for government services that require submitting personal data, according to local health workers and advocates. In early February, some locals didn't show up to work as part of a nationwide 'day without immigrants' strike. Employers wonder whether they will lose valuable employees to deportation."

17. Attached to this declaration as **Exhibit 16** is a true and correct copy of an article by Catherine E. Scholchet, et al., dated August 26, 2025, titled *'It's like one day everyone left': How immigration crackdowns are reshaping America*, CNN, which is available at https://perma.cc/LP5F-HYKR. The article recounts business owners Lupita Batres and Maria López explaining how business has been impacted by immigration crackdowns. Ms. Batres explains that some days she does not see any customers at all at her stall at Plaza Fiesta where she sells gifts and customers are even avoiding grocery stores. Ms. Lopez is quoted saying "People are scared of being arrested just for being outside." "There is always this tension, this feeling that something could happen. And it is exhausting."

18. Attached to this declaration as **Exhibit 17** is a true and correct copy of a an article by Steve Eder, et al., dated January 17, 2015, titled "'*La Migra!' A Glimpse of Trump's Promised Deportation Storm"*, which is available at https://perma.cc/AR97-ETMY. The article quotes social media posts from Gregory K. Bovino, a Border Patrol chief in Southern California, as stating that immigration sweeps in the three-day Operation Return to Sender were an "overwhelming success" resulting in the arrests of 78 people who were in the United States illegally, some of whom had "serious criminal histories."

19. Attached to this declaration as **Exhibit 18** is a true and correct copy of an article by Allison Sherry, dated August 5, 2025, titled *Colorado, Denver named as 'sanctuary' spots for unauthorized new arrivals, fight continues in court*, Colorado Public Radio, which is available at https://perma.cc/ULQ6-FFT7. The article states that "In a new list issued by the Justice

Department, Colorado and Denver are listed with the designation of 'sanctuary jurisdiction,' among 35 counties, cities, and states and the District of Columbia nationwide."

20. Attached to this declaration as **Exhibit 19** is a true and correct copy of a transcript from The Source with Kaitlan Collins, broadcasted January 27, 2025, titled *Trump DOJ Fires Officials Who Prosecuted Him; Homan on Mass Deportation Effort: "There's No Safe Haven"; Trump Calls DeepSeek A.I. "Positive Development" But Also a "Wake-Up Call" for U.S. Tech Industry*, CNN, which is available at https://perma.cc/4KDM-64SC. In the transcript, White House "border czar" Tom Homan is quoted saying "Well, in sanctuary cities, you're going to see a higher number of collateral arrests. I mean, we're going to have more criminals, but there's going to be a big number, what we call, collateral. Because when we're forced into the neighborhood, to find the bad guy, he's probably going to be with others. And we're not going to instruct the ICE agents to ignore their oaths, ignore the law. If they're here illegally, they're going to go – they're going to go to jail too." When asked if a "collateral arrest" meant "someone who doesn't have a criminal record, but is here, is an undocumented immigrant," Homan responds "Yes, if they're in the country illegally, they're going to get arrested too."

21. Attached to this declaration as **Exhibit 20** is a true and correct copy of an article by Adam Shaw, dated January 21, 2025, titled *Trump border czar Tom Homan reveals ICE teams are already arresting 'public safety threats'*, Fox News, which is available at https://perma.cc/3Q5X-8WMV. White House "border czar" Tom Homan is quoted saying "And unlike the last administration, we're not going to tell ICE officers not to arrest an illegal alien. So if they find [others], others will be arrested. So sanctuary cities will get exactly what they don't want, more agents in their neighborhoods and more collateral arrests."

22. Attached to this declaration as **Exhibit 21** is a true and correct copy of a February 5, 2025 9:40 a.m. social media post by the official U.S. Immigration and Customs Enforcement X account (@ERODenver), which is available at https://perma.cc/9UXU-7W7J. ICE Denver posts "Time and again, criminal aliens prey on their own communities with sanctuary policies, knowing they're free to commit crimes without repercussion. ICE & its partners @FBI @DEAHW @CBP @ATFHQ & @USMarshalsHQ are in Aurora, Colo. today to remove this very real public safety threat." The post includes a video of ICE Acting Director Caleb Vitello in Colorado stating that ICE enforcement operations are "just going to continue."

23. Attached to this declaration as **Exhibit 22** is a true and correct copy of an article by Seth Klamann, dated July 9, 2025, titled *Immigration arrests in Colorado have surged under the Trump administration. Now we know how much*, The Denver Post, which is available at https://perma.cc/7BCV-GCRS. The article states "Between when President Donald Trump returned to office in January [2025] and June 10, 1,355 people in Colorado have faced administrative arrest by federal immigration authorities, according to data from U.S. Immigration and Customs Enforcement that was obtained by a team at the University of California, Berkeley. That's a nearly 300% increase from the same period in 2024, when 342 people were arrested in the state, according to The Denver Post's analysis of the data. The arrests in Colorado this year amount to more than 9 per day, on average, since Jan. 20." The article also states that "in late May, Trump's deputy chief of staff, Stephen Miller demanded an increase in arrests. In the two and a half weeks that followed, arrests in Colorado and elsewhere in the country rose, jumping to roughly 12 a day in the state, according to the Berkeley data."

24. Attached to this declaration as **Exhibit 23** is a true and correct copy of an article by Russell Contreras, et al., dated July 7, 2025, titled *ICE operations in Colorado raise legal questions,* AXIOS Denver, which is available at https://perma.cc/P9WH-BJY9. The article states that "ICE's powers continue to expand in Colorado" and "ICE's footprint in Colorado could soon grow." The article notes that "An estimated $170 billion of the 'big beautiful bill' President Trump signed Friday has been designated for immigration enforcement, including more than $45 billion for ICE detention space" and "[p]rivate prison giant CoreCivic is eyeing dormant facilities in Burlington and Walsenburg to expand detention operations, CPR reports."

25. Attached to this declaration as **Exhibit 24** is a true and correct copy of an article by Dan Boyce, dated June 27, 2025, titled *Two Colorado facilities eyed as possible ICE detention centers*, Colorado Public Radio, which is available at https://perma.cc/94DK-LS3M. The article states that "CoreCivic, one of the largest private prison companies in the U.S., is prioritizing two dormant facilities in Burlington and Walsenburg for possible expansion of its detention contracts with Immigration and Customs Enforcement."

26. Attached to this declaration as **Exhibit 25** is a true and correct copy of an article by Sara Wilson, dated August 15, 2025, titled *Three new ICE detention centers reportedly planned in Colorado*, Colorado Newsline, which is available at https://perma.cc/RJ2P-8EFJ. The article states that "An internal U.S. Immigrations and Customs Enforcement planning document, which was obtained by the Post and last updated on July 30, includes proposed detention sties in Walsenburg, Hudson, and Ignacio." The article further states "The dormant Walsenburg facility, formally the Huerfano County Correctional Center, is owned by CoreCivic. The Hudson Correctional Facility was previously operated by The GEO Group and closed in 2014. The GEO Group is ICE's largest contractor, followed by CoreCivic."

27. Attached to this declaration as **Exhibit 26** is a true and correct copy of an article by Seth Klamann, dated August 15, 2025, titled *ICE plans to open as many as three new detention centers in rural Colorado, report says*, which is available at https://perma.cc/84WP-KMTH. The article states "U.S. Immigration and Customs Enforcement was already moving to reopen a closed correctional facility in Hudson, northeast of metro Denver." The article goes on to explain "[ICE] is also targeting the reopening of another private prison in Walsenburg, in southern Colorado."

28. Attached to this declaration as **Exhibit 27** is a true and correct copy of an article dated July 10, 2025, titled *DHS Readies for Funding Surge After "Big Beautiful Bill" Passage*, Fed Agent, which is available at https://perma.cc/ALT6-AKYR. The article states that "On the hiring front [the Big Beautiful Bill] includes:

- $4.1 billion for Customs and Border Protection (CBP) to hire 5,000 customs officers and 3,000 border patrol agents over the next four years

  - $2 billion for retention and signing bonuses for CVP

  - $600 million for recruiting and hiring initiatives

- $8 billion to hire 10,000 new officers at Immigrations and Customs Enforcement (ICE) through 2029

  - $858 million for retention and signing bonuses

  - $600 million for marketing and onboard programs."

29. Attached to this declaration as **Exhibit 28** is a true and correct copy of an article by Michelle Sandiford, dated July 21, 2025, titled *ICE offers up to $50,000 signing bonus for retired employees to return to the job*, Federal News Network, which is available at https://perma.cc/RA6T-38Q8. The article states "Immigration and Customs Enforcement is offering retired ICE employees as much as a $50,000 signing bonus to return to the job. The agency is recruiting both deportation officers and special agents."

30. Attached to this declaration as **Exhibit 29** is a true and correct copy of an article by Anna Alejo, dated September 26, 2025, titled *ICE recruitment ad made to lure Denver police officers faces pushback from police and city leaders*, CBS News, which is available at https://perma.cc/DAY8-6Q3A. The article explains that "The Denver Police Department says a recent TV ad from Immigrations and Customs Enforcement has failed to lure any Denver officers away from the department, despite promises of a signing bonus of up to $50,000, student loan forgiveness, and other benefits." The article also states, "the commercial is currently airing on several Denver TV stations, including CBS Colorado."

31. Attached to this declaration as **Exhibit 30** is a true and correct copy of an article by Ryan Fish, dated September 25, 2025, titled *ICE activity in Colorado mountain towns, sparking community concerns*, ABC News, which is available at https://perma.cc/F2D8-NDHC. The article states "U.S. Immigrations and Customs Enforcement (ICE) activity has been reported in Colorado's high country, including an operation in Summit County on Thursday. This comes one week after ICE and Homeland Security Investigations executed a criminal warrant at a Mexican restaurant in Frisco." The Routt County Sheriff's Office and Steamboat Springs Police Department are quoted in a joint statement explaining they "are aware of possible immigration enforcement actions occurring in and around the city of Steamboat Springs by federal authorities."

32. Attached to this declaration as **Exhibit 31** is a true and correct copy of an article by Taylor Dolven, dated October 1, 2025, titled *"There's a baby!" ICE agents stop Alamosa family at gunpoint, smash car window*, The Colorado Sun, which is available at https://perma.cc/K878-XZQY. The article states "U.S. Immigration and Customs Enforcement agents pointed guns at and then smashed the window of a car carrying a couple and their 1-month-old baby during an afternoon arrest in Alamosa last week, video footage shows."

33. Attached to this declaration as **Exhibit 32** is a true and correct copy of an advertisement from U.S. Immigration and Customs Enforcement LinkedIn, available at https://perma.cc/E86X-9CJ7. The post reads "Need a job? Join ICE today" and shows an image of Uncle Sam above a caption reading "JOIN ICE TODAY--$50,000 SIGNING BONUS."

34. Attached to this declaration as **Exhibit 33** is a true and correct copy of an article by Marisa Kabas, dated June 12, 2025, titled *ICE agents get green light to make unjustified warrantless arrests*, The Handbasket, available at https://perma.cc/E794-KCHH. The article quotes ICE's Principal Legal Advisor Charles Wall as writing to all ICE employees, "Despite a pending motion to enforce the settlement agreement and a motion to extend the settlement agreement, it remains terminated. Accordingly, I hereby rescind the May 27, 2022, Castañon-Nava Settlement Obligation statement of policy."

35. Attached to this declaration as **Exhibit 34** is a true and correct copy of an article by Voces Unidas de las Montañas, dated August 28, 2025, titled *ICE detains longtime Colorado father after fake traffic stop*, available at https://perma.cc/YA29-YDLC. The article states "as soon as the man

in the bulletproof vest saw the special SB-251 driver license, he asked Rafael [a pseudonym] to step out of the vehicle, and once he did, he confessed that he was actually an immigration agent and that he was detaining Rafael. Senate Bill 251 created a program that allows immigrants to get a driver license in Colorado."

36. Attached to this declaration as **Exhibit 35** is a true and correct copy of an article by Taylor Dolvan, dated September 5, 2025, titled *What happens when ICE takes away a Colorado family? A teammate disappears. A colleague misses work. Neighbors are gone.*, The Colorado Sun, which is available at https://perma.cc/UF5Q-MTHZ. The article quotes a post on the X account for ICE's Denver field office, which stated "When looking to evade ICE making a lawful arrest in Chaffee County, just don't[.] We'll find you, like we did Carolina-Suarez-Estrada, 32, an illegal alien from Colombia who failed to stop her vehicle, drove to a county probation office, and attempted to seek sanctuary inside."

37. Attached to this declaration as **Exhibit 36** is a true and correct copy of an article by Spencer Wilson, dated June 5, 2025, titled *Fear grips Colorado Mountain towns amid rumors of increased patrols by Immigration and Customs Enforcement*, CBS Colorado, which is available at https://perma.cc/84JZ-UG4T. The article quotes Alex Sanchez, CEO and President of Voces Unidas de las Montañas, a nonprofit focused on advocacy and policy for Latinos and Latinas, as saying "We were receiving over 100 phone calls or messages via our social media platforms, or directly to our hotline, or directly to our just mainstream phone numbers," about ICE activity in the area, including "questioning whether they themselves are in danger and whether their kids should be going to school or what action should be taken."

38. Attached to this declaration as **Exhibit 37** is a true and correct copy of an article by Spencer Wilson, dated September 17, 2025, titled *Some students in Colorado's high country say a climate of fear is impacting their education*, CBS Colorado, which is available at https://perma.cc/GA6L-URSE. The article states "The Summit County School District recorded an average drop of about 30% of students attending schools district-wide as rumors swirled about possible Immigration and Customs Enforcement raids in the community."

39. Attached to this declaration as **Exhibit 38** is a true and correct copy of an article by Yesenia Robles, dated February 10, 2025, titled *Aurora teachers provide a glimpse into their classrooms on the day of immigration raids*, Chalkbeat Colorado, which is available at https://perma.cc/4K8V-4RXB. The article states that "The Aurora school district had attendance of 89.44% on Wednesday and was at 92.25% the following day. According to Colorado Public Radio, attendance in the district had dipped to 79% on Jan. 30, the day the raids had been rumored to start."

40. Attached to this declaration as **Exhibit 39** is a true and correct copy of an article by Ryan Fish, dated February 19, 2025, titled *Colorado law enforcement concerned immigrants' fear will mean fewer reported crimes*, Denver 7 ABC, which is available at https://perma.cc/JYX8-Z9KX. The article states "Law enforcement around the Denver metro worry that fear will silence undocumented immigrants who are witnesses or victims of crimes." The article quotes District Attorney George Brauchler, who leads the 23rd Judicial District of Colorado, as saying "What I don't want to see is there become such a fervor and zealousness for, 'Let's just kick [undocumented immigrants] all out. We're just here to kick them all out,' that all of a sudden, we've created a less safe environment because people will not come forward and cooperate."

41. Attached to this declaration as **Exhibit 40** is a true and correct copy of a study done by Nik Theodore, dated May 2013, titled *Insecure Communities: Latino Perceptions of Police Involvement in Immigration Enforcement*, Department of Urban Planning and Policy, University of Illinois at Chicago, which is available at https://perma.cc/54C6-N52F. The study states "Key findings include:

- 44 percent of Latinos surveyed reported they are less likely to contact police officers if they have been the victim of a crime because they fear that police officers will use this interaction as an opportunity to inquire into their immigration status or that of people they know.

- 45 percent of Latinos stated that they are less likely to voluntarily offer information about crimes, and 45 percent are less likely to report a crime because they are afraid the police will ask them or people they know about their immigration status.

- 70 percent of undocumented immigrants reported they are less likely to contact law enforcement authorities if they were victims of a crime."

I swear under penalty of perjury that the forgoing declaration is true and correct to the best of my knowledge and recollection.


   /s/ Katherine Wright
   _____

Katherine Wright

Executed this 8th day of October, 2025

# EXHIBIT 1

 

ABOUT    EXPERTS    EVENTS    PUBLICATIONS    BLOG    DONATE    Search

Constitution and Law    Economics    International    Politics and Society

## CATO AT LIBERTY

BLOG HOME    RSS

JUNE 20, 2025 11:19AM

# 65 Percent of People Taken by ICE Had No Convictions, 93 Percent No Violent Convictions

By David J. Bier ———————————————————————    ⬍ SHARE

🎧 **Listen to this article**
Generated with **ElevenLabs** AI technology.



New nonpublic data from Immigration and Customs Enforcement (ICE) indicate that the government is primarily detaining individuals with no criminal convictions of any kind. Also, among those with criminal convictions, they are overwhelmingly not the violent offenses that ICE continuously uses to justify its deportation agenda. ICE has shared this data with people outside the agency, who shared the numbers with the Cato Institute.

As of June 14, ICE had booked into detention 204,297 individuals (since October 1, 2024, the start of fiscal year 2025). Of those book-ins, 65 percent, or 133,687 individuals, had no criminal convictions. Moreover, more than 93 percent of ICE book-ins were never convicted of any violent offenses. About nine in ten had no convictions for violent or property offenses. Most convictions (53 percent) fell into three main categories: immigration, traffic, or nonviolent vice crimes. The appendix table at the end of this post has data by detailed crime and broad crime categorization.

**ICE book-ins are primarily noncriminals and nonviolent offenders**

ICE Book-Ins by Criminal Conviction Type, FY 2025 as of June 14

| Conviction | ICE Book-Ins | Share of Book-Ins |
|---|---|---|
| Property | 7,606 | 3.7% |
| Violent | 14,068 | 6.9% |
| Nonviolent Vice | 9,218 | 4.5% |
| Immigration | 14,227 | 7.0% |
| Traffic | 14,056 | 6.9% |
| Other | 11,435 | 5.6% |
| None | 133,687 | 65.4% |
| **Total** | **204,297** | **100.0%** |

Source: Immigration and Customs Enforcement, "ICE Initial Book-Ins by Criminality and MSC: FY2025 YTD," June 16, 2025 · Get the data · Created with Datawrapper

**ICE detains very few serious public safety threats**

ICE Book-Ins by Criminal Conviction, FY 2025 as of June 14

◻ Property  ◻ Vice  ◻ Other  ◼ Violent  ◻ Traffic  ◻ Immigration  ◼ None



Source: Immigration and Customs Enforcement, "ICE Initial Book-Ins by Criminality and MSC: FY2025 YTD," June 16, 2025 · Get the data · Created with Datawrapper

Using **public data** from Customs and Border Protection (CBP)—which does not include details of criminal convictions—we can see the trend in ICE book-ins from the start of the Trump administration. During the first two weeks of June, ICE

**Email Signup**

Sign up to have blog posts delivered straight to your inbox!

[                    ]

Subscribe

**TOPICS**

Banking and Finance
Constitutional Law
Criminal Justice
Defense and Foreign Policy
Education
Free Speech and Civil Liberties
Global Freedom
Government and Politics
Health Care
Immigration
Monetary Policy
Public Opinion
Regulation
Social Welfare and Poverty
Tax and Budget Policy
Technology and Privacy
Trade Policy

brought into its custody nearly 927 non-criminals. That represents a roughly threefold increase compared to the rate of non-criminals booked in during the first week of this administration.

This shift in policy resulted from White House Deputy Chief of Staff Stephen Miller's meeting at the end of May, when he ordered ICE to start arresting more non-criminals. "What do you mean you're going after criminals?" he said. "Why aren't you at Home Depot? Why aren't you at 7-Eleven?" Since then, ICE and Border Patrol have shifted to roaming US streets and workplaces to round up immigrants, regardless of the public threat they may pose.

### ICE is booking in many more noncriminals in recent weeks

ICE daily average book-ins of people with no criminal convictions



Note: January 12-19, 20-25 were estimated based on prior trends.
Source: Immigration and Customs Enforcement, "Detention Management," June 4, 2025 (and archived versions); Immigration and Customs Enforcement, "ICE Initial Book-Ins by Criminality and MSC: FY2025 YTD," June 16, 2025. • Get the data • Created with Datawrapper

This understates the change in interior enforcement against non-criminals. This is mainly because ICE also books some people into custody who were originally detained by Border Patrol. Hence, the pre-Trump numbers include many non-criminals who had never lived in the United States before. Since then, the Trump administration has put Border Patrol in charge of mass deportation in California, and it is making interior arrests all along both the Mexican and Canadian borders. This means that the pre-Trump and post-Trump numbers are not directly comparable. We cannot say for certain how many peaceful individuals are being whisked off America's streets by government agents.

That said, when examining total ICE book-ins of individuals arrested by ICE, we can see a more extreme increase in interior enforcement. Since the beginning of this year, ICE book-ins based on ICE arrests have increased nearly sixfold, from a daily average of 215 to over 1,100 per day.

### ICE is arresting inside the United States vastly greater numbers of people

ICE daily average book-ins from ICE interior arrests



Note: June 1-14 was estimated based on prior trends in CBP detentions; January 12-19, 20-25 were estimated based on prior trends.
Source: Immigration and Customs Enforcement, "Detention Management," June 4, 2025 (and archived versions); Immigration and Customs Enforcement, "ICE Initial Book-Ins by Criminality and MSC: FY2025 YTD," June 16, 2025. • Get the data • Created with Datawrapper

ICE also books individuals who have pending criminal charges into custody. As of June 14, the agency has booked 44,897 individuals with only a pending charge. The agency sometimes erroneously calls these people "criminals," even without a conviction. This is wrong. We believe in due process in America because many people charged are never ultimately convicted.

ICE admitted in court that it considers even people whose charges were dismissed to still be a "criminal" for purposes of removal, and many immigrants with pending charges are never convicted. For instance, ICE terminated the legal status of international student Suguru Onda for a dismissed fishing-related citation. The same thing happened to Akshar Patel, another international student, with a dismissed reckless driving charge. When ICE deports people without giving them their day in court, it not only deprives them of their right to clear their name but also denies justice to victims if they are guilty.

Regardless, ICE also hasn't listed what the charges are for, and we know that it is slapping thousands of "illegal entry" charges on long-time residents to brand them as criminals and force California and other states to help deport them.

Nonetheless, focusing on people without pending charges or convictions, the difference in policy is indescribable. ICE doesn't separately report the criminal status of book-in specifically from ICE arrests. But ICE's public numbers on its currently detained population reveal a ninefold increase in immigrants being arrested by ICE and locked up by ICE for no other reason than their immigration status.

### ICE is detaining far more immigrants who have no convictions or criminal charges

Immigrants in detention (at that point in time) arrested in the interior by ICE who have no criminal convictions or charges, as of June 1



Source: Immigration and Customs Enforcement, "Detention Management," June 4, 2025 (and archived versions) · Get the data · Created with Datawrapper

If we look at the net increase in immigrants detained by ICE after an ICE arrest, 70 percent of the increase in detention has come from people without criminal convictions.

### Convicted criminals account for just 29% of the increase in people detained by ICE since January

People in ICE detention who were arrested by ICE, net increase since January 11, 2025 by conviction status

Convicted Criminal    No conviction



Source: Immigration and Customs Enforcement, "Detention Management," June 4, 2025 (and archived versions) · Get the data · Created with Datawrapper

My back-of-the-envelope calculation based on the public numbers is that in early January, ICE was arresting about 32 immigrants per day in the interior who had no criminal conviction or pending charge. By early June, these arrests were approximately 453 per day—a 14-fold increase. That is about 50 percent more than the daily average for ICE arrests of immigrants of all types in FY 2024.

This was the predictable result of President Trump's executive order rescinding ICE guidance, which required ICE to focus on public safety threats. As a consequence, the overall capacity of ICE to make arrests has grown thanks to shifting many resources from the military and other law enforcement agencies into ICE. It is also borrowing from end-of-the-year appropriations to pay for operations today, leaving it $1 billion in the hole. ICE is also detaining more people than ever in squalid, inhumane conditions that are worse than those permitted in prisons where serious violent offenders are serving their sentences.

The White House has ordered ICE to meet an unreasonable quota of 3,000 arrests per day, a target they were nowhere near achieving as of June 14. Agents are complaining about how the quota is undermining public safety in interviews with conservative outlets like the *New York Post* and *Washington Examiner*. The White House is focused on "quantity over quality," one agent told the *New York Post*. The agents told the *Post* that ICE's quota was forcing them to leave "some dangerous criminal illegal migrants on the streets." ICE shifted away from fugitive operations to focus on asylum seekers at courthouses, immigrants who regularly check in with ICE, and other non-threats.

ICE's deportation agenda is not what is being advertised to the American public. ICE is not interested in prioritizing public safety, yet it constantly pretends that anyone who objects to its tactics and priorities is defending violent criminals. But violent criminals are not ICE's primary focus. Indeed, it now has no focus altogether. That's the essence of *mass* deportation: it is indiscriminate, unfocused, and chaotic. Congress should mandate more transparent reporting from ICE and require that it target only those who pose genuine threats to public safety.

### Appendix Table: ICE book-ins are primarily noncriminals and nonviolent offenders

ICE Book-Ins by Criminal Conviction Type, FY 2025 as of June 14

Page 1 of 3    

| Criminal Charge (ICE detailed category) | Crime Broad Classification (Cato) | Book-ins |
|---|---|---|



| Total | N/A | 204,297 |
|---|---|---|
| No conviction | None | 133,687 |
| Arson | Property | 122 |
| Assault | Violent | 9,700 |
| Bribery | Other | 18 |
| Burglary | Property | 1,658 |
| Civil Rights | Other | 1 |
| Commercialized Sexual Offenses | Vice | 209 |
| Conservation | Other | 47 |
| Damage Property | Property | 289 |
| Dangerous Drugs | Vice | 8,741 |
| Embezzlement | Property | 17 |
| Extortion | Violent | 38 |
| Family Offenses | Other | 668 |
| Flight / Escape | Other | 617 |
| Forgery | Property | 691 |
| Fraudulent Activities | Property | 1,646 |
| Gambling | Vice | 13 |
| General Crimes | Other | 1,731 |
| Health / Safety | Other | 39 |

Source: Immigration and Customs Enforcement, "ICE Initial Book-Ins by Criminality and MSC: FY2025 YTD," June 16, 2025. · Get the data
Created with Datawrapper

**RELATED TAGS**

Immigration


This work is licensed under a Creative Commons Attribution-NonCommercial-ShareAlike 4.0 International License.

## Stay Connected to Cato

Sign up for the newsletter to receive periodic updates on Cato research, events, and publications.

Your email address

[                    ] Subscribe

View All Newsletters

**CATO INSTITUTE**

f  X  ▶  in  ⊙  ⟩

1000 Massachusetts Ave. NW
Washington, DC 20001-5403

202-842-0200

CONTACT US

PRIVACY

**ABOUT**
Mission, Vision, and Principles
Leadership
Marketing and Communications
Government and External Affairs
Financials, Funding, and Independence
Annual Reports
Congressional Fellowship Program
Careers

**BLOG**

**CATO STORE**

**DONATE**
Ways to Give
Partner Benefits
Planned Giving
Meet the Development Team

**EVENTS**
Upcoming
Past
Event FAQs

**EXPERTS**
Policy Scholars
Adjunct Scholars
Fellows

**PERIODICALS**
Cato Handbook for Policymakers
Cato Supreme Court Review
Economic Freedom of the World
Free Society
Human Freedom Index
Regulation

**PUBLICATIONS**
Books
Commentary
Public Filings
Studies
Survey Reports and Polling

**STUDENT PROGRAMS**
Internships
Research Associate Program
Cato University
Student Events

# EXHIBIT 2

WSJ   Barron's   MarketWatch   IBD   UPGRADE TO WSJ+

Buy Side from WSJ

THE WALL STREET JOURNAL.



# The White House Marching Orders That Sparked the L.A. Migrant Crackdown

After deportations fell short of President Trump's campaign promises, federal agents summoned to a meeting in Washington were told to 'just go out there and arrest illegal aliens'

Share   Bookmark   AA   5464   Listen (13 min)   Gift unlocked article   ⋮

By *Elizabeth Findell* [Follow] , *Ruth Simon* [Follow] , *Michelle Hackman* [Follow] and *Tarini Parti* [Follow]

June 9, 2025 9:00 pm ET

Even with the high-profile arrests of suspects by masked immigration agents and the plane loads of migrants swiftly ferried out of the U.S., President Trump was falling short of the number of daily deportations carried out by the Biden administration in its final year.

So in late May, Stephen Miller, a top White House aide and the architect of the president's immigration agenda, addressed a meeting at the headquarters of Immigration and Customs Enforcement, known as ICE. The message was clear: The president, who promised to deport millions of immigrants living in the country illegally, wasn't pleased. The agency had better step it up.

Gang members and violent criminals, what Trump called the "worst of the worst," weren't the sole target of deportations. Federal agents needed to "just go out there and arrest illegal aliens," Miller told top ICE officials, who had come from across the U.S., according to people familiar with the meeting.

Agents didn't need to develop target lists of immigrants suspected of being in the U.S. illegally, a longstanding practice, Miller said. Instead, he directed them to target Home Depot, where day laborers typically gather for hire, or 7-Eleven convenience stores. Miller bet that he and a handful of agents could go out on the streets of Washington, D.C., and arrest 30 people right away.

"Who here thinks they can do it?" Miller said, asking for a show of hands.

ICE agents appeared to follow Miller's tip and conducted an immigration sweep Friday at the Home Depot in the predominantly Latino neighborhood of Westlake in Los Angeles, helping set off a weekend of protests around Los Angeles County, including at the federal detention center in the city's downtown. On Saturday, Trump ordered 2,000 National Guard troops to Southern California, despite objections by Gov. Gavin Newsom.

Law-enforcement officers used tear gas, rubber bullets and flash-bang stun grenades against increasingly unruly crowds. Demonstrators threw tree branches, scooters, fireworks and debris from a freeway overpass onto police vehicles below. The unrest continued Monday and roughly 700 Marines were dispatched to protect federal property and personnel.

Law enforcement officers firing flash-bang smoke grenades at protesters near a Home Depot after a federal immigration raid Saturday in Paramount, Calif. ALLISON DINNER/EPA/SHUTTERSTOCK


ADVERTISEMENT
0:12
Click for Sound
Winter Park



The California chapter of the Service Employees International Union in Los Angeles after anti-ICE demonstrations escalated over the weekend. Photo: Aude Guerrucci/Reuters

"To do this in militaristic gear in L.A. is intended to notch up the image of deportations being in high gear," said Muzaffar Chishti, senior fellow at the Migration Policy Institute. "But the actual deportations are paltry compared with the imagery."

Since Miller's meeting with ICE officials, daily arrests have risen, according to ICE officials.

There are no written directives, but officers have been told to "do what you need to do" to make more arrests, according to current and former ICE officials familiar with the directives.

Advertisement



Ad removed. Details

The administration's immigration enforcement is a sharp break with past government practices, according to attorneys, immigration advocates and officials from previous administrations.

Federal agents make warrantless arrests. Masked agents take people into custody without identifying themselves. Plainclothes agents in at least a dozen cities have arrested migrants who showed up to their court hearings. And across the U.S., people suspected of being in the country illegally are disappearing into the federal detention system without notice to families or lawyers, according to attorneys, witnesses and officials.

In Coral Springs, Fla., at least eight agents in tactical gear, shields and rifles surrounded a home with guns raised to arrest a father with no criminal history. In Irvine, Calif., ICE agents drove a phalanx of military vehicles in the Orange County suburb to arrest a person, though not for illegal immigration. They were seeking a resident's son who had allegedly posted fliers alerting neighbors to the presence of ICE agents.

The raid alarmed the Foundation for Individual Rights and Expression, an organization that defends free speech, which requested a copy of the warrant. "Criticism of government officials is core protected speech, and to criticize them you have every right to identify them," said Aaron Terr, the group's director of public advocacy.

Advertisement



The Trump administration defends its tactics for arrests, including many documented in cellphone videos and posted on social media. ICE officers have been donning protective gear and concealing their faces because of threats, said Tom Homan, the White House border czar. "They're simply trying to enforce the law, and they're trying to protect themselves," he said.

"Keeping President Trump's promise to deport illegal aliens is something the administration takes seriously," said Abigail Jackson, a White House spokeswoman.







This drone video provided by ICE shows federal agents in Irvine, Calif., seeking a man who allegedly posted fliers warning about immigration raids

### Breaking glass

The Trump administration hopes news reports and other publicity about its tough enforcement actions will prompt immigrants who are in the country illegally to leave the U.S. voluntarily. Migrants have been offered a $1,000 payment if they document their departures.

On social media, regional ICE offices post photos of immigrants taken into custody along with photos of burly ICE agents, their faces masked or blurred or their backs turned. "Over the past 100 days, ICE and our partners have accomplished some amazing feats," the ICE office in Houston posted on X.

Advertisement



Amazon shipping services

Help small businesses grow

amazon

The Border Patrol's El Centro sector in Southern California posted photos of a broken car window on Facebook. The caption said, "This illegal alien is listing his accomplishments for the past week: Refused to open window during an immigration inspection; Got his window shattered for an extraction."

Alfredo "Lelo" Juarez Zeferino, a Washington state farmworkers union organizer, was another ICE target. Agents in an unmarked car stopped him as he was driving his wife to her job at a tulip farm. The agents, who didn't show badges or identification, smashed in his window and pulled him from the car, according to Familias Unidas por la Justica, a farmworker union.

ICE has stopped regularly publishing arrest data, and has been accused of overstating the numbers. The Trump administration arrested roughly 66,500 migrants living in the U.S. illegally and deported nearly 66,000 in its first 100 days, a higher pace of arrests compared with 2024, and a slightly slower pace for deportations.

Earlier this year, ICE officials set daily arrest quotas and deputized agents from the Federal Bureau of Investigation and other law-enforcement agencies. ICE officials eliminated a Biden-era policy that blocked officers from arresting people without proof of legal residency who happened to be in the vicinity of targeted suspects. Raids at schools, churches and hospitals are now allowed.

Advertisement

SKINNY DIPPED

Snack with no strings attached.

SkinnyDipped Snack Attack Minis Almond Variety Pack, Healthy Snack, Plant Protein, Gluten Free, 0.46 oz Mini Bags, Pack of 25

★★★★☆ 3,653

$27.19 ✓prime

Add to cart



A Dominican man, left, and an activist being detained by plainclothes ICE officers after an immigration hearing Friday at the Jacob K. Javits federal building in New York. PHOTO: YUKI IWAMURA/AP

In February, two agents wearing tactical gear entered El Potro's Mexican Cafe and Cantina in Liberty, Mo., while another guarded the front door, according to a lawsuit filed in the U.S. District Court in Chicago. In all, more than 10 agents participated.

The ICE agents said they were looking for someone, but didn't say who, or provide a photograph, according to the lawsuit. Agents arrested 12 restaurant employees. The suit against the government alleges that the arrests were made without a warrant or probable cause that the workers would flee. In a court filing, much of which was redacted, the government said the arrests "were supported by documented, probable cause determinations."

arrests" were supported by documentation of their detentions.

One problem for the administration was that ICE had only about 5,000 officers ready and trained to make arrests, according to an agency official. As ICE officers face more threats, they form ever-larger teams to conduct arrests, officials said. Larger teams means ICE can be in fewer places.

Advertisement



Officials from the White House and the Department of Homeland Security have made clear there will be consequences for not hitting arrest targets. Top officials at DHS have pushed out one acting ICE director and are threatening a second.

Late last month, the top ICE official overseeing arrests and deportations, Kenneth Genalo, resigned rather than fire deputies for poor performance, said people familiar with the matter.

One reason deportations haven't picked up might be that ICE operations have received so much attention, prompting migrants to be more cautious, according to agents and leaders.



A Cuban man in San Antonio being processed by ICE agents and law enforcement officers after being arrested last month while driving his children to school. PHOTO: DANIELLE VILLASANA FOR WSJ

### Last kiss

On a recent morning, half a dozen SUVs waited in the dark of a suburban neighborhood in San Antonio. Agents joked over the radio about how easy they were to spot: They had struggled to turn off their automatic headlights, and two neighbors drove around the block, peering into the agents' windows before returning to their driveways.

Minutes later, their target, a Cuban father who worked at a local candy factory, began loading two young children into a red SUV. The agents initially planned to follow and arrest him after he had dropped the children at school. Instead, they decided to arrest him immediately because the children's mother was also in the car.

Advertisement



With lights flashing, the SUVs converged on the car. The man stepped from the driver's seat with his hands up while the woman in the passenger seat scolded the agents for arresting him in front of the children. She asked if she could give her husband a kiss before they took him. None of the agents responded.

The agents next tailed a yellow pickup through a taqueria restaurant drive-through line before arresting the driver. They let him go when he showed a Global Entry card proving he was a U.S. citizen. Agents said they may have confused the man with his son.

citizen. Agents said they may have cuffed the wrong U.S. soil.

Elsewhere, Americans detained by ICE have said they were held for hours or longer before being allowed to prove their citizenship.



ICE agents checking the identification of a man they were set to arrest in San Antonio. He was released after proving he was a U.S. citizen. PHOTO: DANIELLE VILLASANA FOR WSJ

Courthouse arrests have become a nationwide strategy, according to DHS officials and lawyers. They allow ICE to boost arrest numbers with fewer resources. It also puts migrants in a corner: Should they risk arrest by following the legal process and appearing in court?

At a court in Phoenix last month, attorney Isaac Ortega said prosecutors requested dismissals for a string of cases, including that of his client, a Venezuelan man who had entered the U.S. legally under a Biden administration program terminated by Trump.

After the man left the hearing room, agents arrested him. They refused to identify themselves, answer questions or show a warrant.

Advertisement



"It was completely out of the norm," Ortega said.

Other lawyers say clients have been denied access to legal counsel. Luis Campos, a Tucson-based attorney, said a Border Patrol agent physically blocked him from seeing a woman on the maternity ward who had just given birth. The woman and her family had requested that she have counsel, Campos said. ICE said all laws and procedures were followed.

In some jurisdictions, agents said their supervisors have allowed them to more frequently seek criminal warrants to arrest targets. Administrative warrants are typically used for illegal immigration, which is a civil, not a criminal, violation. Criminal warrants allow agents to break down doors and forcibly enter homes.



Bags with the belongings of people who were arrested by ICE agents in San Antonio. PHOTO: DANIELLE VILLASANA FOR WSJ

Maksim Zaitsev, a 36-year-old Russian citizen with a pending asylum case, said he was beaten by ICE agents after calling for his wife when the agents arrested him during an immigration check-in at an ICE office. "It was like I was in a washing machine," Zaitsev said in an interview from a detention facility in Adelanto, Calif.

Photographs in court filings show Zaitsev with bruises and scabs on his face. Zaitsev was charged for biting an officer, but a federal judge dismissed the assault case, citing government misconduct. Zaitsev said it was self-defense.

"We came to the United States for protection because of what we encountered in Russia," he said. "It seems that we are encountering here what we fled."

Videos shared on social media show plainclothes men, one masked, arresting people at a courthouse in Albemarle County, Va., without identifying themselves or their agency. That

prompted James Hingeley, the county's elected commonwealth attorney, to launch an investigation. ICE said in a statement that the arrest was a lawful operation by its agency and bystanders who attempted to intervene would be prosecuted.

Hingeley said arrests by officers who don't identify themselves pose a threat to the people being taken into custody, as well as to bystanders. "If you operate as if you're a street gang," he said, "you create a danger to yourself and the public."

Write to Elizabeth Finde l at elizabeth.finde.l@wsj.com, Ruth Simon at Ruth.Simon@wsj.com, Michelle Hackman at michelle.hackman@wsj.com and Tarini Parti at tarini.parti@wsj.com

Advertisement

# EXHIBIT 3

9NEWS

News    Weather    Sports

RIGHT NOW
Denver, CO ▾    64°

← ADVERTISE WITH US    MEET THE TEAM    NEXT WITH KYLE CLARK    CONTESTS    9NEWS INVESTIGATES    9THINGS TO DO →

BREAKING NEWS    LIVE: Active shooter in south Minneapolis

LOCAL NEWS

# ICE raids target at least 7 locations in Denver, Aurora, Thornton

Raids in the Denver metro area were ongoing throughout the day on Wednesday.



Author: Janet Oravetz (9News), Jennifer Campbell-Hicks, Evan Kruegel, Rhea Jha, Marc Sallinger (9 News), Angelina McCall
Published: 7:30 AM MST February 5, 2025
Updated: 7:56 PM MST February 5, 2025

DENVER — Immigration and Customs Enforcement raids targeted residences across the Denver metro area, including in Aurora, Denver, Thornton and Arapahoe County, on Wednesday.

It's not yet clear how many people were detained or arrested in the raids. According to a social media post from Enforcement and Removal Operations, about 100 people were being targeted. 9NEWS crews at the scenes of the raids did not see anywhere near that number of arrests.

The ERO post said the people being targeted were "violent" members of the Tren de Aragua. ERO did not provide information on how it was determined they were involved with the Venezuelan gang.

Security video from the Ivy Crossing apartments showed officers going door-to-door inside a building, marking each door before moving on to the next. Witnesses at other locations said officers went door-to-door, asking people for identification.

Tim Lenzen, acting special agent in charge for the Denver office of the U.S. Department of Homeland Security, said Wednesday afternoon that they weren't ready to discuss who was arrested or for what.

ICE raids began around 6 a.m. and were ongoing throughout the day. 9NEWS has confirmed raids took place at or near the following locations.

- Cedar Run Apartment complex near South Quebec Street and Leetsdale Drive in Denver
- The Edge at Lowry apartments, near East 12th Avenue and Dallas Street in Aurora
- The Whispering Pines apartments near East 13th Avenue and Helena Street
- The Jewell Apartments in Denver near South Colorado Boulevard and East Mexico Avenue
- Apartments at 1451 Macon St. in Arapahoe County
- The Ivy Crossing Apartments near South Quebec Street and East Harvard Avenue in Arapahoe County
- A mobile home community near West 100th and Zuni Street in Thornton

One of the first operations took place at 888 S. Oneida St. in Denver, which is the Cedar Run Apartments complex near Quebec and Leetsdale. Federal law enforcement went door to door, asking people for documentation.

When Sky9 flew over the scene, a bus was seen in the parking lot with multiple law enforcement vehicles nearby. A 9NEWS reporter spent several hours at the complex and saw two handcuffed people brought out and put on the bus. Witnesses told 9NEWS that a couple of other people were loaded onto the bus.



One man told 9NEWS that ICE came to his door and demanded documents. Another said he was headed to work with his friend when agents stopped them and asked them for documents. The man showed his documents, but his friend didn't have anything to show and was led to the bus.

"It did make me very sad for my friend, and I couldn't do anything," he said.

The man said he didn't understand why his friend was caught up in the operation.

"The truth is, the only thing I would like to tell the police is to try to catch the criminals who are, if they are, not the ones who are doing good for the state and the country," he said.



Credit: 9NEWS
A photo of law enforcement activity at an apartment complex at 888 S Oneida Street in Denver.

Around the same time, The Edge at Lowry apartment complex near 12th and Dallas in Aurora

was targeted.



Credit: 9NEWS
A photo of law enforcement activity at an apartment complex at 888 S Oneida Street in Denver.

Around the same time, The Edge at Lowry apartment complex near 12th and Dallas in Aurora was targeted.

Not far from there, a 9NEWS reporter saw two people being taken into custody in the area of East Colfax Avenue and Macon Street, at an apartment building at 1451 Macon St. in Arapahoe County. It's unclear who those two people are, why they were detained, or if agents were targeting them specifically.

Credit: 9NEWS
A photo of law enforcement activity at an apartment complex at 888 S Oneida Street in Denver.

Around the same time, The Edge at Lowry apartment complex near 12th and Dallas in Aurora was targeted.

AD   The ideal ADHD-friendly daily routine

ADHD Test for Adults

WISEY

Not far from there, a 9NEWS reporter saw two people being taken into custody in the area of East Colfax Avenue and Macon Street, at an apartment building at 1451 Macon St. in Arapahoe County. It's unclear who those two people are, why they were detained, or if agents were targeting them specifically.

9NEWS crews saw about 30 ICE and Homeland Security agents at the property with their guns drawn.

Neighbors said officers didn't knock on any other doors within the apartment building, or search any other apartments.

One neighbor 9NEWS spoke with described the fear he felt thinking that he was going to be arrested.

"I felt a lot of fear when I saw that they arrived here, at our buildings, because what you hear is that they're going to take us all and send us to Venezuela," he said.



"For me, it was terror," he said. "Because they arrived yelling with their guns in hand and, the truth is, yes, it felt terrifying because I'd never lived this here."



Later in the morning, there was a raid at The Jewell Apartments in Denver near South Colorado Boulevard and East Mexico Avenue. Homeland Security vehicles were seen staging in the parking lot of a nearby shopping center. 9NEWS crews saw officers from Homeland Security; the Drug Enforcement Administration, the Bureau of Alcohol, Tobacco, Firearms and Explosives; and ICE on the scene.



Residents told 9NEWS they were woken up Wednesday morning by dozens of agents banging on their doors.

"They banged on the door," one resident said. "I opened the door and they were like knee deep in front of my door and they were asking me if I was American or if I was legal."

Many residents told 9NEWS that agents were going door-to-door, asking people for identification.

"Just scared. Didn't know what they were going to do," one resident said. "Didn't know if they were going to come in without permission. I didn't know if I was supposed to open the door. I took my chances and didn't answer the door."

People 9NEWS spoke with said they saw three people being detained at that location.

On Wednesday afternoon, officials were staged at Ruston Park in Federal Heights, which is near West 99th Place and Zuni Street. They later moved over to a trailer home in Thornton near West 100th Avenue and Castle Road.

A 9NEWS reporter saw four people being taken into custody at that mobile home community Wednesday afternoon, including a woman and a baby. The woman and child were later released, while two men were placed in handcuffs and taken away from the scene.

The woman told 9NEWS that one of the men taken into custody was her husband. She said he is in the country without proper documentation, but said she did not know why he was being arrested or where he was being taken.





People who live in the area gathered at the scene during the operation, yelling at federal officers and at Thornton police. A supervisor told 9NEWS Thornton officers were there to help with crowd control, and not to assist with the federal investigation.

Colorado Rapid Response Network, a nonprofit that assists immigrants, said it confirmed operations at the Cedar Run Apartment, The Edge at Lowry Apartments and at the Ivy Crossing complex and said ICE was involved in each of them.



Another operation took place at the Whispering Pines Apartments at 15483 E. 13th Ave. in Aurora. A woman told a 9NEWS reporter that her husband was taken into custody. The woman said he was undocumented but has lived and worked in the United States for 17 years. It was not clear whether he was detained or arrested.

A nonprofit group, the Colorado People's Alliance, provided photos and video to 9NEWS of damage to a door and apartment at that location.



**Governor, city leaders respond**

Denver Mayor Mike Johnston said in a statement that he is aware of an operation at one apartment complex in Denver. The Cedar Run Apartment complex is in Denver.

"We are in contact with Denver Public Schools and other city partners, and have confirmed that there has not been any activity in schools, hospitals, or churches," Johnston said in his statement. "Denver Police and city authorities were not involved in these actions, nor were we given prior notice. We will continue to monitor these activities throughout the day."

A city of Aurora spokesperson said the city was not involved in the operations Wednesday.

"The city, including the Aurora Police Department, has not been involved in the development and activation of any federal immigration enforcement plans in Aurora," spokesperson Ryan Luby said in an email. "As we have said numerous times previously, Colorado state law prohibits local governments from engaging in typical immigration-specific enforcement and detention. We focus on enforcing state and local law."

In a statement, Gov. Jared Polis' office requested more transparency from the federal government.

"Governor Polis and his office are still learning details of the federal actions in Denver and Aurora this morning," said spokesperson Shelby Wieman. "The state is not involved in these actions. The governor has requested an update from federal law enforcement on these and future actions. Governor Polis has been clear that Colorado will work as it has in the past, in compliance with state and federal law, with federal law enforcement agencies in apprehending dangerous criminals to make Colorado safer for everyone. The governor asks the federal government to be more transparent about the enforcement actions they are taking in Colorado as fear continues to grow in our community, including more information on detention and deportation, what happens to those with legal status, children and American citizens, as well as the overall cost of these operations."



# EXHIBIT 4

# ICE raids hit apartment buildings in Aurora and Denver; feds say they targeted Tren de Aragua gang

**DP** denverpost.com/2025/02/05/aurora-denver-ice-raids-colorado-trump-immigration-deportations

Sam Tabachnik, Megan Ulu-Lani Boyanton, Shelly Bradbury, Elliott Wenzler, Lauren Penington, Seth Klamann, Nick Coltrain, Elizabeth Hernandez, Jessica Seaman

February 5, 2025

Federal law enforcement agencies conducted a large-scale immigration raid across Denver and Aurora on Wednesday, with masked agents deploying flashing smoke grenades, zip-tying detainees and taking an unconfirmed number of people into custody.

The operation began before dawn and lasted through much of the day, with armed federal agents staging around the metro area as teams both went door-to-door at targeted apartment complexes and quickly hit individual addresses.

U.S. Immigration and Customs Enforcement's Denver office said on social media that it was working with the FBI, the Drug Enforcement Administration, Customs and Border Protection, the Bureau of Alcohol, Tobacco, Firearms and Explosives, and the U.S. Marshals Service to search for more than 100 members of the Venezuelan gang Tren de Aragua.

But officials did not say how many of those gang members they located. And ICE officials in Denver did not respond to repeated inquiries from The Denver Post about how many people were taken into custody or where they were being processed or detained.

The raids, part of an ongoing pledge by President Donald Trump to deport millions of undocumented immigrants, drew widespread condemnation from Colorado immigrant rights groups and state Democratic lawmakers.

"I don't think this is the way for a nuclear-armed superpower to be operating in the world in 2025," said Sen. Mike Weissman, an Aurora Democrat, adding that he'd seen pictures of armored vehicles in the streets and federal agents on rooftops in Aurora.

During his campaign, Trump dubbed his promised nationwide mission "Operation Aurora," falsely claiming the city had been overrun by Venezuelan gang members.

"We're here today to conduct an at-large enforcement operation looking for Tren de Aragua, the gang members here from Venezuela," ICE Acting Director Caleb Vitello said in a video the agency shared on social media Wednesday morning.

"Unfortunately," he added, "we have to come to the communities because we don't get the cooperation we need from the jails. It would be so much easier and so much safer for our officers and agents if we could take these people into custody from a safe environment, but if we have to come out into the community to do this, that's what we're gonna do."

Since 2019, Colorado lawmakers have passed laws that block ICE from arresting people at certain locations, such as courthouses, and bar county jails from holding inmates solely at the request of the federal immigration agency. Some Colorado sheriff's offices do contact ICE ahead of releasing inmates wanted for deportation, though others shy away from the practice.

Rep. Gabe Evans, the newly elected Republican representing Colorado's 8th Congressional District, cited ICE's comments Wednesday in calling on Gov. Jared Polis to change state laws that prevent local police from working with federal immigration enforcers.

"Cracking down on criminal illegal immigrants is an all-hands on deck situation and it's time for Colorado Democrats to get on board," Evans wrote on social media.

Denver Mayor Mike Johnston, in a statement Wednesday, said the city had confirmed that there had not been any ICE activity at schools, hospitals or churches. Denver police and city authorities have not participated in the raids, he said.

A spokesman for Aurora said neither the city nor its police department were involved in Wednesday's federal raids. "We focus on enforcing state and local law," Ryan Luby said.

The raids, which had first been expected last week, took place just minutes from schools. Denver Public Schools buses couldn't pick up students Wednesday morning because of ICE activity at the Cedar Run Apartments, district spokesman Scott Pribble said. Five buses were re-routed, he said.

## "People are afraid to leave. They're afraid to be outside"

Agents were reported at the Edge of Lowry, Whispering Pines and Cedar Run apartment complexes early Wednesday morning, among other locations throughout the day.

At Cedar Run, at 888 S Oneida St. in Denver, agents from the FBI, ICE and Homeland Security Investigations were on scene Wednesday morning. They apprehended people, zip-tied their wrists together and loaded onto a waiting bus.

One resident, Hannah Strickline, said she opened her door to "six heavily armed officers demanding ID," who then asked which of her neighbors might be undocumented. She said she was infuriated by the question.

"They just don't deserve that," Strickline said of her neighbors.

In Aurora, the Edge of Lowry entered the international spotlight last year after a video of six armed men forcing their way into an apartment went viral.

In December, a Tren de Aragua gang-related home invasion and violent kidnapping at the apartment complex led to the arrest of 16 people on immigration violations and other charges. Aurora officials said two apartment residents were taken against their will to a vacant unit and were bound, pistol-whipped, threatened and tortured for hours.

Authorities arrived at the Edge of Lowry, at 1218 Dallas St., at about 5:30 a.m. Wednesday and were banging on apartment doors trying to get people to open them to talk, said Yamid Rey, a resident, in Spanish. He said he saw many ICE officers, and they closed down the street.

Rey said that only his family left the building. Nobody else did. Agents appeared to mark doors where nobody answered with tape, he said.

"People are afraid to leave. They're afraid to be outside," Rey said.

The complex has many residents who are recent immigrants. Often, he said, they have visas or other authorization allowing them to work. He said he wasn't sure if any have criminal records.

"But they're afraid to be taken away by immigration, so they're not opening their doors," Rey said.

Jannet Valenzuela, the stepdaughter of a man who was swept up in the raids, stood near the Whispering Pines apartments, located a few blocks from the University of Colorado's Anschutz Medical Campus, at East 13th Avenue and Helena Street, at 9 a.m. Wednesday.

She said she received a call around 6:30 a.m. from her mom, who heard from her stepfather that immigration officials had arrived.

"He was scared, so he hid on the roof," Valenzuela said. She saw several men up on the roof before they were taken into custody. A video shared with The Post by a witness showed five people standing on the roof at one point while authorities were in the parking lot below.

In Denver, a section of a commercial parking lot at South Colorado Boulevard and East Mexico Avenue hosted a police special reserve team vehicle, two white unmarked buses, and a gaggle of law enforcement officers.

A group of men clad in camouflage uniforms with Homeland Security Investigations-El Paso patches on their arms identified themselves to The Post as Texans, but they directed all further questions to the ICE media team.

PHOTOS: ICE raids conducted in Denver and Aurora

Lamine Kane, an organizer at the Colorado People's Alliance, stood in the parking lot at 11 a.m. and assessed the situation he saw that morning.

"There are no warrants," he said. "I mean, would there be a warrant to be in this parking lot? This is a shopping center parking lot."

Kane said his organization has visited buildings where people were detained Wednesday. He's not sure if the white buses parked in the lot were being used for those purposes, but, "I know we saw a bus similar to that — a little bigger — earlier that took some people."

He said some have been taken to a facility in Centennial. His group's hotline is ringing "off the hook right now," Kane said.

In Aurora, a group of neighbors gathered in front of their apartment building on Macon Street around 12:30 p.m. Their attention was focused on a dozen officers — HSI, U.S. Marshal and more — two doors down. An unmarked black Nissan Armada flashing red-and-blue lights sat in the middle of the road.

Pradev Subba, who lives nearby, said law enforcement took two people — a man and a woman — from their respective apartment buildings.

"It's, like, scary," he said.

Officers quickly left the scene in their vehicles. As bystanders dispersed, strong afternoon winds blew open the front door of the apartment building where the woman was allegedly taken.

## "Instilling fear in our communities"

The news of immigration raids Wednesday morning broadly seemed to take many — even elected officials and lawyers — by surprise. Aurora City Councilwoman Danielle Jurinsky said she wasn't aware of any raids as of around 8:20 a.m. Ashley Cuber, an immigration attorney, also hadn't heard word until The Post reached out.

Representatives of organizations supporting immigrants in Colorado and Democratic state legislators were quick to speak out.

"We as a Latino service provider categorically condemn these raids that are intended to sow fear, division, pain and suffering among our communities," said Rudy Gonzales, president and CEO of Denver's Servicios de la Raza.

Andrea Loya, executive director of Casa de Paz, said Wednesday's immigration enforcement was "instilling fear in our communities."

"What I know from people on the ground is that there appear to be no warrants and again another instance of collaboration with agencies," she said. "This isn't making anyone safer."

Colorado Senate President James Coleman, a Denver Democrat, said the party's caucus has been educating its members about what resources are available to their communities and how they might help local officials.

"I am horrified to see this approach," said House Speaker Julie McCluskie, a Dillon Democrat. "Our immigrant community is critical, not just to the health of thriving communities but to our workforce in this state. I am deeply worried about families being torn apart."

A group of state senators — most of them from Denver and Aurora — condemned the raids from the Senate floor Wednesday morning. Two lawmakers, Sens. Iman Jodeh and Julie Gonzales, both Democrats, spoke in Arabic and Spanish, respectively, to give advice and encouragement to community members.

Weissman, whose Aurora district includes some of the CBZ-owned properties raided Wednesday, said school board members and superintendents were scrambling for information, and he said some school board members visited the raid locations to try to get more information about what had happened.

Gonzales, who called the operations "callous" and "lazy," then described immigrants' rights, including to speak to an attorney and to see copies of a warrant.

Polis, who said last month that he supported ICE expanding its presence in Colorado in targeted ways, said through a spokeswoman Wednesday that he's asked for an update from federal authorities. He supports the arrest of "dangerous criminals," the statement said, but his office expressed concern about how little information had been released.

"The governor asks the federal government to be more transparent about the enforcement actions they are taking in Colorado as fear continues to grow in our community, including more information on detention and deportation, what happens to those with legal status, children and American citizens, as well as the overall cost of these operations," spokeswoman Shelby Wieman wrote to The Post.



Federal law enforcement officers conduct an immigration enforcement operation at the Cedar Run Apartments on S. Oneida St. in Denver on Wednesday morning, Feb. 5, 2025. (Photo by Hyoung Chang/The Denver Post)

**Immigration action nationwide**

Over the last few weeks, immigration officials have ramped up their efforts across the country.

So far, states with publicized actions include Ohio, Georgia, Illinois, Arizona, California, Florida, Texas, Massachusetts, New York and New Jersey. Some reports depicted large-scale enforcement efforts, although others included individual arrests that appear to be in line with past ICE operations.

They appeared to take place at workplaces, residences and other sites, and some actions aimed primarily at arresting immigrants with criminal backgrounds. But at times, ICE has been detaining others they encountered in the course of such operations.

On Jan. 26 in Adams County, authorities arrested or detained 41 people, including some they said were associates of Tren de Aragua, a Venezuelan gang, at a party taking place in a vacant warehouse off North Federal Boulevard. Officials said a monthslong investigation resulted in the operation.

The military's U.S. Northern Command also said last week that it would allow ICE to use Buckley Space Force Base in Aurora as a site to process and temporarily hold detainees, but U.S. Rep. Jason Crow walked back that claim on Monday.

The Aurora Democrat said Buckley "is being used for Homeland Security operations, for ICE operations -- that there is a footprint of federal law enforcement operating out of this facility," but current plans for the base don't include housing immigrants or detainees. It will mainly operate as a staging location for law enforcement and coordination center for ongoing operations, he said.

Immigration advocates at Casa de Paz -- a group that visits immigrants at a separate ICE detention center in Aurora and provides aid upon their release -- also noticed preparations were recently being made at that facility for new arrivals.

Loya said before the new ICE raid began that people had been released from the detention center -- an occurrence that hadn't taken place in a couple of years, she noted. It signaled to her that the facility was potentially making room for incoming detainees.

"This will not stop people seeking asylum," Loya said.

Mile High Roundup: Get the latest updates on Colorado's top stories delivered straight to your inbox.

By signing up, you agree to our Terms of Use, Privacy Policy, and to receive emails from The Denver Post.

*Get more Colorado news by signing up for our daily Your Morning Dozen email newsletter.*

# EXHIBIT 5

HOME    ABOUT    SUBSCRIBE    DONATE

PART OF STATES NEWSROOM

# COLORADO NEWSLINE

GOVERNMENT    ENVIRONMENT    JUSTICE    HEALTH    ECONOMY    COMMENTARY

**CIVIL RIGHTS**    **JUSTICE**

## ICE agents conduct operations in multiple Denver, Aurora locations

### Law enforcement activity occurs at several apartments at center of controversy over alleged Tren de Aragua gang presence

BY: CHASE WOODRUFF - FEBRUARY 5, 2025    10:40 AM



Federal agents take a man into custody at the Cedar Run Apartments in Denver, in a photo posted to social media by the Denver field office of Immigration and Customs Enforcement on Feb. 5, 2025. (ICE)

Agents from Immigration and Customs Enforcement and other federal law enforcement agencies conducted operations beginning early Wednesday at at least four locations in Denver and Aurora in what appeared to be the most concentrated effort yet to pursue President Donald Trump's aggressive deportation agenda in Colorado.

A video posted to social media by the Drug Enforcement Agency's Rocky Mountain Division showed agents deploying a smoke grenade outside an apartment building, as part of what it said was an execution of a "search warrant in support of (Department of Homeland Security)" operations taking place throughout the metro area this morning."

A separate post from ICE's Denver field office confirmed that agents from the DEA, the Federal Bureau of Investigation, Customs and Border Patrol, the Bureau of Alcohol, Tobacco, Firearms and Explosives, and the U.S. Marshals participated in the operation, which it said was targeting "100+ members of the violent Venezuelan gang Tren de Aragua."

📧 **GET THE MORNING HEADLINES.**    SUBSCRIBE

ICE representatives didn't respond to multiple requests for comment Wednesday, including inquiries regarding the number of people detained, their identities and where detainees will be held.

Locations where federal law enforcement agents were present included several apartment complexes at the center of months of local and national controversy over the alleged influence of the Tren de Aragua gang, or TdA, including the Edge at Lowry complex at 12th and Dallas Streets.

Denver and Aurora police officials have characterized TdA's presence in the metro area as isolated and relatively small, with its criminal activity — including a December kidnapping at the Edge at Lowry — mostly targeting victims within the Venezuelan immigrant community itself. Immigrants residing at the apartment buildings in question have placed blame for the situation on an absentee "slumlord," CBZ, which records show had let the properties fall into abject disrepair long before the arrival in the area of large numbers of migrants in early 2023.



Federal agents conduct immigration enforcement just north of Hinckley High School in Aurora on Feb. 5, 2025. (Courtesy of Crystal Murillo)

But Trump and his allies — pursuing a mass deportation campaign and a nationalist vision of "America for Americans only" — have made a series of sensational allegations that the gang has "invaded and conquered" Aurora, a sprawling and diverse suburb of 400,000 residents to the east of Denver. Far-right political figures have falsely claimed that crime has "skyrocketed" in Aurora since the new immigrants arrived. In fact, consistent with national trends, crime rates have declined there and in Colorado as a whole since 2022.

The Colorado Rapid Response Network, a coalition of immigrant advocacy organizations that oppose ICE

The Colorado Rapid Response Network, an immigrant advocacy organization that oversees an ICE activity hotline, posted to Facebook a live video of federal operations in Aurora on Wednesday.

"Officials have shown no warrant, are asking people for citizenship status and IDs when they leave their apartments. They have been asked to leave and continue to be there. We are advising people of their rights and asking them to leave," the group said in the post.

Crystal Murillo, an Aurora City Council member and executive director of Colorado People's Alliance, which supports immigrant justice, said reports she received indicated that federal agents detained more than half a dozen people in the area of Hinkley High School and another CBZ property, Whispering Pines, on Helena Street.

A photo she shared with Newsline shows what appeared to be federal agents in an armored vehicle, which Murillo said was located just north of the school.

"It looked like a checkpoint in the middle of the street," Murillo said.

Activists with the Party for Socialism and Liberation gathered in a shopping mall parking lot near Interstate 25 and Colorado Boulevard, the site of a reported staging area for law enforcement involved in the raids. Eliza Lucero, a PSL organizer, said at one point saw roughly 50 law enforcement agents at the site, including ICE officers, and "at least five big trucks."

Newsline had received no reply from ICE to an inquiry about the site as of the time of publication.

"It's most important to us right now that we are doing two things, letting ICE know that they are not welcome in our community, and, two, letting immigrants who are in these buildings know their rights," Lucero said, adding, for example, that people targeted by ICE do not have to speak to law enforcement and they can refuse vehicle searches when officers don't have a warrant.

PSL organizers witnessed at least five people being being taken into custody at the residences near Hinkley High School, Lucero said.

"We're setting the narrative straight, that the immigrants are not a majority of criminals, that they're being blamed for the problems in this country," Lucero said. "They're being blamed for real problems that do exist, which is that people can't get good jobs, that people are struggling to afford to buy groceries, and that our social services have been gutted ... and they're being blamed by the very people that are the ones who actually created these problems by gutting unions, by gutting the social services in this country, by outsourcing jobs for cheaper labor."

She added, "That is the fault of these evil rich men who are now in this presidential administration, like Donald Trump and Elon Musk."

Last month, the DEA conducted a raid of what it said was an "invite-only TdA party" at a makeshift nightclub in Adams County. Forty-one people alleged to be in the country unlawfully were taken into custody, but the agency subsequently acknowledged many of them were from countries other than Venezuela, including some European countries. The DEA has refused to release the names of the people taken into custody, say how many of them are suspected TdA members or disclose other details of the operation.

*Quentin Young contributed to this report.*



YOU MAKE OUR WORK POSSIBLE.    SUPPORT



REPUBLISH

Our stories may be republished online or in print under Creative Commons license CC BY-NC-ND 4.0. We ask that you edit only for style or to shorten, provide proper attribution and link to our website. AP and Getty images may not be republished. Please use our republishing guidelines for use of any other photos and graphics.

CHASE WOODRUFF  ✉  𝕏

Chase Woodruff is a senior reporter for Colorado Newsline. His beats include the environment, money in politics, and the economy.

Colorado Newsline is part of States Newsroom, the nation's largest state-focused nonprofit news organization.

MORE FROM AUTHOR

**MORE FROM OUR NEWSROOM**



A volunteer network documents ICE operations across Colorado. Here's how it works.
BY DELILAH BRUMER
July 14, 2025



Una red de voluntarios documenta la presencia ICE en Colorado. Así es como funciona.
BY DELILAH BRUMER
July 14, 2025



Demonstrators rally at Colorado Capitol, march through Denver in second day of anti-ICE protests
BY CHASE WOODRUFF
June 10, 2025

**START WITH THE TRUTH**

Democracy Toolkit //  Register to vote  |  Find your county clerk  |  Find your state legislator  |  Contact your U.S. representative  |  Contact your U.S. senator



ABOUT US  ✉

Colorado Newsline provides fair and accurate reporting on politics, policy and other stories of interest to Coloradans. Newsline is based in Denver, and coverage of activities at the Capitol are central to its mission, but its reporters are devoted to providing reliable information about topics that concern readers in all parts of the state, from Lamar to Dinosaur, from Durango to Sterling.

We're part of States Newsroom, the nation's largest state-focused nonprofit news organization.



© Colorado Newsline, 2025
v1.66.2

Our stories may be republished online or in print under Creative Commons license CC BY-NC-ND 4.0. We ask that you edit only for style or to shorten, provide proper attribution and link to our website. (See full republishing guidelines.)

DEIJ Policy | Ethics Policy | Privacy Policy

STATES NEWSROOM    FAIR. FEARLESS. FREE.

# EXHIBIT *



An official website of the United States government    Here's how you know ⌄

⊕ En Español    ☐ Contact Us    🔗 Quick Links

**U.S. Immigration and Customs Enforcement**

Call **1-866-DHS-2-ICE** to report suspicious activity    **Report Crime**

| About Us | Immigration Enforcement | Combating Transnational Crime | Newsroom |

ICE › NEWSROOM

FEBRUARY 10, 2025 • WASHINGTON, DC • ENFORCEMENT AND REMOVAL

## ICE operations between Feb. 1 and Feb. 6



Two federal law enforcement officers coordinate with other officials on the ground during an enhanced immigration enforcement operation near Washington, D.C. Feb. 4.

WASHINGTON, D.C. — U.S. Immigration and Customs Enforcement conducted a series of enhanced immigration enforcement operations across the nation between Feb. 1 and Feb. 7 in Baltimore, Maryland; Charleston, South Carolina; Hillsboro, Texas; Denver, Colorado; Washington, D.C. several other cities across the nation. ICE's routine daily operations continue, running in tandem with enhanced enforcement operations involving federal law enforcement partnerships with the FBI, the DEA, the ATF, U.S. Customs and Border Protection, and the U.S. Marshals Service for a whole-of-government approach.



U.S. Immigration and Customs Enforcement officers arrest an undocumented Guatemalan alien charged with trespassing and possessing a loaded handgun and ammunition in the Baltimore area Feb. 1. The arrest was part of a routine daily operation for Baltimore's ICE



Federal law enforcement officials conduct a pre-operational briefing in a Washington, D.C.-area parking lot Feb. 4. This enhanced immigration enforcement operation involved cooperation between U.S. Immigration and Customs Enforcement and its federal law enforcement partners with

officials, who arrested this alien after local officials declined to honor an immigration detainer.

the Drug Enforcement...



Two federal law enforcement officers coordinate with other officials on the ground during an enhanced immigration enforcement operation near Washington, D.C. in the early morning hours of Feb. 4.



ICE and DEA law enforcement officials conduct a pre-dawn briefing prior to an enhanced immigration enforcement operation in a Washington, D.C. suburb on the morning of Feb. 4.



Federal law enforcement officials working with ICE and the DEA coordinate prior to beginning an enhanced immigration enforcement operation in the Washington, D.C. area before dawn Feb. 4.



Federal law enforcement officials map out tactical plans before beginning an enhanced immigration enforcement operation near Washington, D.C. Feb. 4.



ICE arrested Jesus Vazquez Daniel, a 58-year-old undocumented alien from Mexico, Feb. 2 near Hillsboro, Texas. Vazquez is wanted in Hidalgo, Mexico, for aggravated homicide for allegedly beating a homeowner to death during an attempted burglary.



ICE and the DEA arrested Raul Buitron Vidal in Philadelphia Feb. 4. Buitron is Mexican national with a history of illegal reentry and several DUI arrests in Pennsylvania.



ICE and the DEA arrested Raul Buitron Vidal in Philadelphia Feb. 4. Buitron is Mexican national with a history of illegal reentry and several DUI arrests in Pennsylvania.



ICE arrested German Ronal Del Cid Carranza, 33, during routine daily operations in Silver Spring, Maryland, Feb. 4. Del Cid, a known MS-13 member, was convicted of a weapons crime and sentenced to two years in prison in 2023.



U.S. Immigration and Customs Enforcement Special Agent in Charge Tim Lenzen and ICE acting Director Caleb Vitello reviewing plans for an enhanced immigration enforcement operation at the Operations Command Center in Denver Feb. 5.



Federal law enforcement officials from U.S. Immigration and Customs Enforcement, the Drug Enforcement Administration, the ATF and the FBI run an enhanced immigration enforcement operation from the Operations Command Center in Denver Feb. 5.







U.S. Immigration and Customs Enforcement Field Office Director Matt Elliston and FBI Special Agent in Charge William Del Bagno coordinate ahead of an enhanced enforcement operation in Baltimore Feb. 5. The operation targeted MS-13 gang members in Maryland.



U.S. Immigration and Customs Enforcement Field Office Director Matt Elliston and a team of federal law enforcement officers from the FBI, the ATF and other agencies take an alleged MS-13 member into custody during an enhanced enforcement operation near Baltimore Feb. 5.



U.S. Immigration and Customs Enforcement Field Office Director Matt Elliston and a group of federal law enforcement officers take an alleged MS-13 member into custody during an enhanced enforcement operation near Baltimore Feb. 5.



ICE officials arrest Tren de Aragua gang members in Charleston, South Carolina, Feb. 3 during a routine daily operation.



An ICE official arrests a Tren de Aragua gang member in Charleston, South Carolina, Feb. 3 during a routine daily operation.



An ICE official arrests a Tren de Aragua gang member in Charleston, South Carolina, Feb. 3 during a routine daily operation.



Federal law enforcement officials talk to an MS-13 member after his arrest during an enhanced enforcement operation near Baltimore Feb. 6.

**Track quarterly ICE arrest, detention and removal statistics**

Call 866-DHS-2-ICE (866-347-2423) or fill out ICE's online tip form to report crimes and suspicious activity.

Access B-roll and images of ICE's most current arrests and removals on ICE's DVIDS page and ICE's Flickr Photostream. Get breaking news, public safety information and more by following ICE on X at @ICEgov. You can also follow ICE on Facebook and follow ICE on Instagram for updates and more.

Updated: 02/10/2025

MEDIA INQUIRIES

For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs at ICEMedia@ice.dhs.gov.

About Us    Immigration Enforcement    Combating Transnational Crime    Newsroom



**U.S. Immigration and Customs Enforcement**



ICE Contact Center

Report suspicious activity: 1-866-DHS-2-ICE

ICE.gov
An official website of the U.S. Department of Homeland Security

About ICE
Accessibility
FOIA Requests
Privacy Policy
DHS.gov

Archive
No FEAR Act Data
Site Links
Performance Reports
Inspector General

The White House
DHS Components
USA.gov



National Terrorism Advisory System

NTAS

BULLETIN
READ MORE
Put this widget on your web page

# EXHIBIT +



ADVERTISEMENT

AD · SMARTFI

We Simplify Reverse Mortgages

Smartfi

Reverse Mortgage Calculator

Unlock your home's equity. Calculate your mortgage payout today!

OPEN

# What the Data Shows About Trump's Immigration Enforcement So Far

By Albert Sun and Allison McCann    March 4, 2025

Share full article

President Trump's drastic reshaping of immigration enforcement toward a goal of deporting millions has led to nearly 23,000 arrests and 18,000 deportations in the past month, federal data shows.

Arrests inside the country are up sharply relative to the Biden administration, but they are below the levels seen when immigration agents made a show of force at the start of Mr. Trump's term.

ADVERTISEMENT

Professional templates make them pop.

Start free trial

MARKET OPPORTUNITY

Adobe Acrobat Studio

Deportations have continued to lag. As a result, 4,000 more people are sitting in detention facilities than when Mr. Trump first took office. An additional 3,000 people who were detained have been released back into the country.

**ICE is arresting and detaining more people**

Daily average of new detentions in which ICE was the arresting authority



872 people per day

Trump takes office

Average daily new detentions

1,000

750

500

250

Jan. 2024    April    July    Oct.    Jan. 2025

Note: Figures are for book-ins to ICE detention in which ICE was the arresting agency. Some arrests do not lead to detention as the person may be released or immediately deported.    Source: Immigration and Customs Enforcement

The administration began its increased enforcement operations shortly after Mr. Trump was inaugurated, and ICE was quick to publicize the number of immigrants caught in its operations each day. People booked into detention by ICE — a rough measure of arrests — peaked at 872 people per day in late January before falling to just under 600 people per day in the first three weeks of February, data shows.

This is a significant escalation from the Biden administration: ICE arrested and detained about 255 people each day last year. It also reveals the extent of a shift in immigration priorities under Mr. Trump to increase enforcement in the interior of the country.

Deportations have not kept pace with arrests. ICE deported an average of 600 people a day in mid-February, the latest data available, compared with more than 750 people a day in the 12 months through November.

**ICE is deporting fewer people than last year**



Note: Figures are for all ICE returns and removals. Data is unavailable for December 2024.    Source: Immigration and Customs Enforcement

The drop in deportations is due in part to a simultaneous change in border policy. During the Biden administration, a majority of people detained and deported were arrested crossing the southwestern border. But the Trump administration moved to quickly close the border, ending the asylum process and other Biden-era programs that offered migrants humanitarian relief.

Now, border agents are arresting far fewer people than last year and sending fewer migrants to ICE for detention and eventual deportation. (It is not clear how many people are being removed directly from the border, since that data has not been published since Mr. Trump took office.)

**More people are being held in ICE detention**
Total detained population by arresting authority



Note: Data is as of Feb. 23.    Sources: Immigration and Customs Enforcement; Transaction Records Access Clearinghouse

Even though arrests at the border are down, the aggressive push to detain immigrants elsewhere in the country has filled detention facilities above the capacity Congress set for funding. The total number of people in ICE detention has grown by more than 4,000 in the last month, to nearly 44,000.

At the same time, far fewer immigrants are being paroled or released than in the first few weeks of the Trump administration and during the Biden administration.

**Releases from ICE detention have dropped in recent weeks**



Note: Figures are for book-outs from ICE detention in which the detainee was granted bond and released, either by ICE or an immigration judge, or released after making a promise to meet certain conditions.    Source: Immigration and Customs Enforcement

Under President Joseph R. Biden Jr., many people who were not considered a threat to the community or a flight risk were allowed to leave detention under certain conditions, but this practice has nearly ended. ICE stopped granting parole to detainees almost entirely in late February. A small number are still being released from detention after paying a bond or promising to meet certain conditions.

**A growing share of people detained by ICE have no criminal record**



The administration has said its strategy is focused on detaining and deporting criminals, and a majority of those in detention have been convicted of a crime. But data shows the share of people detained with no criminal charges has grown to 16 percent from 6 percent in mid-January.

Some members of the administration, including Tom Homan, the ICE director, have expressed frustration that the enforcement numbers are not higher as they seek to deliver on one of Mr. Trump's signature promises.

At the current pace, the administration does not appear on track to detain and deport millions of people this year, but the numbers could still rise quickly. Republicans in Congress have proposed billions in new funding for ICE and other agencies, and Mr. Trump has moved to expand the military's role in immigration enforcement.



## Our Coverage of U.S. Immigration

- **Detained Again:** Kilmar Armando Abrego Garcia, the immigrant who was wrongly expelled to El Salvador and then brought back to face criminal charges, was detained again after the Trump administration indicated that it planned to re-deport him to Uganda.

- **Immigrant Population:** For the first time in decades, more immigrants are leaving the country than arriving, a new study finds, an indication that President Trump's immigration agenda is leading people to depart — whether through deportation or by choice.

- **Visas Under Travel Ban:** A federal judge ruled that the Trump administration had unlawfully withheld visas from a number of people because of a travel ban instituted in June, which barred visa access for individuals from 19 countries.

- **Sanctuary Cities:** A federal judge expanded the scope of an order blocking the Trump administration from pulling federal funding for cities across the country over their policies that limit local law enforcement participation in immigration enforcement.

- **Countries Taking Deportees:** Uganda said it had reached a deal to accept an unspecified number of deportees from the United States. The deportees would not include people with criminal records or unaccompanied minors.

- **Ohio Migrant Exodus:** The city of Springfield faced a crisis after Donald Trump, during the 2024 presidential campaign, falsely claimed Haitians were eating pets. Now his policies are driving out workers.



# EXHIBIT ,

# 100 days of record-breaking immigration enforcement in the US interior

ice.gov/news/releases/100-days-record-breaking-immigration-enforcement-us-interior

April 29, 2025



April 29, 2025Washington, DCEnforcement and Removal

3 in 4 arrests were criminal illegal aliens

WASHINGTON — During the first 100 days of President Donald J. Trump's second term, U.S. Immigration and Customs Enforcement has arrested 66,463 illegal aliens and removed 65,682 aliens, including criminals who threaten public safety and national security. Three in four arrests were criminal illegal aliens, putting the worst first.

"The brave men and women of ICE protect our families, friends and neighbors by removing public safety and national security threats from our communities," said ICE acting Director Todd M. Lyons. "During President Trump's first 100 days, ICE alone has arrested over 65,000 illegal aliens — including 2,288 gang members from Tren de Aragua, MS-13, 18th Street and other gangs. Additionally, 1,329 were accused or convicted of sex offenses, and 498 were accused or convicted of murder."

The criminal records of those arrested include convictions or charges for 9,639 assaults, 6,398 DWIs or DUIs and 1,479 weapon offenses.

"We removed over 65,000 illegal aliens to countries across the world," said Lyons. "We're just 100 days into this administration and thanks to President Trump and Secretary Noem, ICE is using every tool at its disposal to enforce our country's immigration laws and protect our communities."

ICE has significantly ramped up arrests and removals with help from state and local law enforcement agencies through the 287(g) Program. The agency's Enforcement and Removal Operations directorate has 579 pending and signed agreements with police departments and sheriff's offices across the nation, demonstrating the effectiveness of a whole-of-government approach to immigration enforcement. Since Jan. 20, there have been 444 new 287(g) agreements nationwide.

Operationally, ICE Homeland Security Investigations — which also focuses on transnational crime and threats — has been zeroing in on worksite enforcement operations to protect American businesses. Since Jan. 20, HSI has arrested more than 1,000 illegal workers and proposed over $1 million in fines against businesses that exploit and hire illegal workers.

"This agency has set the bar on arrests and removals while upholding its national security mission, said ICE Deputy Director Madison D. Sheahan. "Homeland Security Investigations has been zeroing in on worksite enforcement operations to protect American businesses. Since Jan. 20, HSI has arrested more than 1,000 illegal workers and proposed over $1 million in fines against businesses that exploit and hire illegal workers. Last week, HSI broke up a human smuggling ring that's allegedly responsible for bringing between 500 and 700 illegal aliens into the U.S. every year — aliens that the U.S. government never vetted. Our communities are becoming safer each day thanks to President Trump and Secretary Noem's leadership."

Learn more about ICE's public safety mission on X and watch footage from recent ICE operations on DVIDS.

Members of the public can report crimes and suspicious activity by dialing 866-DHS-2-ICE (866-347-2423) or completing the online tip form.

# EXHIBIT -

# Most people arrested by ICE in Colorado and Wyoming this year did not have criminal history

cpr.org/2025/07/21/most-colorado-wyoming-ice-arrests-no-criminal-history

Colorado Sun                                                                July 21, 2025

By [Colorado Sun](#)

· Jul. 21, 2025, 3:13 pm



Kevin J. Beaty/Denverite
The Aurora ICE Processing Center off Peoria Street, an immigration detention facility run by the GEO Group. Feb. 28, 2025.

*This story was produced as part of the Colorado Capitol News Alliance. It first appeared at [coloradosun.com](#).*

**By Sandra Fish, The Colorado Sun and Taylor Dolven, The Colorado Sun and Andrew Graham, WyoFile**

Immigration arrests have quadrupled in Colorado and almost tripled in Wyoming since President Donald Trump took office in January, with a significant shift in who is being targeted, new data from the federal government shows.

Most people arrested by U.S. Immigration and Customs Enforcement agents between Jan. 20 and June 26 of this year in Colorado and Wyoming did not have any criminal convictions, according to ICE data released over the last few weeks. Among those arrested who had a conviction at the time of their arrest, the most serious crime is most often noted by ICE as drunken driving in both Colorado and Wyoming, the data shows.

The data, obtained from ICE and published by the Deportation Data Project, is the most detailed, publicly available picture of who is being swept up by ICE's dragnet arrest tactics in the two Western states this year. The University of California, Berkeley School of Law, which is behind the project, published the data, and The Colorado Sun and WyoFile analyzed arrests made under the jurisdiction of ICE's Denver field office, which covers both states.

The ICE arrest data contradicts the purported goals of the Trump administration to target the "worst of the worst." Increasingly, ICE is arresting immigrants with no criminal history, the data shows. Advocates who work with immigrant communities said the tactics, which include arresting people who appear for their immigration court proceedings, are unlike anything they've seen before.

Laura Lunn, director of advocacy and litigation at Rocky Mountain Immigrant Advocacy Network, said in her 15 years of working with immigrants, she has never seen ICE arrest people with pending asylum cases and no criminal history. Now, she said, that is common in Colorado.

"People are being picked up from their homes, workplaces, people are being picked up as they're walking their dogs," she said. "This is ruthless and I've never seen anything like it before."

The arrest dataset is imperfect, and The Colorado Sun and WyoFile analysis required reporters to make inferences. For example, some arrests were noted as having occurred in the Denver field office area, but the data entry did not include whether the arrest took place in Colorado or Wyoming.

In these cases, reporters used an arrestee's unique ID number to search for the state in which they were arrested in another data file, the detentions or detainers datasets. When the arrest entry referred to an obvious state landmark, such as the city of Casper in Wyoming, the reporters assigned the arrest to that state. When such an inference could not be made, the reporters removed the arrest from the dataset and did not include it in the analysis. In total, the analysis included 556 arrests from 2024 and 2,162 arrests in 2025 and discarded fewer than 100 arrests.

Some of those arrested had a criminal conviction listed in one of the datasets, but not in another. The Colorado Sun and WyoFile only counted criminal convictions in the arrest data, which UC Berkeley and other news organizations have determined is the most reliable dataset.

Given the need to infer certain information, this analysis may differ from analyses made by other newsrooms. For example, The New York Times reported that immigration arrests in Wyoming had doubled, not tripled. But The Colorado Sun and WyoFile's analysis found more arrests attributable to the state than The Times did.

ICE officials declined to respond to questions about the data and The Colorado Sun and WyoFile's analysis, even though the data was produced by their agency.

Reporters sent questions to Steve Kotecki, ICE's spokesperson for the two-state region. Kotecki told reporters he forwarded that request to ICE's national media office. Reporters then received a response from a generic ICE email account declining to verify the agency's own data. ICE refused to provide a statement from a named official, and instead sent a brief, unsigned statement that echoed national talking points.

ICE's response to WyoFile and The Colorado Sun's request for information about local arrests reflects a growing effort by the agency to make its officials faceless and nameless in the public eye. ICE agents have worn masks during operations around the country and declined to share their names with the people they're detaining and members of the public. Some attorneys prosecuting detained immigrants have reportedly sought anonymity.

ICE's increased focus on immigrants with no criminal history comes as the administration attempts to reach its goal of 3,000 immigration arrests per day. The tactics have spurred protests across the country in recent months, including in cities in Colorado and Wyoming.

Colorado and Wyoming are very different politically and demographically. Colorado is run by a Democratic governor and legislature, while Wyoming is overseen by a Republican governor and legislature. Nearly 10% of Colorado residents are foreign-born while just 3.6% of Wyoming residents were born in other countries, according to the latest U.S. census figures.

The data shows the immigration crackdown in Colorado has been more aggressive than in Wyoming.

Immigration activists and attorneys told WyoFile and The Colorado Sun that in Wyoming the increase in arrests appears built on a system that relies on local law enforcement to alert ICE when officers detain immigrants suspected of committing local crimes. The high-profile, heavy-handed ICE raids and mass arrests seen in other states in the West have been rare.

A growing number of Wyoming sheriffs have signed agreements to facilitate cooperation with ICE. Such agreements would likely violate Colorado laws prohibiting significant cooperation between local law enforcement agencies and ICE. Activists say that even in Wyoming counties where there isn't a more formal arrangement, deputies are now more likely to call

ICE when they jail someone they suspect is unlawfully in the country. At the same time, ICE is more actively responding to sheriffs' reports and is more likely to come pick up people from jails than they were under President Joe Biden's administration.

"They're here," Bianca Infante, program director of the Cheyenne-based statewide immigration advocacy group Juntos, said, referring to the growing number of arrests. "The way they're acting is more strategic, it's less visible. But just because we're not seeing it as much doesn't mean that they're not here."

In Colorado and Wyoming, most people arrested by ICE during the first five months of the Trump administration had no criminal conviction, the data shows. That's a reversal from the same time period in 2024, when most people arrested by ICE had been convicted of crimes, the data shows.

Of those who had criminal convictions when they were arrested this year, most were for nonviolent crimes, according to the FBI's definition.

Among those arrested in Colorado and Wyoming are people whose convictions are decades old, although the dates are not always included. Three people arrested this year have convictions ICE says date from 1992 to 1999, and 10 people have convictions from 2000 to 2005.

Very few people in the data appear to have been deported to countries where they don't have citizenship. But the list includes nine Venezuelan men arrested in Colorado since Jan. 20 who were sent to El Salvador on March 15. At least three other Venezuelan men arrested under the Biden administration were also sent to El Salvador that day, according to the arrest data.

The data does not include names. But the departure date indicates these men may be part of the group of nearly 300 people the Trump administration deported to the Terrorism Confinement Center, or CECOT, in El Salvador. They were deported without an opportunity to challenge the federal government's allegations that they are gang members, according to lawsuits filed over the CECOT imprisonments.

None of the men from Colorado, who range in age from about 22 to 35, had criminal convictions when they were arrested by ICE, according to the data. One had an aggravated assault conviction associated with his ICE detention file. El Salvador is still holding the men with no opportunity for release.

Republicans in Congress voted earlier this month to increase ICE's annual budget from $8 billion to about $28 billion, making it the highest funded law enforcement agency in the country.

The cash infusion will continue to increase arrests, detentions and deportations, said Julia Gelatt, associate director of the U.S. immigration policy program at the Migration Policy Institute, a nonpartisan think tank. And, she said, more of those arrested, detained and deported are likely to be people whose only offense is entering the country illegally.

"If they want to keep up the pace of arrests they've been conducting," she said. "They'll have to widen their gaze beyond people with criminal convictions."



## Colorado Capitol Alliance

---

*This story was produced by the Capitol News Alliance, a collaboration between KUNC News, Colorado Public Radio, Rocky Mountain PBS, and The Colorado Sun, and shared with Rocky Mountain Community Radio and other news organizations across the state. Funding for the Alliance is provided in part by the Corporation for Public Broadcasting.*

## You care.

---

You want to know what is *really* going on these days, especially in Colorado. We can help you keep up.  The Lookout is a free, daily email newsletter with news and happenings from all over Colorado. Sign up here and we will see you in the morning!

# EXHIBIT %$

THE SAVINGS ARE TOO    Learn more    xfinity mobile

☰ All Sections

# THE DENVER POST

94°F ☀ Monday, July 21st 2025
Digital Replica Edition

## Politics

Latest Headlines    Colorado    Politics    Crime    Nation    World    Education    Health    Environment    Transportation    Housing    News Obituaries

TRENDING:    7 scenic easy-to-moderate hikes 🥾    "Love is Blind" Denver gets premiere date 💍

Ad removed. Details

**POLITICS • News**

## How President Trump's shifting deportation push has played out in Colorado: 'There's no small moves'

Despite high-profile raids, immigration arrests aren't on track for goal. Activists prepare for what's next.



A young boy waves as people march in a demonstration against U.S. Immigration and Customs Enforcement in Aurora on Monday, June 9, 2025. (Photo by AAron Ontiveroz/The Denver Post)

 By **MEGAN ULU-LANI BOYANTON** | The Denver Post
UPDATED: June 19, 2025 at 8:28 AM MDT

 ▶ Listen to this article

President Donald Trump's vow to carry out mass deportations of immigrants has sparked fear and outrage among some Coloradans since he took office on Jan. 20. It's drawn approval from others. Most of all, his pledge has brought uncertainty to many across the state.

The administration's underlying goal, according to reporting by national media outlets: To deport 1 million people without proper legal status within a year.

But U.S. Immigration and Customs Enforcement is not on track to meet that target thus far. In late April, the agency reported about 66,000 arrests and a similar number of deportations in the first 100 days of the president's second term. The daily pace has been increasing, however — by early June, according to data obtained by CBS News, the number of arrests had risen to over 100,000.

An escalation in ICE enforcement tactics and rapidly changing immigration policies, along with roadblocks put up by the courts, have defined Trump's first five months back in office. So have public protests. This month, after ICE began broader-scale actions in Los Angeles, including raids of Home Depot parking lots, the president ordered the National Guard and the Marines to the streets of that city to help respond to demonstrations there — a directive that spurred more protests nationally.

In Colorado, immigrant-rights advocates have been surprised at the administration's fast pace as it has moved to implement Trump's agenda. Even if the state has largely not seen the workplace raids conducted elsewhere so far — and legal roadblocks and limited resources have slowed ICE down — it's been aggressive here in other ways.

Several advocates say they doubt the agency will be able to remove 1 million immigrants by early next year, but ICE's recent tactics concern them. They're preparing for enforcement activities to intensify.




THE WIFI IS BOOMING
xfinity mobile

### MOST POPULAR

1. The Colorado River is officially contaminated with invasive zebra mussels. Can the state stop the spread?
2. Peyton Manning's son, Marshall, enrolls in Tennessee school, according to report
3. Bouldering gym files for bankruptcy after closing one location
4. 'Team Holliday' anchored by Leslee, mother of baseball's famous Rockies' latest top pick
5. 1 dead, 3 injured in crash on U.S. 285 in Jefferson County involving wrong-way driver
6. Renck: Most important development of Nuggets' offseason? Jamal Murray putting in work in Las Vegas
7. Colorado set to receive nearly $13 million after Trump administration releases some frozen K-12 funding
8. 2 killed, 3 injured in Aurora three-car crash near Buckley Space Force Base
9. Grab your next double-shot at these 14 picturesque coffee shops across the state
10. 'Compromised' former bank building on Colfax sells for $2.5M

"Many people in the immigrant community have realized over the last four or five months that Trump means what he says," Denver immigration attorney Hans Meyer said. "He is trying to enact a full-scale deportation machine."

To take stock of Trump's impact so far, The Denver Post interviewed elected officials, immigrant-rights advocates, legal experts, attorneys, immigrants of varying legal statuses and U.S. citizens who hold differing opinions on the president's immigration strategy.

Denver has been in ICE's crosshairs since large-scale raids first began in February. Trump has derided Colorado's capital as a "sanctuary city," targeting it along with dozens of others around the country. Last month, the Justice Department sued elected officials in Denver and Colorado over state and local laws limiting cooperation with ICE.

Federal agents have also made arrests near courthouses in downtown Denver, moved enforcement inside the federal courthouse where immigration cases are heard, and detained nationally recognized immigrant-rights activist Jeanette Vizguerra, who remains in ICE custody.

"There's no small moves here by the Trump administration," said Pratheepan Gulasekaram, a professor of law at the University of Colorado Boulder.

State and local officials have turned to the courts to fight several of the president's actions. Attorney General Phil Weiser has filed or joined federal lawsuits that argue against the government's withholding of funds for states that don't submit to Trump's immigration policies. Denver, too, has sued the Trump administration over decisions to hold back millions of dollars in promised grants.

As Denver trudges forward with its legal challenge and contends with ICE activity, Mayor Mike Johnston says he's committed to keeping it a welcoming city for all.

"We will not shepherd anyone from the law if they've broken the law," he said in an interview. "But we're also not going to have people be subject to raids in hospitals or churches or schools, which just makes the whole city unsafe."

Johnston also said: "We will continue to fight in these places where we think that federal action is illegal or unfair and is hurting Denver residents, because we think that's beyond the scope of what the president can or should be able to do."



People gather for an "ICE Out, Stop the Deportations" protest, lining up along Lincoln Street in front of the state Capitol before their march to the governor's mansion in Denver, on Saturday, June 14, 2025. Protesters rallied against President Donald Trump's deportation enforcement actions and policies. Earlier, thousands gathered for the "No Kings" rally as part of a national day of action against the Trump administration. (Photo by Andy Cross/The Denver Post)

### Is deporting 1 million an 'impossible' task?

In Colorado, the number of people affected by immigration enforcement activities is still



People gather for an "ICE Out, Stop the Deportations" protest, lining up along Lincoln Street in front of the state Capitol before their march to the governor's mansion in Denver, on Saturday, June 14, 2025. Protesters rallied against President Donald Trump's deportation enforcement actions and policies. Earlier, thousands gathered for the "No Kings" rally as part of a national day of action against the Trump administration. (Photo by Andy Cross/The Denver Post)

### Is deporting 1 million an 'impossible' task?

In Colorado, the number of people affected by immigration enforcement activities is still unclear due to a lack of federal transparency.

ICE has published statistics online only through last December. In March, the agency said it was working toward posting monthly enforcement stats, but those have yet to come to fruition. Local ICE spokesperson Steve Kotecki did not respond when asked how many people had been detained, deported or released by the Denver field office since Jan. 20.

TRAC Reports — an independent and nonpartisan database — has noted that, from the start of the 2025 fiscal year in October through April, almost 9,000 new deportation cases were filed in Colorado's immigration court. That was well below the pace of the 2024 fiscal year, when close to 47,000 new proceedings were recorded for the entire year.

Information on local detainments has been piecemeal, with ICE posting on social media about dozens of arrests. It's also conducted several large-scale enforcement actions in recent

about dozens of arrests. It's also conducted several large immigration raids in recent months that drew broad media coverage.



**ICE raids and their uncertainty scare off workers and baffle businesses**

Trump's flipflops baffle businesses trying to figure out the government's actual policy.

TP The Denver Post

Those included a series of raids in a single day in early February across metro Denver at apartment complexes and homes. ICE had set out with a goal of arresting more than 100 gang members but netted just 30, according to Fox News, including one confirmed gang member. Officials complained about interference by activists on the ground.

Other Front Range communities have attracted enforcement activity, too. A multiagency raid of an underground nightclub in Colorado Springs in late April resulted in the detentions of 104 people who were illegally present in the country, ICE said. In early February, a similar raid of a club in Adams County resulted in arrests that included 41 people on immigration holds.

The American Civil Liberties Union of Colorado has confirmed that at least 11 people were taken from Colorado to El Salvador's CECOT prison as of April. The Trump administration, in a much-challenged move, has used the Alien Enemies Act against suspected gang members, but advocates have disputed the gang ties of some detainees.



Federal law enforcement officers conduct an immigration enforcement operation at the Cedar Run Apartments on South Oneida Street in Denver on Wednesday, Feb. 5, 2025. ICE raids were conducted at multiple apartment buildings across the Denver area that day. (Photo by Hyoung Chang/The Denver Post)

Across Colorado, academics, elected officials and immigration advocates are skeptical the Trump administration will come close to deporting 1 million people in its first year.

Gulasekaram at CU Boulder considers it unlikely, particularly if ICE is focused solely on migrants who've committed crimes and pose national security threats.

On top of that, "the only way in which the Trump administration could even approach what it's talking about is, on the first instance, they would need the manpower, the human power to get there," Gulasekaram said. "Currently, they don't have that."

ICE would need congressional approval for billions of dollars to boost the number of agents in what's already the largest federal enforcement arm, the Department of Homeland Security, Gulasekaram said. Without that, he added, it would require either turning to local law enforcement for help -- a practice that is limited by Colorado law, as well as local policy in places like Denver -- or using the military domestically.

As for the latter, "that is not something that is done," Gulasekaram said. However, he says he fears Trump may be laying the groundwork for that use through his activation of military forces in Los Angeles.

Former President Barack Obama's administration set the annual record by deporting over 438,000 immigrants without legal status in the 2013 fiscal year, according to the Pew Research Center. In comparison, the most immigrants removed from the United States during Trump's first term was about 267,000, in the 2019 fiscal year, according to ICE's annual report.

In the district of state Rep. Ryan Gonzalez, a Greeley Republican, illegal immigration has been a top concern for voters, he said, pointing to polling conducted last year.

Even so, Gonzalez describes Trump's deportation goal as an "impossible" task that would cost too much money.

"I don't really see that happening, to be honest with you," he said. "He's well under the projections of where he should be at this point in time for deportations."

Gonzalez said he had reached out to local law enforcement to discuss ICE activity. He was assured that federal agents were arresting only immigrants without legal status who have severe criminal records, he said -- a move that he supports. "We're not trying to deport, like, the abuelitas," Gonzalez said, using a Spanish word for grandmothers.

But a recent report by Reuters cites detention statistics showing that, while the number of people arrested by ICE who had other criminal charges or convictions nearly doubled between January and June, arrests of people with no charges or convictions -- other than an immigration violation -- increased by 800%.

Colorado U.S. Rep. Gabe Evans and five other congressional Republicans raised concerns to ICE's acting director in a letter this month, inquiring about the agency's enforcement priorities -- and questioning whether the deportation of criminals was still the priority.

"Every minute that we spend pursuing an individual with a clean record is a minute less that we dedicate to apprehending terrorists or cartel operatives," they wrote.

Amid such questions, Raquel Lane-Arellano, the communications manager for the Colorado Immigrant Rights Coalition, also doubts that the Trump administration will hit its mark.

"I also don't think you reach those kind of numbers without breaking the rules," Lane-Arellano said.



People march against ICE in Aurora on Monday, June 9, 2025. (Photo by AAron Ontiveroz/The Denver Post)

### Groups respond to pivots on enforcement

The coalition is contending with a detainment process that Lane-Arellano depicted as increasingly militarized. During raids, ICE has partnered with federal agencies like the Drug Enforcement Administration and the FBI — "all these agencies that have, frankly, better work to do than target immigrants," she added.

At groups like hers, "burnout is especially high right now," Lane-Arellano said, with overextended staff scrambling to keep up with Trump's moves.

But the coalition has experienced a jump in donations from citizens and foundations.

"I'm so proud to be a Coloradan right now," Lane-Arellano said.

Jennifer Piper, the program director at the American Friends Service Committee in Denver, also doesn't see ICE hitting 1 million deportees this year unless it gets help from other law enforcement or a funding boost. At the same time, in recent weeks, she's witnessed the escalation in immigration enforcement tactics at courthouses.

She said at least eight people were detained at Denver's federal immigration court from May 29 through June 5, as her group raised the alarm about the new practice.

For these impacted migrants, "you're following the rules; you're showing up" to hearings, Piper said. "Now, when you're showing up, there's this risk that you will be detained — and that once detained, you'll have to fight your deportation case from inside detention."

In Aurora, the ICE detention center that's run by a government contractor, the GEO Group, is the hub of local immigration enforcement activity. The agency lists the facility as its only detention center in the state.

As of June 6, the facility housed 1,020 people — more than 90% of them men, according to the latest accountability report published by U.S. Rep. Jason Crow, a Democrat whose district includes the center.

The top five countries of origin among detainees were Mexico, Venezuela, Guatemala, Honduras and India, the report says. Information was unavailable on the number of people brought into or released from the facility around that time. However, a previous report from May 16 said 131 people left the center during the prior week — 124 deported from the U.S. and seven released from the facility.

Near the end of former President Joe Biden's administration, about 15 to 20 people were released from the GEO facility each week, estimated Andrea Loya, the executive director of Casa de Paz, an Aurora-based organization that works with detained immigrants directly.

Now, several months into Trump's new term, she says the average has fallen to just five to 10 per week.

### Trump's approach draws some support

Some Coloradans back Trump's removal efforts to varying degrees, including those who argue for changes to the federal immigration system.

They're not alone: Just over 50% of American adults want to see some immigrants without legal status deported, and another 32% would like to see all of them removed from the country, the Pew Research Center reported in March. But other national polling results have differed, with only 43% of Americans approving of Trump's approach to immigration as of June in a Quinnipiac University poll.

The Colorado Polling Institute found in March that 53% of likely voters in the state believe Trump "has gone too far" in his deportation efforts, while 26% believe the administration has been "about right" in its approach.

In Castle Rock, Juan Candil supports Trump's strategy.





Juan Candil poses at his home in Castle Rock, Colorado, on Wednesday, June 12, 2025. (Photo by AAron Ontiveroz/The Denver Post)

"I feel that not a lot of Latinos or immigrants would agree with me. I feel that things are changing for the better" under Trump, said Candil, 24.

The Colombian immigrant applied for asylum almost a decade ago, arguing that he had much to fear in his home country. However, he's still waiting for his turn with an asylum officer.

Candil depicted some recent migrants as very good people, while others are "bad actors," he said. Candil agrees with the administration's encouragement of self-deportation, in particular.

"That is relieving pressure from the system -- which, hopefully, also means that we get on the docket of some immigration judge sooner than later," Candil said.

Though he and his parents left Bogotá, Colombia, in 2016 after he said cartels threatened their safety, they still have yet to progress through the asylum process, he said: "It's been nine years. We're still waiting on an answer."

His family continues to shell out cash for attorneys and work authorization renewals, but "that money could kick-start our American dream of owning a house or starting our own business," Candil said.

Scott Shamblin, 23, also wants to see reforms in the nation's immigration system, including a streamlined process for immigrants with proper legal status to gain citizenship.

"I'm very pro-immigration, as is basically any Republican you talk to, including Trump," said Shamblin, who serves as the chair of the Arapahoe County Young Republicans. "It's just, they should do so legally."

He said Americans should have a say in who can stay.

"We should know who is in our country, and especially if they are criminals," Shamblin added.

James Wiley, the executive director of the Libertarian Party of Colorado, described his party, which has the most affiliated voters of any minor party in the state, as historically conflicted on immigration.

"Oftentimes, we consider any acts of the state to be violent and, therefore, any enforcement of borders to be an expression of that violence," Wiley said.

However, that sentiment has narrowed in recent years, particularly within the state's party, as Libertarians take an interest in some immigration restrictions. Now, they tend to welcome newcomers to the country -- if they align with American values.

"Let anybody come here who actually values the same things that Americans value: liberty, freedom, personal responsibility, personal sovereignty," Wiley said.

In his view, Mexico and Canada do not share those values, though he'd favor open borders with Argentina.

"What I'm seeing from the administration over the last five months is good in the element of a reduction of immigration, but it's not necessarily for the right reasons," Wiley said. "It's based on fear."

Children watch through a window as people march against ICE in Aurora on Monday, June 9, 2025. (Photo by AAron Ontiveroz/The Denver Post)

### Worries mount in immigrant communities

Among many in Colorado's immigrant communities, the Trump administration's methods have inspired the kind of fear that Wiley is talking about.

"I, unfortunately, will say I think the Trump administration has been very effective," said state Rep. Yara Zokaie, a Fort Collins Democrat, "and that they are ignoring court orders and that they are using military force to enact their policies."

She argues that ICE is targeting migrants beyond violent criminals and that family separation has already occurred in her district, with parents deported and children left behind.

As an Iranian-American legislator, Zokaie also hears from the state's Middle Eastern community. She said some of those Coloradans are worried about the new travel ban, which went into effect June 9.

According to the presidential proclamation, immigrants and nonimmigrants alike from 12 countries -- including Afghanistan, Iran, Somalia, Sudan and Yemen -- cannot enter the United States.

"There's a lot of concern over whether folks who live here can travel," Zokaie said.

On top of that, she added, "we have people who are fleeing from majority-Muslim and African nations -- that are fleeing violence and persecution and authoritarian regimes -- and this puts their lives in danger."

In Colorado, Zokaie says American citizens who are Brown are opting to carry their U.S. passports with them on a regular basis.

But on the Western Slope, Vanessa, a 25-year-old immigrant, doesn't have that option as a grantee of the Deferred Action for Childhood Arrivals, or DACA, program. She declined to use her last name, citing concerns about potential changes to her legal status under the Trump administration.

Vanessa was only 6 months old when her parents brought her across the southern U.S. border from Guerrero, Mexico. "My parents decided to come over here for a better job opportunity, education and for safety," she said.

At 16, Vanessa was accepted as a DACA recipient during Obama's administration. Since then, she's used it to work and attend college. But Vanessa's uncertain about the fate of the program under Trump.

"I don't know what's going to happen to DACA," she said. "My whole life is based on this. My career is on this."

She also worries about workplace raids sweeping up her loved ones who are undocumented.

Still, "my parents have never been the type where they will stop doing what they are going to do because of this," Vanessa said. "If we're not doing anything wrong, we shouldn't be scared."

At Meyer's Denver law firm, he's helping clients without legal status prepare their families for the possibility of ICE apprehension and is familiarizing them with how to fight to stay in immigration court.

A few clients have approached the attorney to discuss self-deportation. But even more have conferred with him about how to seek legal protections or apply for green cards or citizenship, he said.

"For most immigrants, I think self-deportation is not a viable option," Meyer said. "The longer people have been here, the deeper their ties. And the deeper their ties, the more things they have to fight for."

### 'I see their horror and their fear'

A Denver-based organization is contending with another aspect of the Trump administration's approach to curtailing immigration: the president's indefinite suspension of the U.S. Refugee Admissions Program.

The decision has left the Ethiopian Community Development Council's African Community Center of Denver grappling with how it can fulfill its mission as a nonprofit refugee resettlement agency.

Rhossy Ouanzin Gbebri, the development and communications manager, says he's unsure when the halt will be lifted. The agency typically serves 1,000 to 1,200 people annually.

"If we don't receive refugees, we don't get the money that we're supposed to get to be able to help them," Ouanzin Gbebri said. "Everything that is happening at the federal level impacts our work."

When the State Department ordered agencies to cease work under certain grants, the center was forced to let go of 15 staff members. The people it serves -- particularly those who haven't mastered English yet -- continue leaning on staff for help.

"Over the past five months, I've seen all sorts of emotion," Ouanzin Gbebri said. "A lot of people were scared. A lot of people were coming to the office to get help."

But volunteers have stepped up and lawyers are teaching refugees about their rights -- making for a silver lining for Ouanzin Gbebri.

"This work matters," he said. "Refugees here still need our help."

Other Coloradans have supported immigrants facing insecurities under Trump, including U.S. citizens motivated to respond after seeing the impact of the president's policies on their neighbors.

In Aurora, the Rev. Wayne Laws of the United Church of Christ is handling fears among the devout in the local faith community.

"Some pastors are reporting a drop-off in the congregation because immigrants, migrants are afraid to come to worship services," said Laws, 70.

But he says he's also seeing a greater level of activism. Laws and other local faith leaders are working together to launch Mutual Aid Sanctuary, an organization that would provide crisis care to vulnerable populations.

Denver resident Roz Heise, 82, says she knows many immigrants without full legal status.

"I see their horror and their fear," Heise said. "I feel helpless and sad and frustrated and ashamed."

The octogenarian said that, over the course of her life, she hadn't heard such negative rhetoric about immigrants until Trump's first term. She's written letters to her elected officials and attended protests.

### RELATED ARTICLES

**ICE denies U.S. Rep. Jason Crow entry to Aurora detention facility, congressman says**

**Hegseth tells lawmakers about plan to detain immigrants at bases in Indiana and New Jersey**

**For a 'low payment,' consultant offered to get Colorado counties off Trump's list of sanctuary jurisdictions**

**The rise of masked officers is controversial new ground in American life**

**Trump administration hands over Medicaid recipients' personal data, including addresses, to ICE**

"If they want to arrest me for something, go right ahead," Heise said. "I mean, I'm 82. What
are they gonna do? Kill me?"

# EXHIBIT 11

≡ All Sections

**THE DENVER POST**

Subscribe    Log in    🔍

84°F Tuesday, July 15th 2025
Digital Replica Edition

# Crime and Public Safety



Latest Headlines   Colorado   Politics   Crime   Nation   World   Education   Health   Environment   Transportation   Housing   News Obituaries

TRENDING:   Colorado wildfires   Former Denver restaurateur indicted for fraud   The most iconic Colorado song? 🎵

CLOSE ✕

workiva
**CSRD software that fuels your growth**
Learn More

NEWS > CRIME AND PUBLIC SAFETY • News

## 18 of 104 detained in Colorado Springs nightclub raid already had deportation orders, ICE says

Suspected Sinaloa Cartel member and drug distributor among detainees



The underground nightclub raided by police, sheriff's deputies and federal agents on Sunday, April 27, 2025, moved between multiple Colorado Springs addresses, officials said. (Photo courtesy of DEA).

 By **MAX LEVY** | The Denver Post
UPDATED: May 9, 2025 at 12:53 PM MDT



▶ **Listen to this article**

Federal agents captured 18 immigrants facing deportation during their April 27 raid on an unlicensed Colorado Springs nightclub, according to U.S. Immigration and Customs Enforcement.

An ICE spokesperson wrote in an email Friday that the agency detained 104 people who were illegally present in the country during the raid, including immigrants from Guatemala, Cuba, El Salvador, Mexico, Venezuela, Colombia, Nicaragua, Chile and Honduras.

The Drug Enforcement Administration initially reported 114 had been taken into federal custody. When asked about the discrepancy, the spokesperson wrote that he could only confirm how many people ICE arrested.

Among the 104, 18 already had been ordered to leave the United States, and 14 had previously been charged with or convicted of crimes, including a suspected Sinaloa Cartel member and a suspected drug distributor for the group. Others had been previously convicted of DUI, drug crimes and other charges, the spokesperson wrote.

A dozen firearms as well as cocaine and methamphetamine were seized during the raid on the clandestine club, which for months had prompted 911 calls from neighbors concerned about shootings and drug trafficking in the area, Jonathan Pullen, special agent in charge of the DEA's Rocky Mountain Division, told NewsNation last month.

The ICE spokesperson wrote Friday the 86 detainees who are not subject to a final order of removal are being held by ICE pending

### RELATED ARTICLES

ICE deportations are derailing Colorado criminal prosecutions

Has Trump era made immigrants' lives more difficult? Longtime Coloradans and more recent arrivals weigh in

Douglas County voters defeat home-rule measure in lopsided outcome

Man 'violently' arrested by ICE in


**Smart, Sharp, Southern.**
Essential news. Engaging stories.
SUBSCRIBE NOW   AJC

SPONSORED CONTENT


**Summer Safety Tips to Support Family Health and Have Fun**
By CommonSpirit Health


**Smart, Sharp, Southern.**
Essential news. Engaging stories.
SUBSCRIBE NOW   AJC

### MOST POPULAR

1. What's the most iconic song about Colorado?
2. Former Denver restaurateur indicted for fraud, accused of misusing PPP loans
3. Colorado wildfires: More evacuations issued for Turner Gulch fire on Colorado's Western Slope
4. Andrea Gibson — Colorado state poet laureate, queer activist and spoken-word artist — dies at 49
5. The Trump administration wants to eradicate DEI in higher education. These Black scholars still plan to thrive.
6. 7 scenic easy-to-moderate hikes on Colorado's Front Range
7. The Book Club: a Booker Prize nominee, and a new series from Alexander McCall Smith
8. David Adelman on Jonas Valanciunas, Nuggets offseason moves: Second unit an "open competition"
9. Keeler: Broncos stadium with retractable roof? Broncos Country thinks its is coming, whether they like it or not
10. 1 killed, several injured in shuttle bus crash near Denver International Airport

immigration proceedings.



Denver courthouse bathroom as young child watched, witness says

How President Trump's shifting deportation push has played out in Colorado: 'There's no small moves'

Read More

Smart,
Sharp,
Southern.

SUBSCRIBE NOW

At least two other people were arrested at the time by Colorado Springs police, and Pullen said 17 members of the military were found inside of the club. The Department of the Army Criminal Investigation Division is investigating the servicemembers' involvement along with the DEA.

One Fort Carson soldier, Staff Sgt. Juan Gabriel Orona-Rodriguez, was arrested April 30 on suspicion that he dealt cocaine and offered to sell illegal weapons to an undocumented immigrant while working security at the club.

Keep your finger on the pulse: Sign up for our Crime Report email alerts.

Email address                          SIGN UP

By signing up, you agree to our Terms of Use, Privacy Policy, and to receive emails from The Denver Post.

*Sign up to get crime news sent straight to your inbox each day.*

Originally Published: May 9, 2025 at 11:18 AM MDT

# EXHIBIT 1&

# ICE head says agents will arrest anyone found in the U.S. illegally, crack down on employers of unauthorized workers

◎ **cbsnews.com**/news/ice-head-todd-lyons-agents-will-arrest-anyone-found-illegally-crack-down-on-employers

Camilo Montoya-Galvez                                                July 20, 2025



ICE head Todd Lyons says agents will arrest anyone in U.S. illegally, not just criminals

*Washington* — In an exclusive interview with CBS News, the head of U.S. Immigration and Customs Enforcement said his agents will arrest anyone they find in the country illegally, even if they lack a criminal record, while also cracking down on companies hiring unauthorized workers.

Todd Lyons, the acting director of ICE, said his agency will prioritize its "limited resources" on arresting and deporting "the worst of the worst," such as those in the U.S. unlawfully who also have serious criminal histories.

But Lyons said non-criminals living in the U.S. without authorization will also be taken into custody during arrest operations, arguing that states and cities with "sanctuary" policies that limit cooperation between ICE and local law enforcement are forcing his agents to go into communities by not turning over noncitizen inmates.

"What's, again, frustrating for me is the fact that we would love to focus on these criminal
aliens that are inside a jail facility," Lyons said during his first sit-down network interview on
"Face the Nation with Margaret Brennan." "A local law enforcement agency, state agency
already deemed that person a public safety threat and arrested them and they're in
detention."

"I'd much rather focus all of our limited resources on that to take them into custody, but we
do have to go out into the community and make those arrests, and that's where you are
seeing (that) increase" in so-called "collateral" arrests, Lyons added, referring to individuals
who are not the original targets of operations but are nonetheless found to be in the U.S.
unlawfully.

If ICE encounters someone "that is here in the country illegally, we will take them into
custody," Lyons said.

## "We have opened up the whole aperture"

Collateral arrests by ICE were effectively banned under the Biden administration, which
issued rules instructing deportation officers to largely focus on arresting serious criminal
offenders, national security threats and migrants who recently entered the U.S. illegally. That
policy was reversed immediately after President Trump took office for a second time in
January.

As part of Mr. Trump's promise to crack down on illegal immigration, his administration has
given ICE a broad mandate, with White House deputy chief of staff Stephen Miller pushing
the agency to conduct 3,000 daily arrests. While ICE has so far not gotten close to that
number, the agency just received tens of billions of dollars in additional funds from Congress
to turbo-charge its deportation campaign.

Lyons said "it's possible" to meet the administration's target of 1 million deportations in a
year with the new infusion of funds. ICE has recorded nearly 150,000 deportations in Mr.
Trump's first six months in office, according to internal government data obtained by CBS
News.

From Jan. 1 to June 24, ICE deported around 70,000 people with criminal convictions, but
many of the documented infractions were for immigration or traffic offenses, according to
data obtained by CBS News.

While the administration frequently highlights arrests of non-citizens convicted of serious
crimes like murder and rape, ICE also has sparked backlash in communities across the
country due to some of its tactics and actions, including the use of masks by agents (which
Lyons said will continue due to concerns about the safety of his officers), arrests of asylum-
seekers attending court hearings and raids on worksites.

"ICE is always focused on the worst of the worst," Lyons said. "One difference you'll see now is under this administration, we have opened up the whole aperture of the immigration portfolio."

## Lyons promises to hold companies accountable

Another major policy at ICE under the second Trump administration is the lifting of a Biden-era pause on large-scale immigration raids at worksites.

In recent weeks, federal immigration authorities have arrested hundreds of suspected unauthorized workers at a meatpacking plant in Nebraska, a horse racetrack in Louisiana and cannabis farms in southern California. At the cannabis farms alone, officials took into custody more than 300 immigrants who were allegedly in the country unlawfully, including 10 minors.

Amid concerns from industry leaders that Mr. Trump's crackdown was hurting their businesses, ICE in June ordered a halt to immigration roundups at farms, hotels and restaurants. But that pause lasted only a matter of days. Since then, the president has talked about giving farmers with workers who are not in the U.S. legally a "pass," though his administration has not provided further details on what that would entail.

In his interview with CBS News, Lyons said ICE would continue worksite immigration enforcement, saying there's no ban on such actions. He said those operations would rely on criminal warrants against employers suspected of hiring unauthorized immigrants, which he said is not a "victimless crime," noting such investigations often expose forced labor or child trafficking.

"Not only are we focused on those individuals that are, you know, working here illegally, we're focused on these American companies that are actually exploiting these laborers, these people that came here for a better life," Lyons said.

Asked to confirm that ICE plans to hold those employing immigrants in the U.S. illegally accountable — and not just arrest the workers themselves — Lyons said, "One hundred percent."

*See the full interview with acting ICE director Todd Lyons here.*

Margaret Brennan contributed to this report.

Camilo Montoya-Galvez
Camilo Montoya-Galvez is the immigration reporter at CBS News. Based in Washington, he covers immigration policy and politics.

# EXHIBIT 1'

# Colorado sheriff's deputy who alerted ICE to Utah student violated state law, AG says

**DP**
**denverpost.com**/2025/07/22/utah-student-ice-arrest-colorado-mesa-deputy-caroline-goncalves

Shelly Bradbury                                                    July 22, 2025



A Mesa County sheriff's deputy violated state law when he shared information with federal officials that led to a Utah college student's immigration arrest last month, Colorado Attorney General Phil Weiser announced Tuesday.



Caroline Dias Goncalves, a Brazilian-born student at the University of Utah, is seen in a family photo. Dias Goncalves was detained by federal immigration agents after a traffic stop in Colorado. (Photo via GoFundMe)

Weiser filed a civil complaint against Investigator Alexander Zwinck alleging the deputy knowingly assisted in federal immigration enforcement by sharing information about 19-year-old Caroline Dias Goncalves in a Signal group chat, which is prohibited by state law.

The attorney general's office is also launching a wider pattern-and-practice investigation into the Signal group chat, which included a number of Colorado law enforcement agencies, to find out whether other state departments also assisted in federal immigration enforcement, Weiser said.

The deputy purposely stalled Dias Goncalves so federal immigration officers could get into position to arrest her, and passed on details about the make and model of her car, her license plate and her direction and timing of travel to the federal officers, knowing it would be used for immigration enforcement, Weiser said during a news conference.

Zwinck later congratulated the federal officers when they detained the student, Weiser said.

"These actions by the sheriff's deputy were for the sole purpose of immigration enforcement," Weiser said.

Zwinck could not be reached for comment Tuesday.

Colorado law prohibits local law enforcement officers from carrying out civil immigration enforcement and largely blocks local police agencies from working with U.S. Immigration and Customs Enforcement.

The state's investigation into Zwinck also found at least one other instance in which he unlawfully participated in federal immigration enforcement, Weiser said, noting that one officer commented that the deputy would be named "ERO interdictor of the year," a reference to ICE's Enforcement and Removal Operations division.

Weiser brought the civil complaint — a lawsuit — against Zwinck individually because that is the path established for violations of this particular state law, he said. The violation is not a criminal offense.

Zwinck can contest the attorney general's allegations — in which case the state would pursue a court order prohibiting Zwinck from continuing to help with federal immigration enforcement — or he can admit the law violation and voluntarily agree to stop such enforcement in a court-enforced agreement known as a consent decree, Weiser said. The office could also pursue fines against Zwinck.

"The problem here is this deputy did the job of federal immigration enforcement, stepped outside of the role he should have been following," Weiser said. "And that was the line he should have been following."



Watch Video: https://youtu.be/2IyuTMNug6E

Dias Goncalves, who attends the University of Utah, came to the U.S. from Brazil with her family when she was 7 and overstayed a tourist visa. She has a pending asylum application, according to the Salt Lake Tribune.

Zwinck pulled her over on June 5 on Interstate 70 near Loma because she was following a semitrailer too closely. At about 1:40 p.m., he shared a picture of her driver's license in the Signal group chat so that federal agents could run her information through a number of databases that are only accessible to them, Weiser alleged in the lawsuit.

"Not seeing crim history, but I believe she has immigration issues," a federal officer responded. "We are confirming."

Zwinck at that point should have ended the traffic stop, Weiser said. Instead, he questioned Dias Goncalves about her accent and where she was from — she said she was born in Brazil. He shared his location with the federal agents, who responded that they were en route. He kept Dias Goncalves for about 15 minutes, then let her go with a warning at about 1:55 p.m.

He told the federal officers they could turn around, because "she's gone," the complaint alleges. He then told the officers her direction of travel, described her vehicle and provided a license plate number. The officers responded that they would "give it a shot," the complaint says.

They pulled Dias Goncalves over near Grand Junction a few moments later and detained her for civil immigration enforcement.

"Rgr, nice work," Zwinck responded.

Dias Goncalves was held in custody in Aurora for more than two weeks before she was released on bail.



Colorado Attorney General Phil Weiser announced that Mesa County sheriff's deputy violated Colorado
law when he shared information with federal officials that led to a Utah college student's immigration
arrest last month during a press conference at the Ralph Carr Judicial Center in Denver on Tuesday, July
22, 2025. (Photo by Hyoung Chang/The Denver Post)

The Signal group chat included a mix of local and federal officers and was used for regional
drug-smuggling enforcement, according to the Mesa County Sheriff's Office. A
spokeswoman previously said deputies did not know the information shared in the chat was
used for immigration enforcement and said the sheriff's office pulled out of the chat after
Dias Goncalves' detainment.

Weiser alleged that Zwinck provided information to federal immigration authorities multiple
times between May and June. On June 10, he sent a photo of another person's driver's
license to the group chat, the complaint alleges.

"After being told that the individual had overstayed a visa and that the federal immigration
officers 'would want him,' Deputy Zwinck responded, 'Oh my gosh. We better get some
bitchin (sic) Christmas baskets from you guys,'" the complaint alleges.

Zwinck was placed on administrative leave after the incident. Molly Casey, a spokeswoman
for the sheriff's office, said in a statement Tuesday that the internal investigation into Zwinck
is expected to be finished within a week.

"We are committed to transparency in this process," she said, adding that the sheriff's office would comment further once the investigation is complete.

Keep your finger on the pulse: Sign up for our Crime Report email alerts.

By signing up, you agree to our Terms of Use, Privacy Policy, and to receive emails from The Denver Post.

*Sign up to get crime news sent straight to your inbox each day.*

# EXHIBIT 1(

# CASHING IN ON CRUELTY

Stories of death, abuse and neglect at the GEO immigration detention facility in Aurora





Cover photo: Dave Russell, *Don't Look Away*, 2019. Vigil at GEO
Aurora Contract Detention Facility. © Buffalo Heart Images.

ACLU of Colorado

# CASHING IN ON CRUELTY

Stories of death, abuse and neglect at the GEO immigration
detention facility in Aurora

ACLU of Colorado

# TABLE OF CONTENTS

**Executive Summary**........................................................... 1

**Profit and Unspeakable Loss**....................................... 3
George Zoley
Kamyar Samimi

**Mistreated and Left to Die**............................................. 12
Evalin-Ali Mandza
Dan Courson
Ronnie Keyes
Mohammed Dirshe

**Nightmares and Neglect**................................................. 17
John Mathews
Diana Lopez
Jane Smith

**Suffering in Silence**........................................................ 20
Fabian Vasquez
Elias Salgado

**How Long Can Hope Last**.............................................. 22
Miguel Angel Avila Arce

**The Final Hours of Kamyar Samimi** ......................... 25

**Policy Recommendations**............................................. 29

**Acknowledgments**........................................................... 34

**Methodology**.................................................................... 35

**End Notes**......................................................................... 37

# Executive Summary

On November 17, 2017, federal immigration agents arrested Kamyar Samimi, a Legal Permanent Resident who had lived in the U.S. for over four decades, at his home in Thornton, Colorado. He was taken to the Aurora Contract Detention Facility, operated by the for-profit prison company The GEO Group, Inc. Two weeks later, he died in their custody.

Mr. Samimi's tragic death reflects the atrocious conditions at ACDF, which holds close to 1,500 detainees, most of whom are in civil immigration proceedings. Having come to the U.S. in search of a better life, they are confined without access to sufficient medical care, adequate nutrition, legal resources or in many cases basic human decency. Regardless of these deficiencies, GEO posted a net income of $33.4 million in the fourth quarter of 2018, and is valued at over $2.3 billion today.

To date, 31 immigrants, including at least seven children, have died in immigration custody during the Trump administration. The conditions in U.S. Immigration and Customs Enforcement (ICE) detention, including those at ACDF, have drawn criticism from the Department of Homeland Security's Office of the Inspector General, legislators and advocacy groups. Yet ICE has failed to hold GEO accountable or otherwise improve the conditions of immigration detention. Following an initial glossing-over by GEO, an ICE internal review of Mr. Samimi's December 2017 death found numerous violations of ICE standards. Nonetheless, in early 2019, ICE reached an agreement with GEO to increase the capacity of ACDF from 1,000 to 1,500, even as detainees sat in quarantines due to outbreaks of mumps and chicken pox. Despite its expanded capacity, the facility still has only one full-time physician.

> "
>
> ## To date, 31 immigrants, including at least seven children, have died in immigration custody during the Trump administration.
>
> "

In Mr. Samimi's case, that doctor made the medically unjustifiable decision to cut him off from his prescribed methadone. ACDF's medical staff was woefully unprepared to deal with Mr. Samimi's condition, wrote him off as a drug-seeker, missed doses of medication



In 1986 ACDF was the first GEO detention center to be awarded a contract with ICE. At that time, ACDF housed 150 detainees. Now, the facility holds 10 times as many people. Photo: ACLU of Colorado.

and failed to respond adequately or humanely as he neared death. Mr. Samimi's three children lost a father whose patriotism and entrepreneurial spirit embodied the American dream. ICE, GEO and the Trump administration's cruel immigration practices crushed that dream and shattered a family.

The ACLU of Colorado is able to shine a light on the atrocities inside ACDF after suing ICE under the Freedom of Information Act for records about Mr. Samimi's death, visiting the facility multiple times, and interviewing numerous individuals victimized by GEO and ICE's mistreatment. The stories told in this report include the following:

- Evalin-Ali Mandza died of a heart attack at ACDF in 2012 after medical staff showed incompetence in connection with EKGs and heart medication.

- Ronnie Keyes had his leg amputated after staff ignored his repeated complaints about bedsores.

- Mohamed Dirshe's head injuries went untreated after he was attacked by other detainees when he was supposed to be in a protective environment.

- A detainee was told by the psychologist treating his depression that no one cared about him and that he should sign voluntary deportation papers.

- Diana Lopez endured excruciating pain during and after a botched tooth extraction.

- Fabian Vasquez lived in confusion and isolation after not receiving the hearing aids he needed.

- Elias Salgado grew more depressed as he continued to suffer from retaliation, arbitrary punishment and neglect at ACDF.

- Miguel Angel Avila Arce suffered broken fingers after his hand was slammed in a cell door by a guard.

This cruelty must end. One tool is improvements to state and local policy, including increased oversight of ACDF, decreased cooperation with ICE and funding for legal counsel and bond money for detainees. We have the power to ensure that the death of Kamyar Samimi, and the suffering by too many others, is not in vain.

# Profit and Unspeakable Loss

Kamyar Samimi arrived at the Aurora Contract Detention Facility (ACDF) in good condition in the fall of 2017.[1] Three days later, he struggled to eat, his stomach ached and he cried out in constant, agonizing pain.[2] Mr. Samimi told the nurses he was experiencing withdrawal after being cut off the methadone he'd been on for more than 20 years.[3] But no one seemed to care. Over the course of his stay at ACDF, Mr. Samimi's circumstances became unbearable.[4] Soon, he was shivering, vomiting and suffering from dehydration, unable to swallow or stand up.[5] On Nov. 19, 2017, Mr. Samimi called a friend and told him he was "sicker than hell."[6] Before hanging up with his friend that day, Mr. Samimi said he was "dying here."[7] Fifteen days after U.S. Immigration and Customs Enforcement (ICE) agents arrested him and brought him to ACDF, a University of Colorado Medical Center physician pronounced him dead.[8]

*** 

At 11 a.m. on a Thursday in February 2019, The GEO Group, Inc.'s executive leadership team held a conference call with the company's shareholders to discuss fourth-quarter earnings and to give participating investors the opportunity to ask questions.[9] After a brief introduction, GEO Group Chairman and Chief Executive Officer George Zoley took over the call and announced, "We are pleased with our overall operational and financial results during the very active fourth quarter of 2018."[10]

Over the years, Mr. Zoley has made millions operating a business that detains immigrants in questionable conditions before all-too-frequently deporting them to the very countries they fled. Born in Florina, Greece, in 1950 — the year after the end of a hard-fought, three-year civil war[11] — Mr. Zoley immigrated to the United States at the age of 3, along with his mother, Anastacia, his grandmother and his older brother, Larry.[12] The Zoley family first set foot on U.S. soil on Ellis Island, in the shadow of the Statue of Liberty.[13] Years later, in 2002, Mr. Zoley received the Ellis Island Medal of Honor, even as he profited off the forced confinement of men,

women and children seeking refuge in the U.S. — just as he and his family once did.[14] Today, Mr. Zoley is worth an estimated $49.9 million.[15] According to a recent Bloomberg report, GEO paid Mr. Zoley a $1.1 million salary and an overall compensation package worth nearly $7 million in 2018.[16] GEO's net worth was valued at more than $2.3 billion, making it the largest private-prison company in the U.S.[17]

Before Mr. Zoley's tenure, GEO was previously known as Wackenhut, after ex-FBI agent George Wackenhut.[18] With deep connections within law enforcement and the military, Wackenhut's management team and board of directors included former members of the FBI and CIA.[19] In 1984, the company formed a new division, the Wackenhut Corrections Corporation and began regularly securing contracts to house federal and state prisoners as well as immigration detainees.[20] Mr. Zoley, then 34, helped transform Wackenhut into The GEO Group, where he has served as the CEO since the company went public in 1994.[21] Today, GEO has the capacity to hold 96,000 detainees in 135 facilities throughout the world and across the U.S., including the Aurora Contract Detention Facility.[22]



George Zoley  chairman and CEO of The GEO Group, Inc. 2003 Staff photo by Bob Shanley. ©ZUMA Press, Inc. Alamy Stock Photo.

While the shareholders' call continued, Zoley noted two "operational milestones" for the company.[23] Zoley said, "The GEO Corrections and Detention business unit served over 300,000 individuals throughout 2018, while managing an average daily population of over 60,000 in the United States."[24] Zoley continued, "This past

year was also the most active with respect to contract renewals and extensions in our company's history. During 2018, we successfully executed contract renewals or extensions for approximately 22,000 beds in the U.S. and overseas."[25]

For decades, the GEO-run ACDF has been under contract with ICE and the U.S. Department of Homeland Security (DHS) to hold undocumented immigrants and non-citizens.[26] Approximately 85% of those held at ACDF are immigrants waiting for asylum or other legal proceedings.[27] A recent spike in detainees at ACDF, estimated to be approximately a 60% increase, stems from a recent wave of asylum seekers at the U.S.-Mexico border.[28] The facility also houses citizen detainees for the U.S. Marshals Service awaiting criminal trials.[29] In 1986, ACDF was the first GEO detention center to be awarded a contract with ICE. At that time, ACDF housed 150 detainees.[30] Now, the facility holds 10 times as many people.[31] Earlier in 2019, GEO quietly entered into a new contract with ICE for a 432-bed annex located a few steps away from the main Aurora facility.[32] Although the initial deal was meant to last for only three months, GEO and ICE signed a one-year $319 million extension when the contract was set to expire despite numerous health and safety issues at ACDF.[33]

Mr. Zoley wrapped up the investor call by saying, "I would like to thank all our employees worldwide, whose dedication and professionalism has made all the achievements we've discussed today possible."[34] GEO reported fourth quarter 2018 net income of $33.4 million and reported total revenues for the fourth quarter 2018 of $599.4 million up from $569 million for the fourth quarter 2017.[35]

\*\*\*

ACLU of Colorado filed a Freedom of Information Act (FOIA) request on Dec. 20, 2017, seeking documents explaining what caused Mr. Samimi's death.[36] In response, ICE produced only five pages, none of which gave an explanation about his death.[37] ACLU of Colorado appealed and ICE responded on July 3, 2018, stating that its investigation of Mr. Samimi's death had been completed and more documents would be forthcoming.[38] Those documents were not produced. On April 9, 2019,

the ACLU of Colorado filed a lawsuit seeking previously requested records related to Mr. Samimi's arrest, detention, and subsequent death.[39] ICE released the detainee death review of Mr. Samimi in May 2019.[40] The summary letter attached to the report is stamped May 22, 2018. The report had been completed and held by ICE for a year, not only from ACLU but most important from his family.[41]

> "
>
> ## Chief Executive Officer George Zoley took over the call and announced, "We are pleased with our overall operational and financial results during the very active fourth quarter of 2018."
>
> "

The last call Neda Samimi-Gomez made to her father was to invite him to Thanksgiving dinner. She left messages but he never answered. A few days later his friend let her and her aunt know he had been picked up by ICE. "The fact that it was Immigration that picked him up was terrifying," Mrs. Samimi-Gomez said. But they stayed updated through her father's friend and were under the impression that everything was fine and that he'd be coming home soon. "We never could have imagined what would happen next," she said.

The second of his three children, Mrs. Samimi-Gomez, 25, was the first to hear that her dad was dead — two days after the fact. An ICE officer came to notify her at her workplace but she wasn't in yet. He left his card with her co-worker who took a picture of it and texted it to her. Instantly, she knew something was wrong. "I got [his] voicemail but I kept calling, four, maybe five times until someone picked up," she said. As she pulled into the parking lot at work, she heard a stranger's voice say I'm sorry to tell you, your dad passed over the weekend. Dazed and numb, she went into the office, shut the door and asked how he died. All she was told was cardiac arrest. She called her mother, brother and husband and then went into shock. Mrs. Samimi-Gomez slept for five

days. Later, she'd talk to the coroner but there was no more communication with ICE — no further explanation about his death or why it took two days to notify the family. The only other thing she would get from ICE were her father's belongings, a few coins and a receipt.

***

Like Mr. Zoley, Mr. Samimi was an immigrant. Born in 1953 in Iran, he came to New York in 1976 on a student visa and attended college in Wisconsin and Colorado, studying computer science.[42] Three years later, he married a U.S. citizen, and applied to be a Lawful Permanent Resident (LPR), commonly referred to as a Green Card holder. Mr. Samimi and his wife had a son, Tony, and later divorced. He remarried and had two daughters, Neda and Negeen. Mrs. Samimi-Gomez remembers her dad as a man who loved cars and racing and that he'd often have NASCAR blasting on the television. He channeled his love for cars into his work as a mechanic and prided himself on doing repairs for friends and family. She described her father as a doer and a dreamer, always talking to her about the mechanic shop he was going to open up or his latest "inventions." He once tried to convince her that he'd invented the bidet after rigging an old toilet seat. Both entrepreneurial and patriotic, Mr. Samimi thoroughly believed in the American dream.

As a father, Mr. Samimi was supportive without being overbearing. He treated her and her sister as equals. He showed his love through simple pleasures and acts of service. Anytime Mrs. Samimi-Gomez moved he'd be the one to strap the mattress to the top of the car. "He was the one who always took me to the movies and then fell asleep and snored." Her mother and father remained good friends even after they divorced when she was 14. When she "ran away" at 16 to stay with him, Mr. Samimi didn't push her to talk about it or rush her to go back, instead he brought her all the cereal she wanted while they watched "Law & Order" side by side. Cereal was his thing, enormous bowls of the sugary kind that he'd add honey to. After four days of loving care from her dad she returned to her mother's house, where Mr. Samimi was always welcome. He loved Persian food and Neda's mother would make his favorite dishes whenever he came over to visit or for Persian New Year. Regardless of any separation they were still very much a family.

"Every time I hung out with my dad — from getting a



Neda Samimi-Gomez. Denver, Colorado, September 5, 2019. Mrs. Samimi-Gomez was married for only a few months when she received news that her father died in ACDF detention. "If I was ever in trouble my dad is the person that I would call." Photo: ACLU of Colorado.

meal to picking out a tire — was an experience," she said. "That's what I'll miss most."

Mrs. Samimi-Gomez remembers her father was always wearing a back brace, having disc issues and chronic pain. But her memories aren't of a man who malingered. For her, Mr. Samimi wasn't difficult, or the "drug-seeking" detainee ACDF medical staff eventually dismissed, he was simply — Dad. A lighthearted man who loved the U.S. and Western culture so much that he tried to do a Texas accent the first time he met Neda's husband. He was easy to please, loved caramels, Pepsi — preferably out of a can — and American fast food. Mr. Samimi once asked his daughters if they ever heard of this chick-a-something restaurant and if they could go. When they took him to Chick-fil-A for lunch he was over the moon and couldn't stop gushing about his sandwich. It was a few months before he would be taken to ACDF. They had no idea it would be the last meal and memory they'd ever share together.

*  *  *

Mr. Samimi did not have his Green Card with him the day he was picked up by ICE, but he did have a copy of it, which he provided to the agents.[43] The agents told Mr. Samimi that because he'd been convicted for possessing less than one gram of a controlled substance 12 years prior, he had violated his LPR status and was now under arrest.[44]

For the next five hours, Mr. Samimi sat in a holding cell waiting for an officer to complete a standard intake screening.[45] While he waited, a guard in the holding cell noted that Samimi seemed ill. He was taken to see a nurse and informed her of a back injury he had from a car accident.[46] For 20 years, he took between 150mg to 190mg of methadone daily to manage his chronic pain.[47] The first line on the medical section of Mr. Samimi's GEO intake form reads "How do you feel today?"[48] The nurse who filled out the form noted that Mr. Samimi stated, "I have withdrawal symptoms."[49]

In fact, Mr. Samimi disclosed that he was on his way to a methadone clinic when he was brought to ACDF.[50] Section 17 on the same form calls for specifying what symptoms a detainee had previously experienced

related to withdrawal, but the nurse failed to complete that section.[51] By 10:30 p.m. that night, then ACDF medical director — and sole full-time physician — Jeffrey Elam Peterson, M.D.,[52] reviewed Mr. Samimi's intake screening form and recommended that he be held in the medical unit.[53] Dr. Peterson discontinued Mr. Samimi's methadone and instead ordered multiple lab studies, prescribed Ativan, Clonidine, Cyclobenzaprine, ibuprofen and Phenergan, recommended increased fluids, and indicated that Mr. Samimi's vital signs should be taken every eight hours until further notice.[54] But Dr. Peterson did not order monitoring of Mr. Samimi's symptoms using any standardized instruments such as the Clinical Opiate Withdrawal Scale (COWS).[55] After more than 20 years of methadone maintenance, Mr. Samimi was cut off in one day.



Kamyar Samimi loved cars. Here he is posing with a race car during a family vacation. Photo courtesy the Samimi family.

"Opioid withdrawal can be fatal, even for previously healthy individuals," said JK Costello, M.D., senior consultant with The Steadman Group, who reviewed Mr. Samimi's death report. "While exact numbers are unknown, it is clear that many of the deceased were confined in correctional facilities, suffering from untreated or under-treated withdrawal. Opioid withdrawal deaths are not sudden, unforeseeable events. Rather, they involve prolonged, evident symptoms and obvious suffering, usually over the course of several days."

The symptoms and suffering Mr. Samimi endured at ACDF could have been avoided entirely had he never been taken off methadone in the first place. In March 2019 the National Academies of Science, Engineering

and Medicine published a report that medications to treat opioid use disorder (OUD), like methadone, are effective and lifesaving.[56] "Methadone, buprenorphine, and extended-release naltrexone — approved by the FDA to treat OUD — work by alleviating withdrawal symptoms, reducing opioid cravings, or decreasing the

> ## Opioid withdrawal deaths are not sudden, unforeseeable events. Rather, they involve prolonged, evident symptoms and obvious suffering, usually over the course of several days.

response to future drug use. Patients who receive these medications are less likely to die from overdose or other causes related to their addiction, have higher treatment retention rates and better long-term outcomes, or are also less likely to inject drugs and transmit or contract infectious diseases. In addition, risk of death is cut in half for people with OUD who are treated long term with methadone or buprenorphine."[57]

\*\*\*

While GEO was finalizing a business deal to expand its capacity in Aurora to 1,532 detainees, there was an outbreak of mumps and chicken pox among the general population in the main building.[58] According to a letter dated Feb. 22, 2019, and signed by officials at the Colorado Department of Public Health and Environment and Tri-County Health Department, there were at least five confirmed cases of mumps at ACDF.[59]

The outbreak led to a lengthy quarantine at the facility, which prevented hundreds of detainees from leaving their pods for court hearings, recreation time, or visits with family or attorneys.[60] At least 50 detainees launched a hunger strike to protest the lock-down.[61] The conditions also caught the attention of newly elected Congressman Jason Crow and City of Aurora Councilwoman Allison Hiltz, in whose district the mass quarantines were taking

place.[62] Congressman Crow and Councilwoman Hiltz attempted to tour the facility on Feb. 20, 2019 to check on those detained and evaluate ACDF conditions but were turned away.[63] They held a press conference outside and Congressman Crow drafted a letter, addressed to the acting director of ICE, expressing concern about the outbreak in Aurora and similar outbreaks at other GEO facilities in Arizona and Texas.[64] He also questioned the adequacy of the medical care that GEO provides for detainees.[65]

"We write with serious concerns about the public health risks and treatment of detainees at detention facilities operated by U.S. Immigration and Customs Enforcement ("ICE") and contract facilities nationwide," Congressman Crow wrote.[66] (The letter was signed by nine other members of Congress, including Colorado Representatives Diana DeGette, Ed Perlmutter and Joe Neguse.) "We believe that recent viral disease outbreaks at detention facilities across the country merit strengthened oversight, and evaluation of existing procedures (including reporting to local, state, and federal public health agencies), and an assessment of your agency's response to emergent health issues."[67]

Congressman Crow's letter also quoted an Oct. 2018 report by the Department of Homeland Security (DHS) Office of Inspector General (OIG) indicating that there have been "serious issues relating to safety, detainee rights, and medical care" at a GEO detention facility in Adelanto, California.[68] The OIG report reveals how inspectors found nooses made from bed sheets in more than a dozen cells and 14 detainees who had been inappropriately placed in administrative segregation.[69]

Congressman Crow's interventions were not the first time the private detention industry, and the GEO Group in particular, came under fire this year. In March, Reuters reported that JPMorgan Chase & Co. divested from the private prison industry, including GEO, as a response to the Trump administration's "zero tolerance" immigration policy.[70] In May, GEO majority shareholders passed a resolution that demanded more accountability from the company on its human rights policies and violations. Shareholders requested that GEO report annually on its website to investors, beginning in September 2019, and ensure that its employees

Steven Brown, *Say His Name*, 2019. Vigil at GEO Aurora Contract Detention Facility. © Monument Photography.



are aware of, and know how to apply, the company's commitment to inmate/detainee human rights. The resolution read, in part, "The GEO Group ("GEO") represents itself as 'the world's leading provider of correctional, detention, and community reentry services' and promotes itself as having 'always been committed to protecting human rights.' However, the company faces increasing scrutiny and expectations from investors and clients regarding its human rights performance."[71]

At least four lawsuits have been filed against GEO concerning wage violations asserted by detainees, including one in Colorado.[72] The Colorado complaint was certified as a class-action lawsuit in 2017 and applies to 62,000 GEO inmates over a 10-year period who worked at the Aurora facility for as little as $1 a day.[73] The lawsuits are still working their way through the legal system.[74]



Congressman Jason Crow and City of Aurora Councilwoman Allison Hiltz outside GEO Aurora Contract Detention Facility. Photo: Conor McCormick-Cavanagh, courtesy *Westword*.

Congressman Crow later introduced a bill that would allow members of Congress to tour an ICE facility within 48 hours of a request.[75] He wasn't allowed to tour the facility until 24 days after his first attempt.[76] As of July 15, staffers from Crow's office or Congressman Crow himself have been able to inspect the ACDF on a weekly basis, though not much has changed.[77] During an ACLU stakeholder visit on July 31, 2019 more than two dozen detainees reported issues related to substandard living conditions, medical care and services at ACDF.

\*\*\*

While in detention, Mr. Samimi's condition continued to deteriorate. He refused meals because the nausea and pain in his abdomen made it too difficult to eat.[78] According to a Medical Unit Logbook, on Friday, Nov. 24, 2017 at 4 a.m., Mr. Samimi requested ice chips, and,

two hours later, cried out for a nurse due to abdominal pain.[79] An entry in the medical logbook at 7:45 a.m. reads, "Detainee Samimi keeps on screaming."[80]

That afternoon, Mr. Samimi again reported that his stomach hurt and that he wanted to see the nurse. On his way to the door of his cell, he fainted spread-eagle on the floor.[81] After a nurse entered the cell to help, Mr. Samimi vomited.[82] According to a third-party review of Mr. Samimi's stay in ACDF, conducted by the Texas-based private consulting firm Creative Corrections, this incident was logged as "dehydration and possible drug-seeking behavior."[83] The Creative Corrections review states there is no documentation indicating that a doctor was contacted regarding this incident.[84] Medical logs show a nurse performed Mr. Samimi's next follow-up more than five hours later.[85] In ICE records obtained by the ACLU in July 2019, one ACDF officer noted that he felt Mr. Samimi was not faking his condition and that "medical could have done more."[86] An observation that came too late.

By Tuesday, Nov. 28, 2017, Mr. Samimi's symptoms were worsening.[87] That morning, he collapsed on his way to a mental health appointment.[88] He reported that he hadn't eaten in days and that he'd been flushing his food down the toilet because he couldn't stand the smell.[89] The nurse noted in the logs that the reason Mr. Samimi fell was likely due to "dehydration, nutritional needs not met."[90] The Creative Corrections review found that, "In spite of the nursing assessment of dehydration, likely worsening due to vomiting, sweating, and inadequate fluid intake,"[91] Dr. Peterson was not informed of Mr. Samimi's condition.[92] "Given the totality of the

circumstances, notification of a provider would have been proper nursing practice."[93]

By nightfall, Mr. Samimi's condition had become dire.[94] At roughly 8:45 p.m., a guard performing a security check saw that Mr. Samimi had tied a dark blue bed sheet around his neck and was now tugging on each end.[95] The guard attempted to call in the emergency but her hand-held radio was dead.[96] She ran down the hallway to find a phone and call central control for help. Approximately two minutes later, the guard returned and removed the sheet from around his neck.[97] Security camera footage shows several officers arriving and speaking with Mr. Samimi.[98] The guards removed Mr. Samimi's property, his bed linens and the trash bin from his cell.[99]

According to the logs, a nurse called ACDF physician Dr. Peterson after Mr. Samimi's suicide attempt, a frequent and predictable response to methadone withdrawal, and reported what happened.[100] Dr. Peterson did not examine Mr. Samimi in person and ordered only that he be moved to a special room and put on suicide watch.[101] His clothes and linens were swapped out for a suicide gown, blanket and pillow.[102] Additionally, Dr. Peterson's instructions called for Mr. Samimi to receive finger food with a paper spork, no more than 10 sheets of toilet paper at a time, one small book or Bible and no underwear.[103] Lastly, he told the nurse to schedule Mr. Samimi for a mental health appointment.[104] A review of Mr. Samimi's case indicates Dr. Peterson made no documentation of his verbal orders.[105]

The ICE standards for contract detention facilities, known as the Performance-Based National Detention Standards (PBNDS), require clinical staff to check anyone placed on suicide watch every eight hours.[106] According to the log book, after Mr. Samimi's suicide attempt that evening, no one from the GEO medical staff checked on him for another 14 hours.[107]

\*\*\*

Every detention facility under an ICE contract receives an annual inspection to ensure it meets ICE's detention standards.[108] The Nakamoto Group, a private Maryland-based company, performed the inspections and covered seven categories — safety, security, order, care, activities, justice and administration and management.[109] The most recent Nakamoto inspection of ACDF took place in October 2018.[110]



Timeline of ACLU of Colorado's Investigation Into the Death of Kamyar Samimi

SAMIMI IS PRONOUNCED DEAD.
DECEMBER 2, 2017

DECEMBER 20, 2017
FIRST REQUEST FILED SEEKING DOCUMENTS EXPLAINING SAMIMI'S DEATH.

INITIAL DENIAL. ICE PROVIDES 5 PAGES OF DOCUMENTS IRRELEVANT TO SAMIMI'S DEATH.
MARCH 8, 2018

MAY 22, 2018
ICE COMPLETES DEATH REVIEW OF SAMIMI.

ACLU OF COLORADO APPEALS REQUEST DENIAL.
MAY 25, 2018

JULY 3, 2018
ICE STATES THE INVESTIGATION OF SAMIMI'S DEATH IS COMPLETE AND MORE DOCUMENTS WOULD BE FORTHCOMING.

ACLU OF COLORADO FILES LAWSUIT SEEKING PREVIOUSLY REQUESTED RECORDS RELATED TO SAMIMI'S ARREST, DETENTION AND SUBSEQUENT DEATH.
APRIL 9, 2019

MAY 2019
DEATH REVIEW OF SAMIMI RELEASED BY ICE.

LAWSUIT IS STILL ONGOING.
TODAY



Detainees wave through an ACDF window as demonstrators chant, "We love you." Desert and Detention demonstration, June 2019. GEO Aurora Contract Detention Facility. Photo: ACLU of Colorado.

The Nakamoto Group found that ACDF failed to meet required standards in three components: "Hold Rooms in Detention Facilities," "Special Management Units," (SMU) and "Grievance System." [111] SMUs are used for administrative segregation, and a "detainee may be placed in administrative segregation when the detainee's continued presence in the general population poses a threat to life, property, self, staff, or other detainees; for the secure and orderly operation of the facility," among other reasons.[112] In contrast, hold rooms "are used for detention of individuals awaiting removal, transfer, Executive Office for Immigration Review (EOIR) hearings, medical treatment, intra-facility movement, or other processing into or out of a facility."[113] The standards mandate that detainees are not held in "hold rooms" for more than 12 hours at a time.[114] According to the Nakamoto Group report, GEO did not maintain accurate logs of when detainees entered or left hold rooms.[115] Another guideline requires medical staff to conduct face-to-face medical evaluations daily with all detainees held in a SMU.[116] The report states, "Interviews conducted with the medical staff, SMU officer and SMU detainees confirmed that all detainees (in SMU) are not being seen on a daily basis."[117]

Issues identified with the hold rooms and SMUs were both considered "priority components" by Nakamoto.[118] Yet, the report provides only general recommendations for fixing the problem with little guidance on how to hold GEO staff accountable or implement the recommendations. One Nakamoto recommendation reads: "Procedures should be developed and implemented to ensure that intake officers are entering the time a detainee is placed into and released from a hold room."[119]

The Nakamoto Group isn't the only organization that investigates or inspects ICE operations. DHS's Office of Inspector General (OIG) also provides independent oversight of ICE-contracted facilities such as ACDF. In January 2019, the OIG released a 36-page report titled, "ICE Does Not Fully Use Contracting Tools to Hold Detention Facility Contractors Accountable for Failing to Meet Performance Standards."[120] The report found that only 28 out of 106 reviewed detention facility contracts contained a quality assurance surveillance plan (QASP).[121] According to the OIG report, the GEO contract for ACDF does include a QASP.[122] QASPs instruct ICE to recommend financial penalties for contractors that fail to meet the performance standards or PBNDS, but the OIG report indicates, "Between October 1, 2015, and June 30, 2018, ICE imposed financial penalties on only two occasions, despite documenting thousands of instances of the facilities' failure to comply with detention standards."[123] Since the beginning of fiscal year 2016, ICE has paid more than $3 billion to contractors operating the 106 facilities covered in the report.[124]

> "
> ## ICE has a Constitutional responsibility to provide for the well-being of detainees while they are held in its facilities.
> "

Moreover, according to the OIG report, in lieu of imposing financial penalties ICE issues waivers to facilities found to have deficient conditions.[125] "However, ICE has no formal policies and procedures about the waiver process and has allowed officials without clear authority to grant waivers. ICE also does not ensure key stakeholders have access to approved waivers. ... Finally, ICE does not adequately share information about ICE detention contracts with key officials ...which limits their ability to access information necessary to perform core job functions."[126] The deficiencies in question include "failing to notify ICE about sexual assaults and failing to

forward allegations regarding misconduct of facility staff to ICE ERO."[127]

In June 2019, OIG released another lengthy report critical of private detention facilities under ICE contracts, calling out four in particular: the Adelanto ICE Processing Center in California, the LaSalle ICE Processing Center in Louisiana, the Essex County Correctional Facility in New Jersey and ACDF.[128] (The GEO Group operates three of the four facilities; the Essex County Department of Corrections runs the detention center in New Jersey.) The OIG performed spot inspections at the facilities and found a variety of violations, "including nooses in detainee cells, overly restrictive segregation, inadequate medical care, unreported security incidents, and significant food safety issues."[129] At ACDF, the report found issues with food safety, administrative and disciplinary segregation of detainees, failure to provide outdoor space/recreation and a lack of in-person visitation.[130]

# Mistreated and Left to Die

The inhumane conditions in which immigrants are detained also caught the attention of some elected officals, notably Massachusetts Senator Elizabeth Warren.[131] At the end of May, Sen. Warren opened an investigation into the private prison accreditation process run by the American Correctional Association (ACA).[132] "It appears the ACA is a conflicted party with twisted incentives, a lack of transparency and lax inspection policies that appear to have turned accreditation into a rubber-stamp process that does little to hold facilities accountable," Sen. Warren wrote in a letter.[133] "Perverse incentives, conflicts of interest, and a failure to adequately oversee conditions at private detention facilities have put detainees in danger."[134]

A month earlier, a group of 11 senators, including Warren, questioned the quality of the Nakamoto Group's work. A press release from Sen. Warren's office noted, "The senators' investigation revealed that neither the private prison companies nor their private auditor have taken responsibility for grievous failures identified by

the Department of Homeland Security (DHS) Office of Inspector General (OIG) — and also revealed an ongoing dispute between the Nakamoto Group ... and the OIG about the quality of Nakamoto's inspections."[135]

The senators went on to write in a letter to ICE, "The response to our investigation was distressing. We wish to bring these issues to your attention and request information about how your agency plans to address these severe management deficiencies, which appear to be contributing to conditions that cause considerable harm to immigrants in detention."[136]

The senators were not alone in their criticism of Nakamoto. Sarah Varney of Kaiser Health News stated in an article published by the LA Times, "A review by Kaiser Health News of thousands of pages of inspection reports from 2007 to 2012, and 2017 to 2019 — made available through litigation and new federal reporting requirements — reveals disturbing patterns about the company's audits, including a general willingness to accept the accounts of the facilities that the company is paid to scrutinize, and to discount detainees' complaints."[137] Varney went on to state that, "the findings show that Nakamoto has rarely reported bad news about conditions at the for-profit and government-run facilities it audits. Violations in the quality of medical care and safety of detainees are infrequent and cursory, according to a review of federal records and court documents."[138]

\*\*\*

In June 2018, while serving as a member of Congress, now-Governor Jared Polis sent a letter to ICE Acting Director Thomas Homan conveying "grave concern" over "grossly unacceptable and inadequate medical and mental health services faced by detainees," at ACDF.[139] He demanded to know what measurable actions would be implemented to ensure that ICE upheld its Constitutional duty to provide adequate medical care to detainees as per the Due Process Clause of the Fifth Amendment.[140] Additionally, Gov. Polis asked for documentation detailing the expertise and training level of each medical staff member at ACDF.[141]

"It is important you keep in mind that detainees ICE holds in its facilities are held in civil, not criminal,

custody," Gov. Polis concluded. "ICE has a Constitutional responsibility to provide for the well-being of detainees while they are held in its facilities."[142]

In his letter, Gov. Polis cited several examples of men who'd suffered greatly and died while living under ICE's roof.[143] One was Mr. Samimi in 2017, the other was Evalin-Ali Mandza in 2012.[144]

On the morning of April 12, 2012, at approximately 5:24 a.m., 46-year-old Evalin-Ali Mandza clutched his chest and rolled back and forth in pain. A lieutenant saw Mr. Mandza and notified the medical staff, who transported him to a trauma room.[145] There, a nurse took his vitals and fumbled with an electrocardiogram machine. A subsequent DHS investigation revealed that the nurse could not get a proper reading "due to her unfamiliarity with the machine."[146] The nurse later stated she was not trained to interpret the test results so she relied on "gut instinct" to send Mr. Mandza to the hospital an hour later.

At 6:20 a.m. the nurse instructed a lieutenant to call 911. The ambulance arrived at 6:26 a.m. and Mr. Mandza was transported to an emergency room 17 minutes later.[147] The EMS crew gave Mr. Mandza aspirin but he couldn't keep it down and vomited. At the hospital, he went into cardiac arrest and the clinicians were unable to revive him; a doctor pronounced him dead at 8:38 a.m.[148] The DHS review of Mr. Mandza's death found that "Mandza did not have access to appropriate medical care while detained" in ACDF.[149] In Mr. Mandza's case, Creative Corrections found that "medical staff were unfamiliar with the institution's Chest Pain Protocol, appropriate cardiac medication was not administered, and the time it took to transport the patient to a higher-level care facility all may have been contributing factors to the death of the patient."[150]

Seven years later, ACDF failed to learn the lessons of Mr. Mandza's death. Had Dan Courson been having an actual cardiac emergency like Mr. Mandza he might be dead too. While experiencing chest pains and shortness of breath at ACDF, Mr. Courson said the medical staff was completely incompetent. "They couldn't operate the gurney, didn't give me any oxygen, nitroglycerin or aspirin," Mr. Courson said. "The nurse couldn't even operate the EKG. I had to put on my own leads." The

**Timeline of Kamyar Samimi's Suffering and Death at the Aurora Contract Detention Facility**



SAMIMI CALLED A FRIEND AND TOLD HIM HE WAS "SICKER THAN HELL". BEFORE HANGING UP WITH HIS FRIEND THAT DAY, SAMIMI SAID HE WAS "DYING HERE."

NOVEMBER 19, 2017

7:45 A.M. – AN ENTRY IN THE MEDICAL LOGBOOK AT 7:45 A.M. READS, "DETAINEE SAMIMI KEEPS ON SCREAMING."

NOVEMBER 24, 2017

SAMIMI RECEIVED AN EVALUATION BY A TELE-PSYCHIATRIST.

NOVEMBER 29, 2017

NOVEMBER 17, 2017
**SAMIMI WAS ADMITTED TO THE AURORA CONTRACT DETENTION FACILITY.**

NOVEMBER 24, 2017
4 A.M. – SAMIMI REQUESTED ICE CHIPS AT 4 A.M. AND, TWO HOURS LATER, CRIED FOR A NURSE DUE TO ABDOMINAL PAIN.

NOVEMBER 28, 2017
8:45 P.M. – A GUARD PERFORMING A SECURITY CHECK SAW THAT SAMIMI HAD TIED A DARK BLUE BED SHEET AROUND HIS NECK AND WAS NOW TUGGING ON EACH END.

DECEMBER 1 , 2017
3 A.M. – SAMIMI WASN'T ABLE TO GET HIMSELF WATER. A NURSE TRIED TO LIFT HIS ARM TO TAKE HIS VITALS. SAMIMI SCREAMED "IT HURTS SO FUCKING BAD. I JUST WANT TO DIE." NURSE ALLEGEDLY RESPONDED WITH "STOP BEING DIFFICULT."

EKG was normal but Mr. Courson was not relieved, he'd seen too much at ACDF already.

Mr. Courson, a U.S. Marshal detainee, was a state and nationally certified physician assistant for six years prior to being detained at ACDF. Held with the other Marshal detainees from December 2018 until August 2019, Mr. Courson said he saw numerous examples of GEO medical staff lacking basic caring or competence. "Medications are often mixed up, multiple requests to see a clinician are ignored, written medical grievances never returned, and men are sent back to housing units untreated, confused, in pain, and without follow-up," Mr. Courson said.

He described 10 more instances of subpar medical care at ACDF including: an elderly diabetic not getting his blood sugar checked, nurses only giving Mr. Courson half his daily meds, nurses ignoring severe allergy warnings leading to terrible reactions, long delays receiving pain medication, improperly treating wounds and causing infections, nurses repeatedly giving him and others incorrect medications and doses, a case of appendicitis that was ignored and later burst, no doctor or physician assistant on duty overnight, and ignoring very painful toothaches from two inmates.

"I'm surprised more inmates don't die as a result of the incompetence here," Mr. Courson said. So far, 31 immigrants have died in ICE custody during the Trump administration, including at least seven children.[151]

"The conditions at ACDF represent the worst of what currently plagues our society and government," ACLU of Colorado Staff Attorney Arash Jahanian said. "GEO Group is profiting off caging people and denying them conditions consistent with human decency, including basic medical care. Instead of holding GEO accountable, the Trump administration stuffs the company's pockets by placing more people in its care with dire consequences."

\*\*\*

A year before Mr. Samimi entered ICE custody, David Lane and Liana Orshan of the Denver law firm Killmer, Lane & Newman, LLP filed a lawsuit in Adams County on behalf of a U.S. Marshal detainee, Ronnie Keyes,



**DECEMBER 1, 2017** — SAMIMI FALLS OUT OF HIS WHEELCHAIR ON HIS WAY TO THE TELE-PSYCHIATRY OFFICE, LANDING ON THE FLOOR FACE-FIRST. HIS NOSE STARTED TO BLEED AND HE URINATED HIMSELF. HE COULD NOT TAKE IN A MEAL REPLACEMENT DRINK.

**DECEMBER 2, 2017** — A LIEUTENANT CALLED 911.

**DECEMBER 2, 2017** — 11:40 A.M. – AMBULANCE LEAVES WITH SAMIMI HEADED TO THE HOSPITAL. EMTS PERFORMED CPR FOR 19 MINUTES.

**DECEMBER 2, 2017** — SAMIMI COMPLAINED OF STOMACH PAINS ALL DAY. A NURSE WHO TOOK SAMIMI'S VITALS CONCLUDED THAT HE SMELLED LIKE HE HAD LIVER FAILURE. SAMIMI VOMITED BLOOD AT LEAST ONCE.

**DECEMBER 2, 2017** — 11:18 A.M. – PARAMEDICS ARRIVED AT SAMIMI'S CELL.

**DECEMBER 2, 2017** — 12:02 P.M. – SAMIMI IS PRONOUNCED DEAD.

against GEO and some of its Aurora employees. The first line of the lawsuit, which has since been settled, reads: "Ronnie Keyes is dying."[152]

Born in Illinois, Mr. Keyes is the oldest of eight brothers. He moved to the Denver area in 2009 after being in a severe car accident that left him paralyzed from the waist down. From that moment on, he relied on a wheelchair for mobility. In 2016, Mr. Keyes was charged with a federal crime — he'd purchased a firearm but had two previous charges on his record that barred him from doing so. While Mr. Keyes was awaiting trial on the firearm charge, the U.S. Marshals placed him at ACDF.

Mr. Keyes was prone to developing bedsores and usually slept on an air mattress to help relieve pressure on his skin. According to the lawsuit, Mr. Keyes repeatedly requested an air mattress at ACDF but his requests were ignored. He never received the appropriate mattress, and therefore began to develop severe skin ulcers.[153] He arrived in Aurora with two minor sores that quickly became major wounds. Mr. Keyes requested medical supplies to care for the wounds. Again, he was denied. When he asked if an outside nurse could come in to treat the wounds he was told that wasn't going to happen.[154]

In his first four months at ACDF, Mr. Keyes filed more than 50 written grievances regarding his treatment.[155] According to the lawsuit, every one was ignored. Mr. Keyes even expressed his concerns to the warden directly. Still, nothing changed. According to Mr. Keyes, three of the nurses at ACDF openly admitted to him that they were not adequately trained to care for his medical needs and had never treated wounds like his before.[156]

In August of 2016, Mr. Keyes submitted another grievance, this time detailing how the wounds on his legs had expanded. He noted that they were "bleeding" and "smelled bad." According to the lawsuit, "By this point, the wound on Mr. Keyes' ankle was a crater and the tissue inside was completely black. The wound had also begun to connect to a new pressure ulcer on the back of his heel, which meant the wounds were rapidly deteriorating."[157] Still, Mr. Keyes received no attention, and his repeated requests to go to the hospital were ignored. At one point, the health service administrator responded to one of Mr. Keyes' complaints by listing

the dates that a nurse had seen him. "It appears your assertions [that nothing is being done to address your medical concerns] are baseless."[158]

When Mr. Keyes wrote yet another grievance later that month it was marked "rejected." He wrote four more grievances by the end of August, requesting a visit to the hospital. The staff responded to his complaints and hospital requests by noting that he was denied."[159] Mr. Keyes' mother visited him during this time and saw that his toe had turned purple. She requested that her son be taken to the hospital. That request was also denied.[160] It wasn't until guards found Mr. Keyes unconscious in his wheelchair after he'd developed a high fever due to the infection in his leg, that they finally took him to the emergency room. At the hospital, doctors diagnosed Mr. Keyes with advanced infections in his blood and in his bones. On September 20, the doctors had no choice but to amputate his left leg below the knee to try to keep the infection from spreading to the rest of his body.[161]

Still awaiting trial, Mr. Keyes was discharged from the hospital and returned to ACDF. According to the suit, "Dr. Peterson apologized to him for not listening to his concerns more [and] told him that he had prejudged him because of his criminal history."[162]

***

Mohamed Dirshe had a bad feeling about ACDF from the moment he arrived in December 2016. As a gay man, Mr. Dirshe didn't feel safe among the general population and said he shared his concerns with the guards within a few weeks of his arrival. They told him his only choice was to voluntarily move into a solitary cell in an area known as the Restrictive Housing Unit (RHU).[163] Mr. Dirshe agreed, thinking at least there he would be safe. At that time, U.S. Marshal detainees were also held in the RHU. When Mr. Dirshe moved to the unit, some of those men began taunting him whenever they were escorted past his cell on their way in or out of the unit. At one point, according to court records, one of the men told Mr. Dirshe, "I'm going to beat the shit out of you."[164]

On May 2, 2017, when a guard escorted Mr. Dirshe back to his unit, the men who had taunted him were standing outside their cells at the end of a long hallway near the



Steven Brown, *Asylum Seekers are Not Criminals*, 2019. Vigil at GEO Aurora Contract Detention Facility. © Monument Photography.

showers. The guard escorting Mr. Dirshe asked the guard on the other side of the door to lock down the men so she could safely escort him back to his cell. Instead, according to Mr. Dirshe, the guard waved for the men to step out of the hallway and inside the shower area. The men remained uncuffed.[165]

When Mr. Dirshe and the guards escorting him were waved through, Mr. Dirshe made it only a few steps before two of the three detainees rushed him.[166] The first blow hit him in the head, knocking him into the edge of a window frame. Mr. Dirshe collapsed onto the ground and curled into a fetal position; he briefly blacked out as the men stomped and kicked at his ribs and neck. "They had so much rage in them," Mr. Dirshe said. "I didn't know how much longer I could take the beating." The guards attempted to pull the men off Mr. Dirshe, but they struggled to keep the Marshal detainees restrained. Eventually, additional GEO guards arrived and ended the assault. "I was in shock," Mr. Dirshe said. "I was crying so much. I could not believe what had just happened to me."

Mr. Dirshe could barely stand after the attack. A few guards helped him into a wheelchair and brought him to the facility's medical area. He recalls bleeding underneath his eye and that there were bumps and bruises on his head. He says a nurse performed a cursory examination, and, according to court records, gave him Tylenol. He received no emergency care. For the next 36 hours, the guards left Mr. Dirshe in his wheelchair in an empty room, dazed and alone.[167]

On May 2 of this year, Danielle Jefferis, an attorney working with Denver's Novo Legal law firm, filed a complaint in Adams County District Court against GEO on behalf of Mohamed Dirshe. The lawsuit seeks punitive and compensatory damages for, among other things, "emotional distress, suffering, humiliation, inconvenience, and mental anguish."[168]

Ms. Jefferis sees parallels in Mr. Dirshe's case and what the Creative Corrections review recently detailed about the way GEO staff treated Kamyar Samimi. "A year and a half later, it is alarming that much of the ways GEO

and ICE operate the Aurora detention center remain the same: Staff still insist people who report medical concerns are malingering, and significant delays to see a physician persist."

According to Mr. Dirshe's lawsuit, the guards at ACDF moved all of the U.S. Marshal detainees out of the RHU and to their own unit on the night of the assault.[169] Mr. Dirshe was eventually transported from the medical unit back to his cell, where he requested additional medical treatment. On May 31, about a month after the incident, he was finally taken to Denver Health for an examination.[170] According to GEO records, "This was the first available appointment to conduct routine assessment to ascertain if any residual objective findings were identifiable stemming from an assault you suffered on 5/2/2017."

The Denver Health doctor diagnosed Mr. Dirshe with a head injury due to trauma, a neck injury, vertigo due to brain injury and double vision. Mr. Dirshe also received an MRI that showed sensitivity to light, blurriness and pain in the right orbit of his eye. When Mr. Dirshe returned to ACDF, he requested the lights in his cell be dimmed to ease the discomfort from his light sensitivity. GEO denied his request.[171]

# Nightmares and Neglect

A 2018 complaint by the American Immigration Council (AIC) and the American Immigration Lawyers Association (AILA) spoke of similar problems at ACDF, detailing a "failure to provide adequate medical and mental health care."[172] The complaint states, "It is difficult to get a clear picture of medical and mental health care at Aurora because there is limited transparency and public accountability regarding many aspects of detainee care. Nevertheless, the many well-documented cases of substandard care are cause for alarm and call for immediate investigation. There have been two deaths reported at the facility in the last six years, at least one involving lack of access to appropriate medical care. There also have been multiple reports of detainees being denied essential medical or mental health care even though the facility was on notice of these detainees' specific needs and of official policies

on mandated care."[173]

John Mathews[174] was one of those cases. Mr. Mathews, 26, first came to the U.S. from Honduras when he was just 9 years old. Fleeing violence in his home country, he traveled by himself to Houston where he lived alone on the streets for several years. Mr. Mathews was eventually deported but later returned to the U.S. and made it to Colorado in 2016 where he began to build a life for himself. Before getting picked up by ICE again, Mr. Mathews said he finally felt like he had it all: a job, a nice place to live and a family. Then, he said, "The world just fell on me." Mr. Mathew's son was only 11 days old when ICE agents picked Mr. Mathews up at his front door. They brought him to ACDF where he said, "They treated me like an animal."

Dressed in athletic shorts, a T-shirt and Chicago Bull's ball cap during an interview in June 2019, Mr. Mathews looked like a typical 26-year-old. But when asked about ACDF, his face fell and he alternated between not making eye contact or crying. The pain of all that he endured at ACDF was palpable. Having lived most of his life without parents or any real stability, Mr. Mathews was devastated to pass along that legacy to his son and acknowledges that at times he was depressed at ACDF. He was placed on suicide watch for long stretches of time away from the general population and was taken to see the former GEO staff psychologist, but said those visits did more harm than good.[175] Mr. Mathews said that on more than one occasion that psychologist told him to stop complaining and that he was no longer a child. Mr. Mathews, who suffered childhood abandonment and trauma for years before being detained at ACDF, was still visibly upset as he recalled that psychologist telling him — no one cares about you.

If the goal of any psychiatric care at ACDF was to get Mr. Mathews well, it failed miserably. Mr. Mathews said that when he first arrived at ACDF he weighed 155 pounds, but by the end he had lost more than 30 pounds. He sometimes went without food for days. Mr. Mathews described the suicide watch room like a fishbowl. The guards would watch him through the glass but did not talk to him. He said the room was freezing and he was kept in it for weeks. Sometimes he had a pillow, blanket and mattress. Most times he said he slept on the floor.



John Mathews, Denver, Colorado, June 17, 2019. Mathews listens to music to help cope with the trauma he experienced at ACDF. Photo: ACLU of Colorado

He didn't get to go outside and was extremely lonely. Mr. Mathews felt like the psychologist wanted him to go crazy. "He said if I didn't want to be here suffering I should sign [deportation papers] and go back to Honduras," said Mr. Mathews. He repeatedly asked to see a different psychologist but every request was denied.

Those six months at ACDF derailed the life Mr. Mathews was building in every possible way. His son's mother remarried and Mr. Mathews has been able to see his son only a few times since his release. He is worried his son will think that he abandoned him but does not have the means to fight for visitation. Work is sporadic and home is now a small unfurnished room in a shared house. "I wanted to build a better future and help others but right now, in this moment, I can't even help myself," Mr. Mathews said. Prior to being detained, Mr. Mathews sustained a traumatic jaw injury that required surgery on his jaw and chin. Since then, he has been unable to get the follow-up care he needs. Recently he's been told by a dentist that he needs braces to reset the jaw properly and help his mouth heal. With no money for orthodontic care, he said the wound is opening up again and getting infected.

***

Diana Lopez knows Mr. Mathew's pain all too well. Ms. Lopez came to the U.S. from Honduras in 2004 when she was 11 years old. Her grandparents had been living in the U.S. for nearly 30 years. Ms. Lopez was brought to ACDF the same year as Mr. Mandza, where she had what she described as a scarring experience after requesting to see the dentist for a simple toothache.[176]

Ms. Lopez said the GEO dentist who examined her recommended she have two teeth pulled: the one that was bothering her as well as another tooth on the other side of her mouth.[177] The operation was scheduled for a few days later. During the procedure, the dentist gave her an injection in her gums that was supposed to numb the pain. However, Ms. Lopez said she could still feel the dentist's tools digging in her mouth. Still, the dentist assured her it was just pressure and that it was "normal."[178]

The procedure continued for almost three hours. "I was crying," Ms. Lopez said. At one point, the dentist's assistant called in a GEO guard who asked the dentist if something was wrong. The guard eventually stopped the procedure.[179] Unable to pull the entire first tooth, the dentist left fragments behind. The second tooth was never touched. That night, according to a grievance filed by Ms. Lopez, the dentist gave her "seven or eight pills of Tylenol and ibuprofen."[180] She ate oatmeal for dinner but after that she felt weak and experienced double vision. An hour later, she was nauseated and couldn't breathe. Ms. Lopez passed out trying to get out of bed.

> "
> ## They treated me like an animal.
> "

A nurse called 911 and paramedics transferred Ms. Lopez to a hospital and gave her a pill for cardiac pain. Later, while detailing the event in a grievance form, Ms. Lopez wrote "I think my life was really in danger and all this could have been prevented if the dentist would've stopped when she didn't have the tools to extract my tooth and everything was getting complicated."[181]

Days later, GEO guards took Ms. Lopez for a follow-up appointment off-site with a Denver Health dentist. According to Ms. Lopez, the dentist extracted the remains of her first tooth in 15 minutes and left the second tooth alone. She said the guards later told her they couldn't do anything about the incident because the dentist had already quit. "I think she got fired," Ms. Lopez said. She received a response to her grievance three days later. The first line reads, in part, "It appears the dentist gave you good care."[182]

During a stakeholder visit on July 31, 2019, Jane Smith[183] told ACLU of Colorado Public Policy Director Denise Maes about the nightmare she faced due to dental neglect at the facility. Ms. Smith, came to the U.S. seeking asylum and has been at ACDF for 13 months. During that time, she suffered from a toothache that lasted several days. The only medical attention she received was ibuprofen for the pain. Ms. Smith continued to ask about seeing a dentist to no avail. She said she filed at least one greivance, if not more but help never came. Eventually, the pain got so bad that she felt she had no choice but to pull out her own tooth. The other women in her pod helped clean her up.

"Ms. Smith's story is just one of the many brutal and shocking examples we heard of medical neglect at ACDF," said Ms. Maes. "From insufficient dental care to medical incompetence it's clear that ICE and GEO lack both the will and the ability to provide even the most basic level of care."

\*\*\*

Fourteen hours after his suicide attempt on November 28, 2017, Mr. Samimi received an evaluation by a tele-psychiatrist.[184] At some point during or after the appointment, that doctor noted that opiate withdrawal "is generally not life threatening, although dehydration is possible."[185] The doctor said to make sure Mr. Samimi received fluids and prescribed medicine for anxiety and sleep.[186] There is nothing in the follow-up logs or documentation indicating that anyone ever asked Mr. Samimi why he attempted suicide.[187]

Two days later, Mr. Samimi woke up at 3 a.m. desperate for water. Lying on a mattress on the floor, he sat up, grabbed a cup, and reached for the sink above the toilet.[188] Unable to steady himself, Mr. Samimi collapsed back onto the floor. On the way down, he hit his arm and his hand dropped into the toilet. Mr. Samimi tried a second time, but as he brought the cup down from the sink to his mouth, he dropped it into the toilet and again fell to the floor.[189] A few minutes later, an officer entered the cell, helped Mr. Samimi to a seated position and briefly left him with a cup of water.[190] After the officer left the cell, Mr. Samimi took a sip, set the cup on the floor and collapsed again.[191]



**One Doctor for 1,500 Detainees**

In 2019, GEO expanded its capacity at the Aurora Contract Detention Facility to 1,532 detainees but kept only one full time physician on staff. There is still no mandatory ratio for doctors and medical staff to detainees.

A minute later, a nurse entered. She handed Mr. Samimi a cup of water and took his blood pressure. It's unclear if Mr. Samimi drank the water, but shortly thereafter, while the nurse was still in his cell, he attempted to dip the cup in the toilet and drink the water from the toilet bowl.[192] The nurse then tried to take Mr. Samimi's vitals with a mobile vital sign monitor.[193] When she lifted his arm, Mr. Samimi screamed in pain and reportedly said, "It hurts so fucking bad. I just want to die."[194] According to the Creative Corrections review, a nearby officer overheard the nurse tell Mr. Samimi to "stop being difficult."[195]

# Suffering in Silence

Last year, in Denver, Elizabeth Jordan launched the Immigration and Detention Accountability project at the Civil Rights Education and Enforcement Center (CREEC).[196] She recently represented a client detained in Aurora with a hearing disability. Despite notifying the guards of his disability and that he needed a proper set of hearing aids — his had cracked when he arrived at ACDF — it took several months for him to finally get a pair that worked. Section 504 of the Rehabilitation Act, prohibits DHS, ICE and federal contractors from discriminating against people with disabilities.[197] Aside from the few statements he was able to make out by reading lips, Fabian Vasquez couldn't hear the other inmates around him or understand what the guards were saying. "It was stressing me out," Mr. Vasquez said. "I didn't know what was going on around me."

On at least one occasion, Mr. Vasquez's inability to hear led to an incident where a guard yelled at him, inches from his face. Ms. Jordan helped Mr. Vasquez secure a working pair of hearing aids, but even then, he said the batteries would run out and he'd be in silence again. "Everyone out there is supposed to be informed there's an inmate who's hard of hearing," Ms. Jordan said. "Unfortunately, that wasn't the case with Fabian."

The law states that anyone whose disability requires "reasonable accommodations," must receive them, such as a sign language interpreter, video or captioned telephone, wheelchair or accessible restroom and shower. The accommodations ACDF failed to provide



The ACDF waiting room is a mix of gray linoleum tile and hard, brown plastic chairs. Photo: ACLU of Colorado.

Mr. Vasquez prevented him from being able to call immigration attorneys. Despite his hearing disability, Mr. Vasquez's visits were also held in the main visitation area, a narrow space crammed with many people speaking loudly, including small children crying. After yelling back and forth during one visit through the hand-held phone on the wall, Mr. Vasquez gave up. "Of course, they didn't make accommodations for him," Ms. Jordan said.

On August 19, 2019 CREEC along with Disability Rights Advocates (DRA), Southern Poverty Law Center (SPLC), and Orrick, Herrington & Sutcliffe, LLP filed a class action lawsuit against ICE and DHS for their failure to ensure detained immigrants receive appropriate medical and mental health care, their punitive use of segregation and their failure to ensure that detained immigrants with disabilities are provided accommodations and do not face discrimination.[198] The lawsuit was brought on behalf of 15 individuals detained at eight different facilities in six states, representing a class of approximately 55,000 immigrants detained by ICE on any given day.[199]

\*\*\*

Elias Salgado was 20 years old the first time he was sent to ACDF and was completely unprepared for what awaited him inside. "The food was either expired or contaminated," Mr. Salgado said. "My stomach was bad all the time. But the officers would get mad if I complained."

In 2007, after about a year at ACDF, Mr. Salgado was deported back to Mexico. Having been four years old when his parents immigrated to the U.S., Mr. Salgado couldn't bear to be in Mexico, away from the place he called home for more than 16 years. In 2008, he returned and over time began a new life with his wife, Candy.

"I grew up without support in my life and at the time I was not looking for a relationship but Eli was a good friend of mine and support [sic] me," Mrs. Salgado said. She'd been in an abusive relationship with the father of her three children prior to meeting Mr. Salgado. Candy was afraid he'd leave her if he knew the extent of the abuse that was still happening. But after witnessing it firsthand, Mr. Salgado confronted Candy's ex-husband and it never happened again. "This is the moment the kids accepted him as the protector," she said.

In 2014, while working as a manager at a fast food restaurant, he was picked up by ICE again and sent to ACDF for a second time. Like many undocumented immigrants working in the U.S., Mr. Salgado was penalized but his employer was not.[200] This stay in ACDF was even worse than Mr. Salgado's first detention. Now, he was a stepfather of three, and after a high-risk

pregnancy and countless prayers, he and Candy added their daughter Grace to the family. She was 2 months old when he was taken away. After the stress of the pregnancy and an emergency C-section, Mrs. Salgado's health continued to decline and her depression deepened. Now she was on her own with four children, no support and the fear of what her ex-husband might do now that Mr. Salgado was gone.

"For each day that Elias has been gone, the life of my kids and I runs in danger because of my abusive ex-husband," Mrs. Salgado wrote in a letter to the judge handling his immigration case.[201] "This whole situation has been a traumatic experience to the whole family, has worsen [sic] my depression causing it to increase my doses of medication. I understand that for the Federal Government my medical situation is not important, but, for me [it] is very important to inform them that there are children under age that depend on Elias Salgado because they cannot depend on me due to my medical conditions."[202]

For a man whose identity revolved around providing for his wife and protecting his family, detention was gut-wrenching. Once, after someone smuggled a cell phone inside ACDF, Mr. Salgado said everyone in the pod was subjected to strip searches. "They were touching my private parts," he said. "It emasculated me."[203] Mr. Salgado said he received over one month in solitary confinement for not wearing his ID bracelet. The conditions and arbitrary punishments took their toll. Mr. Salgado said he begged to see a doctor and told the guards that he wanted to hurt himself. In response, he said they laughed it off and told him he was fine, just crazy, and put him in solitary



> your honor, I am Candida Carranza; in my simple words I would like to ask for an opportunity to let Elias stay in the United States with his family, all of us are U.S citizen born and raise in this country. also Elias Salgado has grown up here since he was 4 years old, he has gone to school here. and he has been working since he was 14 years old to help his parents and the family. This whole situation has been traumatic experience to the whole family, has worsen my depression causing it to increase my doses of medication I understand that for the federal government my medical situation is not important, but, for me is very important to inform them that there are children under age that depend on Elias Salgado because they can not depend on me due to my medical conditions;

Handwritten letters from Mrs. Carranza Salgado. Courtesy the Salgado family.



"I've been waiting so long to talk to someone," Mrs. Salgado said. "He suffered abuse, emotional damage but I suffered too." Mr. and Mrs. Salgado, 2019. Photo: ACLU of Colorado.

confinement again. While stuck inside ACDF, Mr. Salgado said he wasn't the only one starting to lose hope. He said he witnessed a man swallow razor blades after saying he'd been there a very long time and he wanted it to end. According to Mr. Salgado, the man was bleeding profusely before the guards finally came. They handcuffed the man before taking him to medical, a process Mr. Salgado said, took at least an hour. He never saw the man again.

Mr. Salgado filled out several kite requests[204] and grievance forms about issues he had at ACDF but things only got worse.[205] He says the guards listened to his phone calls. When he complained about the conditions to Mrs. Salgado over the phone, they punished him by withholding food or recreation time. They would read Mrs. Salgado's letters in front of him and monitored what he wrote back. If she sent photos they sometimes mocked them and ripped them up. After learning that he would be deported again, Mr. Salgado told the guards, "One day I'll tell someone." He said they just laughed at him and taunted — who's going to believe you?

In the January 2018 interview notes about his death, Mr. Samimi wasn't believed either. In his statement an ACDF officer said he told the medical staff Mr. Samimi was very weak but that in his opinion the staff didn't believe it.[206] They characterized it as "detainee faking."[207]

The staff heard Mr. Samimi had talked to his lawyer the night before and was "jolly," then weak the next day, so the nurses didn't believe him. The officer remembers hearing Mr. Samimi calling for God and asking "Why aren't nurses helping?"[208]

# How Long Can Hope Last

In June 2019, AILA released a supplement to its initial complaint.[209] The introduction to the supplement reads, in part, "We remain concerned regarding the dangerously inadequate medical and mental health care at the Aurora facility, which threatens the health and welfare of detained individuals, as well as their ability to pursue their immigration and asylum claims."[210] The report continues, "Several circumstantial factors over the past year have made the situation for individuals detained in the Aurora facility measurably worse. In January 2019, GEO Group, Inc. (GEO) ... expanded the detention center by opening a 432-bed annex, increasing the facility's capacity to 1,532. Despite the drastic expansion, staffing of both GEO and ICE employees remains insufficient to manage the growing population. In fact, GEO continues to contract only one physician on staff at any one time to oversee the entire detained population."[211]

Miguel Angel Avila Arce, 34, has been at GEO for more than a year. ICE agents detained him in January 2018, first for several months at a facility in Richmond, California, before transferring him to ACDF in August 2018. Like those who have come and gone before him, Mr. Arce's stay at ACDF came with pain and injury. Mr. Arce said that on May 23, 2019, his left hand and middle and ring fingers were broken after a guard allegedly slammed them in a cell door.[212] Mr. Arce described the guard as a "new guy, but a really old guy," who froze after Mr. Arce yelled at him to get help. "Call medical," Mr. Arce said he shouted, "Code blue. This is an emergency." But the guard seemed more in shock than Mr. Arce, shaking and stalling for close to 25 minutes before getting him medical attention. Then, it was another long ordeal for Mr. Arce to get treated at the hospital.

> ## "
> I had a regular life. Realizing it's not going to happen anymore — that's the hardest part. It's like you're dead.
> ,,

Every time a detainee leaves the facility their legs are shackled and they're handcuffed.[213] That day was no exception, even with a broken hand. "I was humiliated," he said describing the experience of walking into Denver Health like a violent criminal. "I've never seen people look at me that way. I don't know what was worse, the embarrassment or the pain."

A month later, Mr. Arce's hand was still wrapped with a bandage over a cast. His pain level was between five and six out of 10, and the pain had been managed with only ibuprofen since he was initially injured. The doctor at the hospital told him not to move his hand for four more weeks and that if it healed well, he may not need surgery down the road.[214] Yet, Mr. Arce said someone from the medical team at ACDF later manipulated his broken fingers back and forth during a follow-up exam. The pain was excruciating. "I got hurt and it seems like no one cares," Mr. Arce said. "It's like nothing happened. What if I don't heal right?"

The guard who closed Mr. Arce's hand in the cell door remained on duty, and while Mr. Arce saw him at least three times in his unit, he never once received an apology. "It's not good for me to see him," he said. After the incident, Mr. Arce was put in a private room for two days with no access to phone calls. Mr. Arce was supposed to have a hearing regarding his application for asylum on May 24, but the hearing was postponed because of his injury. He was told that the new hearing wouldn't be until sometime over the summer. "I don't know what to expect anymore." His hearing was rescheduled for July 26, 2019. Mr. Arce had to present testimony via video from Colorado while his proceedings took place in San Francisco.

A native of Mexico, Mr. Arce lived in Sacramento for 20 years before getting detained by ICE. He fled to the U.S. when he was 13 after being physically threatened by a drug cartel. He and his sister Marisol lived with their grandparents. "Life was beautiful," back then, he said. Most of his free time involved charity work and youth outreach with his church. For fun, he played semiprofessional soccer and described himself as a workaholic. He managed shipping and receiving for a plumbing, lawn and garden shop for 15 years and installed kitchens and tile with his brother-in-law, uncle and cousins in their family business on the side. "That's what I want to do if I heal," Mr. Arce said, motioning to his hand. "I can't wait to have my life back."

\*\*\*

The waiting room at ACDF is mostly a mix of women and children, several of them mothers holding babies. Many families wait, sometimes for hours just to get a glimpse of their loved ones. Licenses are traded for red visitor badges. Only five of the 48 lockers on the wall are reserved for visitor use. Guards, wearing blue shirts and blank stares, file in and out carrying lunch bags. A TV on the wall plays "Days of Our Lives" above a glossy poster advertising a Legal Library. Several others hang around the room showcasing what awaits inside; Telephones Provided in Housing, Dental Services, General Library, Housing Dayroom With TVs, and an Examination Room. The rest of the waiting area is a mix of grayish linoleum tile and hard, brown plastic chairs in rows of three. Given the number of children in the



Miguel Angel Avila Arce's broken hand and fingers after a guard closed it in a cell door. Aurora Contract Detention Facility, Aurora, Colorado, June 2019. Photo courtesy Esperanza Cuautle.

They wouldn't let him take his meds for high blood pressure and the man became ill. Three weeks later he finally saw a doctor. Another man passed out after expressing severe pain in his head and numbness on his left side. Again, an officer came only after the other detainees banged on the walls. The guard had performed CPR for several minutes. He was brought to the infirmary and then right back to the pod but Mr. Arce said he still wasn't quite right. They never took him to the hospital. A week later, he was deported. One

waiting room one could expect to see a play area with toys, like in a doctor's office. The hallway heading to the visitation area is lined with more posters that read: Character, Passion and Accountability.

Mr. Arce shook his head and laughed when asked whether the posters match the reality at ACDF. "Everything they show is not true." The legal library is just a place to make copies. They rotate use of the recreation area with the Marshal and female detainees, so use is as limited as the area itself. A pale green, rectangular space, the only access it provides to the outdoors is a partial view of the sky through the roof. It's so small and overcrowded that Mr. Arce prefers to exercise in his cell, something he hasn't been able to do since his injury. His hand injury has not been his only health issue. Mr. Arce has asthma and at times said he wasn't given his inhaler until the following day. "My pod is crazy," Mr. Arce said. "Lots of medical cases. The health issues — that's what I'm worried about."

Mr. Arce said he once witnessed two men lose consciousness. They didn't get help until other detainees banged on the doors. He recalled another man who had a stroke before coming to ACDF in December.

of the men had a bad tooth and his face was severely swollen. He was told to sign something that said GEO was not responsible. Mr. Arce told him, "Don't sign." He acts as a translator for many of the detainees who don't speak English which has earned him the nickname "The mouth." Mr. Arce said he's also been called an instigator by guards for asking questions. "Who are we to complain? — Nobody."

When Mr. Arce first arrived at ACDF, he weighed around 170 pounds. Now, he estimates he's lost about 20 pounds. "People change," he said. "Especially here." Breakfast is served around 6 a.m. but he's reluctant to eat. He sticks to milk. Maybe some rice when he's really hungry. "It's not good," he said. "It's the same thing over and over. It looks ugly. I don't want to touch the food because of what I've heard." Henry Cruz Moreno arrived at ACDF a month after Mr. Arce and told his wife, Priscilla, that he was living on beans, rice and bologna sandwiches. There were no vegetables or fruit, just a sugary drink. Many times, he said he found worms in his food but when he told the guards he said they just laughed and called it extra protein.

To make it through the days Mr. Arce reads the Bible



Steven Brown, *Protestors*, 2019. Vigil at GEO Aurora Contract Detention Facility. © Monument Photography.

and meditates. Once a month he said there's a Catholic Mass and one Christian service. Two, if they're lucky. For Mr. Arce, the hardest part about being in ACDF isn't his own suffering, but that of his family. He doesn't get to speak much with his family because calls back home to California cost too much. His brother-in-law came out to visit a few months ago but Mr. Arce said it's too expensive to make them come all that way for an hour-long visit.

"I had a regular life," Arce said in June. "Realizing it's not going to happen anymore — that's the hardest part. It's like you're dead." Being at ACDF is "Weird, hard — suffocating." But Mr. Arce said, "I'm not giving up. I'm going to fight to the end." Since then, Mr. Arce's asylum application was denied on Aug. 22. While his attorney feels Mr. Arce has a strong appeal, the inhumane conditions at ACDF are compelling him to self-deport. Mr. Arce has until Sept. 22, 2019, to decide whether or not to return to a country he hasn't lived in for more than 20 years or appeal and stay even longer at ACDF.

# The Final Hours of Kamyar Samimi

After weeks of being forced to endure painful withdrawal, Mr. Samimi had little fight left. On Dec. 1,

2017, Mr. Samimi fell out of his wheelchair on his way to the tele-psychiatry office, landing on the floor face-first.[215] His nose started bleeding and he urinated on himself.[216] The guards offered a meal replacement drink to Mr. Samimi that afternoon; he took one sip and spit out the rest.[217] When the Creative Corrections team interviewed one of the nurses about Mr. Samimi's behavior in the early hours Friday morning, she said that, "leading up to this night the detainee's increasing demands for 'more, more, more' led her to conclude that he was drug-seeking, despite her best efforts to explain that medications may cause further stomach [sic] upset."[218] But according to one officer on duty that night it wasn't Mr. Samimi's behavior that was the problem. The officer claimed she heard nurses say things like, "He was an addict" and "If you're going to live like that it's expected you're going to die like that."[219]

The next day, an officer posted by Mr. Samimi's cell noted "There was a strange odor emanating from his room which I assumed was vomit."[220] Mr. Samimi requested to see a nurse.[221] The nurse who took his vital signs said, "It smells like he has liver failure."[222] In a written report, the officer stated that he "figured that if that was the case, the detainee should be taken to the hospital." Mr. Samimi complained of stomach pains all day Saturday.[223] At one point, after a nurse had visited Mr. Samimi for a third time, an officer documented asking the nurse what was wrong and that she replied,

"He's dying."[224] According to the Creative Corrections report, "The officer then asked why they were not calling 911 but neither nurse responded."[225] The nurse later said she regretted commenting that Mr. Samimi was dying and that "sometimes in a stressful situation people will say inappropriate things."[226] Mr. Samimi was in fact dying; but it was the nurse's failure to treat him, not her statement, that was inappropriate.

The logbooks from that morning document multiple hours where Mr. Samimi screamed for a nurse and vomited in his cell, including at least one instance where he vomited blood.[227] A nurse called Dr. Peterson who was supposed to be on call but didn't pick up.[228] In the Creative Corrections report, the nurse did not call 911 because the situation was not a "super emergency."[229] At 11:10 a.m., a lieutenant took matters into his own hands and dialed 911.[230] The paramedics arrived in Mr. Samimi's cell eight minutes later.[231] The EMTs positioned Mr. Samimi onto his back and checked for a pulse; they then pulled him into the hallway and started chest compressions.[232] The ambulance left with Mr. Samimi headed for the hospital at 11:40 a.m.[233] According to the report, emergency room records indicate that the EMTs performed CPR for 19 minutes but were unable to revive him after he stopped breathing.[234] A preliminary report indicated Mr. Samimi had suffered from cardiac arrest.[235] At 12:02 p.m., a University of Colorado Medical Center physician pronounced Mr. Samimi dead, exactly two weeks after he'd arrived at ACDF.[236]

Sixteen days after Mr. Samimi's death, ACDF's lone doctor, an HSA, an RN, a GEO quality assurance representative and Warden Johnny Choate, completed a Multi-Level Mortality Review of Mr. Samimi's death to determine what happened and what corrective actions, if any needed to be implemented going forward.[237] While

Choate met personally with the security personnel who interacted with Mr. Samimi, no security or Enforcement Removal Operations staff participated in the review, nor did the Review committee examine any of the related CCTV footage. The Review made only one recommendation: "Reemphasize to all nursing staff to use your clinical judgement and call 911 when presented with a life or death situation."[238] Then they cited "quick initiation of withdrawal protocol" and "monitoring of detainee while on withdrawal protocol" as a strength.[239] The committee's findings did not line up with the medical records examined by Creative Corrections.[240]

"On the first day of Mr. Samimi's incarceration, GEO's physician ordered that Mr. Samimi be cut off from the methadone he had been legally taking for 20 years, thus forcing Mr. Samimi to endure the all-consumingly painful, debilitating and life-threatening torture of opioid withdrawal," ACLU of Colorado Legal Director Mark Silverstein said. "That decision was medically unjustifiable, yet none of the internal investigations and reviews ACLU obtained through FOIA raise even a single question about the physician's role in precipitating the ugly and ultimately fatal consequences that ensued."

The inspection report on ICE's website quotes from an unknown source that Mr. Samimi's cause of death was "most likely… the result of asphyxia secondary to aspiration of bloody vomitus.'"[241] The Adams and Broomfield County Coroner's report from Dec. 6, 2017, cites his cause of death as "undetermined," but lists emphysema and gastrointestinal bleeding as contributing factors.[242] The forensic pathologist noted that while deaths due to methadone withdrawal are rare, in Mr. Samimi's case, "methadone withdrawal cannot be ruled out as the cause of death."[243]

urine. The wet mattress was removed from the cell and coffee spilled on the floor was mopped up by Officer [ ] and another officer. Officer [ ] documented that when nursing staff left the detainee's cell, the other officer asked LPN (b)(6),(b)(7)(C) what is wrong with the detainee to which she replied, "He's dying." The officer then asked why 911 was not being called but neither nurse responded. Officer [ ] noted in his report that this was the second time he thought 911 should be called but nursing staff did not agree.

Excerpt of U.S. Department of Homeland Security Immigration and Customs Enforcement – Office of Professional Responsibility, External Reviews and Analysis Unit – Detainee Death Review – Kamyar Samimi. May 2018.




Left: Kamyar Samimi with his son Tony's daughter, his only grandchild. Right: Mr. Samimi loved Persian food and celebrating the holidays with his family. Photos courtesy the Samimi family.

The decision to stop Mr. Samimi's methadone, and subsequent failure to recognize and treat his withdrawal properly, exposes a critical lack of competency, compassion and proper medical care inside the facility. "Many providers still do not recognize that addiction is not a moral failure, but rather a chronic disease with medical and behavioral manifestations," said Dr. Costello. "In any setting, the treatment of substance-use disorder should match those manifestations to the same extent that the treatment for diabetes alleviates the symptoms of high blood sugar. Never should anyone die from opioid withdrawal in any setting, especially in a correctional facility with constant supervision."

Creative Corrections cited numerous deficiencies regarding medical care in their compliance findings. Most notably Section (V)(K) which states, "Detainees experiencing severe or life-threatening intoxication or withdrawal shall be transferred immediately to an emergency department for evaluation."[244] Mr. Samimi exhibited pronounced, life-threatening withdrawal symptoms during the last 48 hours of his life. But he wasn't transferred to the ER until it was too late. The findings also state that per Section (V)(M), "Each facility's health care provider shall conduct a comprehensive health assessment, including a physical examination and mental health screening, on each detainee within 14 days of the detainee's arrival unless more immediate action is required due to an acute or identifiable chronic condition."[245]

Section 4.3 of the PBNDs highlights ICE's own standards

to, "ensure that detainees have access to appropriate and necessary medical, dental and mental health care, including emergency services." But those services fell short for Mr. Samimi and many others. Despite the increasing severity of his condition during his 15-day detention, ACDFs lone physician only talked with Mr. Samimi in the hallway and through the glass but never fully assessed him.[246] On the day of Mr. Samimi's death, Dr. Peterson failed to return two calls from nurses while on call. He claimed he never got them. Nurses held Mr. Samimi's methadone use in contempt and didn't take Mr. Samimi's symptoms seriously. When unable to reach Dr. Peterson, they failed to call 911 when Mr. Samimi became critical. There is not a mandatory ratio for doctors and medical staff to detainees. There is however, a mandate for operable toilets. Facilities must provide a "minimum ratio of 1 for 12 detainees in male facilities" and "1 for every 8 in female units." After outbreaks, quarantines, complaints of deficient medical and dental care and delays and two deaths, there is still only one doctor on staff at ACDF.[247]

"It's devastating," said Mrs. Samimi-Gomez of her father's death. "I will never have more memories. When I have a family, my own child will never have memories of their grandfather. I never want this to happen to another person, which is why it's been so important for me to work with the ACLU. We want everyone to know that this is happening and it needs to stop."



"

He always made a good impression on
people. You could spend a very small
amount of time with my dad and feel
like you've known him forever.

"

# Policy Recommendations

This policy brief enumerates ways that Colorado cities, counties and the state should respond to the expansion of private immigration detention centers with innovative policies designed to improve conditions of confinement, limit local cooperation with ICE and reduce the number of people deported from their homes and communities.

## HOLDING DETENTION FACILITIES ACCOUNTABLE

The most effective way to improve conditions of confinement at immigration detention centers is to create a system of oversight and accountability. For examples, Bernalillo County in New Mexico passed a municipal ordinance creating an advisory board of nine members with expertise in jail or corrections management, law, government, financial management, institutional medical care and behavioral health to oversee all adult detention in the county.[248] The board is tasked with ensuring that the standards for detention facilities in the county protect the health, safety and welfare of those detained.[249] The board also reviews data from the detention facilities compliance program. If a majority of the board finds that the detention facility's response to an incident or an investigation is inadequate, they may authorize audits or investigations to be conducted by an independent investigative firm for possible noncompliance with standards, potential violations of use of force policies or potential failures to meet best practices. In this way, the county has established a system of review and accountability, so that if detention centers fail to meet state standards, they may face investigations.[250]

California passed legislation that grants the attorney general the power to engage in reviews of county, local and private detention facilities in which non-citizens are being housed or detained for purposes of civil immigration proceedings.[251] The attorney general must create a report that provides an overview of conditions of confinement and a review of the standard of care and quality of due process provided to detainees. To do so, the attorney general is granted access to detainees, officials, personnel and records. The attorney general must provide this report to the legislature and governor. The report is also made publicly available.

Following California's example, New Mexico introduced House Bill 624 in 2019.[252] The bill directed the secretary of corrections to make announced or unannounced reviews of immigration detention facilities. The bill went beyond the California model by also establishing independent monitoring commissions under the office of the attorney general. Any member of the commissions could enter an immigration detention facility within the commission's geographic jurisdiction and be granted access to every individual detained within, including those in specialized housing. The commissions are tasked with conducting hearings on complaints made by persons detained in immigration detention facilities, and reviewing records, logs, memoranda, video or audio recordings and internal documents within an immigration detention facility.

Though the bill did not pass during the last legislative session, it provides a model for establishing two systems of oversight and regular public reporting to help prevent abuse of detainees. With so much of the deportation machinery shrouded from public view, elected representatives in Colorado have a responsibility to ensure that they can enter detention centers, review conditions of confinement and share the results of their review publicly. California and New Mexico's model legislation are important first steps in achieving this goal.

## DIVESTING FROM INVESTMENTS IN PRIVATE DETENTION OPERATORS

City, county and state legislatures in Colorado can also hold detention facilities accountable by passing policies divesting investments from the GEO Group and other private companies that detain immigrants. Detention centers rip families apart, treat law-abiding Coloradans as criminals and negatively impact communities across the state. The GEO group profits from this pain.

The GEO Group receives more taxpayer dollars for immigration detention than any other ICE contractor, and in 2018, earned $2.3 billion, more than 60% of which came from U.S. government contracts.[253] Over 600,000 Coloradans pay into the Colorado Public Employees' Retirement Association (PERA). PERA has invested about $400,000 into the GEO group.[254] The Colorado legislature should pass legislation requiring PERA to identify all companies engaged in immigration detention and to assemble those companies into a list of restricted companies. For each company on the list, PERA must send a written notice informing the company of its status and that it may become subject to divestment. If a company ceases activity that designates it as a restricted company, such as supporting the detention and deportation of immigrants, PERA will remove the company from the list. If a company remains a restricted company 180 days following PERA's first engagement, PERA is required to divest all direct holdings of the restricted company from its assets. PERA is also prohibited from acquiring direct holdings in any of the restricted companies.[255] Colorado cities and counties should also pass policies ensuring that public funds are fully divested from the GEO group and other private companies that make a profit by detaining immigrants.

## FREEING IMMIGRANTS FROM DETENTION FACILITIES

A system of oversight is necessary for improving conditions at GEO. However, it will not help the many immigrants currently detained and facing the threat of deportation without an attorney. Immigrants detained at the GEO facility in Aurora are held in punitive conditions, but unlike people facing criminal charges that could result in imprisonment, they have no right to government-appointed counsel. As a result, too many immigrants in Colorado, including legal permanent residents, unaccompanied children and asylum seekers, face the complex legal system alone. The National Immigration Law Center (NILC) explains, "Upholding true due process of law and the right to a fair trial — fundamental principles in the American legal system — requires the guarantee of actual, high-quality representation that is available to all immigrants in removal proceedings."[256] NILC, and many others, advocate for "universal representation," which means

that any detained immigrant who does not have a private lawyer and who meets certain income requirements, will be provided with representation.[257]

Providing universal representation is fiscally responsible because it reduces detention costs and ensures that overburdened immigration courts function more efficiently.[258] Additionally, providing universal representation is the only fair solution. According to the National Study of Access to Counsel, detainees who have a lawyer are 10.5 times more likely to be allowed to stay in the U.S. than those who do not.[259] In New York, over 38% of detained immigrants with an attorney won their case, compared to only 3.8% of immigrants without an attorney.[260] Whether or not someone will be permanently deported from the U.S. should not depend on their ability to afford an attorney. Unfortunately, at the national level, Congress has failed to pass legislation ensuring that immigrants are provided counsel in removal proceedings.

It is imperative that cities and counties throughout Colorado establish funds to provide legal representation for indigent immigrants facing deportation. Crucially, eligibility should not be restricted on the basis of an individual's criminal record. Several states have paved the way in providing universal representation. Programs in Chicago, Boston, Los Angeles, San Francisco, Houston, New Orleans, Atlanta and Miami all work to ensure that immigrant have access to legal representation.[261] The New York Immigrant Family Unity Project is a public defender program that provides universal representation. In two years, the project represented 1,554 clients and won in 71% of their trials.[262] The American Friends Service Committee in New Jersey testified that between 95% and 100% of detained immigrants are now represented by counsel compared to only 35% of detained immigrants prior to the launch of the project.[263]

Detained immigrants require effective counsel. Even misdemeanor offenses can have serious immigration consequences. Attorneys defending people accused of these offenses should be qualified to offer affirmative and competent advice. Because immigration cases are often complicated, New York has established funds to support the development of expert immigration legal resources

aimed at improving the quality of indigent legal services. A network of Regional Immigration Assistance Centers provides access to training and legal resources to assist attorneys in understanding the immigration consequences of criminal convictions when advising non-citizen clients.[264] Cities and counties in Colorado should invest resources from their legal defense funds to improve the quality of defense provided for detainees.

Beyond establishing a legal defense fund, cities and counties in Colorado should also establish an immigration detention bond fund to ensure that immigrants do not face months, or even years, in detention solely because they cannot afford the high price of bonds. Over 30% of detained immigrants have the opportunity to be released on cash bond while their immigration cases work their way through the courts.[265] The nonprofit Freedom for Immigrants has documented bonds ranging from $1,500 to $250,000 with a median of $4,250 and an average of $14,500.[266] Many families struggle to afford these high bonds. Lawful permanent residents, asylum seekers, survivors of domestic abuse and undocumented immigrants fleeing danger are held in jail-like conditions, unable to afford a way out. Companies like Libre offer ankle-monitoring technology and many families, desperate to free their loved ones, are driven into dept struggling to pay the fees.[267] This makes it even harder for families to afford legal defense and pushes the most vulnerable into poverty. By providing a fund to pay bond, Colorado cities and counties can ensure the release of those detained solely due to their poverty.

Finally, cities and counties in Colorado should establish a fund to support citizenship services and English classes. New York City, Atlanta, Chicago, Nashville and Seattle opened mayoral offices for immigrant affairs that provides services such as ESL classes, financial literacy and citizenship workshops.[268]

# LIMITING COOPERATION WITH ICE

It is not enough to simply improve the conditions of confinement in detention centers and establish avenues for immigrants to leave custody by either winning their cases or bonding out. Localities in Colorado should

also disrupt the system that sends immigrants from their communities into custody at the Aurora Contract Detention Facility. Too many immigrants are detained in Aurora as a result of local cooperation with ICE. Yet local governments are not required to implement policies that clearly harm their communities. If local police officers act as enforcers of federal immigration laws, immigrants will be less likely to work with police during investigations, report a crime or seek help.[269] In order to keep all communities safe, cities and counties in Colorado must stand up in defense of their immigrant communities and pass legislation preventing local enforcement of federal immigration laws.

Cities and counties in Colorado should begin by broadly prohibiting the use of local resources in the enforcement of immigration laws and by prohibiting local participation in any civil immigration enforcement operations including raids, investigations, interrogations, apprehensions or detentions.[270] Numerous counties across the U.S. have passed legislation stating that no department, agency, officer or employee can expend any time, funds, or resources on facilitating the civil enforcement of federal immigration laws.[271] It is important that these ordinances not include an exception based on criminal convictions, or people who may appear in law enforcement databases. People with criminal convictions are the most likely to be detained during their immigration cases and the least likely to have access to an attorney. By leaving them out of ordinances designed to protect immigrants, cities and counties push the most vulnerable into a system that risks violating their due process rights.[272]

Additionally, cities and counties in Colorado should implement policies to ensure that police officers are not inadvertently supporting ICE by arresting people for federal immigration violations. The National Crime Information Center (NCIC) database is maintained by the FBI to track criminal activity and includes an "immigration violators file." Though local law enforcement agencies cannot make arrests for civil immigration violations, some police officers continue to consider the appearance of someone's name on the NCIC list as reason to take them into custody.[273] Colorado cities and counties should pass ordinances such as that of Washington, D.C.'s, which states that, "Law

enforcement officers shall not make arrests solely based on administrative warrants for arrest or removal entered by ICE into the NCIC database."[274]

Sometimes, a relationship between ICE and local authorities will be codified in contracts. One of these contracts are 287(g) agreements. These delegate authority to local law enforcement officers to carry out certain federal immigration enforcement activities, providing them with access to federal immigration databases and potentially permitting them to interrogate and arrest anyone they believe to be in the U.S. in violation of federal immigration laws.[275] These agreements are extremely expensive and hurt the cities and counties that enter into them. In Harris County, Texas, the sheriff terminated his agreement due to at least $675,000 in annual costs.[276] Prince William County, Virginia initially planned to divert nearly $800,000 in "rainy day" funds to cover the cost of starting its 287(g) program and projected costs of $11.3 million over a five-year period.[277] Instead of promoting public safety and working on local issues, police officers were forced to enforce federal laws without adequate compensation from the federal government.[278]

Additionally, these agreements have led to racial profiling. The Department of Justice found, in two separate investigations, that 287(g) agreements in Alamance County, North Carolina, and Maricopa County, Arizona, led to the unlawful detention and arrest of Latinx people.[279] In Alamance County, police officers stopped Latinx drivers nine times more frequently than non-Latinx drivers and Latinx drivers were arrested for traffic violations in cases where non-Latinx drivers received only citations.[280] According to a 2015 Immigrant Legal Resource Center study, well over 2,000 counties have enacted measures prohibiting the implementation of 287(g) agreements.[281] To save money, protect communities and invest in actual measures that improve public safety, cities and counties in Colorado should pass measures so that no officer, agent or employee can enter into any contract, agreement or arrangement that would grant federal civil immigration enforcement authority to city agents or law enforcement officers.[282]

Another contract between the federal government

and local authorities aimed at supporting the mass deportation of immigrants are Intergovernmental Service Agreements. In these agreements, jails rent out space to ICE and hold those suspected of being in the country illegally. While some counties make money from these agreements, others end up subsidizing ICE's deportations by holding immigrants on their behalf.[283] These contracts risk violating the due process rights of those detained. People may be transferred from county custody to ICE custody and not even leave the building, limiting their ability to challenge their stay in ICE custody.[284] Cities and counties in Colorado should join the more than 2,000 counties that have prevented these agreements by passing legislation stating that officers, agents or employees cannot enter into any contract, agreement, or arrangement to detain immigrants in deportation proceedings, including but not limited to IGSAs.[285] Additionally, at least 30 days before applying for or renewing any contracts, agreements or arrangements including 287(g) agreements and IGSAs, Colorado counties should hold a public meeting to receive and consider community input.[286]

Cities and counties in Colorado should not only prevent ICE from holding immigrants in local jails. They should also deny ICE access to jail facilities. ICE agents can visit jails, access booking information about individuals, and interview detainees. These interviews frequently take place without an attorney present.[287] Colorado cities and counties should pass legislation stating that no officer, employee or agent can permit ICE officers access to city facilities, property, equipment, or databases absent a judicial criminal warrant specifying the information or individuals sought.[288] Counties throughout the U.S. have already passed legislation preventing ICE from interrogating inmates without their consent, including Washington, D.C., which passed legislation stating that they will not permit an ICE agent to conduct an interview without giving the inmate an opportunity to have counsel present.[289] If ICE is granted access to a Colorado jail, they should only be able to address the issues or interview the people described in the judicial warrant.

Even if jails require a warrant before ICE agents enter the facility, they may continue to share jail release dates with ICE. When ICE sends "requests for information,"

jails may respond with the exact day, time and location of a person's release, making it easy for ICE to arrive and arrest them. This punishes people who have already served their criminal sentence with an even more severe sentence – the threat of deportation. It also turns jails into a pipeline to deportation. Notification requests from ICE are not reviewed by a judge and require local governments to invest time and energy enforcing federal immigration laws. Cities and counties in Colorado should join the many counties that have passed legislation preventing local communication with ICE concerning the release of individuals in custody.[290] Additionally, Colorado cities and counties should require regular public reporting of the number of requests for notifications received and the number of requests for notifications honored.

It is also necessary for cities and counties in Colorado to prevent jails from sharing broader personal non-public information about a person with ICE, including people's address, phone number, country of birth, primary language, religious affiliation and place and nature of employment. This information can be used to help apprehend and deport individuals. Colorado cities and counties should also stop collecting sensitive information, including nationality and immigration status.[291] Cities and counties in Colorado should pass municipal ordinances stating that no agent, employee or officer can ask about or investigate the citizenship or immigration status of an individual unless such inquiry or investigation is required by state statute, federal regulation or court decision.[292]

## REFORMING AN UNJUST SYSTEM

In order to truly protect immigrant communities, major reforms to the Colorado criminal legal system are necessary. In areas with racially biased police practices, immigrants are more likely to be arrested and local policing will contribute to higher deportation rates. People with lawful immigration status may lose their right to stay in the U.S. as a result of a criminal conviction. Even low-level non-violent offenses can threaten someone's entire future. The Center for Popular Democracy explains, "Immigrants are often first pulled into the local criminal justice system through police practices that target them for their race, and then the immigration system which targets them because of, and through, their contact with the criminal justice system."[293] Cities and counties in Colorado should pass legislation stating that agents, employees or officers cannot rely on actual or perceived national origin, immigration or citizenship status, race, ethnicity or language proficiency when deciding whether to stop, question, search, arrest or detain an individual.[294] By building in policies to prevent racialized policing, Colorado cities and counties can build safer communities for everyone.

Police officers are not the only actors in the criminal legal system with the power to determine whether someone will face deportation. Prosecutors have the power to determine which cases will be brought, what charges levied, what sentence requested and how the case will be resolved. Plea deals account for 97% of federal and 94% of state convictions, so prosecutors are often the key players determining the outcomes for most people entering the criminal legal system.[295] Even though prosecutorial decision-making can have serious consequences for non-citizens, including deportation, a 2011 study of the 50 largest county prosecutor offices found that most had no policies explaining how immigration consequences can affect case outcomes.[296] Cities and counties in Colorado should encourage prosecutors to use their discretion to deviate from general practice if the general practice may result in an unjust outcome due to the defendant's immigration status.[297] Additionally, prosecutors should be encouraged to agree to sentences under 364 days if the defendant is eligible for probation in order to avoid deportation.[298] Colorado cities and counties should pass legislation requiring officers, agents and employees entrusted with prosecuting criminal offenses to adopt written policies and practices that consider the avoidance of adverse immigration consequences, including the risk of deportation, when exercising their authority to resolve cases.[299]

## THIS IS THE TIME FOR OUR COMMUNITIES TO ACT

It is time for cities and counties throughout Colorado to stand up in the face of the human rights abuses detailed in this report and defend our most vulnerable

communities. By improving conditions at detention facilities, freeing immigrants from detention facilities and limiting the number of immigrants being placed in detention facilities, local governments in Colorado can boldly put an end to a system that tortures our neighbors in our own backyards. First, Colorado city, county and state legislatures must enforce a system of oversight, where elected representatives and public servants can review detention facilities and publicly release reports concerning conditions of confinement. Additionally, the Colorado legislature should divest from private companies that profit from the detention of human beings. To free our neighbors detained in Aurora, cities and counties in our state must implement funds to provide legal services so that immigrants can win their cases and return to their families. Cities and counties should also establish a fund to pay the high price of bonds in cases where poverty is the only barrier to freedom.

To ensure that more immigrants are not torn from their communities and placed in detention, Colorado cities and counties must limit local cooperation with ICE by prohibiting joint operations with ICE, including any 287(g) agreements and Intergovernmental Service Agreements. Cities and counties in Colorado must also pass legislation banning information sharing about a person's jail release date and other personal non-public data, collecting information about an individual's immigration status, arresting an individual due to immigration-related information in the National Crime Information Center database and allowing ICE access to jail facilities. More broadly, Colorado cities and counties should pass legislation to reform a criminal legal system that continually targets immigrant communities. As the federal government threatens communities across the country, expands detention facilities and accelerates mass deportations, our cities and counties must act.

# Acknowledgments

"There's really no such thing as the 'voiceless'. There are only the deliberately silenced, or the preferably unheard."

— Arundhati Roy

American Civil Liberties Union of Colorado would like to thank the people that enabled us to write this report. First and foremost, the family members, Neda Samimi-Gomez, Candida Salgado and Priscilla Cruz Moreno, who shared their memories with us so that we may better know their loved ones and the depth of their loss.

This report was principally investigated and authored by Deanna Hirsch, Media Strategist at the ACLU of Colorado. Vanessa Michel, Director of Communications at the ACLU of Colorado managed the production of this report. Deirdre Brooks, Communications Associate, was lead designer of this report. ACLU of Colorado Legal Director Mark Silverstein and Staff Attorney Arash Jahanian have investigated the death of Kamyar Samimi, including through their Freedom of Information Act requests and lawsuit. Jahanian also authored the Executive Summary. Former Paralegal, Jessica Howard supported the investigation through records requests. ACLU of Colorado Public Policy Director Denise Maes and Public Policy Associate Helen Griffiths authored the policy recommendations and citations. This report was edited by Vanessa Michel, Mark Silverstein, Denise Maes, Helen Griffiths, Arash Jahanian, Deanna Hirsch, ACLU of Colorado Field Director Delana Maynes, Director of Campaigns John Krieger and Immigration Campaign Coordinator Ana Temu.

We are grateful to our dedicated volunteers, interns and fellows who supported our investigation into the Aurora Contract Detention Facility. Legal Fellow Arielle Herzberg, contributed legal research and analysis and Public Policy Fellow Sam Fesshaie contributed examination of medical and safety grievances. Research was conducted by Field Interns Jackson Ingram, Daryn Miller and Caleb Walker Wilson, Public Policy Intern Kathryn Kenny and Campaigns Intern Tali Juliano. Communications Assistant Ivan Popov and Communications Intern Charlotte Spaeth contributed research and editing. This report was copy edited by Lori Smith. Chris Outcalt conducted initial research and reporting. Julian G.G. Wolfson conducted principal research, fact-checking and citations. We are grateful for the support of our community partners: Colorado Peoples Alliance (COPA), American Friends Service Committee (AFSC), Civil Rights Education and Enforcement Center (CREEC), Rocky Mountain

Immigrant Advocacy Network (RMIAN) and Pangea Legal Services, for connecting us with those affected by immigration detention in Aurora. We thank everyone who assisted with ACLU of Colorado's peer review process of this report: Liz Jordan, Jocelyn Jenks, Luis Angel Reyes Savalza, John Sullivan, David Lane, Danielle Jefferis, Hans Meyer, Dr. JK Costello, and ACLU Senior Advocacy and Policy Counsel Naureen Shah, ACLU Deputy Director of Immigrant Justice Campaigns Sylvia Ruiz and ACLU Deputy Director, Immigration Policy National Political Advocacy Department Ruthie Epstein. We thank Steven Brown for his photos and Dave Russell for the photo on our cover that so beautifully captures community. Thank you, ACLU of Colorado Director of Philanthropy, Rachel Pryor-Lease, Major Gifts Officer Jason Chavez and our many members and supporters who empower us to do this work.

Finally, we thank our brave neighbors who shared their personal experiences and allowed ACLU of Colorado to publicly share their stories despite fear of retribution or the pain of reliving the past. Thanks to Dan Courson, Ronnie Keyes, Mohamed Dirshe, John Mathews, Diana Lopez, Jane Smith, Fabian Vasquez, Elias Salgado and Miguel Angel Avila Arce we were able to shine a light on the critical need for change inside the Aurora Contract Detention Facility. Your collective courage is what makes any change possible.

This report is dedicated to Evalin-Ali Mandza and Kamyar Samimi. May you rest in power.

# Methodology

Over the course of nine months American Civil Liberties Union of Colorado conducted research and interviews into allegations of mistreatment, medical neglect and multiple deaths at the Aurora Contract Detention Facility (ACDF), including the death of Kamyar Samimi. From January to September 2019, a stakeholder visit and dozens of interviews were conducted with current and former detainees inside and outside the facility, as well as with their family members.

ACLU of Colorado began the process of investigating Kamyar Samimi's death and conditions of confinement at ACDF on Dec. 20, 2017, by seeking documents through a Freedom of Information Act (FOIA) request filed with U.S. Immigration and Customs Enforcement (ICE). ICE produced only five unrelated pages of information, and ACLU appealed. ICE responded seven months later that its investigation of Mr. Samimi's death had been completed and more documents would be forthcoming. Those documents were not produced. On April 9, 2019, the ACLU of Colorado filed a lawsuit seeking previously requested records related to Mr. Samimi's arrest, detention, and subsequent death. ICE released the detainee death review of Mr. Samimi May 2019. We provided that report to an independent physician with expertise in correctional health who separately reviewed the report and shared his conclusion with us. The medical expert who provided his opinion on the death investigations and medical records did so in his own personal capacity. His opinion does not represent the official view of his employer or affiliated institution.

The 11 cases we discuss in this report represent those believed to have suffered and in two cases died while in detention at ACDF from April 2012 to present day. They are a small fraction of the hundreds of people detained during the period in question and do not allow us to make general conclusions about the conditions in many of the facilities that ICE uses to detain immigrants. In some cases when the report highlights the narrative of a particular person making generalized comments about their treatment, or things that were said by guards, we felt that there was corroboration in the numerous unreported stories of people we interviewed that was emblematic of ACDF conditions. These interviews raise serious concerns about ICE's ability to appropriately address and respond to major deficiencies in medical care and safety. Those cases where sources have legal representation were peer reviewed by their counsel.

The External Reviews and Analysis Unit Detainee Death Review of Kamyar Samimi analyzed in this report was conducted by the U.S. Department of Homeland Security ICE Office of Professional Responsibility and made publicly available. Our analyses rely upon facts and conclusions included in the DHS report. The death review was analyzed by Dr. JK Costello, an expert in

correctional health and senior consultant with The Steadman Group. Dr. Costello develops population health plans for substance use disorder prevention, treatment and recovery. Prior to entering public health, he spent two years as chief medical officer for a chain of medical clinics designing evidence-based care models for more than a dozen physicians and mid-level providers. Dr. Costello completed his Master of Public Health capstone project at the Harm Reduction Action Center. He has presented at state and regional conferences on his work and is active in the Colorado Consortium for Prescription Drug Abuse Prevention's Provider Education and Treatment workgroups.

In the independent review conducted for this report, Dr. Costello assessed whether Mr. Samimi's care was adequate considering standard medical practices and professional ethics and found that it was not. Detainees are entitled to be treated humanely and with respect for human dignity regardless of immigration status.

ACLU of Colorado also sent written questions and requested comment from ACDF leadership and former medical staff on the report's findings as well as findings from interviews and our stakeholder visit. (Right.) Neither party responded to our request for comment.

In addition to interviews, staff and independent contractors provided additional research and fact checking. In conducting the research assigned by ACLU of Colorado, an independent contractor largely relied on internet-based resources and/or publications in addition to the materials provided by the organization — some of which are not readily accessible to the public. The contractor was mindful of the sources cited and attempted to rely on individuals and/or entities from reputable media outlets, official governmental entities, and prestigious non-governmental organizations, including but not limited to the Federal Drug Administration (FDA), Department of Justice (DOJ), Colorado Public Radio (CPR), NBC News and the American Immigration Counsel.

In addition to these internet-based sources, the contractor consulted and/or attempted to consult with different organizations/individuals that have expertise in the relevant subject matter, including but not limited

to the Civil Rights Education and Enforcement Center (CREEC). Finally, contractor utilized Lexis Nexis to conduct research on certain legal questions by reviewing opinions rendered by federal courts throughout the country.

For the policy recommendations, ACLU of Colorado consulted legislation passed by other cities, counties and states. ACLU of Colorado staff also relied on policy guides by the National Immigration Law Center, the Center for Popular Democracy, Local Progress, the Immigrant Legal Resource Center and the National Conference of State Legislatures.

---

**From:** Denise Maes
**Sent:** Tuesday, August 20, 2019 5:39 PM
**To:** 'jchoate@geogroup.com'
**Cc:** 'mike.j.williams@ice.dhs.gov'

Dear Warden Choate,

Thank you, again, for the opportunity to vist the GEO facility on July 31, 2019 and for the time your staff and those at ICE gave for the tour. Naureen Shah sent you a follow up e-mail seeking some additional information, but I don't either of us have heard back from you. We are in the process of preparing a report on our tour as well as some interviews we have had with several current and former detainees. We want to give you an opportunity to respond to some of the concerns we uncovered during our months of work on this report.

We have heard several issues related to inadequate medical attention. There were complaints related to staff ignoring requests for medical attention; staff downplaying detainee medical complaints; inattentiveness toward detainees with disabilities and that facility personnel is not providing each detainee with a comprehensive health assessment within 14 days of the detainee's arrival. Related, many complain of inadequate or no dental care services. Finally, detainees claim to be given simple pain medication – ibuprofen – for major ailments.

Excerpt of email from Public Policy Director Denise Maes to Aurora Contract Detention Facility Warden Johnny Choate. August 20, 2019. On file with ACLU of Colorado.

# End Notes

1  U.S. Department of Homeland Security Immigration and Customs Enforcement – Office of Professional Responsibility, External Reviews and Analysis Unit – Detainee Death Review – Kamyar Samimi (May 22, 2018) (on file with ACLU of Colorado).

2  Id.

3  Id.

4  Id.

5  Id.

6  Id.

7  Id.

8  Id.

9  The GEO Group's (GEO) CEO George Zoley on Q4 2018 Results – Earnings Call Transcript, Seeking Alpha (Feb. 14, 2019), https://seekingalpha.com/article/4241218-geo-groups-geo-ceo-george-zoley-q4-2018-results-earnings-call-transcript.

10  Id.

11  Richard Cavendish, The Greek Civil War Ends, History Today (Oct. 1999), https://www.historytoday.com/archive/greek-civil-war-ends.

12  Darden Livesay, A Greek Immigrant's Company is Making Millions off Trump's "Zero Tolerance" Immigration Policy, The Pappas Post (June 26, 2018), https://www.pappaspost.com/a-greek-immigrants-company-is-making-millions-off-trumps-zero-tolerance-immigration-policy/.

13  Id.

14  Board of Directors: George C. Zoley, The GEO Group, Inc., https://www.geogroup.com/board_of_directors.

15  George Zoley Net Worth, Wallmine (2019), https://wallmine.com/people/34546/george-c-zoley.

16  George C. Zoley: Executive Compensation, salary.com, https://www1.salary.com/George-C-Zoley-Salary-Bonus-Stock-Options-for-GEO-GROUP-INC.html.

17  The GEO Group, Inc., Annual Report (Form 10-K) (Feb. 25, 2019).

18  Adam Snitzer, The nation's largest private prisons operator is based in Florida. And profits are up, Miami Herald (Apr. 22, 2019), https://www.miamiherald.com/news/business/biz-monday/article227477119.html.

19  Id.

20  Id.

21  Beryl Lipton, Better know a private prison giant: GEO Group's Board of Directors, Muckrock (Jun. 22. 2017), https://www.muckrock.com/news/archives/2017/jun/22/better-know-private-prison-geo/.

22  Adam Snitzer, The nation's largest private prisons operator is based in Florida. And profits are up, Miami Herald (Apr. 22, 2019), https://www.miamiherald.com/news/business/biz-monday/article227477119.html.

23  The GEO Group's (GEO) CEO George Zoley on Q4 2018 Results – Earnings Call Transcript, Seeking Alpha (Feb. 14, 2019), https://seekingalpha.com/article/4241218-geo-groups-geo-ceo-george-zoley-q4-2018-results-earnings-call-transcript.

24  Id.

25  Id.

26  Ask The Indy: What we know about the GEO Group and its Aurora ICE Processing Center, The Colorado Independent (Aug. 15, 2019) https://www.coloradoindependent.com/2019/08/15/geo-group-aurora-immigrant-detention-center/.

27  Caitlyn Kim, ICE Defends the Treatment of Detainees At Aurora Facility During Media Tour, CPR News (Aug. 9, 2019), https://www.cpr.org/2019/08/09/ice-defends-the-treatment-of-detainees-at-aurora-facility-during-media-tour/.

28  Erika Gonzalez, Increased detainees, virus outbreaks found at Aurora ICE Detention Center, KDVR (Mar. 4, 2019), https://kdvr.com/2019/03/04/increased-detainees-virus-outbreaks-found-at-aurora-ice-detention-center/.

29  Contract Award, U.S. Marshals (Oct. 11, 2012), www.usmarshals.gov/foia/IGAs_Cap_Agreements/colorado/aurora_det_facility.pdf.

30  Our Locations: Aurora ICE Processing Center, The GEO Group, Inc., www.geogroup.com/FacilityDetail/FacilityID/31.

31  Id.

32  Elise Schmelzer, The ICE detention center in Aurora added 432 beds last month. Those beds are expected to be filled almost immediately, The Denver Post (Feb. 6, 2019), https://www.denverpost.com/2019/02/06/aurora-ice-detention-center-additional-beds/.

33  Extension of Use for Surge Beds at Aurora CDF, Federal Business Opportunities (Apr. 25, 2019), https://www.fbo.gov/index.php?s=opportunity&mode=form&id=24bf5af8f106d92a3abc7bc98fb8a51f&tab=core&_cview=0.

34  The GEO Group's (GEO) CEO George Zoley on Q4 2018 Results – Earnings Call Transcript, Seeking Alpha (Feb. 14, 2019), https://seekingalpha.com/article/4241218-geo-groups-geo-ceo-george-zoley-q4-2018-results-earnings-call-transcript.

35  The GEO Group Reports Fourth Quarter and Full-Year 2018 Results, Business Wire (Feb. 14, 2019), www.businesswire.com/news/home/20190214005232/en/GEO-Group-Reports-Fourth-Quarter-Full-Year-2018.

36  ACLU of Colorado Sues ICE for Information about Death of Iranian Man at Detention Facility, ACLU of Colorado (Apr. 9, 2019), www.aclu.org/press-releases/aclu-colorado-sues-ice-information-about-death-irani-an-man-detention-facility.

37  U.S. Department of Homeland Security Immigration and Customs Enforcement – Office of Professional Responsibility, External Reviews and Analysis Unit – Detainee Death Review – Kamyar Samimi (May 22, 2018) (on file with ACLU of Colorado).

38  Id.

39  Complaint, American Civil Liberties Union of Colorado v. U.S. Immigration and Custom Enforcement (D. Colo. Apr. 9, 2019) (No. 1:19-cv-01036).

40  U.S. Department of Homeland Security Immigration and Customs Enforcement – Office of Professional Responsibility, External Reviews and Analysis Unit – Detainee Death Review – Kamyar Samimi (May 22, 2018) (on file with ACLU of Colorado).

41  Id.

42  Kieran Nicholson, Medical Care for detainee who died in ICE custody in Colorado fell short of federal standards, report says, The Denver Post (May 20,

2019), https://www.denverpost.com/2019/05/20/aurora-ice-detainee-died-medical-care/.

43 U.S. Department of Homeland Security Immigration and Customs Enforcement – Office of Professional Responsibility, External Reviews and Analysis Unit – Detainee Death Review – Kamyar Samimi (May 22, 2018) (on file with ACLU of Colorado).

44 Id.

45 Id.

46 Id.

47 Id.

48 Id.

49 Id.

50 Id.

51 Id.

52 Katherine Hawkins, Medical Neglect at a Denver Immigration Jail, POGO (May 21, 2019), https://www.pogo.org/investigation/2019/05/medical-neglect-at-a-denver-immigration-jail/.

53 U.S. Department of Homeland Security Immigration and Customs Enforcement – Office of Professional Responsibility, External Reviews and Analysis Unit – Detainee Death Review – Kamyar Samimi (May 22, 2018) (on file with ACLU of Colorado).

54 Id.

55 Id.

56 Medications to Treat Opioid Addiction Are Effective and Save Lives, But Barriers Prevent Broad Access and Use, Says New Report, The National Academies of Sciences, Engineering, and Medicine (March 20, 2019), http://www8.nationalacademies.org/onpinews/newsitem.aspx?RecordID=25310.

57 Id.

58 Meredith Hoffman, ICE's Rapid Expansion Has Led to Chickenpox, Quarantines, and Desperation, Vice Immigration, (Feb. 25, 2019), https://www.vice.com/en_us/article/wjm4qb/ices-rapid-expansion-has-led-to-chickenpox-quarantines-and-desperation.

59 Letter from the Colorado Department of Public Health and Environment and Tri-County Health Department to The GEO Group, Inc, Chief Medical Officer (Feb. 22, 2019) (on file with ACLU of Colorado).

60 Samn Tabachnik, Jason Crow Denied Entry in Surprise Visit to Aurora's ICE Detention Site amid Another Rash of Illnesses, The Denver Post (Feb. 20, 2019), www.denverpost.com/2019/02/20/jason-crow-aurora-ice-surprise-visit/.

61 Conor McCormick-Cavanagh, Immigrant Detainees Launch Hunger Strike at Facility in Aurora, Westword (Mar. 6, 2019), https://www.westword.com/news/immigrant-detainees-launch-hunger-strike-at-facility-in-aurora-11258270.

62 Kara Mason, Aurora ICE prison refuses to let congressmen, city lawmaker in for unannounced tour, Sentinel (Feb. 20, 2019), https://sentinelcolorado.com/news/metro/aurora-ice-prison-refuses-to-let-congressman-city-lawmaker-in-for-unannounced-tour/.

63 Id.

64 Samn Tabachnik, Jason Crow Denied Entry in Surprise Visit to Aurora's ICE Detention Site amid Another Rash of Illnesses, The Denver Post (Feb. 20, 2019), www.denverpost.com/2019/02/20/jason-crow-aurora-ice-surprise-visit/.

65 Id.

66 Letter from Congressmen Jason Crow to ICE Acting Director Ronaldo Vitiello (Feb. 28, 2019), https://crow.house.gov/sites/crow.house.gov/files/02-28-2019-Letter-to-ICE-Detention-Center-Oversight-SIGNED.pdf

67 Id.

68 Management Alert – Issues Requiring Action at the Adelanto ICE Processing Center in Adelanto, California, Department of Homeland Security Office of Inspector General (Sept. 27, 2018) https://www.oig.dhs.gov/sites/default/files/assets/Mga/2018/oig-18-86-sep18.pdf.

69 Id.

70 David Henry and Imani Moise, JPMorgan backs away from private prison finance, Reuters (Mar. 5, 2019), www.reuters.com/article/us-jp-morgan-prisons/jpmorgan-backs-away-from-private-prison-finance-idUSKCN1QM1LE.

71 Jerry Iannelli, GEO Group's Own Shareholders Concerned About Human Rights in the Company's Prisons, Miami New Times (May 7, 2019) www.miaminewtimes.com/news/geo-group-shareholders-concerned-about-human-rights-violations-at-private-prison-giant-11166775.

72 See Menocal v. GEO Grp., Inc. (D. Colo. Oct. 22, 2014) (No. 14-cv-02887) Washington v. GEO Grp. (W.D. Wash. Sept. 20, 2017) (No. 17-5806); Chen v. GEO Group, Inc. (W.D. Wash. Sept. 26, 2017) (No. 3:17-cv-05769); Novo v. GEO Grp., Inc. (C.D. Cal. Dec. 19, 2017) (Case No. 17-2514).

73 Blair Miller, Class-action suit certified for 60K+ Detainees at Aurora ICE facility 'forced' to work for $1 a day, The Denver Channel (Mar. 3, 2017), www.thedenverchannel.com/news/politics/class-action-suit-certified-for-60k-detainees-at-aurora-ice-facility-forced-to-work-for-1-a-day.

74 Id.

75 Crow Introduces Bill to Require Congressional Access to ICE Detention Facilities, Office of Congressman Jason Crow (May 20, 2019), https://crow.house.gov/media/press-releases/crow-introduces-bill-require-congressional-access-ice-detention-facilities.

76 Conor McCormick-Cavanagh, Jason Crow's Office Will Begin Weekly Inspections of GEO Detention Facility, Westword (July 9, 2019), https://www.westword.com/news/jason-crow-staffers-will-visit-aurora-detention-facility-weekly-11404710.

77 Following First Weekly ICE Visit, Rep. Crow Releases Report on Aurora, CO Detention Center, Office of Congressman Jason Crow (July 16, 2019), https://crow.house.gov/media/press-releases/following-first-weekly-ice-visit-rep-crow-releases-report-aurora-co-detention.

78 U.S. Department of Homeland Security Immigration and Customs Enforcement – Office of Professional Responsibility, External Reviews and Analysis Unit – Detainee Death Review – Kamyar Samimi (May 22, 2018) (on file with ACLU of Colorado).

79 Id.

80 Id.

81 Id.

82 Id.

83 Id.

84 Id.

85 Id.

86 Id.

87 Id.

88 Id.

89  *Id.*

90  *Id.*

91  *Id.*

92  *Id.*

93  *Id.*

94  *Id.*

95  *Id.*

96  *Id.*

97  *Id.*

98  *Id.*

99  *Id.*

100  *Statement by Douglas Throckmorton M.D., Deputy Center Director for Regulatory Programs in FDA's Center for Drug Evaluation and Research, on new opioid analgesic labeling changes to give providers better information for how to properly taper patients who are physically addicted to opioids,* U.S. FOOD AND DRUG ADMINISTRATION (Apr. 9. 2019), https://www.fda.gov/news-events/press-announcements/statement-douglas-throckmorton-md-deputy-center-director-regulatory-programs-fdas-center-drug-0.

101  *Id.*

102  U.S. DEPARTMENT OF HOMELAND SECURITY IMMIGRATION AND CUSTOMS ENFORCEMENT – OFFICE OF PROFESSIONAL RESPONSIBILITY, EXTERNAL REVIEWS AND ANALYSIS UNIT – DETAINEE DEATH REVIEW – KAMYAR SAMIMI (May 22, 2018) (on file with ACLU of Colorado).

103  *Id.*

104  *Id.*

105  *Id.*

106  *2011 Operations Manual ICE Performance-Based National Detention Standards,* U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, 334 (Dec. 2016), https://www.ice.gov/doclib/detention-standards/2011/pbnds2011r2016.pdf.

107  U.S. DEPARTMENT OF HOMELAND SECURITY IMMIGRATION AND CUSTOMS ENFORCEMENT – OFFICE OF PROFESSIONAL RESPONSIBILITY, EXTERNAL REVIEWS AND ANALYSIS UNIT – DETAINEE DEATH REVIEW – KAMYAR SAMIMI (May 22, 2018) (on file with ACLU of Colorado).

108  *Facility Inspections,* U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (Aug. 15, 2019), https://www.ice.gov/facility-inspections

109  Letter from Lead Compliance Inspector of The Nakamoto Group, Inc. to Assistant Director for Detention Management (Oct. 4, 2018), www.ice.gov/doclib/facilityInspections/denverCdfCo_CL_10_04_2018.pdf.

110  *Id.*

111  *Id.*

112  *Performance-Based National Detention Standards 2011,* U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, 174 (Dec. 2016), https://www.ice.gov/doclib/detention-standards/2011/pbnds2011r2016.pdf.

113  *Id.* at 99.

114  *Id.*

115  Letter from Lead Compliance Inspector of The Nakamoto Group, Inc. to Assistant Director for Detention Management (Oct. 4, 2018), www.ice.gov/doclib/facilityInspections/denverCdfCo_CL_10_04_2018.pdf.

116  *Performance-Based National Detention Standards 2011,* U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, 182 (Dec. 2016),

https://www.ice.gov/doclib/detention-standards/2011/pbnds2011r2016.pdf.

117  Letter from Lead Compliance Inspector of The Nakamoto Group, Inc. to Assistant Director for Detention Management (Oct. 4, 2018), www.ice.gov/doclib/facilityInspections/denverCdfCo_CL_10_04_2018.pdf.

118  *Id.*

119  *Id.*

120  *ICE Does Not Fully Use Contracting Tools to Hold Detention Facility Contractors Accountable for Failing to Meet Performance Standards,* U.S. DEPARTMENT OF HOMELAND SECURITY OFFICE OF INSPECTOR GENERAL (Jan. 29, 2019) https://www.oig.dhs.gov/sites/default/files/assets/2019-02/OIG-19-18-Jan19.pdf.

121  *Id.* (explaining that the "QASP provides tools for ensuring facilities meet performance standards").

122  *Id.*

123  *Id.*

124  *Id.*

125  *Id.*

126  *Id.*

127  *Id.*

128  *Concerns about ICE Detainee Treatment and Care at Four Detention Facilities,* U.S. DEPARTMENT OF HOMELAND SECURITY OFFICE OF INSPECTOR GENERAL (June 3, 2019) https://www.oig.dhs.gov/sites/default/files/assets/2019-06/OIG-19-47-Jun19.pdf.

129  *Id.*

130  *Id.*

131  *Warren Opens Investigation into Private Detention Accreditation System After Widespread Reports of Substandard Conditions & Safety Concerns in Multiple Facilities,* OFFICE OF SENATOR ELIZABETH WARREN (May 31, 2019) www.warren.senate.gov/oversight/letters/warren-opens-investigation-into-private-detention-accreditation-system-after-widespread-reports-of-substandard-conditions-and-safety-concerns-in-multiple-facilities.

132

133  *Id.*

134  *Id.*

135  *Warren, Colleagues Demand Answers From ICE Following Investigation of For-Profit Contractors Running Immigration Detention Facilities,* OFFICE OF SENATOR ELIZABETH WARREN (Apr. 17, 2019), https://www.warren.senate.gov/oversight/letters/warren-colleagues-demand-answers-from-ice-following-investigation-of-for-profit-contractors-running-immigration-detention-facilities.

136  *Id.*

137  Sarah Varney, *Private inspectors paint a rosy picture of U.S. immigrant detention centers. Audits find otherwise,* LA TIMES (July 26, 2019), https://www.latimes.com/california/story/2019-07-25/immigration-detention-center-nakamoto.

138  *Id.*

139  Letter from Jared Polis, U.S. Congressman, to Thomas Homan, Acting Director of U.S. Immigration Customs and Enforcement (June 20, 2018), (on file with ACLU of Colorado).

140  *Id.*

141  *Id.*

142 *Id.*

143 *Id.*

144 *Id.*

145 Proxy Memorandum to the GEO Group Shareholders (Mar. 21, 2016), https://jesuits.org/Assets/Publications/File/GEO-Proxy-Memo.pdf.

146 *Id.*

147 *Id.*

148 *Id.*

149 *Id.*

150 *Id.*

151 Hannah Rappleye and Lisa Riordan Seville, *24 immigrants have died in ICE custody during the Trump administration,* NBC News (June 9, 2019), https://www.nbcnews.com/politics/immigration/24-immigrants-have-died-ice-custody-during-trump-administration-n1015291.

152 Complaint at 2, *Keyes v. The GEO Group, Inc.,* (D. Colo. Feb. 1, 2017) (No. 17-cv-30166).

153 *Id.* at 4.

154 *Id.*

155 *Id.*

156 *Id.* at 5.

157 *Id.* at 6.

158 *Id.*

159 *Id.*

160 *Id.* at 7.

161 *Id.*

162 *Id.*

163 Complaint at 2, *Dirshe v. The GEO Group, Inc.* (D. Colo. May 2, 2019) (No. 19-cv-1816).

164 *Id.* at 5.

165 *Id.*

166 *Id.*

167 *Id.* at 6.

168 *Id.* at 8.

169 *Id.* at 6.

170 *Id.*

171 *Id.*

172 Letter from American Immigration Council & American Immigration Lawyers Association to Dr. Stewart D. Smith, Assistant Director Thomas D. Homan, Acting Director Ms. Cameron Quinn, and Acting Inspector General John Kelly (June 4, 2018), http://www.americanimmigrationcouncil.org/sites/default/files/general_litigation/complaint_demands_investigation_into_inadequate_medical_and_mental_health_care_condition_in_immigration_detention_center.pdf.

173 *Id.*

174 In attempt to protect the privacy interests of the individual discussed in this passage, the report intentionally utilizes a pseudonym.

175 ACLU of Colorado made multiple attempts to reach the former ACDF psychologist. Those attempts were unanswered.

176 Detainee Grievance Form: Diana Lopez, Case # 12-132 (on file with ACLU of Colorado).

177 *Id.*

178 *Id.*

179 *Id.*

180 *Id.*

181 *Id.*

182 *Id.*

183 In attempt to protect the privacy interests of the individual discussed in this passage, the report intentionally utilizes a pseudonym.

184 U.S. Department of Homeland Security Immigration and Customs Enforcement – Office of Professional Responsibility, External Reviews and Analysis Unit – Detainee Death Review – Kamyar Samimi (May 22, 2018) (on file with ACLU of Colorado).

185 *Id.*

186 *Id.*

187 *Id.*

188 *Id.*

189 *Id.*

190 *Id.*

191 *Id.*

192 *Id.*

193 *Id.*

194 *Id.*

195 *Id.*

196 *CREEC Announces Immigration Detention Accountability Project,* Civil Rights Education and Enforcement Center (Sept. 4, 2018), creeclaw.org/creec-announces-immigration-detention-accountability-project/.

197 *Assessment and Accommodations for Detainees with Disabilities,* U.S. Immigration and Customs Enforcement: Enforcement and Removal Operations (Dec. 15, 2016) (on file with ACLU of Colorado).

198 Julia Yates, *Press Release: Civil Rights Groups Charge that ICE Disregards Immigrants' Medical, Mental Health Needs and Ignores Discrimination Against Immigrants with Disabilities,* Civil Rights Education and Enforcement Center (Aug. 19, 2019), https://creeclaw.org/press-release-civil-rights-groups-charge-that-ice-disregards-immigrants-medical-mental-health-needs-and-ignores-discrimination-against-immigrants-with-disabilities/.

199 *Id.*

200 Sanya Mansoor, *Hundreds of Their Workers Were Arrested in Mississippi ICE Raids, But No Employers Have Been Charged Yet,* Time (Aug. 9, 2019), https://time.com/5649108/mississippi-ice-raids-no-employers-charged/.

201 Letter from Candida Carranza to Immigration Judge (on file with ACLU of Colorado).

202 *Id.*

203 Alice Speri, *Detained, Then Violated,* The Intercept (Apr. 11, 2018), https://theintercept.com/2018/04/11/immigration-detention-sexual-abuse-ice-dhs/.

204 In jail or prison, a "kite" refers to "a written request for something." *See "Kite?" Where did that come from?,* Jail Medicine, https://www.jailmedicine.com/kite-where-did-that-come-from/.

205 *See, e.g.,* Elias Salgado Trujillo, Aurora Detention Center (Request Form – Kite) (Jan. 7, 2015) (on file with ACLU of

Colorado).

206 U.S. Department of Homeland Security Immigration and Customs Enforcement – Office of Professional Responsibility, External Reviews and Analysis Unit – Detainee Death Review – Kamyar Samimi (May 22, 2018) (on file with ACLU of Colorado).

207 Id.

208 Id.

209 Letter from American Immigration Council and American Immigration Lawyers Association to Assistant Director Stewart D. Smith, Officer Cameron Quinn, Acting Inspector General Jennifer Costello, and Acting Director Mark Morgan (June 11, 2019), https://www.aila.org/File/DownloadEmbeddedFile/80537.

210 Id.

211 Id.

212 Alex Burness, Colorado ICE detainee alleges mistreatment, denial of medical care. The Colorado Independent (June 5, 2019), www.coloradoindependent.com/2019/06/05/ice-detainee-broken-hand/.

213 Id.

214 Id.

215 U.S. Department of Homeland Security Immigration and Customs Enforcement – Office of Professional Responsibility, External Reviews and Analysis Unit – Detainee Death Review – Kamyar Samimi (May 22, 2018) (on file with ACLU of Colorado).

216 Id.

217 Id.

218 Id.

219 Id.

220 Id.

221 Id.

222 Id.

223 Id.

224 Id.

225 Id.

226 Id.

227 Id.

228 Id.

229 Id.

230 Id.

231 Id.

232 Id.

233 Id.

234 Id.

235 Id.

236 Id.

237 Id.

238 Id.

239 Id.

240 Id.

241 Detention Review Summary Form (Form G-324A SIS (Rev. 9/3/08)), U.S. Department of Homeland Security

Immigration and Customs Enforcement (Oct. 4, 2018), http://www.documentcloud.org/documents/5990256-Nakamoto-Inspection-of-Aurora.html#annotation/a499560.

242 U.S. Department of Homeland Security Immigration and Customs Enforcement – Office of Professional Responsibility, External Reviews and Analysis Unit – Detainee Death Review – Kamyar Samimi (May 22, 2018) (on file with the ACLU of Colorado).

243 Id.

244 Id.

245 Id.

246 Id.

247 Katherine Hawkins, Medical Neglect at a Denver Immigration Jail, POGO (May 21, 2019), https://www.pogo.org/investigation/2019/05/medical-neglect-at-a-denver-immigration-jail/.

248 Bernalillo County, N.M., ch. 50, art. IV, § 50-73 (2019).

249 Detention Facility Management Oversight Board, Bernalillo County (2019), https://www.bernco.gov/boards-commissions/detention-facility-management-oversight-board.aspx.

250 Detention Facility Management Oversight Board: 2018 Annual Report, Bernalillo County (Sept. 25, 2018), https://admin-bernco.sks.com/uploads/files/MDC/MDC%20-%20DFMO%20Annual%20Report%20Final%20September%2021.pdf.

251 Bill Text, AB-103 Public safety: omnibus., California Legislative Information (2017-2018), https://leginfo.legislature.ca.gov/faces/billTextClient.xhtml?bill_id=201720180AB103.

252 H.B. 624, 54th Leg., First Sess. (N.M. 2019).

253 Alex Burness, Ask The Indy: What we know about the GEO Group and its Aurora ICE Processing Center, The Colorado Independent (Aug. 15, 2019), https://www.coloradoindependent.com/2019/08/15/geo-group-aurora-immigrant-detention-center/.

254 Alex Burness, Colorado PERA members are helping support private prisons, The Colorado Independent (July 19, 2019), https://www.coloradoindependent.com/2019/07/19/pera-geo-private-prisons/.

255 HB16-1284: Divest From Companies With Prohibitions Against Israel, Colorado General Assembly (2016), https://leg.colorado.gov/bills/hb16-1284.

256 Blazing a Trail: The Fight for Right to Counsel in Detention and Beyond, National Immigration Law Center, 6 (2016) https://www.nilc.org/wp-content/uploads/2016/04/Right-to-Counsel-Blazing-a-Trail-2016-03.pdf.

257 Id.

258 Id.

259 Ingrid Eagly & Steven Shafer, A National Study of Access to Counsel in Immigration Court, 164 U. Pa. L. Rev. 1-91 (2015).

260 Emily Tucker, Protecting Immigrant Communities: Municipal Policy to Confront Mass Deportation and Criminalization, Local Progress and The Center for Popular Democracy, 29 (2017), https://populardemocracy.org/sites/default/files/Sanctuary-Cities-Toolkit_web_051117%20%281%29.pdf.

261 Blazing a Trail: The Fight for Right to Counsel in Detention and Beyond, National Immigration Law Center, 14 (2016) https://www.nilc.org/wp-content/uploads/2016/04/Right-to-Counsel-Blazing-a-Trail-2016-03.pdf.

262 Id. at 20.

263 *Id.* at 19.

264 *RIAC General Information*, NYS Office of Indigent Legal Services, https://www.ils.ny.gov/content/riac-general-information (last visited Aug. 28, 2019).

265 *Freedom for Immigrants' National Immigration Detention Bond Fund*, Freedom for Immigrants, https://www.freedomforimmigrants.org/national-bond-fund (last visited Aug 28, 2019).

266 *Id.*

267 Steve Fisher, *Getting Immigrants Out of Detention is Very Profitable*, Mother Jones (2016), https://www.motherjones.com/politics/2016/09/immigration-detainees-bond-ankle-monitors-libre/.

268 Emily Tucker, *Protecting Immigrant Communities: Municipal Policy to Confront Mass Deportation and Criminalization*, Local Progress and The Center for Popular Democracy (2017), https://populardemocracy.org/sites/default/files/Sanctuary-Cities-Toolkit_web_051117%20%281%29.pdf.

269 *Id.* at 6.

270 *Id.* at 12.

271 *Id.* at 9.

272 *Id.* at 13.

273 *Id.* at 32.

274 *Id.* at 35.

275 Lena Graber, Angie Junck & Nikki Marquez, *Local Options for Protecting Immigrants: A Collection of City and County Policies to Protect Immigrants from Discrimination and Deportation*, Immigrant Legal Resource Center (2019), https://www.ilrc.org/sites/default/files/resources/local_options_final.pdf (last visited Aug 28, 2019).

276 James Pinkerton & St. John Barned-Smith, *Sheriff Cuts Ties with ICE Program Over Immigrant Detention*, Hous. Chron., Feb. 21, 2017, https://www.houstonchronicle.com/news/houston-texas/houston/article/Sheriff-cuts-ties-with-ICE-program-over-immigrant-10949617.php.

277 Faith Burns & Laura Goren, *Federal Responsibility, Local Costs: Immigration Enforcement in Virginia*, Commonw. Inst., Sept. 26, 2018, https://www.thecommonwealthinstitute.org/2018/09/26/federal-responsibility-local-costs-immigration-enforcement-in-virginia/.

278 Emily Tucker, *Protecting Immigrant Communities: Municipal Policy to Confront Mass Deportation and Criminalization*, 2017, at 24, https://populardemocracy.org/sites/default/files/Sanctuary-Cities-Toolkit_web_051117%20%281%29.pdf (last visited Aug 28, 2019).

279 Letter form Thomas E. Perez, Assistant Attorney General, U.S. Dep't of Justice, to Bill Montgomery, Cnty. Attorney, Maricopa Cnty. (Dec. 15, 2011), https://www.justice.gov/sites/default/files/crt/legacy/2011/12/15/mcso_findletter_12-15-11.pdf. Press Release, Dep't of Justice, Justice Department Releases Investigative Findings on the Alamance County, N.C., Sheriff's Office (Sept. 18, 2012), https://www.justice.gov/opa/pr/justice-department-releases-investigative-findings-alamance-county-nc-sheriff-s-office.

280 Emily Tucker, *Protecting Immigrant Communities: Municipal Policy to Confront Mass Deportation and Criminalization*, 2017, at 27, https://populardemocracy.org/sites/default/files/Sanctuary-Cities-Toolkit_web_051117%20%281%29.pdf (last visited Aug 28, 2019).

281 *Id.* at 9

282 *Id.* at 26

283 Lena Graber, Angie Junck & Nikki Marquez, *Local Options for Protecting Immigrants: A Collection of City and County Policies to Protect Immigrants from Discrimination and Deportation*, Immigrant Legal Resource Center (2019), https://www.ilrc.org/sites/default/files/resources/local_options_final.pdf (last visited Aug 28, 2019).

284 *Id.*

285 Emily Tucker, *Protecting Immigrant Communities: Municipal Policy to Confront Mass Deportation and Criminalization*, 2017, at 9, https://populardemocracy.org/sites/default/files/Sanctuary-Cities-Toolkit_web_051117%20%281%29.pdf (last visited Aug 28, 2019).

286 *Id.* 26

287 Lena Graber, Angie Junck & Nikki Marquez, *Local Options for Protecting Immigrants: A Collection of City and County Policies to Protect Immigrants from Discrimination and Deportation*, Immigrant Legal Resource Center (2019), https://www.ilrc.org/sites/default/files/resources/local_options_final.pdf (last visited Aug 28, 2019).

288 Emily Tucker, *Protecting Immigrant Communities: Municipal Policy to Confront Mass Deportation and Criminalization*, 2017, at 23, https://populardemocracy.org/sites/default/files/Sanctuary-Cities-Toolkit_web_051117%20%281%29.pdf (last visited Aug 28, 2019).

289 *Id.* at 9

290 *Id.*

291 Emily Tucker, *Protecting Immigrant Communities: Municipal Policy to Confront Mass Deportation and Criminalization*, 2017, at 7-8, https://populardemocracy.org/sites/default/files/Sanctuary-Cities-Toolkit_web_051117%20%281%29.pdf (last visited Aug 28, 2019).

292 Lena Graber, Angie Junck & Nikki Marquez, *Local Options for Protecting Immigrants: A Collection of City and County Policies to Protect Immigrants from Discrimination and Deportation*, Immigrant Legal Resource Center (2019), https://www.ilrc.org/sites/default/files/resources/local_options_final.pdf (last visited Aug 28, 2019).

293 Emily Tucker, *Protecting Immigrant Communities: Municipal Policy to Confront Mass Deportation and Criminalization*, 2017, at 6, https://populardemocracy.org/sites/default/files/Sanctuary-Cities-Toolkit_web_051117%20%281%29.pdf (last visited Aug 28, 2019).

294 *Id.* at 32

295 *Id.* at 33

296 *Id.* at 12

297 *Id.* at 36

298 *Id.*

299 Lena Graber, Angie Junck & Nikki Marquez, *Local Options for Protecting Immigrants: A Collection of City and County Policies to Protect Immigrants from Discrimination and Deportation*, Immigrant Legal Resource Center (2019), https://www.ilrc.org/sites/default/files/resources/local_options_final.pdf (last visited Aug 28, 2019).



303 E. 17th Ave., Suite 350
Denver, CO 80203 -1256
Main Line: (303) 777-5482
http://www.aclu-co.org

# EXHIBIT 1)

HOME    ABOUT    SUBSCRIBE    DONATE                    PART OF STATES NEWSROOM

# COLORADO NEWSLINE

GOVERNMENT    ENVIRONMENT    JUSTICE    HEALTH    ECONOMY    COMMENTARY

GOVERNMENT    IMMIGRATION

# Deportation fears add to mental health problems confronting Colorado resort town workers

**The Latino communities who make up significant proportions of year-round populations in Colorado's mountain towns already experience heightened mental health concerns. Now, deportation fears are increasing their stress.**

BY: NATALIE SKOWLUND - APRIL 8, 2025 · 4:00 AM



(Getty Images)

*This story comes to Newsline from KFF Health News.*

SILVERTHORNE, Colo. – When Adolfo Román García-Ramírez walks home in the evening from his shift at a grocery store in this central Colorado mountain town, sometimes he thinks back on his childhood in Nicaragua. Adults, he recollects, would scare the kids with tales of the "Mona Bruja," or "Monkey Witch." Step too far into the dark, they told him, and you might just get snatched up by the giant monstrous monkey who lives in the shadows.

Now, when García-Ramírez looks over his shoulder, it's not monster monkeys he is afraid of. It's U.S. Immigration and Customs Enforcement officers.

"There's this constant fear that you'll be walking down the street and a vehicle rolls up," García-Ramírez, 57, said in Spanish. "They tell you, 'We're from ICE; you're arrested,' or, 'Show me your papers.'"

## ✉ GET THE MORNING HEADLINES.    SUBSCRIBE

Silverthorne, a commuter town between the ski meccas of Breckenridge and Vail, has been García-Ramírez's home for the past two years. He works as a cashier at the grocery and shares a two-bedroom apartment with four roommates.

The town of nearly 5,000 has proved a welcome haven for the political exile, who was released from prison in 2023 after Nicaragua's authoritarian government brokered a deal with the U.S. government to transfer more than 200 political prisoners to the U.S. The exiles were offered temporary residency in the U.S. under a Biden administration humanitarian parole program.

García-Ramírez's two-year humanitarian parole expired in February, just a few weeks after President Donald Trump issued an executive order to end the program that had permitted temporary legal residency in the U.S. for hundreds of thousands of Cubans, Haitians, Nicaraguans, and Venezuelans, putting him at risk of deportation. García-Ramírez was stripped of his Nicaraguan citizenship when he came to the U.S. Just over a year ago, he applied for political asylum. He is still waiting for an interview.

"I can't safely say I'm calm, or I'm OK, right now," García-Ramírez said. "You feel unsafe, but you also feel incapable of doing anything to make it better."

Vail and Breckenridge are world famous for their ski slopes, which attract millions of people a year. But life for the tourism labor force that serves Colorado's mountain resorts is less glamorous. Residents of Colorado's mountain towns experience high rates of suicide and substance use disorders, fueled in part by seasonal fluctuations in income that can cause stress for many in the local workforce.



Adolfo Román García-Ramírez works as a grocery cashier amid Colorado's ski resorts. He came to the U.S. after Nicaragua's authoritarian government brokered a deal with the U.S. to transfer more than 200 political prisoners to the U.S. But President Donald Trump issued an executive order to end the humanitarian parole program, and García-Ramírez fears he will be killed if he's sent back to Nicaragua. (Rae Solomon/KUNC)

The Latino communities who make up significant proportions of year-round populations in Colorado's mountain towns are particularly vulnerable. A recent poll found more than 4 in 5 Latino respondents in the Western Slope region, home to many of the state's rural ski resort communities, expressed "extremely or very serious" concern about substance use. That's significantly higher than in rural eastern Colorado's Morgan County, which also has a sizable Latino population, and in Denver and Colorado Springs.

Statewide, concerns about mental health have surged among Latinos in recent years, rising from fewer than half calling it an extremely or very serious problem in 2020 to more than three-quarters in 2023. Health care workers, researchers, and community members all say factors such as language differences, cultural stigma, and socioeconomic barriers may exacerbate mental health issues and limit the ability to access care.

"You're not getting regular medical care. You're working long hours, which probably means that you can't take care of your own health," said Asad Asad, a Stanford University assistant professor of sociology. "All of these factors compound the stresses that we all might experience in daily life."

Add sky-high costs of living and an inadequate supply of mental health facilities across Colorado's rural tourist destinations, and the problem becomes acute.

Now, the Trump administration's threats of immigration raids and imminent deportation of anyone without legal U.S. residency have caused stress levels to soar. In communities around Vail, advocates estimate, a vast majority of Latino residents do not have legal status. Communities near Vail and Breckenridge have not experienced immigration raids, but in neighboring Routt County, home to Steamboat Springs, at least three people with criminal records have been detained by ICE, according to news reports. Social media posts falsely claiming local ICE sightings have further fueled concerns.

### Into the shadows

Yirka Díaz Platt, a bilingual social worker in Silverthorne originally from Peru, said a pervasive fear of deportation has caused many Latino workers and residents to retreat into the shadows. People have begun to cancel in-person meetings and avoid applying for government services that require submitting personal data, according to local health workers and advocates. In early February, some locals didn't show up to work as part of a nationwide "day without immigrants" strike. Employers wonder whether they will lose valuable employees to deportation.

Some immigrants have stopped driving out of fear they will be pulled over by police. Paige Baker-Braxton, director of outpatient behavioral health at the Vail Health system, said she has seen a decline in visits from Spanish-speaking patients over the last few months.

"They're really trying to keep to themselves. They are not really socializing much. If you go to the grocery stores, you don't see much of our community out there anymore," Platt said. "There's that fear of, 'No, I'm not trusting anyone now.'"

> "
>
> If they deport me from here, I'd go directly to Nicaragua ... Honestly, I don't think I would last even a day.
>
> *- Adolfo Román García-Ramírez*

Juana Amaya is no stranger to digging in her heels to survive. Amaya immigrated to the Vail area from Honduras in 1983 as a single mother of a 3-year-old and a 6-month-old. She has spent more than 40 years working as a house cleaner in luxury condos and homes around Vail, sometimes working up to 16 hours a day. With barely enough time to finish work and care for a family at home, she said, it is often hard for Latinos in her community to admit when the stress has become too much.

"We don't like to talk about how we're feeling," she said in Spanish, "so we don't realize that we're dealing with a mental health problem."

### Support groups

The current political climate has only made things worse.

"It's had a big impact," she said. "There are people who have small children and wonder what they'll do if they're in school and they are taken away somewhere, but the children stay. What do you do?"

Asad has studied the mental health impacts of deportation rhetoric on Latino communities. He co-authored a study, published last year in the journal Proceedings of the National Academy of Sciences, that found escalated deportation rhetoric may cause heightened levels of psychological distress in Latino noncitizens and even in Latino citizens.

Asad found that both groups may experience increased stress levels, and research has borne out the negative consequences of a parent's lack of documentation on the health and educational attainment of their children.

"The inequalities or the hardships we impose on their parents today are the hardships their children inherit tomorrow," Asad said.

Despite heightened levels of fear and anxiety, Latinos living and working near Vail still find ways to support one another and seek help. Support groups in Summit County, home to Breckenridge and less than an hour's drive from Vail, have offered mental health workshops for new immigrants and Latina women. Building Hope Summit County and Olivia's Fund in Eagle County, home to Vail, help those without insurance pay for a set number of therapy sessions.

Vail Health plans to open a regional inpatient psychiatric facility in May, and the Mobile Intercultural Resource Alliance provides wraparound services, including behavioral health resources, directly to communities near Vail.

Back in Silverthorne, García-Ramírez, the Nicaraguan exile, takes things one day at a time.

"If they deport me from here, I'd go directly to Nicaragua," said García-Ramírez, who said he had received a verbal death threat from authorities in his native country. "Honestly, I don't think I would last even a day."

In the meantime, he continues to make the routine trek home from his cashier job, sometimes navigating slick snow and dark streets past 9 p.m. When nightmarish thoughts about his own fate in America surface, García-Ramírez focuses on the ground beneath his feet.

"Come rain, shine, or snow," he said, "I walk."

*This article was published with the support of the Journalism & Women Symposium (JAWS) Health Journalism Fellowship, assisted by grants from The Commonwealth Fund.*

*KFF Health News is a national newsroom that produces in-depth journalism about health issues and is one of the core operating programs at KFF — the independent source for health policy research, polling, and journalism.*



**YOU MAKE OUR WORK POSSIBLE.**    SUPPORT

---



**NATALIE SKOWLUND** ✉

Natalie Skowlund reports for KFF Health News.

**MORE FROM AUTHOR**

**MORE FROM OUR NEWSROOM**



Trump's DOJ wants states to turn over voter lists, election info

BY JONATHAN SHORMAN

July 16, 2025



Nebraska sues Colorado over South Platte River water rights, Perkins County Canal

BY ZACH WENDLING

July 16, 2025

Public school enrollment continues to fall

BY ROBBIE SEQUEIRA

July 16, 2025

---

**START WITH THE TRUTH**

Democracy Toolkit // Register to vote  |  Find your county clerk  |  Find your state legislator  |  Contact your U.S. representative  |  Contact your U.S. senator



**ABOUT US** ✉

Colorado Newsline provides fair and accurate reporting on politics, policy and other stories of interest to Coloradans. Newsline is based in Denver, and coverage of activities at the Capitol are central to its mission, but its reporters are devoted to providing reliable information about topics that concern readers in all parts of the state, from Lamar to Dinosaur, from Durango to Sterling.

We're part of States Newsroom, the nation's largest state-focused nonprofit news organization.

© Colorado Newsline, 2025
v1.80.2

Our stories may be republished online or in print under Creative Commons license CC BY-NC-ND 4.0. We ask that you edit only for style or to shorten, provide proper attribution and link to our website. (See full republishing guidelines.)

DEIJ Policy | Ethics Policy | Privacy Policy

**STATES NEWSROOM**    **FAIR. FEARLESS. FREE.**

# EXHIBIT 1*

CNN US     Crime + Justice     ⊕ Watch   🎧 Listen   ● Live TV   🔍   👤

BREAKING NEWS                                                                    ✕
Police: At least 2 children killed, 17 injured in Minneapolis school shooting, Gunman dead. Watch CNN

FOR SUBSCRIBERS

# 'It's like one day everyone left': How immigration crackdowns are reshaping America

By Catherine E. Shoichet, Connie Chen, Isa Cardona, David Culver, Norma Galeana, Ione Molinares, Danny Freeman and Uriel Blanco



*(Animation by Connie Chen/CNN)*



FIX YOUR STATUS
INSIDE
THE COUNTRY!

The best FREE independent TV streaming service

300+ FREE live streaming channels: Entertainment, Sports, Movies, Music & More

No sign up. No registration. No credit cards. Just watch!



☐ Ad Feedback

📧 🔗 𝕏 f

**FOLLOW**

Immigration +      Food & drink +

Retail consumer +

See all topics ›

A mom in Texas feels it's no longer safe to walk her kids to school.

A grocery store in Virginia lost **the butchers at its meat counter**.

At a cherry orchard in Oregon, **unpicked berries are rotting in the sun**.

And at a mall in Georgia once packed with shoppers, a jewelry seller sighs on a recent summer afternoon as she surveys the desolate scene.

"It's like one day everyone left in a puff of air," Maria López says.

Daily life is changing in many communities across the US as President Donald Trump and his administration step up their immigration crackdowns. Officials vow they'll carry out the largest deportation operation in American history, put more undocumented immigrants behind bars and eliminate abuse in the immigration system.

Just over seven months in, it's too soon to say whether they'll hit all the targets they've set. But their messaging as **Immigration and Customs Enforcement gets a massive infusion** into its budget couldn't be clearer: This is only the beginning.

Authorities are ratcheting up arrests and detentions in **highly publicized operations**. And as fears of immigration raids spread, there's also another story unfolding that's quieter but no less dramatic.

No press releases get issued when an immigrant family slips into the shadows. But CNN reporters across the country are starting to see what that looks and feels like – and the unexpected ripple effects that can follow.

## 'Everything has changed' at a once-popular quinceañera shopping spot

For years, Lupita Batres had a front-row seat as generations of young women prepared for joyful occasions. From the stall where she sells colorful hand-woven skirts, scarves and purses at Plaza Fiesta, she'd watch girls going from store to store in search of lavish dresses for quinceañeras and confirmations. She'd see family members picking out presents. And occasionally, she'd help someone just the right gift.

Now she says that kind of business has virtually disappeared from the mall outside Atlanta.

ADVERTISING



"I haven't heard of anyone throwing parties, quinceañeras or weddings right now," Batres says. "And if they do, ah Dios mio, what a risk, right? Being at a party like that."

On a Friday afternoon, Batres carefully arranges bracelets and trinkets as she waits for customers. So far, none have shown up. On some days, she says the only faces she sees are other vendors. Some customers are even avoiding grocery stores, she says, let alone gift shops.

"They send someone else to shop for them, someone with papers," she said. "It has changed everything, even how we eat."

> **"People are scared of being arrested just for being outside. There is always this tension, this feeling that something could happen. And it is exhausting."**
>
> Maria López, jewelry seller

Maria López, who's worked at a Plaza Fiesta jewelry store for 14 years, says the mall has never faced a moment like this.



López remembers when Plaza Fiesta was so popular visitors flocked here from other states across the Southeast. The once dilapidated mall's fortunes turned in the late 1990s when developers **transformed it into a marketplace** catering to the growing Latino community. On weekends, the stores pulsed with life. Chatter floated through the aisles, children ran ahead of their parents to the indoor playground and lines stretched out from the food court. Now it's eerily quiet.

"People are scared of being arrested just for being outside," López says. "There is always this tension, this feeling that something could happen. And it is exhausting."

At Ivan Marín's graphic design business, a display showcases rows of sparkly and intricate quinceañera invitations. It used to be common for him to get mass orders for party invitations, and also for T-shirts for family reunions, Disney vacations and community events. But not anymore.

"Everything has changed. ... Now people don't travel. Parties at home are very restricted," he says. "It's just family."



*(Animation by Connie Chen/CNN)*

### After 10 years in the US, she's singing her last hymns with her church choir

A woman with her curly hair bunched into a bun smiles as she walks through the sanctuary of her Maryland church, where light is streaming through the stained-glass windows.

---

*Advertisement*

---

The 38-year-old undocumented immigrant, who asked to be identified by her last name, López, feels like a weight has been lifted from her shoulders. But a month ago, everything felt far darker.

López rushed to the emergency room that night. Back in El Salvador, she'd worked as a nurse. And she'd never been the kind of person to blow health problems out of proportion. Based on the pain she felt, she was convinced she was having a heart attack.



Until the next day, when doctors told her that her heart was fine. She'd had an anxiety attack, they said.

---

*Advertisement*

---

That's when López knew she had to make a change. Worries over immigration raids were consuming her. Every daily task seemed suddenly fraught with danger.

López loved the US and once dreamed of bringing her children to live with her here. Now the risks no longer seem worth it. And López recently bought a plane ticket to return to El Salvador, where she hopes to use money she saved over more than a decade working in the US as a restaurant manager to open her own pharmacy.

"I feel so happy to be leaving," she says. "A life with fear isn't life."

Father Vidal Rivas says the choir member isn't the only person in his congregation at St. Matthew's Episcopal Church in Hyattsville who's decided to depart.

Advertisement

For weeks, he's been looking out at the pews during noon mass and noticing far fewer people in attendance. At a service where more than 200 people once regularly gathered, these days about half that number are showing up.

The summer vacation slump could be partially to blame, he says. And many stalwarts are still coming. But Rivas says in recent days he's heard from several families who told him they're leaving the US. He's also fielded calls from parishioners who are hunkering down and feel that coming to church is too risky, especially given that it's known for having a largely immigrant congregation.

Rivas tries to reassure them. Church doors are locked during services now, no trespassing signs are on the doors and online videos of the services don't show parishioners' faces. And being well known, he feels, should make them safer.

"It gives us certain protection, because it's a very visible church," he says.

Advertisement

many members depart. But even more, he says it's devastating to think about all the talent the church community is losing.

> ## "I feel so happy to be leaving. A life with fear isn't life."
> **A 38-year-old in Maryland who's decided to return to El Salvador**

The guy who always knew how to fix anything that was broken. The committee members who organized cookoffs and bake sales. The reader whose booming voice made Biblical passages come alive. And now, the always-smiling singer in the choir's front row.

Her friends in the choir didn't believe she was leaving until she showed them her plane ticket.

"They call me the joy of the choir, because I'm always laughing and joking," López says.

think she'd always carry with her.

## Instead of picking cherries, they're home with the shades drawn

L isa and her three children sit with the shades drawn in their central California home.

Advertisement

Normally they'd be in Oregon picking cherries at this time of year. They're among many migrant workers who travel to different locations along the US west coast as the seasons change. But this year, with immigration enforcement intensifying, they decided not to make the trek.

Lisa, who asked to be identified by a pseudonym because several members of her family are undocumented, is protected from deportation by the Obama-era Deferred Action for Childhood Arrivals program. But her parents

and husband aren't, and they're keenly aware that these days the slightest misstep could land them behind bars.

So this summer, rather than traveling to Oregon and enjoying the outdoors, she's been staying inside with her three US citizen kids as much as possible. The children try to amuse themselves with TV and video games, but their boredom is clear. When CNN visited recently, one child was sitting alone and tossing a frisbee in the air.

> ## "We love the outside, up there in Oregon. We used to go to the waterfalls, all those beautiful places."
> **A mom who's hunkering down with her family at home in California**

"We love the outside, up there in Oregon. We used to go to the waterfalls, all those beautiful places that they have. It was so much fun for our kids. And for ourselves, too," Lisa says.

Advertisement

Lisa knows staying inside is taking a toll on her family; with so much less time playing in the sun, her younger daughter was recently diagnosed with

Advertisement

The result: cherries are rotting on the trees, in what Chandler says is costing him at least $250,000 in revenue.

I n Woodbridge, Virginia, Todos Supermarket owner Carlos Castro is also struggling with worker shortages, though for a different reason.

He recently had to let the butchers and bakers he'd trained to work at his store go after the Trump administration revoked their work permits when it ended humanitarian parole programs for Nicaraguans and Venezuelans.

"They had important jobs...that can't be filled very easily," he says. "Great employees, this is the saddest thing, productive people with the desire to take care of their families, to get ahead, they take away their visas and give them a letter with the number of days they have to leave the country. And then for us as a company, we're left scrambling to cover them."

> ## "What could be done quickly before now takes more time, and people get discouraged, and they leave and don't buy anything."
> **Carlos Castro, a grocery store owner in Virginia**

The butchers were trained in using the complicated heavy equipment behind the meat counter. Now the remaining staff are struggling to keep up with orders, he says.

Advertisement

"What could be done quickly before now takes more time, and people get discouraged, and they leave and don't buy anything," Castro says.



*(Animation by Connie Chen/CNN)*

## After several raids, an unexpected visitor greets workers outside a Home Depot

I t's something Ricardo never imagined would happen.

Advertisement

In more than a decade of regularly waiting for day labor jobs at a Home Depot parking lot in Southern California, he's seen plenty of things.

There were the people who refused to pay him after a week of work.

Advertisement

Ricardo narrowly missed being detained; during two of the raids, he happened to be working elsewhere. And on one occasion, he'd gotten picked up from the Home Depot for a job minutes earlier.

But despite those close calls, the 60-year-old from Mexico, who asked to be identified by his first name, says he keeps waiting for work there. Most day laborers, he says, don't have the luxury of staying home.

"There are some people who've stopped going out, but I have bills to pay, I have to work," he says.

Recent immigration arrests in the Los Angeles area have had a dramatic impact, he says. Far fewer workers have been waiting at the Home Depot, he says. And the number of people coming by with offers of work has also decreased significantly.

Advertisement

"People are afraid to go there and pick up people because of immigration," he says.

On a typical day before, at least two dozen workers would wait in the parking lot, he says. Now, on some days, just three or four are there with him. Recently, though, he says the number of workers started to grow after local volunteers began waiting nearby and alerting them about anyone who looked suspicious.

> ## "There are some people who've stopped going out, but I have bills to pay, I have to work."
>
> **Ricardo, a day laborer who regularly waits outside a California Home Depot**

On one recent summer day, his decision to stick it out paid off.

Advertisement

TikTok influencer known for surprising day laborers and street vendors with theme park visits and donations to support their work.

Morales took Ricardo and another worker to a water park that day. And a few weeks later, he raised thousands of dollars for them in a GoFundMe campaign, hoping the workers would take some time off and stay safe.

Ricardo says he was overwhelmed by the generous donation. But he still can't afford to stop looking for work. So many jobs seem to be drying up right now, in what's usually the busy season, and he's worried about the months ahead.

"Imagine how it will be when we get to October, November and December. It's scary. That's why I have to work now and save money," he says.

Ricardo says he's well aware of the risks.

"You just have to believe in God," he says, "and if it's your turn, then that's it."



*(Animation by Connie Chen/CNN)*

## A school principal notices a different way her students are vanishing

Marisol loves walking with her two children to the elementary school near their home in San Antonio, Texas. But as they get ready for classes to begin this year, she's come to a difficult realization: Walking to school isn't safe.

Inside her car, she hopes they'll feel more protected. But if raids in the area intensify, she says she'll be weighing an even more stressful question: Is sending them to school at all too risky? Last year, she already kept them home twice.

"I'm always saying, 'Go to school, go to school, don't be afraid.' And I try to be brave," says Marisol, who asked to be identified by her middle name because her family is undocumented. "But in the end, you get scared, and you don't send them, and these fears get into your head, these monsters, asking 'What could happen if I go to get them and they grab me outside the school? Or when I'm going from home to work? What will the children do?' It's a constant fear."

Hearing those fears from parents breaks Velia Cortalano's heart.

In the last school year, she says, multiple families kept their kids home from her school in Albuquerque, New Mexico, on several occasions as immigration enforcement fears spread. Each time, Cortalano would try to convince them their children were safe at school. Most of the kids returned eventually. But she says one family left and never returned.

"The kids packed up all their things," she says, "and then they just didn't come back."

> **"Even though they might be here, they're not able to fully engage, because there's that fear. 'I'm here, but where's my mom?' or 'Who's going to come and pick me up?'"**
>
> Velia Cortalano, executive director of a school in New Mexico

Just as troubling as those sudden disappearances, Cortalano says, is a different sort of absence that's even more prevalent in her classrooms.

"Even though they might be here, they're not able to fully engage, because there's that fear. 'I'm here, but where's my mom?' or 'Who's going to come and pick me up?'"

Cortalano estimates that's the situation for about a third of the students at Cien Aguas International School, where she's the executive director. Many students in the K-8 school are part of immigrant families, she says. The strain is bubbling up in different ways, depending on students' ages, and it makes it more difficult for everyone to learn. Several girls told her they felt like they

more difficult for everyone else, she said. She said her team told her they felt like they had to be perfect and shouldn't speak Spanish anymore. And some kids were roleplaying as "la migra versus the immigrants" until a gym teacher intervened.

"It's been difficult for all the kids to sift through and manage in a healthy way. … It's a lot of pressure," she says.

The school does what it can to help students cope, she says. Among their strategies: a designated "wellness room" that includes soft lighting, a space for meditation and yoga exercises – and a punching bag.



*(Animation by Connie Chen/CNN)*

## Between raids and rumors, some restaurants are struggling

During what used to be the lunchtime rush, many tables sit empty at Spoon & Pork in Los Angeles.

Running a restaurant has never been easy, with razor-thin margins and rising costs. Co-owner Jay Tugas says the recent increase in immigration enforcement has been another devastating dent in the Filipino restaurant's business.

"People don't want to spend money. They don't want to go out … People are scared. And I know it's not just my restaurant, it's pretty much everyone," he says.

And employees often are scared to come to work.

"Everybody's legal, but they're still afraid they'll get hassled or taken away, just because of how they look or how they talk," says Ray Yaptinchay, another co-owner of the restaurant. "It's just crazy, and it's pretty sad, and it's disrupted pretty much our whole industry."

After rumors about immigration raids spread on social media and messaging apps, a 20-year-old Guatemalan immigrant saw a similar slump in business at the Mexican restaurant he manages in northeast Mississippi. He asked to be identified by his initials, J.F., because he's undocumented and fears he could be targeted for speaking out.

That week earlier this year, he says, many nearby businesses closed when workers didn't show up. His stayed open. And all day, he braced himself.

"You had this fear, just waiting to see if they were going to come through the door," he says.

Among employees, morale has plummeted, he says, and comments from some customers can be tough to bear. Recently, after he asked how her meal was, one woman gave him a surprising response: "I hope they deport all of you soon."

> ## "Everybody's legal, but they're still afraid they'll get hassled or taken away, just because of how they look or how they talk."
>
> **Ray Yaptinchay, co-owner of a Los Angeles restaurant**

At a Mexican restaurant in Corpus Christi, Texas, rumors of ICE raids have also affected business.

"Sometimes we're all alone for hours," says L.V., a Guatemalan server at the

restaurant who asked to be identified by her initials.

Some regular customers have stopped showing up, she says. And those who are still coming seem more somber.

The other day, she waited on a man who used to frequent the restaurant with his wife and children. Now he's eating alone. The rest of the family has left the country, he told her, because the risks were too great.

"You can see he's not OK, and how much he misses them," she says.



*(Animation by Connie Chen/CNN)*

### She's trying to keep her family safe from behind the wheel

At first, Esmeralda thought she'd leave the country and study abroad when Trump returned to power. But seeing many places she knows targeted during recent immigration raids in the Los Angeles area sparked a new feeling in her.

"My community has been terrorized. ... At first I felt fear," she says, "but then I was angry, actually. ... This is my city. This is my state. And I'm going to stay here to protect not only myself, my livelihood, but the people that I know."

The 30-year-old, who was brought to the US from Mexico when she was 3, has DACA and a driver's license. She asked to be identified by her first name to protect undocumented members of her family. She'd driven her parents and siblings around when asked before. But now, she says what started as something convenient has become a necessity.

"Don't even think about taking the bus," she warned them.

> ### "At first I felt fear, but then I was angry, actually. ... This is my city. This is my state."
>
> **Esmeralda, a 30-year-old with DACA in the Los Angeles area**

Similar concerns have been spreading in LA after reports of authorities boarding public transportation and targeting people waiting at bus stops. Ridership on the city's bus system downtown is down 35%, officials said in a recent court filing.

LA County Supervisor Janice Hahn says it's a telling sign that represents just "a fraction of the toll" on immigrant communities.

"People aren't just worried about taking the bus — they are terrified of leaving their homes or going to their jobs or going to the hospital," Hahn said in a statement to CNN.

From behind the wheel of her gray Ford SUV, Esmeralda says she's doing what she can to help. She's extending her efforts beyond her family, too, delivering groceries locally to people who are too scared to leave their homes.

Quiet grocery delivery networks like the one Esmeralda recently joined are popping up in communities across the country, from LA to Chicago to Philadelphia.

"They don't advertise much, they're using WhatsApp, and they have a good system," says Denisse Agurto, who leads a non-profit advocacy group in the Philadelphia suburb of Norristown.

Many residents in Norristown, which is about 35% Latino, were rattled recently after immigration authorities targeted a Latino supermarket there in July. **CNN affiliate KYW reported** that 14 undocumented immigrants were taken into custody that day.

Now Agurto, executive director of Unides Para Servir Norristown, says Latinos in the area are terrified.

"They're not coming out of their houses," she says, and the community's main business corridor looks like a ghost town.

Undocumented immigrants aren't the only ones who are worried. US citizens like her are fearful, too, says Agurto, adding that she's started carrying around her passport.

In a Facebook group, locals recently discussed which grocery stores could be safe to go to now. One commenter warned neighbors to be skeptical: "Given how this situation is, we can't trust anyone. Question: Is this an infiltrator from ICE who wants to know where we're going next?"

## For some, hiding isn't an option

Days before the Colombian heritage festival he's been hosting for over a decade was slated to start in July, Jorge Ortega's phone rang.

"Something happened at the museum," the voice on the other end told him. "It looks like some federal agents showed up."

The presence of federal law enforcement in a Chicago museum parking lot sparked a flurry of rumors and panic in the city's immigrant communities. A Department of Homeland Security spokeswoman later denied authorities were targeting the National Museum of Puerto Rican Arts and Culture that day, stating they merely had a quick briefing in the parking lot about a narcotics investigation, **CNN affiliate WLS reported**. But many in the neighborhood remained unconvinced.

The museum is in Humboldt Park, where the Great Colombian Festival also takes place every year, and Ortega knew he needed to act quickly.

In some cities, **festivals have been cancelled** after similar incidents. Concerts and sporting events have reported **dips in attendance**.

But for Ortega, calling off this festival wasn't an option.

"I was really nervous … You think in your head, 'What if no one shows up?' Or the biggest worry for me was how were we going to keep the community safe?"

Fears forced organizers to take more precautions, he says, including last-minute emergency planning and increased security for the event.

> ## "We celebrated our independence, kept moving forward, presented our culture. And in the end, we won. … I think we defeated fear."
>
> Jorge Ortega, who organized a Colombian community festival in Chicago

And still, half the vendors who'd been slated to come to the festival didn't show up.

"Many of the workers didn't want to come to work. They were afraid that they would be detained," Ortega says.

Ultimately, attendance numbers for the three-day event dropped significantly. But still, more than 6,500 people came. Restaurants and vendors who participated sold out. And Ortega says he sees an important lesson in the experience.

"We celebrated our independence, kept moving forward, presented our culture. And in the end, we won. … I think we defeated fear," he says. "Because if you live with fear, what are we going to do? Am I going to stay locked up at home doing nothing? That's not life."

Next year, Ortega plans to organize the festival again. In the face of uncertainty, he's still determined to push forward.

So are many vendors at Georgia's Plaza Fiesta.

Miguel Pollania, a photographer who's worked at the mall for more than two decades, remembers when his shop was so busy, he needed assistants just to handle the weekend rush.

Today he's frustrated by false rumors about immigration enforcement at the mall that are scaring many would-be customers.

"They saw a picture online, maybe just mall security, but they think it is immigration," he says. "And that is enough to keep them away."

But Pollania is holding out for better times. He looks around his studio and points to a frame in the center of his display wall. It's a series of traditional baby portraits, featuring multiple poses in circular cutouts. The infant pictured is the child of someone he took a baby portrait of 20 years ago.

"We have been here 22 years," Pollania says. "We have seen a lot. We have survived a lot."

And through it all, Pollania and other vendors keep coming to work at Plaza Fiesta.

They sweep the floors, open their stalls and wait, hoping that someday soon customers will return.

*CNN's Amanda Jackson and Nicky Robertson contributed to this report.*

FOLLOW    Immigration +    Food & drink +    Retail consumer    See all topics ›

# EXHIBIT 1+

ADVERTISEMENT



PLAID   Stop financial aid fraud before it hits

# 'La Migra!' A Glimpse of Trump's Promised Deportation Storm

Sweeps by Border Patrol agents in California have stoked fears among undocumented migrant workers on the eve of Donald J. Trump's presidential inauguration.

▶ Listen to this article · 7:30 min   Learn more

Share full article



A Border Patrol chief posted a video this past week of a crackdown in California called Operation Return to Sender. Alison Dinner/Agence France-Presse — Getty Images

  By Steve Eder and Miriam Jordan

Jan. 17, 2025

When President-elect Donald J. Trump takes office on Monday, the U.S. Border Patrol is poised to play a central role in his promised immigration crackdown. On Thursday, Californians got a preview of the tensions likely to play out as undocumented migrants get rounded up in places that rely on their labor.

On one side, a Border Patrol chief posted a video on social media showcasing sweeps last week in California's Central Valley. Named Operation Return to Sender, the effort involved dozens of arrests. "They think I'm hiding in the shadows, but I am the shadows," a voice whispered during the video, echoing a popular Batman movie.

On the other side, United Farm Workers officials held a news briefing, describing the fears the operation had caused in immigrant communities. They suggested the arrests signaled that "rogue" law enforcement agents, inspired by Mr. Trump's plans, could take matters into their own hands.

"This is part of a new political climate of people in some of these agencies feeling emboldened," said Antonio De Loera-Brust, a spokesman for the organization, a labor union.

ADVERTISEMENT



The Biden administration and the Trump transition team did not
reply to messages seeking comment. U.S. Customs and Border
Protection would not answer questions about the effort, saying
broadly that agents conducted "targeted enforcement arrests of
individuals involved in smuggling throughout our areas of
operation as part of our efforts to dismantle transnational criminal
organizations."

Details about the sweeps have primarily come from the social
media channels of Gregory K. Bovino, a Border Patrol chief in
Southern California. In a series of posts, he called the three-day
operation an "overwhelming success" that resulted in the arrests of
78 people, all of whom were in the country illegally and some with
"serious criminal histories."



A social media post on X by Gregory K. Bovino, a Border
Patrol chief in Southern California.

The United Farm Workers and some farmers in the area suggested
the sweeps were much wider.

"Agents were asking people in parking lots for their documents,
and if they were in the country legally," said Manuel Cunha Jr.,
president of the Nisei Farmers League, which represents more
than 500 growers and packers in the state. "They were then just
taking them away in vans."

ADVERTISEMENT

What's clear is that about 60 agents in marked and unmarked cars
drove hundreds of miles from their headquarters near the border
in Imperial, Calif., converging in and around Bakersfield, a vast
agricultural area that relies on immigrant labor. The agents staked
out a Home Depot, gas stations and other locations frequented by
undocumented people.



**Who Are the Millions
of Immigrants Trump
Wants to Deport?**

Trump wants to end
several programs that
offered new arrivals
temporary relief.
Millions of others
without legal status may
also be vulnerable to
deportation.

The posts by Mr. Bovino, a near 30-year veteran of the agency who
serves in a nonpolitical role in its El Centro sector, said the effort
had yielded "two child sex predators" and other "aggravated
felons," including a Chinese citizen suspected of defrauding a U.S.
dementia patient "to the tune of $70K."

He called the sweeps a "targeted operation," saying agents "go where the threat is." In addition to the arrests, he said, agents seized marijuana and methamphetamine.

When a social media commenter noted on Jan. 10 that Mr. Bovino would be "extremely busy" in 10 days — the number of days until Mr. Trump's inauguration — Mr. Bovino replied: "The El Centro Sector stands ready to take it on."

In other posts, he said that unauthorized immigrants should simply get papers: "Undocumented means just that. I recommend returning to the country of origin, obtaining proper documents, and doing it the right way. If not, we will arrest."



'Hamilton'

Sally Mann, in Her Golden Hour, Faces Fresh Culture Wars

---

ADVERTISEMENT

---



A farm near Bakersfield, a rich agricultural area that relies on immigrant labor. Workers have avoided showing up out of fear.  Mario Tama/Getty Images

Mr. Trump has vowed to conduct mass deportations. Since his election, he has continued to use social media to share his views on the border, writing in late November that "thousands of people are pouring through Mexico and Canada, bringing Crime and Drugs at levels never seen before."

Unlawful crossings have plunged in recent months, following new asylum restrictions introduced by the Biden administration and stepped-up enforcement by Mexico and other countries on the migrant route. Some 46,000 people crossed the border illegally in November, the lowest number during the Biden administration and lower than when Mr. Trump ended his term in 2020.

**Got a confidential news tip?** The New York Times would like to hear from readers who want to share messages and materials with our journalists.

See how to send a secure message at nytimes.com/tips

Thomas D. Homan, a former senior official with Immigration and Customs Enforcement, who has been appointed "border czar" by Mr. Trump, has said enforcement under the new administration would target immigrants with outstanding deportation orders and criminal records, but has left open the possibility that others would be arrested during roundups.

Bakersfield straddles State Route 99, a heavily trafficked highway for trucks transporting the bounty harvested in the Central Valley, California's agricultural heartland. But it is also a key corridor for smuggling illicit substances.

ADVERTISEMENT

Shootouts have become a feature of life there, as gangs battle for control over lucrative drug sales. Working-class neighborhoods are accustomed to law enforcement conducting operations to track down and arrest those involved in the drug trade.

Chris Magnus, who served as Customs and Border Protection commissioner for the first part of the Biden administration, said unauthorized immigrants who had committed serious crimes should be apprehended.

"However, mass roundups of day laborers and field workers through profiling do not improve public safety and waste law enforcement resources," Mr. Magnus said. "These roundups create widespread distrust of law enforcement and discourage many community members from reporting crimes as victims or witnesses."



Thomas D. Homan, a former senior official with Immigration and Customs Enforcement, has been appointed "border czar" by Mr. Trump.  Maddie McGarvey for The New York Times

Indeed, arrests of random people who had been interrogated about their immigration status generated panic in Bakersfield and surrounding Kern County.

ADVERTISEMENT

Between 30 and 40 percent of the labor force failed to report to the fields on the days after the raids, Mr. Cunha of the Nisei Farmers League said.

Near Bakersfield, Pete Belluomini, a citrus farmer, said that about two-thirds of his harvesting crew did not show up for two or three days. "This wasn't the first time stuff like this has happened, but in this political climate, it was a bigger splash," he said.

It is an open secret that most people who harvest America's food are unauthorized immigrants, mainly from Mexico and Central America, many of them decades-long residents of the United States. Often the parents of American-born children, they have lived for years with the cloud of deportation hanging over them.

Alejandra and her partner, Pedro, undocumented immigrants from Mexico, had just started picking lemons on the first morning of the sweeps, Jan. 7, when their supervisor warned them that "la migra" — slang for the Border Patrol — was in the area.

They soon learned that one of their co-workers had been arrested, and most people decided to remain in the field until after dark, she said. The couple returned to Bakersfield before sundown to pick up their 5-year-old son at day care.

ADVERTISEMENT

partner's surname out of concern for their safety. With workers feeling anxious during the week of the sweeps, she said, "the fields were almost empty."

To feel more empowered, Alejandra said, she attended three information sessions held by community advocates to learn about her rights.

"I am nervous, I am afraid," she said. "We don't know what Trump has in store for us."

Steve Eder has been an investigative reporter for The Times for more than a decade.

Miriam Jordan reports from a grass roots perspective on immigrants and their impact on the demographics, society and economy of the United States.

A version of this article appears in print on Jan. 19, 2025, Section A, Page 19 of the New York edition with the headline: California Gets Preview of Vowed Deportations. Order Reprints | Today's Paper | Subscribe

See more on: 2024 Elections: News, Polls and Analysis, United Farm Workers of America, Joe Biden, Chris Magnus, Donald Trump

Share full article

ADVERTISEMENT

making indiscriminate stops related to immigration.

- **Hyundai-LG Plant Raid:** The repatriation of hundreds of South Korean workers arrested in a raid in Georgia has been delayed, officials in Seoul said, amid mounting frustration and anger with the United States.

- **Crackdown in Chicago:** The Trump administration said that it had begun a crackdown on illegal immigration in the city, though local officials and advocates for immigrants said they had seen only a handful of arrests.

- **Risking Everything, Then Being Sent Back:** A Chinese man crossed dangerous jungles to enter the United States, in a failed bid for asylum. After being deported home in 2023, he faced a choice: stay or try to leave again?

- **Sending Money to Latin America:** Money transfers to Guatemala, Honduras and other nations have increased, totaling billions of dollars. Undocumented migrants in the United States say they are sending money to relatives while they can.

A Gruesome Murder in North Carolina Ignites a Firestorm on the Right

Shooting Suspect Is Dead After Attack at Colorado High School, Authorities Say

'Spinal Tap II: The End Continues' Review: They Can't Leave This Behind

This Garlicky Fish Dinner Will Wow Everyone You Know

Prince Harry Reunites With King Charles for First Time in Over a Year

Anger Mounts in Korea as Release of Workers Detained in Georgia Is Delayed

Reading Skills of 12th Graders Hit a New

# EXHIBIT 1,

## Colorado, Denver named again as 'sanctuary' spots for unauthorized new arrivals, fight continues in court

**cpr.org**/2025/08/05/justice-department-names-colorado-denver-sanctuary-jurisdiction

Allison Sherry                                                                                              August 5, 2025

By [Allison Sherry](#)

· Aug. 5, 2025, 5:17 pm



Jose Luis Magana/AP

FILE – The seal of U.S. Department of Homeland Security is seen at ICE Headquarters, in Washington, Wednesday, May 21, 2025.

The Trump administration again took aim at Colorado on Tuesday, calling the state a "sanctuary" for people not authorized to be in the country.

In a new list issued by the Justice Department, Colorado and Denver are listed with the designation of "sanctuary jurisdiction," among 35 counties, cities and states and the District of Columbia nationwide.

And in an updated complaint filed in a lawsuit against Gov. Jared Polis, state Attorney General Phil Weiser, Denver Mayor Mike Johnston and the Denver Sheriff Elias Diggins, federal attorneys [cited the Caroline Dias Goncalves](#) case as proof the state is still unfriendly to the federal government's efforts to step up deportations.

Dias Goncalves was pulled over in Mesa County earlier this summer by a sheriff's deputy, who then notified Immigration and Customs Enforcement agents on a Signal chat that she may be in the country without authorization. She was eventually pulled over by ICE and detained for more than two weeks.

Weiser has since sued that deputy for cooperating with ICE, and the Mesa County Sheriff has sanctioned him, though he criticized state officials for their actions.

The federal government also thinks the state is wrong to seek sanctions against a deputy cooperating with ICE.

"When officers choose to cooperate with federal immigration enforcement agencies to keep their communities safe and enforce federal law, the state of Colorado hauls them into court as punishment for doing their jobs," the updated complaint in USA v. Colorado said.

Federal attorneys also called out a new law passed earlier this year that broadened the group of state and local employees prohibited from sharing Coloradans' personal information with immigration officials for the purposes of deportation.

Now, in addition to law enforcement officers, pretrial officers and pretrial services office employees are now on the list of employees covered by the statute.

"This hampers local law enforcement's ability to arrange interviews between federal immigration authorities and inmates," the lawsuit said. "The ... bill severely restricts employees from collecting or sharing information with federal immigration enforcement authorities."

In the new "sanctuary" list released by the U.S. Department of Justice, the administration argued that state and Denver policies jeopardized the safety of U.S. citizens.

"Sanctuary policies impede law enforcement and put American citizens at risk by design," said Attorney General Pamela Bondi, in a statement. "The Department of Justice will continue bringing litigation against sanctuary jurisdictions and work closely with the Department of Homeland Security to eradicate these harmful policies around the country."

Weiser had no comment on the updated list due to the pending litigation. A spokesman for the Denver mayor, Jon Ewing, said, "And here we thought the Trump Administration didn't like lists!"

"Denver protects the rights of all residents while enforcing federal, state, and local law. Any suggestion otherwise is untrue," Ewing noted in an email.

The Tuesday sanctuary list is updated from a May effort that included more of Colorado's cities and counties. Then a number of counties embarked on a heavy lobbying effort to remove themselves from the list, including El Paso County, and it was amended.

Within a short time, the May list was scrapped entirely by the Trump administration and the Justice Department started over. The list currently has no implications beyond the court of public opinion, but could eventually be cited as justification for denying or clawing back federal funds.

The list draws curious distinctions between communities, though every place in Colorado is bound by the same state laws.

Denver does not allow ICE agents to access non-public areas of the jail, for example, as is the policy in several other counties. Denver, like other counties, also won't hold people beyond the posting of bail or the expiration of their sentences strictly at the request of ICE on civil immigration violations. That's state law, and it is followed across Colorado. But only Denver, where Trump won less than 21 percent of the vote in the 2024 election and officials have been vocal about welcoming newcomers, was singled out.

A spokesman for Gov. Jared Polis said he is bothered by the Department of Homeland Security's implication that Colorado somehow offers a pass to people who have committed crimes.

"The Governor is frustrated by the lack of transparency from the federal administration on this and their enforcement actions," said a Polis spokesman Eric Maruyama in an emailed statement. "DHS did not share with us what criteria was used to make this arbitrary list, nor did they consult with us in developing the list. Law enforcement in Colorado partners with our federal agencies to apprehend criminals no matter where they were born."

On Tuesday, El Paso County, which was not included in the most recent sanctuary list, didn't have anything fresh to say about it. They re-released a statement from May, when members of Congress and local leaders worked with the Department of Justice to remove themselves from the initial sanctuary list.

"We are working to reverse Colorado's sanctuary laws, and we are fully collaborating with ICE officials, as state statute allows. Together, we have provided testimony, called attention to the rising crime rate, and fortified El Paso County as an anti-sanctuary," said spokeswoman Natalie Sosa, in a statement. "Let us be clear, we will not pander to Denver politicians, whose political agenda has made Colorado less safe for everyone."

Major categories of crime have fallen across the state in recent months, including in Denver.

The lawsuit between the administration and top state and city of Denver officials is ongoing
in federal court.

**This story is part of a collection tracking the impacts of President Donald Trump's
second administration on the lives of everyday Coloradans. Since taking office,
Trump has overhauled nearly every aspect of the federal government; journalists
from CPR News, KRCC and Denverite are staying on top of what that means for you.
Read more here.**

## You care.

You want to know what is *really* going on these days, especially in Colorado. We can help you
keep up.  The Lookout is a free, daily email newsletter with news and happenings from all
over Colorado. Sign up here and we will see you in the morning!

# EXHIBIT 1-

# CNN.com - Transcripts

[Return to Transcripts main page](#)

The Source with Kaitlan Collins

Trump DOJ Fires Officials Who Prosecuted Him; Homan On Mass Deportation Effort:
"There's No Safe Haven"; Trump Calls DeepSeek A.I. "Positive Development" But
Also A "Wake-Up Call" For U.S. Tech Industry. Aired 9-10p ET

Aired January 27, 2025 - 21:00   ET

THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND
MAY BE UPDATED.


[21:00:00]

(BEGIN VIDEOTAPE)

IRENE WEISS, HOLOCAUST SURVIVOR: --keeps working, but the soul never forgets.
There is a soul that does not forget any of it. It's imprinted on the soul that keeps the
memory, the pain, the grief, it's just always there.

(END VIDEOTAPE)

ANDERSON COOPER, CNN HOST, ANDERSON COOPER 360: The soul never forgets,
nor should we. Irene Weiss, Auschwitz survivor, now 94. She's remarkable.

You can listen to the full interview on my podcast, "All There Is," wherever you get your
podcasts. Or watch the full video interview on the CNN channel on YouTube.

The news continues. "THE SOURCE WITH KAITLAN COLLINS" starts now.

KAITLAN COLLINS, CNN CHIEF WHITE HOUSE CORRESPONDENT, CNN HOST, THE
SOURCE WITH KAITLAN COLLINS: Straight from THE SOURCE tonight.

Trump's new purge and the fallout tonight, as the brand-new President fires more than a
dozen Justice Department officials who helped investigate him.

And an inside source on the immigration blitz underway, across the country. As Trump's
promised enforcement arrives, his border czar, the man in charge of the crackdown, will
join me live, in moments.

And it's hailed as the technology that will revolutionize the world, as we know it. But
tonight, a shocker. Did China just eat the U.S.'s lunch in the race to conquer A.I.? Kara
Swisher is here.

I'm Kaitlan Collins. And this is THE SOURCE.

They say that revenge is a dish best served cold. But if you're President Trump, it is apparently one that's delivered by the acting Attorney General, piping hot.

And tonight, he is taking aim at his perceived enemies at the Justice Department, with the acting Attorney General firing more than a dozen prosecutors, who worked with Special Counsel, Jack Smith, on the classified documents and election interference cases against Trump.

CNN obtained this letter from James McHenry, the acting Attorney General, who told these prosecutors, quote, "You are being removed from your position at the Department of Justice... effective immediately." It goes on to say, given their significant role in prosecuting the now-President, they can't be trusted to assist in implementing the President's agenda, quote, "Faithfully."

Now, this move may be shocking in its scope and, frankly, unprecedented in its nature. But no one can exactly argue that it's surprising. Trump has made clear his anger directed at those who investigated him. He even referenced it during his inaugural address.

But this mass firing could land Trump's DOJ in court, potentially facing off against some of its now-former employees. A major question that remains, this evening, is whether these career lawyers will fight back by filing lawsuits about their firings.

But what we do know, and one thing is clear, Trump's January 6 retribution tour is also getting started underway at the DOJ, as we've learned today, that the Trump administration is taking the first step, the first concrete step, to investigate the investigators.

The interim U.S. Attorney, here in Washington, D.C., has just launched a, quote, "Special project," that is really what they are calling it, into prosecutors who brought obstruction charges against some of the January 6 rioters.

My sources are here tonight.

CNN Correspondent, Katelyn Polantz, who broke this reporting.

And former federal prosecutor, Elie Honig.

Katelyn, the acting A.G., came out and said, They can't be trusted to implement Trump's agenda.

I guess, the question was, were they ever going to be able to stay at the Justice Department, these people who worked on Jack Smith's team for the last two years?

KATELYN POLANTZ, CNN CORRESPONDENT: Well, there wasn't an expectation that they would have -- wouldn't have been, because they are career employees of the Justice Department, people who even had worked in the office, back when Trump was the president before. People have been there a long time.

What they're doing with this, this is not the firing of Jack Smith, the Special Counsel, or a political appointee. These are people who are fired for doing their job at the Justice Department, that they were going back to their home offices, after finishing their work at the Special Counsel's Office.

And the way that this is being articulated by the Justice Department, you cannot underline how unusual this is, enough. I mean the way that it say -- saying, in this letter, that these people received in the middle of the afternoon, saying, They played a role in prosecuting Donald Trump, President Trump, and that they do not believe that the leadership can trust them as long-time career employees of the Department, who have worked on many cases.

A couple of them, at least one of them I know of in the U.S. Attorney's office in Washington who prosecuted the former White House Counsel of the Obama administration. So, these are not people that were signed up to do this political work. It is -- it is incredible.

COLLINS: Is it saying what they think they did wrong, beyond just simply working on Jack Smith's team?

POLANTZ: I mean, it really is that. There is an articulation in this letter, from James McHenry, that they believe that these people were part of the weaponization of the Justice Department, that they are people that were in U.S. attorney's offices.

This is the equivalent, not of a Saturday Night Massacre in the Nixon administration. It is a massacre in broad daylight, on a Monday afternoon, that the Justice Department is announcing very clearly, exactly what their motive is.

[21:05:00]

And these people, where do they go now? Maybe they go to a lawsuit, or maybe they go to what the administration says they should do, the Merit Systems Protection Board, which is not the easiest way to follow things.

COLLINS: Yes.

Well, on that Elie. I mean, just to break it down for people. These are not political appointees, which are the people that the President gets to pick. They're career prosecutors. As Katelyn noted, they've been there a long time.

The acting A.G. is claiming that Trump has constitutional authority over this, because, under Article II of the Constitution, to fire these people, rather than really arguing that they're being fired because of their performance or their conduct.

Is this legal?

ELIE HONIG, CNN SENIOR LEGAL ANALYST, FORMER ASSISTANT U.S. ATTORNEY, SOUTHERN DISTRICT OF NY: Well, so first of all, Kaitlan, this is straight-up payback, and there's no dispute about it.

They come right out and say, if you look at that letter, what the acting Attorney General says is not, You've done something wrong here. All that letter says, it's about one page, is, You were part of the team that tried to prosecute Donald Trump. We therefore don't trust you. Therefore you're out.

Now, as to what can be done. What's really remarkable here is this. It is common, ordinary and expected that any new president, new administration will fire the political appointees, the Attorney General, the U.S. attorneys, usually those people resign before that, so it doesn't even come to that.

But the people who were fired today are what we call career prosecutors, meaning what I once was, a non-political person, who's working on the line, who's doing cases and trials, and has no political affiliation. That's what makes this so unusual.

Now, can they seek recourse in the courts? It depends a bit on how senior they are. At a certain level of seniority, you have greater civil service protections than the less senior people.

But the conflict here, ultimately, is going to come down to the civil service protections on the one hand, versus just the blunt force of Article II, of the President being able to do whatever he wants in the Executive branch. So, I think we'll see this play out in courts.

COLLINS: I mean, Elie, Pam Bondi has not yet been confirmed as the Attorney General. So, this is not coming from her. It's coming from the acting Attorney General. One, what do you read into that? And two, I mean, is this going to prompt more questions, when she's back on Capitol Hill, this week?

HONIG: Well, I think, first of all, they've done a huge favor for Pam Bondi, by doing the dirty work before she arrives. Look, this is an ugly task. We knew they were going to do it. They forecasted it to you, Kaitlan, both Katelyns (ph), and others, that this was going to

happen. And now it saves Pam Bondi from having to do this herself.

But when she goes back for more questioning, 100 percent she should and will be asked this. Do you approve of this type of firing? Will you continue to fire non-political career prosecutors like this?

COLLINS: Yes. Elie Honig. Katelyn Polantz.

And I should note, this is all happening, as the President has been outside of Washington. He's just landed at Joint Base Andrews. He was speaking to House Republicans in his backyard at Mar-a-Lago, at Doral earlier. We're waiting to see if he speaks to reporters, when he gets off the plane, and if he weighs in on this.

In the meantime, as we keep an eye on Air Force One, we have our White House insiders, here at the table with me as well.

Meredith McGraw is a White House Reporter, at The Wall Street Journal, and Author of "Trump in Exile."

And Isaac Arnsdorf is a Senior White House Reporter at The Washington Post.

Isaac, what are your sources telling you about these firings, and just what this means that the DOJ is going to look like for the next four years?

ISAAC ARNSDORF, SENIOR WHITE HOUSE REPORTER, THE WASHINGTON POST: I mean, everything that we've been talking about, the difference between a political appointee and a career official, the White House just doesn't see it that way. Trump and his team just don't see it that way.

They see these as people who were going after Trump, trying to take him down. And it's only natural for them, now that he won, and he's the president, that he doesn't want them on his team. They don't trust them.

And the people who are taking over the Justice Department are his personal lawyers, who represented him in those same cases.

COLLINS: Yes, a lot of them have experience with these people, Meredith, and have been in the courtroom with them.

I think, to the point of Elie, of saying how unprecedented this is, and as Katelyn noted, calling it just a massacre in the middle of Monday, not Saturday night, like we saw with Nixon. But this was kind of inevitable, in terms of what Trump's very clear desire to reshape the DOJ looked like.

MERIDITH MCGRAW, WHITE HOUSE REPORTER, THE WALL STREET JOURNAL, AUTHOR, "TRUMP IN EXILE": Completely. It was unprecedented, unusual, but I think, wholly unsurprising.

And anybody who's been paying attention to what Donald Trump has been saying, what his allies have been saying, what he's been broadcasting from his very first 2024 campaign rally, when he was in Waco, and he had the Jan 6 choir, singing the anthem there. He's been talking about this for years now.

And him taking this swift action, I don't think should come as any surprise. And that's what people in the White House have told me today, when I was asking about it.

COLLINS: Yes, and it comes as they're also launching this so-called Special project. I mean, that's what they are referring to it. To investigate the investigators who prosecuted the January 6 rioters, and used basically a statute that admitted up to the Supreme Court, of whether or not it could be used to prosecute them.

What does that tell you about the priorities of the Justice Department here?

[21:10:00]

ARNSDORF: Well, again, the acting U.S. Attorney in D.C. was in the private sector, before this, representing defendants charged in the January 6th riot. And now, he's on the other side of the table in that prosecutorial capacity, also in an acting capacity, right?

So there is, like Elie was saying, a little bit of what, how far they can push, and what kind of stuff they can get out of the way, before the actual Senate-confirmed officials come in and face those tough questions. COLLINS: Yes, how much of the decisions, Meridith, that are being made right now, have to do with, as they're watching the confirmation schedule on Capitol Hill? Because it's Pam Bondi. Then it will be the DAG, the Deputy Attorney General.

But we are seeing other Trump officials already working. Emil Bove, for example, who was in Trump's case, when he was being prosecuted in Manhattan, has already been out there on the ground, doing the work, on the job. We're seeing these attorneys already get to work.

MCGRAW: Yes, we are. I mean, and like you were saying, the new acting U.S. Attorney, here in D.C., getting right to dismissing these January 6 cases, opening up this investigation. So many of these appointments, they are coming in waves. It's bit by bit. But they're already starting to chip away at Trump's agenda.

COLLINS: How much of this is this, not just what we're seeing with the moves of the DOJ, but overall.

You had some great reporting today about just kind of this flood-the- zone strategy that Trump is employing. I mean, we saw the executive orders, last week.

And I should note, there's Trump coming down the steps of Air Force One now. We'll see if he speaks to reporters, and bring those comments if he does.

But what this is going to look like as far as far as executive orders, and all of these executive actions that he's taking in his beginning days in office.

ARNSDORF: Yes, he just previewed that he'd be signing four more tonight.

And flood the zone was Bannon's term. And I think he's frankly, a little bit jealous of how they've done it this time around versus when Bannon was in the White House. I mean, we were talking about the I.G.s, the inspectors general, all being fired on Friday night. And now, we're talking about the DOJ massacre today.

So, it's just one thing after another. And that makes it hard for us to keep up as reporters. It makes it hard for you to keep up as viewers. And it makes it hard for the Democrats, to figure out what they want to be talking about. And lawyers, if they're going to try to challenge this.

COLLINS: Yes. And also, it seems like for Republicans, when it comes to them being questioned about it on Capitol Hill.

Meridith and Isaac, great to have you both. That's our White House insiders here.

And meanwhile, as you see Trump getting a Marine One there, we'll be watching that return to the White House. This comes as he just made a major change to the U.S. military, with these executive orders that Isaac mentioned, and his new Defense secretary, who was just confirmed on Friday now -- Friday night, is vowing to rapidly enforce them on his first official day.

Plus, tonight, we're going to speak to Trump's border czar, live, as our critical inside source on the sweeping immigration blitz underway across the country.

[21:15:00]

(COMMERCIAL BREAK)

COLLINS: President Trump has capped off his first week in office by welcoming House Republicans, to spend money at his Florida golf club. The same president who, hours before, had executed a purge of officials, at the Department of Justice, he was touting this as one of his accomplishments.

(BEGIN VIDEO CLIP)

DONALD TRUMP, PRESIDENT, UNITED STATES OF AMERICA: I also signed an order to end the weaponization of our government against the American people.

(END VIDEO CLIP)

COLLINS: Ending the weaponization. Of course, that comes after he executed that purge of those career prosecutors.

My Republican source tonight is Texas congressman, Dan Crenshaw.

And it's great to have you here, Congressman.

On what we saw happen today, do you believe that the American people elected Trump, to get revenge on federal prosecutors?

REP. DAN CRENSHAW (R-TX): I think a lot of people did. Whether this is considered revenge or not, I think, is open to interpretation. I think a lot of these federal prosecutors, one might argue, were going outside the bounds of what their prosecutorial duties might be. I mean, you go on a case-by-case basis, but.

COLLINS: But do you have any -- I mean, there is no really indication that they committed any wrongdoing or did anything improper. I mean, there's a difference, obviously, between those at the top, who are calling the shots and making the decisions, and those who are the career employees, who are -- who are just doing their jobs.

CRENSHAW: It's just hard to say, because we're not talking specifics. But if we're talking about, say, Crossfire Hurricane and Russiagate, I mean, there were some people, who very much ignored actual facts and correct intelligence, in order to go after Trump. It did happen. So, it's not that crazy to see what's -- to see him purge a lot of the ranks, right now.

COLLINS: Yes, but do you believe that it's legal?

CRENSHAW: It's his administration. I mean, it's his administration.

COLLINS: They do enjoy civil service protections.

CRENSHAW: By definition, it's his administration. They work for him, at the pleasure of the President. And if it's illegal, it should be legal. And that's, look, the firing of federal employees being so difficult as it is, that's something that we need to address as a country, just to make our government more efficient. I mean, that's a longer conversation. But it should be legal, yes.

COLLINS: But if it's not currently legal, and they do enjoy these protections because they are civil service employees, they're career prosecutors. And the point of that is, is to have people who are insulated from the politics of the political appointees, who he does have the right to put in place, there.

CRENSHAW: No, every federal worker works for the administration, which works for the President.

So, and this is -- this is a bigger problem than just these particular employees. I mean, one of the reasons a lot of our agencies don't work well is because it's so hard to fire a federal worker. Businesses couldn't operate that way, if you could just never fire anyone. It creates a highly inefficient agency, right, whatever agency we're talking about.

[21:20:00]

COLLINS: But is there the other side of that argument, where it's if every single person at the Pentagon was a political appointee, then when every four years, every eight years, every single person would be replaced, and there'd be no one who knew their way around the hallway, or where certain house -- certain decisions are made. I mean, there is a benefit to that kind of institutional knowledge, is there not?

CRENSHAW: Of course there is.

COLLINS: That's the whole point.

CRENSHAW: But not everybody is being fired either. I mean, I think -- I think we're overblowing what's actually happening.

Again, whether you're a federal employee, or a political appointee, you still work for the President, directly. That's -- that is the case. And what we -- we have a much bigger problem with the way that federal unions have become so institutionalized, that we can't actually fire people who aren't doing their jobs. It's a much bigger problem.

COLLINS: Yes, well, I mean, obviously the argument there, we'll see if they take this to court, and if there are lawsuits here. There certainly could be, from our legal experts.

But you just said that there are people who did elect Trump to do this. But there were a lot bigger campaign promises that were made by Donald Trump. And I think some people may look at this, and say, How does this further the priorities that Republicans promised to voters on the trail, whether that came to lowering grocery prices, or confronting China? I mean, is this part of that agenda?

CRENSHAW: Well, look, this is part of about a 1,000 other actions that Trump has taken, in the very short time that he's been in office. Let's talk about the ones that really do matter to people, like LNG exports. That's huge for our -- for our energy sector. Getting our border under control. I mean, he's doing a lot more than just firing a few prosecutors, let's be honest.

COLLINS: Yes, and we're going to talk to his border czar in a few moments.

I just think obviously every decision made in the first week is seen as a priority and important.

But let me ask you about some of the executive orders that Trump has been signing. Because you have said that any American, who is willing and able to serve in the military should be allowed to do so. Do you oppose Trump's ban on trans people serving in the military?

CRENSHAW: No, not at all. And I'm not sure where you got that quote. But you could find a lot of other quotes from me that would say that we should never allow anyone in the military to undergo transition surgery, which would make them medically-unqualified to deploy, and therefore reduce the readiness of the military.

So, I'm not sure what President Trump is going to do exactly on this policy. It's probably going to look a lot like his last administration, which was, you can say that you're another sex, but you can't undergo treatments to become another sex, because once you do that, you make yourself unready to deploy. It's the medical procedures themselves disqualify you.

COLLINS: But there are trans people who serve in the military, right now, who would disagree with that.

CRENSHAW: They can disagree all they want. I'm the one who's -- I know what war is like, and I know what it takes to deploy. I was not allowed to deploy for vision issues.

Now, what if you need to be on a bunch of medications, and your -- and your entire body has been -- has been changed radically into another gender? It makes it very difficult to deploy you into the places that we need to deploy you.

I had to be medically-retired for my condition. And my condition, arguably, is far less -- is far less severe than undergoing a transition to a different gender.

COLLINS: Yes, but people obviously take medical leave from the military all the time, in return.

And you said you didn't know what quote I was talking about. This is from 2021. This is -- this is the quote.

CRENSHAW: Yes, I'm sure -- I'm sure I said that. But there's--

(BEGIN VIDEO CLIP)

CRENSHAW: I think people should be able to serve openly, and tell people what their identity is. And anybody who can meet those standards should be able to serve.

(END VIDEO CLIP)

CRENSHAW: And then I probably--

COLLINS: Do you still?

CRENSHAW: And then I -- and then I -- and then I probably went on to say -- if the conversation was about transgenderism in the military, I probably, in that interview, went on to say exactly what I just said. Because I've never changed my mind on this.

COLLINS: So, when you say, I think people should be able to serve openly and tell people what their identity is, anyone who can meet those standards. I mean, aren't you arguing that those people that if someone who is trans is in the military, and they can meet the standards, that they should be able to serve? I don't -- I don't know that--

CRENSHAW: What I'm saying is by--

COLLINS: Why would you be making that decision, and not a medical professional, or someone who makes those decisions about vision, or whatever issues they evaluate, before deploying somebody?

CRENSHAW: I'm saying, by definition, if you -- if you have transitioned into a different gender, you are not meeting our medical standards. There's -- you're creating--

COLLINS: Right. But that's your opinion.

CRENSHAW: No, it's not an opinion. That is -- that is a pretty easy -- that's an easy-to-prove fact. It makes it much harder on our units to deploy. Period. Like, full stop. And again, there's a--

COLLINS: But then how are there trans people serving in the military, right now, Sir?

CRENSHAW: There's a difference between identifying -- like, again, look, you could -- you could -- Kaitlan, you could show up to your job, the next day, and say that your name is now, Ken. That's different. You can identify that way. And that was Trump's old policy, by

the way. They would allow you to serve that way.

But there's a very big difference between doing that, and actually undergoing medical procedures that take you -- that take you out of service. And there's -- and, yes, you call it medical leave. But that's some pretty severe medical leave. So, why would we allow that? And then you -- and to say that you're deployable to austere environments? No way. That's just not true.

COLLINS: OK. But Congressman, I-- CRENSHAW: And so, I've never -- I've never changed my mind on that.

COLLINS: The executive order is banning all trans people. Period. It's not making a caveat that you're making there.

CRENSHAW: I don't think we've seen the text of the -- of the order, have we? I don't have the text.

[21:25:00]

COLLINS: Are you -- this is what was -- how it's been described to us by our sources. Are you telling us that--

CRENSHAW: Yes, but we don't -- but we don't have the--

COLLINS: --it makes that distinction?

CRENSHAW: I don't -- I don't have the text. If you're making any guess on what the text is, I have a feeling it'll look a lot like the last administration. We don't know yet.

COLLINS: OK. So, you're in favor of this, though, regardless?

CRENSHAW: Yes. Yes, my position on this has always been very clear, so.

COLLINS: Congressman Dan Crenshaw, thank you for your time.

CRENSHAW: Thanks.

COLLINS: Meanwhile, Trump's sweeping immigration crackdown that he pledged to carry out on the campaign trail is here. More than a 1,000 people were arrested in one day.

Border czar, Tom Homan, is here, live, for the first time since taking on his new job, here with us on THE SOURCE.

(BEGIN VIDEO CLIP)

TRUMP: Today in Tijuana, you probably saw the -- I got a call from Tom Homan, and some of the people. They said, Sir, it's unbelievable.

We're deporting 100 percent of all new trespassers apprehended at the border.

(END VIDEO CLIP)

(COMMERCIAL BREAK)

[21:30:00]

COLLINS: The Trump administration's promised immigration blitz is now well underway, across the U.S., and just getting started, as multiple federal agencies are now swarming cities, across the country.

As the President today compared his deportation flights to a 1990s Nicolas Cage movie.

(BEGIN VIDEO CLIP)

TRUMP: You got 300 people sitting in a plane. Every one of them either a murderer, a drug lord, a kingpin of some kind, a head of the mob, or a gang member. And you're flying that plane, it's not going to end well. You ever see the movie Con Air?

(LAUGHTER)

TRUMP: That's what -- yes. Except here's the difference. The people in Con Air were actors. They weren't nearly as tough as these guys.

(END VIDEO CLIP)

COLLINS: My source tonight is President Trump's border czar, Tom Homan.

Don't worry, Tom Homan, I'm not going to ask you about Nicolas Cage, or any movies.

But on the numbers and what we're seeing, you guys actually put into practice. Just today, ICE says it has made 1,179 arrests. How many of those people had been convicted of crimes in the U.S.?

TOM HOMAN, PRESIDENT TRUMP'S BORDER CZAR: Look, I don't have exact numbers with me. But for -- I'll give you an example. I was in Chicago, yesterday, for that operation. And everybody but I think four were collateral -- with four collateral arrest, everybody else was a criminal.

And when I walked out at the end of my shift, we already had, I think, nine Tren de Aragua. Two of them were actually being charged with crimes, because there was -- here's an illegal alien -- illegal alien gang member in the United States, selling illegal guns in the neighborhood. And they even sold the switches, which turned the gun into fully automatic machine guns.

We arrested, I think, we had a total of seven sexual predators, crimes -- sexual crimes against children. We had two illegal aliens, convicted of murder that were released by the state prison back to the streets.

So everybody we arrested in Chicago, yesterday, was -- it was a significant public safety threat. There were several collateral arrests that happened to be there, when we arrested the bad guy. So, this operation, right now, is concentrated on public safety threats and national security threats throughout the country.

COLLINS: So the majority of those yesterday were -- did have criminal records. And do you believe the majority of today's numbers have criminal records?

HOMAN: I won't see those numbers till midnight tonight. But, again, we're focused on -- we're focused on criminals. But I think you and I discussed before. Well, in sanctuary cities, you're going to see a higher number of collateral arrests. I mean, we're going to have more criminals, but there's going to be a big number, what we call, collateral.

Because when we're forced into the neighborhood, to find the bad guy, he's probably going to be with others. And we're not going to instruct the ICE agents to ignore their oaths, ignore the law. If they're here illegally, they're going to go -- they're going to go to jail too.

And that's why I just -- I'm imploring the sanctuary cities, let us into jail, to arrest the bad guy in the jail, where the community's safe, the officer's safe, the alien's safe. If you're forcing into community, you're going to get exactly what you don't want.

COLLINS: And when you say--

HOMAN: More agents in the neighborhood, and more collateral arrests.

COLLINS: When you say collateral arrest, you mean someone who doesn't have a criminal record, but is here, is an undocumented immigrant. They still get deported as well, right? You're not letting them go back to their neighborhoods, or to their jobs. Is that right?

HOMAN: Yes, if they're in the country illegally, they're going to get arrested too.

COLLINS: Now that you're officially in your position, you've been here about a week on the job. We spoke to you last, before you would actually come in formally to the role. Do you have a better target number for how many people you want to deport overall?

HOMAN: As many as we can. My goal is -- I think success is removing every criminal gang member out of this country, every public safety threat, illegal alien, out of this country, every child trafficker, illegal alien, out of this country. Then that aperture opens, right?

We got 1.4 million illegal aliens in this country, who had due process at great taxpayer expense. They were ordered to remove by a federal judge, and didn't leave. They became a fugitive. They're next. So, we're going to keep opening that aperture, and enforcing immigration law. And all for those in the country illegally--

COLLINS: And how long--

HOMAN: --those who don't have a final order, those who have not been ordered by an immigration judge, if you're in the country illegally, you should leave.

Because if we have to formally deport you, you can face the -- anywhere it's from a five- to 20-year bar from ever coming back, either as a student, a visitor visa, a tourist visa, or be petitioned by a U.S. citizen child. If you're in the country illegally, you have been ordered to be deported? Leave and come back the right way--

COLLINS: Yes. HOMAN: --because there will be other opportunities.

COLLINS: You're talking about going after public safety threats, national security threats first. But you just said that aperture is going to widen, meaning, the scope of the people you're going to go after. How long do you anticipate, before you're in that next phase where the aperture has gotten wider?

[21:35:00]

HOMAN: Very soon. I mean, sanctuary cities are making it very difficult to arrest the criminals. For instance, Chicago, very well- educated. They've been educated how to defy ICE, how to -- how to hide from ICE.

And I've seen many pamphlets from many NGOs, Here's how you escape ICE from arresting you, Here's what you need to do. They call it, Know your rights. I call it, How to escape arrest. There's a warrant for your arrest, and they tell you how to hide from ICE. No -- don't open your door. Don't answer questions.

OK, they can call it Know your rights, all you want. But if there's an order for the removal, they've been ordered to remove by a federal judge after due process, at great taxpayer expense? They need to go. But if we got to play that cat and mouse game, that's what

we're going to do, till every one of them gone.

COLLINS: In terms of how you're messaging this, obviously you've been speaking publicly. We know that officials were told to be ready, to be in front of the cameras. Agents were, that they could be around when these arrests were happening. We saw Dr. Phil was along and embedded with one of your teams.

How much thought are you putting into, to making this kind of a made- for-TV moment, in order to publicly message? Or, whatever your strategic goal is here?

HOMAN: Well, look, we got Kristi Noem who's just -- she got her vote this weekend. You're going to see a lot more from Secretary of DHS, should be out here, talking much more. We've -- the new CBP Commissioner, who's being nominated, Rodney Scott, he will empower the Chief Patrol Agents to talk. So, we want all the frontline managers to talk throughout the country.

But the message that I'm sending is that we're going to force it -- we're going to force immigration laws in this country. And if people don't like -- they like it, then they need to change the law.

Because ICE isn't making this up. We're enforcing laws enacted by Congress and signed by a president. But we're doing it in a smart way. The Trump administration, in the beginning, says, we're going to concentrate on public safety threats and national security - - national security threats around the country (ph). The worst, first, and that's what we're doing.

But as, like I say, as we go on, we're not going to say it's OK for 1.4 million illegal aliens to ignore a judge's order to deport. So, they're going to be next. And we're going to keep opening that aperture up.

So, we're sending a message. It's not OK to be in this country illegally. It is not OK to enter this country illegally. It is a crime. And there's going to be consequences.

COLLINS: Do you have a number of how many people you'd like to have deported by this time next year?

HOMAN: I don't have a number. As many as we -- as many as we can arrest and deport. We're going to enforce the law.

COLLINS: OK. But no firm number?

HOMAN: If you're here in the country illegally -- if they're in the country illegally, they got a problem, and they're not off the table.

COLLINS: Yes, but on numbers, you have been clear that your success here, in this effort, will depend on how much money you can get from Congress.

Now that you're in this role, do you know how much money, what kind of budget you would need to deport the people that you say are public safety threats, national security threats? And also, the 1.2 million that you just referenced there, who have gotten orders from a judge?

HOMAN: 1.4 million. And yes, like we needed -- we needed more than the 100,000 beds. Right now, we got about 34,000 beds. We'll fill them up in a week. So we need -- we need at least a 100,000 beds. We need more international air flights. We need more grounds transportation. We need more money to hire more officers and Border Patrol agents.

And that's why we're bringing, right now, the whole of government is coming in, right? In the Chicago operation, in every operation throughout the country, now, we got DEA, we got FBI, we got U.S. Marshals, we got ATF, we got HSI, we got ERO. So right now, we're bringing the whole of government into this, so we can create more teams and arrest more people.

So, this dynamic is constantly changing. And depending on the city.

COLLINS: Yes, and if you--

HOMAN: Is it a sanctuary city, not a sanctuary city?

COLLINS: Yes, you're using them as like a force multiplier.

But when it goes to the real money that you'll need from Congress, to get more beds, and to hire more agents, if Congress is not reliable, as I'm sure you are well-aware, in terms of what they can get passed? I know they believe this is a big part of Trump's agenda. But if you don't get what you need from Congress, can you achieve what you're trying to achieve here?

HOMAN: We're going to do everything we can with what we have, and we're going to arrest as many as we can.

However, you're right. We can be more successful if we have more money, if we can buy more beds. Because every time we arrest an illegal alien, we just don't deport them that day. We have to detain them for a few days, or a few weeks, to get travel documents, get landing rights in their home country. So, the more money we have, the more we can do.

COLLINS: Mr. Homan, I've got a few more questions for you, if you'll stick around, for a few minutes, with us.

We're going to take a quick break, and then we'll be back with Mr. Tom Homan, Trump's border czar, after a short commercial break.

[21:40:00]

(COMMERCIAL BREAK)

COLLINS: And we're back with President Trump's border czar, Tom Homan, whose name came up at the confirmation hearing, for the newly- confirmed Secretary of Homeland Security, Kristi Noem.

(BEGIN VIDEO CLIP)

SEN. ANDY KIM (D-NJ): I guess I'm uncertain about roles and responsibilities regarding your position, and Tom Homan's.

How are you going to work with Mr. Homan? What is the division there? I'm trying to get a better sense of who's in charge.

KRISTI NOEM, UNITED STATES SECRETARY OF HOMELAND SECURITY: Yes, Tom -- Tom Homan is an incredible human being, who has over 30 years of experience.

KIM: Incredible experience, I get that.

NOEM: Yes, at the border, and the inside--

KIM: I'm just trying to think through decision-making process--

NOEM: Yes.

KIM: --when it comes to your work. For instance, will he be giving orders directly to CBP, ICE, USCIS?

NOEM: Tom Homan has a direct line to the President. He is an adviser to the President, the border czar.

I obviously will be, if nominated and confirmed, and put into the position of being the Department of Homeland Security Secretary, and responsible for the authorities that we have, and the actions that we take.

(END VIDEO CLIP)

[21:45:00] COLLINS: And Mr. Homan is back with me.

And who is the person, who will be issuing those orders, to the Senator's question there, to ICE agents, to Border Patrol? Is that your purview here? Or is that Secretary Noem's purview?

HOMAN: Secretary Noem has the authority of Border Patrol and ICE. That's in statute.

But as the Senior Adviser to the President, I'm writing strategic vision, and operational plans, and coming up with a strategy to secure the border, and to run this deportation operation, to find over 300,000 missing children. And me and Secretary Noem will work very close on those plans, and to implement them, and do what the President wants us to do.

So, me and Kristi Noem will be shoulder to shoulder every day. We talk every day. So, we'll be working together, to achieve the President's goals.

COLLINS: How often are you talking to the President himself about this?

HOMAN: Several times a week.

COLLINS: And on one of the things that we've been seeing, as you're publicly talking about this first week. I saw the numbers that ICE put out tonight, that we started asking you about.

We also saw this video, last week, of something you told me was going to happen, using military flights. This is a C-17. It's flying about 80 people back to Guatemala. The flight costs from El Paso, for that is about $252,000 numbers, based on an estimate we got from the government today. Do you think that's a better use of taxpayer money than a charter flight, which would cost closer to, I believe, a $9,000?

HOMAN: Well, it's a force multiplier. We got a lot of planes flying every day across mostly to Central America and South America. So, they're adding, they're adding a resource to us. So, again, the cost of this operation is expensive. It's expensive to enforce the laws, and protect our national security. But I don't put a price tag on securing that border.

Once we secure the border, and we show consequences -- the numbers are already down. We had like 500 crossings in one day. Compare that to 10,000 to 12,000 a day under Biden.

COLLINS: Right. But why is it better to use a military plane?

HOMAN: 500 a day? I mean, that's one of the lowest I've seen in my 34- year career.

COLLINS: But why is it better to use a military plane that costs so much more than just a charter plane, which is what was happening before? HOMAN: Charter planes are still running at full capacity. This is just an added thing. And they can put a lot more people on the plane, rather than -- that can make a long distance, such as going to Columbia. We'll use them for European removal. So, it makes sense to fill that plane up, a lot of people, and get them moving.

Again, it's an added asset, because our air contracts now are full, 100 percent capacity. So, as we add more flights, I'm sure we'll add more charter flights. But right now, DOD is working with us on the border, building infrastructure, appearance denial (ph). They're down there, building, putting razor wire up, and they're flying planes.

COLLINS: OK.

HOMAN: They'll also probably do some ground transportation. We're going to use DOD.

COLLINS: And I should note that, we are told that the Department of Homeland Security will not be reimbursing the Pentagon for these flights. That sometimes is the case. But we were told today, that that's not the case.

On what you said earlier about your big priority, right now, is deporting public safety threats and national security threats. How does changing the ICE policy that allows agents to conduct arrests and enforcement at churches and schools help with that?

HOMAN: There's no safe haven for public safety threats and national security threats.

People will say, Well, will you really go into a high school?

Well, people need to look at the MS-13 members and Tren de Aragua members, who enter this country, a majority in between the ages of 15 and 17, many are attending our schools. And they're -- and they're selling drugs in the schools. And they're -- and they're doing strong- armed robberies of other students.

So, we do not go into schools or hospitals, as a matter of practice. But if it's a -- if there's a significant public safety threat, or a significant homeland security threat, there's no safe haven. We'll go where we need to go, to take them off the street.

COLLINS: But you obviously are someone -- you've been working on the border for years, Sir. I mean, you got an award from President Obama, for people who don't know watching. And you also have worked through these administrations. This was the policy that's been in place, I believe, since 2011, and it wasn't changed before.

I mean, do you have any reason to believe that elementary schools or churches are harboring these violent immigrants, who are here illegally?

HOMAN: Like I said, and when the circumstances arise, we got national security threat, or a significant public safety threat? We're going to go where we got to go, whether it's a school, a church or hospital. The national security is important.

And look, name another law enforcement agency. Does the FBI have those requirements? No. Does DEA have those requirements? No. So, ICE shouldn't have those requirements either.

We have a national security responsibility. And we're going to take those people off the street. If it's out of school, then that's what we're going to do. Again, it takes a lot to get approval to go into school or church. But if there's a national security threat, we're going.

[21:50:00]

COLLINS: What does it take -- what is the standard, I guess, to go into an elementary school? Because what we had heard from immigration advocates, is that this is going to provide a chilling effect to parents in the school drop-off line, or something of that matter.

HOMAN: It shouldn't be a chilling effect, unless your child is a terrorist, or a public safety threat. If they're a public safety threat, a national security threat, they should be chilled, they should be afraid, because we're looking for them.

COLLINS: Well, if their parent is here, and they're an undocumented immigrant, I think was, was more of the argument that they were making.

HOMAN: They're not off the table either. I mean, if they're in the country illegally, they got a problem. I mean, it's not OK -- look, it's not OK to enter this country illegally. It's a crime. And that's what it's supposed to be. I wouldn't feel comfortable if I'm in Switzerland illegally. So, we're going to enforce laws in this country.

So, the schools and the churches, and sensitive location was a policy only for ICE, only for immigration, right? But national security threats and public safety threats have no safe haven in this country, and we'll go where we got to go.

COLLINS: Have you gone into any schools or churches yet that you know of personally?

HOMAN: Not yet -- not yet, of this operation.

COLLINS: Mr. Tom Homan, thank you for coming and taking our questions tonight. We hope to have you back here on THE SOURCE soon. And we do appreciate your time.

HOMAN: Thanks for having me.

COLLINS: Up next. We're going to check in with some deep panic that is underway in Silicon Valley. That new A.I. startup, DeepSeek, and what it means, as a cheaper A.I. alternative from China has emerged, and it sent U.S. tech stocks plunging today.

[21:55:00] (COMMERCIAL BREAK)

COLLINS: Just days after we saw President Trump unveil a $500 billion investment in artificial intelligence, a Chinese A.I. company today stunned the entire industry, and also sent U.S. stocks plunging. That's because this Chinese startup, known as DeepSeek, revealed a new chatbot called R1 that matches the capabilities that OpenAI's ChatGPT, and Google's Gemini has, but at a fraction of the cost.

Now, we all know, U.S. companies have spent hundreds of millions of dollars, if not billions, to develop these A.I. models that we've been tracking so closely in recent years. DeepSeek, which launched a year ago, I should note, says it spent just over $5 million.

Here's how President Trump responded to this news today,

(BEGIN VIDEO CLIP)

TRUMP: The release of DeepSeek A.I. from a Chinese company, should be a wake-up call for our industries that we need to be laser-focused on competing to win, because we have the greatest scientists in the world.

This is very unusual. When you hear a DeepSeek, when you hear somebody come up with something. We always have the ideas. We're always first. So, I would say that's a positive, that could be very much a positive development. So instead of spending billions and billions, you'll spend less, and you'll come up with, hopefully the same solution.

(END VIDEO CLIP)

COLLINS: My source tonight is the veteran tech journalist, Kara Swisher.

And Kara, some people were calling this A.I.'s Sputnik moment. I mean, it's obviously put so many questions in front of major companies like Meta, and Nvidia. What are your takeaways--

KARA SWISHER, PODCAST HOST, "ON WITH KARA SWISHER" & "PIVOT," CNN CONTRIBUTOR: Yes.

COLLINS: --from what we've seen today?

SWISHER: I think everyone should calm down. I mean, the stock market didn't, because it shows -- it puts into question all the spending that's been going on with all these companies.

And I think that's the worry they have. Is that Mark Zuckerberg just announced, I think $50 billion, $60 billion, they're spending on different A.I. things. They've talked about building all kinds of datacenters, et cetera, which they should continue to do, moving forward.

I think what's interesting about what DeepSeek is, it's riding on our rails. It's riding on our open-source models. And so, the question is, is this going to be an open-source-developed industry, where everything, the prices go very low, just like the original internet was? Or is it going to be captured by only the big players?

And so, I think they were showing that it's going to be very easy for -- you know, there's an expression, the plains are covered with the bodies of pioneers. Pioneers, sometimes, they cost too much and the price is too much, and then others follow in their wake. And China is a very fast follower. And that's what's happening here.

COLLINS: Yes. What does that say about the competitiveness of U.S. companies in this space, given what we saw?

SWISHER: Well, like I said, they're riding on our rails. They're riding on our open-source models, specifically Llama from Meta, and things like that, because there's a whole -- there is a whole struggle between open source and closed companies like OpenAI that tradition (ph).

The question is, with everybody spending all this money on closed systems, only one or two are going to win, right, in that model. And so, if you open it up, and you allow more people to innovate, at lesser cost? It's good news, say, for companies, any company, who doesn't have to pay too much for A.I., when it's almost free, essentially.

At the same time, you'll have worries about lack of any safety. Because you didn't hear DeepSeek talk about possible safety problems, which U.S. companies tend to adhere to.

COLLINS: Yes.

SWISHER: And so, it's sort of this Wild West situation. And then you'll hear U.S. companies saying, No more regulations, because China is going to beat us.

China is beating us, because they're taking advantage of our innovation. And the question is, how can we make it so it's inexpensive for innovation to happen everywhere.

And so there'll be an initial panic, because of all the money spent, say Nvidia is perfect. These chips are very expensive. They've been bought up by all the big rich companies. Do you need those chips particularly? Are there better ways to do it?

[22:00:00]

And so, the question is, how can our country innovate on at all levels of this?

COLLINS: Yes.

SWISHER: Because we are the -- we are the first in line here. So, it definitely is a wake-up call for everyone to see where this is headed, which will be good for some, and not so good for others.

COLLINS: Yes. DeepSeek using just a fraction of the chips that others have.

Kara Swisher, we'll be watching it all, hopefully with you here to help us. So, thank you for your time tonight.

SWISHER: Thank you.

COLLINS: Thank you all for joining us.

"CNN NEWSNIGHT WITH ABBY PHILLIP" is up next.

# EXHIBIT &$

# Trump border czar Tom Homan reveals ICE teams are already arresting 'public safety threats'

 **foxnews.com**/politics/trump-border-czar-tom-homan-reveals-ice-teams-already-arresting-public-safety-threats

Adam Shaw                                                    January 21, 2025

## ICE deportation operations have begun, says Trump border czar

Trump border czar Tom Homan outlines the administration's deportation strategy on 'America Reports.'

Border czar Tom Homan on Tuesday said that the mass deportation operation has already started, as the Trump administration looks to make good on promises to tackle the border crisis and crack down against illegal immigration.

"No, it started [Immigration and Customs Enforcement] teams are out there as of today," Homan said on "America's Newsroom." "We gave them direction to prioritize public safety threats that we're looking for. We've been working up the target list."

The administration has promised to launch a "historic" mass deportation operation, and sources told Fox News Digital that arrests were being planned on "day one." Some media outlets reported on Friday about an operation in Chicago, but Homan said that was re-evaluated due to the leak of information.

## TRUMP DHS REPEALS KEY MAYORKAS MEMO LIMITING ICE AGENTS, ORDERS PAROLE REVIEW



ICE agent (Getty Images)

"There was some discussion about Chicago because the specific operational plan was released. So we had to look at and reevaluate, 'Does this raise officer safety concerns?' And it does. But we've addressed that  and teams are out there, effective today," he said.

As for who will be targeted in the operation, Homan said that the priority are public safety threats, but he has said repeatedly that no-one is "off the table" when it comes to arrests if they're in the U.S. illegally.

"Right out of the gate it's public safety threats, those who are in the country illegally that have been convicted, arrested for serious crime," he said. "But let me be clear. There's not only public safety threats that will be arrested, because in sanctuary cities, we're not allowed to get that public safety threat in the jail, which means we got to go to the neighborhood and find him."

**[CLICK HERE FOR MORE IMMIGRATION COVERAGE](#)**



Thomas Homan speaks at the National Conservative Conference in Washington D.C., Monday, July 8, 2024. (DOMINIC GWINN/Middle East Images/AFP via Getty Images)

"And when we find him, he may be with others. And unlike the last administration, we're not going to tell ICE officers not to arrest an illegal alien. So if they find, others will be arrested. So sanctuary cities will get exactly what they don't want, more agents in their neighborhoods and more collateral arrests," he said.

Homan spoke hours after Fox News reported on two DHS memos, including one that rescinded a 2021 memo by then-DHS Secretary Alejandro Mayorkas, which provided an expanded list of areas that are "protected areas" where ICE could not engage in immigration enforcement. It said the policy was designed to make sure enforcement did not limit "people's access to essential services or engagement in essential activities."

**'NATIONAL EMERGENCY': TRUMP DECLARES AMBITIOUS ILLEGAL IMMIGRATION CRACKDOWN IN INAUGURAL ADDRESS**



[Video](#)

Those areas include schools, universities, healthcare facilities, places of worship, "places where children gather," social service establishments, food banks, religious or civil ceremonies and disaster or emergency response and relief centers.

[The memo](#) issued Monday rescinded that guidance and said that common sense should be used instead.

**[CLICK HERE TO GET THE FOX NEWS APP](#)**

"Going forward, law enforcement officers should continue to use that discretion along with a healthy dose of common sense," the new memo said. "It is not necessary, however, for the head of the agency to create bright line rules regarding where our immigration laws are permitted to be enforced."

Adam Shaw is a politics reporter for Fox News Digital, primarily covering immigration and border security.

He can be reached at [adam.shaw2@fox.com](mailto:adam.shaw2@fox.com) or on [Twitter](#).
More From Fox News

# EXHIBIT &%

← Post

**ICE Denver** ✓
@ERODenver

Time and again, criminal aliens prey on their own communities with sanctuary policies, knowing they're free to commit crimes without repercussion. ICE & its partners @FBI @DEAHQ @CBP @ATFHQ & @USMarshalsHQ are in Aurora, Colo., today to remove this very real public safety threat.

▶ 0:41

9:40 AM · Feb 5, 2025 · **126.2K** Views

154      454      2.1K      70

Post your reply                                    Reply

**Jaypatriot** 🦅⚜️✝ @realJaypatriot · Feb 5
Can you revamp the show cops and call it ice?
2      1      29      1.9K

**Karen Kennedy** ✓ @realkarenjean · Feb 5
Better late than never.
1      3      521

**RGVTRUTH** ✓ @RGVTRUTH1 · Feb 5

🔴 +RGVTRUTH @RGVTRUTH1 · Feb 5
Chinese Comunist Party activist Neville Singham gave millions to the Party for Socialism and Liberation, to include Claudia De la Cruz and Karina Garcia's presidential campaign, organizing national "Free Palestine" protests, and Now the ICE Protest.



1      268

**RodeoProfessor** ✓ @RodeoProfessor · Feb 5
I have elderly parents in Colorado whose lives have been changed by the chronic lawlessness of mass migration aided and abetted by the progressive politics of @jaredpolis. Small rural towns now feel like foreign countries. Thank you for doing something about it.
2      1      42      1.4K

**VeteranRN1** ✓ @VeteranRN1 · Feb 5
Thank you so much for protecting our communities. We love you. Stay safe. It is time for the @FBI and law enforcement to turn their time protecting @Americans rather than going after them. Then you will find we have always been with law enforcement.
1      1      14      1.3K



1      268

**RodeoProfessor** ✓ @RodeoProfessor · Feb 5
I have elderly parents in Colorado whose lives have been changed by the chronic lawlessness of mass migration aided and abetted by the progressive politics of @jaredpolis. Small rural towns now feel like foreign countries. Thank you for doing something about it.
2      1      42      1.4K

**VeteranRN1** ✓ @VeteranRN1 · Feb 5
Thank you so much for protecting our communities. We love you. Stay safe. It is time for the @FBI and law enforcement to turn their time protecting @Americans rather than going after them. Then you will find we

---

**Relevant people**

**ICE Denver** ✓ @ERODenver      Follow
To protect the homeland through the arrest and removal of aliens who undermine the safety of our communities. Privacy policies: go.usa.gov/Equ

**DEA HQ** ✓ @DEAHQ      Follow
Official Drug Enforcement Administration Twitter account.DEA doesn't collect comments or messages through this account.Learn more at justice.gov/privacy-file.h...

**CBP** ✓ @CBP      Follow
CBP secures our nation's borders & facilitates lawful international travel & trade. For all official CBP social media accounts, visit: go.dhs.gov/ZGk

**What's happening**

Trending in United States
**Scorpion**
4,741 posts

Business and finance · Trending
**#PUMPlistBitget**
11.6K posts

Trending in United States
**Primal**
4,330 posts

Trending in United States
**Sindel**

Show more

Terms of Service   Privacy Policy   Cookie Policy
More ···   © 2025 X Corp.

# EXHIBIT &&

# Immigration arrests in Colorado have surged under the Trump administration. Now we know how much.

**DP** denverpost.com/2025/07/07/colorado-immigration-arrest-data-donald-trump-deportations

Seth Klamann                                                                                    July 7, 2025



Federal law enforcement officers detain two men during an immigration enforcement operation at the Cedar Run Apartments on South Oneida Street in Denver on Wednesday, Feb. 5, 2025. (Photo by Hyoung Chang/The Denver Post)



By Seth Klamann | sklamann@denverpost.com | The Denver Post
UPDATED: July 9, 2025 at 9:36 AM MDT

Colorado's first immigration arrest of the second Trump administration came shortly after the president was inaugurated on Jan. 20. Before the inaugural ball kicked off in the nation's capital, a Honduran man in his late 20s was arrested in Craig.

Between when President Donald Trump returned to office in January and June 10, 1,355 people in Colorado have faced administrative arrest by federal immigration authorities, according to data from U.S. Immigration and Customs Enforcement that was obtained by a

team at the University of California, Berkeley. That's a nearly 300% increase from the same period in 2024, when 342 people were arrested in the state, according to The Denver Post's analysis of the data.

The arrests in Colorado this year amount to more than 9 per day, on average, since Jan. 20.

Those arrested in Colorado include people from Mexico, Venezuela, El Salvador and Guatemala. Some were from China, Chile and Brazil. One Afghan man who was arrested on Jan. 21 had his expedited removal proceedings canceled, according to the data, because he faced a credible fear of torture or prosecution.

"We have seen a dramatic increase in ICE's presence, in ICE arrests," said Raquel Lane-Arellano, a spokeswoman for the Colorado Immigrant Rights Coalition.

ICE's Denver field office did not respond to a message seeking comment before the Fourth of July holiday. The agency's national office also did not respond when asked about the number of immigrants arrested in Colorado.

The new data offers the clearest look yet at the pattern and pace of immigration enforcement activities in the United States amid Trump's mass-deportation efforts. The numbers were obtained through a Freedom of Information Act lawsuit by the Deportation Data Project at Berkeley's law school.

Colorado is one of 38 states where arrests have at least doubled this year, according to a recent New York Times analysis of the Berkeley data.

The data show that immigration agents immediately went to work in January to pursue Trump's goal of deporting millions of immigrants without proper legal status. Since the beginning of the president's second term, ICE has more than doubled its daily immigration arrest rate, averaging 666 immigration arrests per day, compared with fewer than 300 per day in 2024.

The Berkeley data is imperfect, making it difficult to gauge exact figures, experts and advocates said. The Post identified a handful of duplicate arrest records and removed them from its analysis. ICE's published data has previously had inaccuracies or missing fields, experts and advocates warned, prompting researchers at Syracuse's longstanding TRAC project, which also publishes data about ICE operations, to question the administration's rhetoric compared to reality.

TRAC's director, Susan B. Long, cautioned in an email that information in the dataset may be missing or omitted as ICE consolidates numbers across different databases.

According to TRAC's national data, 56,397 people were detained by ICE as of June 15, when ICE last publicly disclosed its figures. The ICE detention center in Aurora has held steady throughout the year so far at a daily population of roughly 1,150 people, according to TRAC.

## Data reflects ICE activity on ground

For this story, The Post included only arrests that ICE listed as occurring in Colorado, rather than in the broader Denver office's "area of responsibility," which also includes Wyoming. Many arrests included in the dataset for the Denver sector did not include the state in which the arrest occurred, further obscuring the scale of ICE's operations, and Long said ICE has consistently said it doesn't keep state-level data at all.

Still, immigrant-rights advocates said the numbers broadly reflected the situation on the ground.

"This is consistent with what we've been seeing and hearing," said Jorge Loweree, the managing director at the American Immigration Council.

The Trump administration, he said, "has prioritized immigration enforcement over any other federal law enforcement priority and ... is pulling resources from anywhere and everywhere to try to achieve any sort of semblance of the mass deportations that they've promised."

Federal agents conduct an immigration enforcement operation at the Cedar Run Apartments on South Oneida Street in Denver on Feb. 5, 2025. (Photo by Hyoung Chang/The Denver Post)

A majority of those arrested in Colorado had not been convicted of a crime, according to the data. About 40% were listed as having a prior criminal conviction and 30% had charges pending. The remaining 30% were listed only as "other immigration violator."

That proportion has grown: During Trump's first 70 days in office, about 44% of arrestees had been convicted of a crime. Over the next 70 days, that number dropped to 36%.

No information was provided about the convictions, charges or immigration violations.

Colorado Republicans largely have supported Trump's focus on immigration enforcement, including by backing significant ICE funding increases. But some -- including U.S. Rep. Gabe Evans, who represents a suburban battleground district north of Denver -- have been critical of ICE's priorities. Evans and others have argued that the focus should be on immigrants with criminal records, not those who are otherwise law-abiding.

**Rising pace of arrests**

The Trump administration's effort isn't slowing down: Congressional Republicans' massive tax bill, passed Thursday, includes tens of billions of dollars for ICE to hire 10,000 more agents and increase detentions. A new detention facility has already opened in the Florida Everglades.

The administration's goal has been to deport roughly 1 million people per year. Despite the surge in arrests, ICE and its partner agencies are off track to hit that target in Trump's first year, as The Post reported last month.

But more resources are coming. And in late May, Trump's deputy chief of staff, Stephen Miller, demanded an increase in arrests.

Protesters rally outside the Colorado Capitol building in Denver on the same day that Federal officers conducted immigration raids in Denver and Aurora on Wednesday, Feb. 5, 2025. (Photo by Hyoung Chang/The Denver Post)

## Related Articles

- Denver school board majority at stake in November's election
- Abusive sports fans make for ugly weekend in Boulder (Letters)
- Federal judge temporarily blocks Trump administration from sending National Guard troops to Oregon
- Trump administration offers migrant children $2,500 to voluntarily return to home countries
- Noem visits Chicago area ICE facility as agents detain multiple protesters outside

In the two and a half weeks that followed, arrests in Colorado and elsewhere in the country rose, jumping to roughly 12 a day in the state, according to the Berkeley data.

Colorado has not seen the type of workplace raids that galvanized protests -- and a subsequent military response -- in Los Angeles last month.

But the Trump administration has sued the state and its capital city for their laws prohibiting certain information-sharing with ICE. Agents have made arrests near courthouses in Denver and inside of federal buildings where immigration cases are heard. Among a handful of large-scale operations, ICE agents raided apartment buildings in Denver and Aurora in February, sparking a large protest at the state Capitol.

"The impact has been profound on families. The community has been put into a really precarious position," said Lane-Arellano, from the Colorado Immigrant Rights Coalition.

But she praised Colorado's response to the crackdown: "Fortunately, in Colorado and in Denver, there's a strong community of people who care about their neighbors."

*The New York Times contributed to this story.*

*Stay up-to-date with Colorado Politics by signing up for our weekly newsletter, The Spot.*

Originally Published: July 7, 2025 at 6:00 AM MDT

## RevContent Feed

## Around the Web

# EXHIBIT &'


Axios Communicators
Get the latest communication trends in 5 minutes or less
Subscribe for free

Jul 7, 2025 - News

# ICE operations in Colorado raise legal questions

     Russell Contreras, Alayna Alvarez

 



A U.S. Immigration and Customs Enforcement agent stands ready during an immigration raid near Denver in February. Photo: RJ Sangosti/The Denver Post via Getty Images

Images of masked, heavily armed immigration agents pulling people off Colorado streets and out of courthouses in unmarked cars have left many shocked and wondering: Is all of this legal?

It is — at least for now.

**Why it matters:** Since its post-9/11 creation, Immigration and Customs Enforcement (ICE) has operated with broader powers and fewer restrictions than local cops — rules designed to help the FBI identify and detain terror suspects.

- But under the Trump administration, those tools have been redirected to target unauthorized immigrants, potentially millions of them, and critics say ICE has become the closest thing the U.S. has to a secret police force.

**Zoom in:** ICE agents aren't required to wear body cameras, can hide their identities, use unmarked cars and detain people without judicial warrants — as long as they suspect someone is in the U.S. illegally.

- They're not supposed to detain U.S. citizens, but some have been caught in the dragnet due to ICE errors.

**What ICE can't do:** Agents can't enter a private home unless they have a judicial warrant.

- ICE also can't force a local law enforcement agency to join an operation, though police are obligated to keep order if protesters surround one.

**By the numbers:** ICE has made an average of roughly nine arrests a day in Colorado this year — a nearly 300% increase compared to the same period in 2024, the Denver Post reports.

**The latest:** ICE's powers continue to expand in Colorado.

- ICE agents are telling at least two Denver-area counties they won't allow detained immigrants to attend local court hearings in person, per CPR.

Advertisement

Half your staff is doing the bare minimum.
They're not lazy — they're lost. Get the report >

- Adams County Sheriff Gene Claps told CPR the new policy is hurting victims' right to due process, while ICE Denver Field Office director Robert Guadian said the decision stems from a lack of confidence that local sheriffs will return detainees, making it too risky to release them for court appearances.

**What we're watching:** ICE's footprint in Colorado could soon grow.

- Private prison giant CoreCivic is eyeing dormant facilities in Burlington and Walsenburg to expand detention operations, CPR reports.

- An estimated $170 billion of the 'big, beautiful bill' President Trump signed Friday has been designated for immigration enforcement, including more than $45 billion for ICE detention space.

- Currently, the state has only one ICE detention facility — the Aurora ICE Processing Center.

Get a free daily digest of the most important news in your backyard with Axios Denver.

Enter your email address    Subscribe

Support local journalism by becoming a member.
Learn more →

Advertisement


we increased our U.S. production by 20% in 2024
learn more

Go deeper: Axios Explains: Inside ICE's superpowers

A message from PMI U.S.

**We're offering adults who smoke a better path forward**



PMI U.S. is invested in America—leading a historic, smoke-free movement to build a better path forward for adults who smoke, while also investing in the industry, people, and opportunities across the country.

See how.

## More Denver stories

News

**Colorado braces for heightened threats after strikes on Iran**

Updated Jun 24, 2025                    Go deeper (2 min. read) ⟶

Business

**Colorado's largest breweries see sales tank in tough market**

Jun 26, 2025                            Go deeper (1 min. read) ⟶

News

**Where to find a Labubu doll in Denver**

Jul 10, 2025                            Go deeper (1 min. read) ⟶

News

**Judge blocks Colorado governor from forcing some staff to aid ICE subpoena**

Jun 25, 2025                            Go deeper (2 min. read) ⟶

More stories



**Smarter, faster on what matters.**

Explore Axios Newsletters ⟶

| About Axios | Newsletters | Privacy policy |
| Advertise with us | Axios Live | Terms of use |
| Careers | Axios HQ | Your Privacy Choices |
| Contact us | | |

AXIOS    Axios Media Inc., 2025

# EXHIBIT &(

# Two Colorado facilities eyed as possible ICE detention centers

cpr.org/2025/06/27/walsenburg-burlington-facilities-possible-ice-detention-centers

Dan Boyce                                                                                          June 27, 2025



Kevin J. Beaty/Denverite
The Aurora ICE Processing Center off Peoria Street, an immigration detention facility run by the GEO Group. Feb. 28, 2025.

CoreCivic, one of the largest private prison companies in the U.S., is prioritizing two dormant facilities in Burlington and Walsenburg for possible expansion of its detention contracts with Immigration and Customs Enforcement.

CoreCivic already contracts with ICE to manage detention facilities in multiple states. In a May 8th conference call with investors, CoreCivic CEO Damon Hininger said the company is examining nine of its currently unused facilities around the country to see which would fit ICE goals of detaining up to 100,000 immigrants in detention at a time.

Hininger said facilities in Tennessee and Oklahoma would be their top choices for immediate expansion, "and then, finally I would just say the capacity we've got in Colorado."

The company's Kit Carson Correctional Center in Burlington and Huerfano County Correctional Center in Walsenburg have both been mothballed since the 2010s. The closure of the facilities were an economic blow to both rural locations. Huerfano County, in particular, has among the highest unemployment rates in the state.

"I think having beds out west that are not all the way over to the coast in California where they could service the needs of Salt Lake and Denver and even some of the needs out of Wyoming and Montana makes our Kit Carson and our Huerfano facilities very attractive to ICE," Hininger told investors.

The state currently has one ICE detention facility, the Aurora ICE Processing Center. The center has become a Colorado focal point for protests against the Trump Administration's immigration policies. The Aurora facility is managed by a different private prison company, the Geo Group Inc.

CoreCivic leadership said funding for additional ICE detention facilities is expected in the congressional budget reconciliation bill currently making its way through the Senate. However, ICE has also been using months-long "letter contracts" to fund operations in the short term.

"I don't think reconciliation has to get done for them to engage on us again," Hininger said. "I wouldn't be surprised they call us tomorrow and say, 'hey, we're ready to do a letter contract.'"

The World Journal newspaper reports Walsenburg city employees have been sweeping the Huerfano County Correctional Center's parking lot and checking utility lines, with a goal to be ready to re-open within 100 days.

In 2023, Colorado joined a list of states banning the state or local governments from entering into ICE contracts for public jails or prisons, but the legislation does not include privately owned and operated facilities.

## You care!

Southern Colorado is changing a lot these days. We can help you keep up. Sign up for the KRCC Weekly Digest here and get the stories that matter to Southern Colorado, delivered straight to your inbox.

# EXHIBIT &)

# COLORADO NEWSLINE

GOVERNMENT    ENVIRONMENT    JUSTICE    HEALTH    ECONOMY    COMMENTARY

IMMIGRATION

## BRIEFLINE

# Three new ICE detention centers reportedly planned in Colorado

BY: SARA WILSON - AUGUST 15, 2025    2:29 PM



📷 The Immigration and Customs Enforcement detention center in Aurora, operated by private prison firm GEO Group, is pictured on Jan. 30, 2025. (Chase Woodruff/Colorado Newsline)

There could be up to three new immigrant detention centers in Colorado run by federal authorities by the end of the year, tripling the state's existing detention capacity, according to documents published Friday by The Washington Post.

An internal U.S. Immigration and Customs Enforcement planning document, which was obtained by the Post and last updated on July 30, includes proposed detention sites in Walsenburg, Hudson and Ignacio. The three new facilities would expand ICE's Colorado footprint by a total of 2,560 additional beds.

Colorado is currently home to one ICE detention facility, an Aurora processing center operated by private prison company The GEO Group. Under ICE's reported expansion plans, that facility would expand from 1,360 beds to a maximum capacity of 1,530. The Aurora facility has long been the target of criticism from activists over allegations of inhumane conditions and dehumanizing treatment.

ICE is trying to expand its detention and deportation efforts, bolstered by $45 billion in the Republican federal spending and tax cut law approved last month. If the planned expansion detailed by the Washington Post goes through, Colorado would have the sixth most immigration detention beds out of about 107,000 beds nationwide by next year.

The dormant Walsenburg facility, formally the Huerfano County Correctional Center, is owned by CoreCivic. The Hudson Correctional Facility was previously operated by The GEO Group and closed in 2014. The GEO Group is ICE's largest contractor, followed by CoreCivic.

Both locations were among six potential ICE facility sites revealed earlier this year through a Freedom of Information Act lawsuit brought by the American Civil Liberties Union and ACLU of Colorado.

The Southern Ute Indian Adult Detention Center in Ignacio is a tribal facility.

Steve Kotecki, a Denver-based ICE spokesman, did not immediately respond to a request for comment.



✉ **GET THE MORNING HEADLINES.**    SUBSCRIBE


creative commons    REPUBLISH

Our stories may be republished online or in print under Creative Commons license CC BY-NC-ND 4.0. We ask that you edit only for style or to shorten, provide proper attribution and link to our website. AP and Getty images may not be republished. Please see our republishing guidelines for use of any other photos and graphics.



**SARA WILSON**  ✉ X

Sara Wilson covers state government, Colorado's congressional delegation, energy and other stories for Newsline. She formerly was a reporter for The Pueblo Chieftain, where she covered politics and government in southern Colorado.

**MORE FROM OUR NEWSROOM**





Lawyers for Jeanette    ICE detention center    'Just say no': Colorado

# EXHIBIT &*

# ICE plans to open as many as three new detention centers in rural Colorado, report says

**DP** denverpost.com/2025/08/15/colorado-immigration-detention-centers-ice

Seth Klamann                                                                          August 15, 2025



The closed Hudson Correctional Facility in Hudson, Colorado, photographed via drone on Thursday, Aug. 14, 2025. (Photo by Hyoung Chang/The Denver Post)



By Seth Klamann | sklamann@denverpost.com | The Denver Post
UPDATED: August 15, 2025 at 4:57 PM MDT

Federal immigration officials intend to triple Colorado's immigrant detention capacity by opening as many as three new facilities in the state in the coming months, according to recent planning documents obtained by the Washington Post.

U.S. Immigration and Customs Enforcement was already moving to reopen a closed correctional facility in Hudson, northeast of metro Denver. The Denver Post reported on the Hudson plan earlier this week based on what members of the state's congressional delegation were told.

But the new documents indicate the agency is also targeting the reopening of another private prison in Walsenburg, in southern Colorado, and the addition of another 28 beds at the Southern Ute Detention Center in Ignacio, which is on the Southern Ute Indian Reservation, southeast of Durango.

The documents also say ICE plans to expand its capacity at its sole operating facility in the state, in Aurora, from a contracted cap of 1,360 beds to its maximum capacity of 1,530. That expansion, along with the opening of the Hudson and Walsenburg facilities, are both expected before the end of the year, according to the documents.

ICE is rapidly seeking to expand its detention capacity amid President Donald Trump's mass-deportation push. By January, the Washington Post reported, its plans call for detention beds to reach 107,000 nationwide, which would be more than double the nearly 50,000 capacity of the immigration detention system when Trump began his second term.

The expansion and openings would mean Colorado would have the sixth-most ICE detention beds in the country, according to the Washington Post's analysis.

A U.S. Department of Homeland Security spokesman confirmed to the Washington Post that the planning documents were legitimate but said the list was outdated and that its contracts were "not accurate." The list was last updated July 30, the Washington Post reported.

Spokespeople for ICE did not return messages from The Denver Post on Friday.

In a statement sent by spokeswoman Summer Begay, the Southern Ute Indian Tribe told The Post that it had been contacted by the Trump administration, as part of an "exploratory process" that had started under the Biden administration, "to possibly house non-violent detainees for less than 72 hours." But the tribe has not signed any contracts with the agency, it said.

"ICE previously assessed the suitability of the Tribe's adult detention center," the tribe wrote. "Any future decision on this matter would need to be made by Tribal Council in alignment with guiding principles, including the protection of Tribal sovereignty and the safety of the Tribal membership."

If all three facilities — in Hudson, Ignacio and Walsenburg — were to open, it would represent a significant expansion not only of ICE's current footprint but of its own previous plans. When it put out a request for potential detention sites earlier this year, the agency said it was looking to add up to 850 to 950 new beds in the state.

But now, the three possible new detention centers, coupled with more beds in the Aurora facility, would more than triple capacity from the current limit of 1,360 beds to just over 4,000. Both the Walsenburg and Hudson facilities were among several pitched to ICE in response to its request earlier this year.

The agency's expansion was triggered by Congress, which last month passed a sweeping tax-and-spend bill that included $45 billion for ICE detention facilities.

The Walsenburg facility, formally the Huerfano County Correctional Facility, is owned by CoreCivic, a private prison company. Spokesman Ryan Gustin did not directly respond to questions about the Washington Post's report, deferring questions to ICE.

"We stay in regular contact with U.S. Immigration and Customs Enforcement and all our government partners to understand their changing needs," he wrote in an email, "and we work within their established procurement processes. It is our policy to respect these processes."

Protesters planned to hold a demonstration outside of the Walsenburg prison Friday to oppose its rumored conversion to an ICE facility.

In a May earnings call, Damon Hininger, CoreCivic's CEO, said that ICE had toured its facilities in Colorado and indicated it was interested in both the company's Walsenburg prison and its closed prison in Burlington. The company had advertised detention officer jobs on LinkedIn for its Walsenburg prison, contingent on the company winning a contract there. That job posting is no longer available, though maintenance positions have been posted for both prisons.

The closed Hudson Correctional Facility in Hudson, Colorado, on Thursday, Aug. 14, 2025. (Photo by Hyoung Chang/The Denver Post)

## Related Articles

- Denver school board majority at stake in November's election
- Abusive sports fans make for ugly weekend in Boulder (Letters)
- Federal judge temporarily blocks Trump administration from sending National Guard troops to Oregon
- Trump administration offers migrant children $2,500 to voluntarily return to home countries

- [Noem visits Chicago area ICE facility as agents detain multiple protesters outside](#)

"I think having beds out West — that are not all the way over to the coast in California — where they could service the needs of Salt Lake and Denver and even some of the needs out of Wyoming, Montana, makes our Kit Carson and our Huerfano facilities very attractive to ICE," Hininger said.

The call was previously [reported by Colorado Public Radio](#).

The Hudson facility is owned by the GEO Group, which runs the Aurora detention center. The company did not return messages seeking comment earlier this week.

It's unclear if the list of planned new facilities will grow. On an earnings call last week, Pablo Paez, the GEO Group's executive vice president for corporate relations, said the company was in talks with ICE and the U.S. Marshals Service to activate several other sites nationally, including [the Cheyenne Mountain Reentry Center](#) in Colorado Springs.

That facility was also on the list of potential sites submitted to ICE for consideration earlier this year.

*[Stay up-to-date with Colorado Politics by signing up for our weekly newsletter, The Spot.](#)*

Politics coverage you can rely on: Sign up for Breaking Politics News email alerts.

By signing up, you agree to our [Terms of Use](#), [Privacy Policy](#), and to receive emails from The Denver Post.

Originally Published: August 15, 2025 at 12:01 PM MDT

## RevContent Feed

### Around the Web

**[Edema is Not From Salty Food. Meet The Real Enemy of Swollen Legs](#)**

[RejuvaCare](#)

**[Here's The Estimated Cost of a 1-day Walk-in Shower Upgrade](#)**

[HomeBuddy](#)

**[Dementia and Memory Loss Have Been Linked to a Common Habit. Do You Do It?](#)**

[True Nutra Life](#)

# EXHIBIT &+

## DHS Readies for Funding Surge After "Big Beautiful Bill" Passage



**fedagent.com**/news/dhs-readies-for-funding-surge-after-big-beautiful-bill-passage

FEDagent                                                                            July 10, 2025



The federal law enforcement community, and the federal workforce at large, is analyzing the impact of the "Big Beautiful Bill," President Trump's signature legislation that was signed into law on the Fourth of July.

The $3.4 trillion package includes a surge of money for the Department of Homeland Security (DHS), which is slated to get an additional $165 billion over the next decade, mostly for immigration efforts.

DHS previously told Congress that it plans to allocate $44 billion of the BBB money for fiscal year (FY) 2026, in addition to the $116 billion it is requesting as part of the FY 26 appropriations process.

The BBB includes $50 billion to build a wall on the U.S.-Mexico border, $45 billion to build new immigrant detention centers, and nearly $25 billion for the Coast Guard to invest in shipbuilding, aircraft, and facilities maintenance.

On the hiring front it includes:

- $4.1 billion for Customs and Border Protection (CBP) to hire 5,000 customs officers and 3,000 border patrol agents over the next four years

  - $2 billion for retention and signing bonuses for CBP

  - $600 million for recruiting and hiring initiatives

- $8 billion to hire 10,000 new officers at Immigrations and Customs Enforcement (ICE) through 2029

  - $858 million for retention and signing bonuses

  - $600 million for marketing and onboard programs

"Now, in some ways, the more difficult part begins, which is trying to figure out the spending plans, the acquisition planning that needs to go into this, the hiring plans," said former DHS under secretary for management Chris Cummiskey to Federal News Network.

A key challenge for DHS will be getting workers in the door at CBP and ICE, which have struggled in recent years to meet recruiting and hiring targets.

Already DHS says it's offering $10,000 sign-on bonuses for ICE and CBP agents.

The legislation also includes $1.1 billion for the U.S. Secret Service, $465 million to improve Federal Law Enforcement Training Centers (FLETC), and $285 million for FLETC to train newly hired DHS law enforcement personnel.

**Federal Worker Provisions Removed**

Meanwhile, benefits and civil service provisions affecting the federal workforce were stripped from the bill.

That includes the mandatory rise in contribution rates in exchange for civil service

protections as well as a proposed filing fee to appeal a case to the Merit Systems Protection Board (MSPB). The removal came after the Senate parliamentarian said most of the federal workforce provisions violated the Byrd Rule, which aims to prevent the inclusion of provisions that are "extraneous" to the federal budget.

Now federal employee organizations, like the National Active and Retired Federal Employees Association (NARFE) and Federal Law Enforcement Officers Association (FLEOA), credit member involvement with helping to eliminate those provisions.

NARFE says nearly 8,000 supporters wrote nearly 36,000 messages to members of Congress to oppose any federal benefit changes in the legislation.

"This is testament to our concerned and engaged federal community ready to defend its pay, benefits and rights," said NARFE in an email.

Similarly, FLEOA National President Mathew Silverman wrote to thank members for their engagement on the bill, "Whether you met with members of Congress and their staff, wrote letters and emails, or made phone calls – your dedication made a real and lasting difference."

And Silverman promised FLEOA's continued action on other priorities.

"One key issue still under active discussion with Congress and the Administration is the exclusion of Law Enforcement Availability Pay (LEAP) from the "No Tax on Overtime" provision. This provision aims to exempt overtime pay from federal income taxes for those earning under $160,000 – a change that may offer meaningful relief to many members," FLEOA's Silverman continued. "Additionally, we continue advocating for broader tax relief for those whose earnings exceed the pay cap."

The only provision that remained in the BBB is for the Office of Personnel Management (OPM) to conduct a program integrity audit for the Federal Employees Health Benefits Program as well as $100 million in funding for the Office of Management and Budget (OMB) to find "budget and accounting efficiencies."

# EXHIBIT &,

## ICE offers up to $50,000 signing bonus for retired employees to return to the job

 **federalnewsnetwork.com**/federal-newscast/2025/07/ice-is-offering-up-to-50000-signing-bonus-for-retired-employees-to-return-to-the-job

Michele Sandiford                                                                                    July 21, 2025



- **I**mmigration and Customs Enforcement is offering retired ICE employees as much as a $50,000 signing bonus to return to the job. The agency is recruiting both deportation officers and special agents. ICE received $8 billion under the Big Beautiful Bill to hire 10,000 new officers over the next four years. ICE said it has a Dual Compensation Waiver to hire retired annuitants on a term-limited basis. Re-employed annuitants will receive both their full basic annuity and full salary. But annuity supplements and Social Security benefits may be reduced depending on an individual's salary.
  ([ICE return to mission](#) - Immigration and Customs Enforcement)
- House lawmakers are pushing for digitization to upgrade the legacy federal permitting process. The bipartisan ePermit Act would establish a framework for agencies to adopt a digital permitting system and unified portal. The bill was introduced last week by Reps. Dusty Johnson (R-S.D.) and Scott Peters (D-Calif.). They say the paper-based permitting system is often the culprit behind slow-moving infrastructure projects. Their bill has been referred to the House Committee on Natural Resources.
  ([Johnson, Peters introduce bipartisan legislation to digitize the permitting process](#) - Rep. Dusty Johnson (R-S.D.))

- Probationary employees who were fired from their jobs at the Interior Department can now pursue their appeals as a class action. The Merit Systems Protection Board certified the former federal employees as a class on Friday. Attorneys representing the employees argued that the mass terminations at Interior amounted to a backdoor reduction in force. It's one of only a few class certification decisions at MSPB since President Trump took office. Probationary feds fired from the Department of Homeland Security similarly earned a class status in May.
  (Probationary DOI employees granted class status in landmark MSPB case - James & Hoffman, Brown Goldstein Levy, Cohen Milstein Sellers & Toll, Gilbert Employment Law)

- Good government groups are warning of some broader implications of the new "Schedule G." President Trump's new political hiring pipeline, called Schedule G, will let agencies onboard non-career federal employees to focus specifically on policy work. But groups like the Partnership for Public Service say Schedule G will have long-lasting negative effects on the civil service. The non-profit said on top of being yet another layer to politicize the federal workforce, Schedule G will also make an already complicated political appointment system even more confusing. Critics have also warned that implementing Schedule G will lead to a further loss of talent across the federal workforce.
  (Trump's 'Schedule G' broadens scope for agencies to hire political appointees - Federal News Network)
  Get insights on how to scale ICAM in our new e-book, sponsored by Optiv + ClearShark. Download today!

- Plans for a department-wide reduction in force at the Department of Veterans Affairs have been called off. But its reorganization plans remain ongoing. VA said it's eliminated about 17,000 positions this year so far, mostly through a hiring freeze, retirements and deferred resignation programs. Between now and Sept. 30, the department expects nearly another 12,000 VA employees will leave through "normal attrition." Officials say mission-critical positions have been exempt from the deferred resignation and early retirement offers. More than 350,000 VA positions are also exempt from the governmentwide federal hiring freeze.
  (Plans for a department-wide reduction in force at the Department of Veterans Affairs have been called off - Federal News Network)

- The 2026 intelligence authorization bill takes a step forward in the Senate. The Senate Select Committee on Intelligence voted 15-2 last week to advance the 2026 Intelligence Authorization Act. The bill would put a cap on the size of the Office of the Director of National Intelligence. It would also strengthen cybersecurity requirements for telecommunications services used by the intelligence community. The goal is to thwart hackers like the China-linked Salt Typhoon. The bill would also eliminate the requirement for the general counsels at ODNI and CIA to receive Senate confirmation. ([Senate intel bill takes on Salt Typhoon, ODNI reorganization](#) - Federal News Network)

- The impact of the State Department's widespread layoffs is coming into focus. The department "abolished" the Bureau of Consular Affairs' Office of Planning and Program Support, eliminating about 25 positions. One fired employee said PPS served as the "nerve center" for the deputy assistant secretary's office, including budget execution, contract management and strategic planning. State Department officials defended the layoffs, saying the reorganization was necessary to ensure the department becomes a steward of taxpayer dollars. More than 1,300 people were impacted across the department.

  ([The impact of the State Department's widespread layoffs is coming into focus](#) - Federal News Network)

- Some pushback from the Republican-led House on President Trump's executive order attempting to block collective bargaining across numerous federal agencies. The version of the Defense authorization bill the House Armed Services Committee passed last week includes a provision that would block the EO from being implemented in the Defense Department. The measure was backed by Democrats, but three Republicans crossed party lines to add the provision to the annual Defense policy bill. The broader NDAA now heads to the House floor.

  ([House NDAA challenges Trump's anti-union EO](#) - Federal News Network)

*Copyright © 2025 Federal News Network. All rights reserved. This website is not intended for users located within the European Economic Area.*

Sign up for breaking news.

## Related Stories

---

- [Accelerate Together: Secure by AI 2025](#)
- [Unlocking The Secrets of Your Federal Retirement Benefits](#)
- [Federal Executive Forum 5G Strategies in Government Progress and Best Practices 2025](#)

# EXHIBIT &

# ICE recruitment ad made to lure Denver police officers faces pushback from police and city leaders

cbsnews.com/colorado/news/ice-recruitment-ad-denver-police-department-city-pushback

Anna Alejo, Austen Erblat                                                September 26, 2025

By

Updated on: September 26, 2025 / 3:59 PM MDT / CBS Colorado



ICE recruiting ad targeting Denver officers sees pushback from DPD and city

The Denver Police Department says a recent TV ad from Immigration and Customs Enforcement has failed to lure any Denver officers away from the department, despite promises of a signing bonus of up to $50,000, student loan forgiveness, and other benefits.

ICE has produced and paid for ad space for similar commercials in other major cities dubbed "sanctuary jurisdictions" by ICE and Trump administration officials. ICE also said last week that it has received over 150,000 job applications and extended 18,000 job offers to candidates.

The commercial is currently airing on several Denver TV stations, including CBS Colorado.

Secretary of Homeland Security Kristi Noem said, in part, in a written statement that those applications come from "patriotic Americans who want to defend the homeland by removing the worst of the worst criminal illegal aliens from the U.S."



The gates at the Aurora ICE Processing Center sit closed as protestors demonstrate nearby on June 9, 2025 in Aurora, Colorado. Michael Ciaglo / Getty Images

From Jan. 20 to July 29, a total of 3,533 immigrants were initially detained in the Denver Contract Detention Facility. A CBS News analysis of data made publicly available by ICE shows that 312 people, or 9%, had convictions for violent crimes. A greater number, about 11%, had convictions for traffic offenses. Roughly 29% had no pending charges or convictions, only civil immigration charges, such as crossing the border illegally.

Those numbers break down as such:

- No Conviction - Pending Criminal Charges: 32%
- No Conviction - Other Immigrant Violator: 29%
- Traffic Offenses: 11%
- Assault: 6.5%
- Dangerous Drugs: 5.1%
- Immigration: 2.8%
- Larceny: 1.2%
- Sexual Assault: 1.2%
- Homicide: 0.4%
- Robbery: 0.4%

ICE's recruitment effort appears to have ramped up in late July, with promises of signing bonuses, student loan forgiveness, overtime pay, and enhanced retirement benefits.

The ads targeting local law enforcement officers appear to be a more recent iteration of the recruitment effort, with the commercial played across TV networks starting with "Attention Denver law enforcement, you took an oath to protect and serve, to keep your family, your city safe. But in sanctuary cities, you're ordered to stand down, while dangerous illegals walk free."



A member of the U.S. Immigration and Customs Enforcement in full tactical gear is seen as part of a Feb. 5, 2025 immigration enforcement operation throughout Denver and Aurora. RJ Sangosti/The Denver Post via Getty Images

A Denver Police Department spokesman, however, says the ad buy has had no impact on the department's personnel numbers, adding that DPD's salaries quickly offset ICE's maximum signing bonuses, despite DPD not offering signing bonuses.

"Per our knowledge, we have not lost any officers to ICE as part of their new signing and retention bonus program," a DPD spokesman told CBS News Colorado. "However, if you do a side-by-side comparison of the lowest starting salaries, new DPD officers earn nearly $22,000 more annually than new ICE deportation officers, and Denver Police officer wages increase significantly each year to the point that, currently, officers earn more than $110,000 annually just four years after graduating from our Academy."

And despite DPD being understaffed, according to a 2023 report from the Denver Auditor's Office, the department told CBS Colorado that its newest academy class was full, with over 50 recruits.

The department also touted a [reduction in violent crime](#), including a more than 43% decrease in homicides, a 21% decrease in non-fatal shootings, and a 21% decrease in reported violent gun crime, comparing Jan. 1 through Sept. 22 of 2025 when compared to the same period in 2024. "These results clearly demonstrate that the Denver Police Department is not 'standing down' but rather is addressing criminal activity head-on," added the DPD spokesman.



Denver Mayor Mike Johnston announced plans to create a Department of Neighborhood Safety during a press conference outside in the parking lot of the Park Hill Boys and Girls Club in Denver, Colorado, on May 13, 2024. RJ Sangosti/The Denver Post via Getty Images

Jon Ewing, a city spokesman, boasted similar numbers over the last three years, saying Denver has seen the largest reduction in crime rates in several categories of any major city in the U.S.

"The officers ICE wishes to recruit are the same men and women who rescued young migrant children from the cold and stood guard at shelters," he told CBS Colorado. "If President Trump is looking for a police force to carry out his political agenda, he's got the wrong city."

In addition to Denver, a job posting on ICE's website says they're looking for deportation officers in Atlanta, Baltimore, Boston, Chicago, Dallas, Detroit, Los Angeles, New Orleans, New York City, Philadelphia, Phoenix, Salt Lake City, San Antonio, San Diego, San Francisco, Seattle, and elsewhere.

ICE referred a request for comment about Denver's position, as well as the costs associated with the ad campaign, and how many job candidates are from the Denver area to the Department of Homeland Security (DHS). DHS did not respond to specific questions, but directed us to their recent recruitment update.

A CBS News poll in mid-July also showed that support for the Trump administration's deportation program had fallen by 10% since February.

## More from CBS News

Anna Alejo

Anna Alejo is CBS News Colorado's Executive Producer of Community Impact. She works with the news team to develop more grassroots relationships and original content at the neighborhood and local business level, ensuring a wide range of perspectives are represented in programming.

# EXHIBIT ' $

# ICE activity reported in Colorado mountain towns, sparking community concerns

🌐 **denver7.com**/news/mountains/ice-activity-reported-in-colorado-mountain-towns-sparking-community-concerns

Ryan Fish                                                                      September 26, 2025

[NewsMountains](#)

Denver7 listened to community members in Summit County who say the activity creates a sense of fear.

U.S. Immigration and Customs Enforcement (ICE) activity has been reported in Colorado's high country, including an operation in Summit County on Thursday.







By: Ryan Fish

Posted 11:02 PM, Sep 25, 2025

and last updated 9:16 AM, Sep 26, 2025

DILLON, Colo. — U.S. Immigration and Customs Enforcement (ICE) activity has been reported in Colorado's high country, including an operation in Summit County on Thursday.

This comes one week after ICE and Homeland Security Investigations executed a criminal warrant at a Mexican restaurant in Frisco.

The Summit Daily reports the U.S. Marshals Service had agents supporting ICE in Thursday's operation. The USMS did not respond to Denver7's request for confirmation.

Sources told Denver7 that multiple people were detained in the operation, but it's not clear who, how many, or if any criminal warrants were involved.

Denver7 pressed ICE for those answers. The agency sent Denver7 a statement in response:

*U.S. Immigration and Customs Enforcement is executing its mission of identifying and removing criminal aliens and others who have violated our nation's immigration laws. All aliens in violation of U.S. immigration law may be subject to arrest, detention and, if found removable by final order, removal from the United States, regardless of nationality.*

*For operational security and for the safety of our law enforcement personnel, ICE does not confirm, deny, or otherwise discuss ongoing or future operations. The agency publicly announces operational results when appropriate.*

U.S. Immigration and Customs Enforcement (ICE)

Summit County is not the only Colorado mountain community seeing reports of federal law enforcement activity. The Routt County Sheriff's Office and Steamboat Springs Police Department sent a joint statement to Denver7:

*The Steamboat Springs Police Department and Routt County Sheriff's Office are aware of possible immigration enforcement actions occurring in and around the City of Steamboat Springs by federal authorities. While there has been no communication with the federal government, nor any notification of enforcement action, community members have shared the same videos with local law enforcement that are being distributed on different social media platforms.*

*Neither the Steamboat Springs Police Department nor the Routt County Sheriff's Office can confirm these operations, as we do not have any communication with immigration enforcement officials at this time.*

*As a reminder to the public, Colorado state law prohibits local law enforcement from arresting anyone for a civil immigration violation or holding people to facilitate immigration enforcement. In addition, SB 25-276 prohibits any city employee from sharing personal identifying information that is not publicly available for purposes of investigating for, participating in, cooperating with, or assisting in federal immigration enforcement.*

*The Steamboat Spring Police Department, Routt County Sheriff's Office, City of Steamboat Springs and Routt County value all our community members and strive to provide the best service possible.*

Steamboat Springs Police & Routt County Sheriff's Office

In Summit County, some community members expressed concerns about Thursday's operation, saying it has led to widespread fear. Summit County, one of Colorado's most popular tourist destinations, is home to many immigrants.

"I've been here over 25 years, and we've never seen something like this," said Summit County resident Victor Almeida, who owns an excavation company. "It doesn't surprise me because it's been on the news everywhere else, but we weren't expecting it."

Denver7

Pictured: Victor Almeida

Bethany Hughes, a Summit County resident who works in the construction industry, called Thursday's operation "heartbreaking and it's terrifying."

"There's been a lot of reaction and stress and anxiety within the community," she said. "The voices of those who are affected and being disenfranchised by this have very effectively been silenced. I think when that silencing happens, there's a great loss of power and a great loss of confidence."

Summit County Commissioner Tamara Pogue said the operation leads to "a human toll here that feels cruel and inhumane."

"I think for Summit County, this is not a political issue; this is a humanity issue," she said. "Everybody knows everybody here. It's a very real experience. It's not about some sort of random person on the news. It's about who your kid plays soccer with, and who you might see at church, and suddenly, people are not here anymore.

"When events like what happened this morning happen, our community devolves into chaos, and it is heartbreaking," Pogue added. "Businesses close, soccer practice gets canceled. Students are afraid to leave their schools because they don't feel safe, and parents are worried about being separated from their kids."



Denver7

Pictured: Summit County Commissioner Tamara Pogue

Many across the country support President Donald Trump's administration taking a strict approach to immigration enforcement.

"We all come to this country to make it better. If you come to this country to break the law, I think you should be sent back," said Almeida. "But if you're just trying to make a living and making this country great like we have for so long, I just don't see why we're doing this."

Community members also raised concerns that more ICE activity will have a negative economic impact on Summit County residents and the state as a whole.

"As much as this is a place of leisure for others, those of us who live up here, it's very hand-to-mouth, and you really have to be fighting it, and you have to be able to be at work every day just to make rent," said Hughes.



Denver7

Pictured: Bethany Hughes

"People are afraid," Almeida added. "People don't want to go to work anymore. That's going to affect us as business owners when we don't have enough manpower to complete jobs... It's going to affect everybody."

"Tourists who come here and expect a certain level of service simply won't be given that level of service because we don't have the people available to do that," said Pogue. "And that's going to generate an economic impact for the state as well."

*Denver7 Investigative Reporter Natalie Chuck contributed to this report.*



Denver7 **|** Your Voice: Get in touch with Ryan Fish

Denver7's Ryan Fish covers stories that have an impact in all of Colorado's communities, but specializes in covering artificial intelligence, technology, aviation and space. If you'd like to get in touch with Ryan, fill out the form below to send him an email.

Copyright 2025 Scripps Media, Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

**The Morning Headlines, sign up for a mix of what you need to know to start the day in Colorado, picked for you.**

Recommended For You

# EXHIBIT ' %

# "There's a baby!" ICE agents stop Alamosa family at gunpoint, smash car window

coloradosun.com/2025/10/01/ice-alamosa-arrest-gunpoint-infant

Taylor Dolven                                                                                    October 1, 2025

  

U.S. Immigration and Customs Enforcement agents pointed guns at and then smashed the window of a car carrying a couple and their 1-month-old baby during an afternoon arrest in Alamosa last week, video footage shows.

The family was on their way home from the Alamosa County courthouse when three unmarked SUVs began to follow them, said Maya England, who was in the back seat with the infant. England said the cars behind them turned on their sirens and flashed their lights, and the one in front of them began to swerve.

The cars boxed them in at an intersection, according to video England captured on her phone.

An ICE agent exited the car parked in front of them with both hands on his gun pointed at the couple as he walked toward their car. The agent tried to open the driver's side car door. Jose Aguilera, the driver, rolled down the window a few inches to communicate with the agent.

"Open the door!" the agent said.

"What is he being pulled over for?" England, 21, yelled repeatedly.

Another agent, who approached the vehicle from behind wearing a U.S. Customs and Border Protection hat, began banging a baton on the window, shattering the glass.

"There's a child!" England yelled. "There's a baby!" she repeated.



"Open the fucking door," the first agent said.

"He has a 1-month-old," England yelled.

"You should have stopped," one of the agents said.

Aguilera, 33, opened the door and exited the car, fragments of glass on his shirt and pants. The CBP agent kept a gun pointed at him.

"Can I ask why he's being detained?" England repeated as the agents handcuffed Aguilera.

"He has an immigration warrant," one of the agents said.

## 🟠 **READ MORE**



## [What happens when ICE takes away a Colorado family? A teammate disappears. A colleague misses work. Neighbors are gone.](#)

▶️ FULL STORY

England asked to see the warrant and one of the agents said she could come to the office. The agents led Aguilera to an unmarked SUV. England followed the car carrying Aguilera to the nondescript ICE holding center on State Street, she said, but no one answered her pleas at the door.

Aguilera later called her from ICE's detention center in Aurora. England last heard from Aguilera on Monday evening. As of Tuesday evening, he no longer appeared on ICE's inmate locator website and she did not know where he was.

ICE is not allowed to arrest people who are going to or coming from a courthouse, under a 2020 Colorado law. ICE did not immediately respond to questions about the arrest.

Spokesperson for Attorney General Phil Weiser's office Lawrence Pacheco said the state law can be enforced by the attorney general. Pacheco said he can't comment or confirm investigations.

Aguilera's arrest in Alamosa is one of the latest examples of immigration agents being recorded using forceful tactics as part of the Trump administration's mass deportation policy. During arrests across the U.S., ICE has broken car windows as crying children and pregnant women are inside.

According to an investigation by ProPublica, there have been at least 50 documented instances of immigration agents breaking vehicle windows in the first six months of President Donald Trump's term. Journalists found only eight such incidents from the prior decade.

Agents are using other kinds of force, too.

At a New York City courthouse last week, an ICE agent threw a mother to the floor in front of her two children. The Department of Homeland Security initially suspended the agent, but then returned him to duty.

Earlier this month, an ICE agent shot and killed a man in his car who had just dropped off his 3-year-old son at day care in Chicago. The agency said the man had resisted arrest and dragged an agent with his car. Video obtained by The Washington Post shows the man driving away from the officers in his car and later shows an ICE agent with a tear in his jeans say he "got dragged a little bit" and describe his injuries as "nothing major."

## "Deeply disturbing," immigration lawyer says

England said she had been concerned about Aguilera getting arrested, but did not expect to get their car window smashed. England was born in Fort Morgan. Aguilera, who is from Mexico, came to the U.S. when he was about 20 years old, England said. Aguilera works as a carpenter and handyman, England said.

At the time of the arrest, England, Aguilera and their infant son were returning home from a court hearing for a drunken driving charge that Aguilera is contesting.

A search of Aguilera's name and date of birth in the Colorado Bureau of Investigation background check system shows that in addition to the misdemeanor drunken driving charge, Aguilera was also also accused of two related minor traffic offenses.

A search for Aguilera's ID number in the immigration court system shows he was ordered removed from the U.S. in February 2015.

After Aguilera's arrest, England has struggled to care for their infant son alone. Aguilera was the sole earner for the household, and England is left wondering how she'll make ends meet while she's still nursing the baby.

The car Aguilera was driving at the time of the arrest was his uncle's, England said, and now the door doesn't close properly. She has cuts and scratches on her legs from the glass shards, she said.

"It's happening to a lot of families but not a lot are speaking up about it," she said. "This was wrong, this is not OK."

ICE agents are not allowed to enter private spaces without a judicial warrant or consent from someone in the space. Agents also aren't allowed to use excessive force.

Tim Macdonald, legal director of the American Civil Liberties Union Colorado, called the video of the arrest "deeply disturbing."

"It should trouble any American," he said.

ICE agents are given broad authority to carry out immigration enforcement, said Jennifer Whitlock, Senior Policy Counsel at The National Immigration Law Center.

She said, "this agency is pushing the limits of that authority" with arrests like Aguilera's.

Hans Meyer, an immigration, civil rights and criminal defense lawyer in Colorado, said he is representing several people who were arrested in situations where ICE agents smashed their windows and threatened them at gunpoint to get out of their cars.

Oftentimes, immigrants do not have the time and resources to try to hold ICE agents who hurt them accountable, he said.

Meyer recommends people contacted by ICE during a traffic stop not consent to entry to the car, but also not resist. He said people can ask if they are free to leave, remain silent, and ask to speak to an attorney if they are being detained.

## Type of Story: News

Based on facts, either observed and verified directly by the reporter, or reported and verified from knowledgeable sources.

# EXHIBIT ' &

 **U.S. Immigration and Customs Enforcement (ICE)**    + Follow
214,569 followers
1mo • 🌐

Need a job? Join ICE today

 **ICE offers competitive salaries & benefits like health insurance and retirement plans**
join.ice.gov

 19,449                                     9,206 comments · 949 reposts

Reactions

👍 Like            💬 Comment            🔁 Repost            ➤ Send

# EXHIBIT ' '

# ICE agents get green light to make unjustified warrantless arrests

🧺 **thehandbasket.co**/p/ice-warrantless-arrests-castanon-nava

Marisa Kabas                                                                                           June 13, 2025

## The agency announced an accountability policy has been rescinded.

Marisa Kabas

June 12, 2025



[image via](#)

On Wednesday an email landed in the inboxes of all ICE employees with the subject: "Termination of Castañon-Nava Settlement Agreement." For those unfamiliar, the settlement was the outcome of a class action lawsuit brought by people who had been subjected to unjustified warrantless arrests by Immigration and Customs Enforcement (ICE) during the first Trump administration when now-Border Czar Tom Homan was Acting Director. The parties involved entered into the agreement in May of 2022 wherein it became [nationwide ICE policy](#) that warrantless arrests must be documented in a specific manner to remain in compliance with the law.

The terms of the settlement were given a three year duration, meaning it —by ICE's definition, at least—expired last month. The email on Wednesday—a copy of which was shared with The Handbasket—was sent by ICE's Principal Legal Advisor Charles Wall, and it

made one thing clear: Agents are no longer constrained by the need to justify their warrantless arrests.

"What they are encouraging is for all the officers to violate the law, and now you don't even have to document it," Mark Fleming, the Associate Director of Federal Litigation at the National Immigrant Justice Center (NIJC) who served as one of the attorneys on the case, told me on Thursday.

In Wall's email he wrote: "Despite a pending motion to enforce the settlement agreement and a motion to extend the settlement agreement, it remains terminated. Accordingly, I hereby rescind the May 27, 2022, Castañon-Nava Settlement Obligation statement of policy." Fleming disagreed with ICE's assessment that the settlement is still terminated in the face of ongoing litigation.

To understand what's changed now, it's important to understand what the policy was under the settlement agreement.

Warrantless arrests are not inherently illegal; however, under the first Trump administration, ICE ramped up their use with. The Castañon-Nava, et al. suit was brought because warrantless arrests were performed on people who in retrospect did not meet ICE's recommended criteria for one: but at the time, there was no mechanism for accountability. That changed when the NJIC negotiated the terms.

This is how it's explained [on their website](on their website):

Under the agreement, ICE was required to issue a [nationwide policy](nationwide policy) regarding warrantless arrests and vehicle stops, share that policy with all ICE officers, and train them on its requirements. Under the policy, ICE must document the facts and circumstances surrounding a warrantless arrest or vehicle stop in the individual's arresting documentation, called an I-213, including:

1. The fact the noncitizen was arrested without an administrative warrant;

2. The location of the arrest (e.g., place of business, residence, vehicle, or a public area);

3. If arrested at a business, whether the individual is an employee of the business; if arrested at a residence, whether the person resides at that place of residence;

4. Ties to the community, if known at the time of arrest, including family, home, or employment;

5. The specific, particularized facts supporting the conclusion that the individual was likely to escape before a warrant could be obtained; and

6. A statement of how the ICE officers identified themselves as ICE and "state[d] that the person is under arrest and the
reason for the arrest."

"I think ultimately the significance of it [the settlement] was for the first time in a long time,
ICE was going to actually comply with the limits of their warrantless arrest authority," Fleming
said. He made it clear that ICE has not been diligently observing this policy since Trump
resumed office this year. As referenced in Wall's email, NIJC has filed a motion to extend the
terms because, "ICE has not been in substantial compliance with the settlement and consent
decree over the last number of months."

Fleming pointed to a recent case in [Liberty, Missouri](#) in which ICE raided a local restaurant to
arrest one individual and ended up making 12 warrantless arrests—a clear violation of the
policy that was created in response to the settlement. Naturally, the administration doesn't
seem to care.

"The 'reason to believe' standard requires probable cause to make an arrest," Wall wrote in
his email to ICE employees. "In considering the 'likelihood of escape,' an ICE officer or agent
must consider the totality of the circumstances known to the officer before the arrest."

He added, "There is no exhaustive list of factors that should be considered in determining
whether an individual is 'likely to escape before a warrant can be obtained,'" and then rattled
off the requirements in the settlement as possible "relevant"—but not required—"factors."

"At the time of arrest, or as soon as it is practical and safe to do so, ICE officers and agents
shall identify themselves as immigration officers," Wall wrote.

**A quick message from friends of The Handbasket (story continued below):**

**Power runs on information:** Authored by Oliver Darcy, Status is your daily dispatch from
the front lines—where media, tech, and politics collide. With fearless reporting and sharp
insight, we hold the most influential figures to account. **[Subscribe by clicking here.](#)**

Fleming called the implications of Wall's email "a very troubling step to basically permit
officers to brazenly violate the law as it is written, in the limits of their authority, to make
arrests. And particularly as we're looking at various threats to expand their enforcement in
communities, it's very concerning that they're taking a step to lessen the guardrails of their
enforcement."

The reinstatement of the first Trump administration's policy (or lack thereof) regarding
warrantless arrests comes on the heels of an [exclusive published by The Guardian](#) last week
which quotes emails from top immigration officials instructing agents to "turn the creative
knob up to 11" and "push the envelope" when it comes to enforcement. They proposed

achieving this by arrested undocumented people they come in contact with by chance, rather than targeted enforcement. That story also mentioned the Trump administration setting a quota of 3,000 immigrants arrested every day. Fleming thinks this massive number could have something to do with the announcements on warrantless arrests.

"I think for folks that don't want to follow the law, it's a free license to make any arrest, irrespective of what limits there might be that Congress has set," Fleming said.  "And even for the others, there's a lot of pressure to make the arrests. And so they're going to cut even more corners."

As we witnessed with the disturbingly violent treatment of Senator Alex Padilla (D-CA) by federal agents on Thursday when he tried to ask DHS Secretary of Homeland Security Kristi Noem a question at a press conference, there are few corners this administration isn't willing to cut.

# EXHIBIT ' (



Powered by Immigrants. Shaping Colorado's Future.

Sign Up

Home    About Us    Voces Unidas de las Montañas    Voces Unidas Action Fund    Donate

970-340-8501



All Posts    Advocacy    Policy    Elections    Leadership    Press Release    More ∨

Voces Unidas de las Montañas · Aug 28 · 3 min read

## ICE detains longtime Colorado father after fake traffic stop

When Rafael would drive, his sons and family would joke that he drove too slow, like an old man. It was especially true when he would drive his work truck.

So the red and blue lights with sirens on Monday morning were a surprise. Especially when the law enforcement officer who walked up to the vehicle said he had pulled him over for speeding.

Still, Rafael handed over his driver's license, thinking he was handing it to a local police officer.

But as soon as the man in the bulletproof vest saw the special SB-251 driver license, he asked Rafael to step out of the vehicle, and once he did, he confessed that he was actually an immigration agent, and that he was detaining Rafael. Senate Bill 251 created a program that allows immigrants to get a driver license in Colorado.

"We believe they profiled him," his adult son said. "They thought, 'what other persons would be driving a beat up work truck.'"

Voces Unidas is not naming any of the individuals in this story. Rafael is an alias name.

We are concerned Colorado's immigrant community may now appear to be targeted for immigration enforcement if they present an SB-251 license, an act Voces Unidas condemns.

Federal agents faking to enforce state traffic laws to confuse immigrant drivers is deplorable.

Rafael was detained on Monday on CO Highway 91 in Leadville and is now being held at the Aurora immigration detention center.

In the nearly 26 years he's lived in Colorado, Voces Unidas confirmed that Rafael had no criminal record and had only ever been pulled over twice for minor traffic violations. The last time was more than 15 years ago.

On Monday, Rafael was leaving Leadville with his work truck loaded with materials and accompanied by a family friend, ready to start a new project in Breckenridge. He was pulled over just minutes into the journey.

The young man who was a passenger during the incident, Jesus, said that the vehicle that pulled them over was an unmarked black SUV that had police lights. The man that got out and approached Rafael, detaining him, was wearing a black t-shirt with a bulletproof vest over it. He said that others saw the word police on the man's back, but he didn't see it.

Jesus, who is also using an alias name, said he and Rafael both assumed it was a police officer they were dealing with, and only knew otherwise when the man identified himself as an immigration agent arresting Rafael.

Jesus said the officer also asked him if he was undocumented. When he told the agent he wasn't, the agent believed him and didn't ask to see any identification from him.

Jesus asked the agent where Rafael was being taken and then Jesus was left on the side of the road with Rafael's work vehicle, to relay the information to the family.

Voces Unidas has received multiple reports this year, especially in the last few months, of unidentified ICE agents conducting fake traffic stops as a way to find people to deport.

Immigrant rights organizations remind drivers that if someone is stopped by an officer who is not local police or state patrol, the driver may not be required to hand over an ID. Voces Unidas encourages community members to speak with a trusted attorney to learn more about their rights in Colorado. If a driver is unsure who has stopped them, they can ask to see a badge or call local police dispatch to confirm the stop.

"My dad didn't resist, he complied," the son said. "He was just following orders."

Rafael is now in detention and has been in contact with family. His son said Rafael is trying to remain positive.

Rafael didn't know of a process that he qualified for to adjust his legal status. His son says the family had already been discussing leaving the U.S., but he said his parents hesitated because the family is here and they now have spent more time in the U.S. than they ever

did in their home in Mexico.

Rafael's oldest son is engaged and the younger one just started college.

"He's a simple man, a family man. He works for his family," the son said. "He doesn't seek any riches, just to be spending time with his loved ones like anyone else."

`Immigration`   `ICE`   `Immigrant Rights`   `Leadville`

Advocacy · Leadership · Voces Unidas c3

  

981 views

1

### Related Posts

See All

The story of José and his deportation journey

408

Actions by Colorado officials responsible for Latino distrust in...

67

New Report: Economic issues, immigration, and healthcare...

34

**Mailing Address**
P. O. Box 3157
Glenwood Springs, CO 81602
970-340-8501
info@vocesunidas.org

**Tax ID Numbers**
Voces Unidas de las Montañas, 501(c)(3). EIN 85-0993139
VocesUnidas Action Fund, 501(c)(4). EIN 35-2757305

Home | About Us | Staff | Locations | Careers | Blog | Immigration | Privacy | Donate

©2025 | Paid by Voces Unidas Action Fund (EIN 35-2757305)



# EXHIBIT ' )

## What happens when ICE takes away a Colorado family? A teammate disappears. A colleague misses work. Neighbors are gone.

coloradosun.com/2025/09/05/inside-ice-arrest-colorado-family-salida

Taylor Dolven                                                    September 5, 2025





**Lea este artículo en español.**

**SALIDA —** Carolina Suarez Estrada frantically called and texted friends, family members and her boss, asking what to do.

She was inside the lobby of a Chaffee County government office in Salida. She was hiding from the men following her in an unmarked car.

Earlier that day, Suarez gave her partner a ride to the court complex for a hearing for his recent drunken driving case. When they left, the unmarked car began to follow her, signaling for her to pull over, she said. Panicked, she pulled back into the parking lot and ran inside.

The men following her, she would soon learn, were federal immigration agents.

She didn't know what to do. The agents were outside.

Loved ones assured Suarez that she would be OK. She had a work permit from the federal government, a steady job at a construction company, a pending asylum case, a Colorado driver's license and no criminal convictions.

She also had a 7-year-old son, Luciano, waiting for her to pick him up from the babysitter's house.

But her loved ones were wrong.

Days later, she turned 33 in an immigration detention center in Texas, where she and Luciano remain.



The Chaffee County Probation Department where ICE arrested Carolina Suarez Estrada, 33, on Aug. 19 and took her to Alamosa and then to Texas. (Anna Stonehouse, Special to The Colorado Sun)

Suarez and Luciano are two of the thousands of Coloradans who have been swept up this year by President Donald Trump's mass deportation policy. The arrest has eroded any sense of safety felt by immigrant families who came to the Upper Arkansas Valley with government permission to live and work in recent years. And it has also spurred some with citizenship to help immigrant families as they navigate the new insecurity.

Trump vowed during his presidential campaign to deport "vicious and bloodthirsty criminals," but also promised to execute "the largest deportation program in American history." The resulting roundups of immigrants working in fields, attending court hearings or walking in

their neighborhoods have included those with work permits, permanent residency cards and even U.S. citizenship.

Most people arrested by ICE agents in Colorado between Jan. 20 and June 26 of this year had no criminal convictions, according to a Colorado Sun review of ICE data obtained and published by the Deportation Data Project, the most recent available. Among those who had a conviction at the time of their arrest, the most serious crime most often noted by ICE is drunken driving, the data shows.

A Flourish chart

## Anatomy of an arrest

Shortly after her arrest, the X account for ICE's Denver field office posted a close-up photo of Suarez, still wearing her neon yellow work shirt, gaze toward the ground.

"When looking to evade ICE making a lawful arrest in Chaffee County, just don't," the post said. "We'll find you, like we did Carolina Suarez-Estrada, 32, an illegal alien from Colombia who failed to stop her vehicle, drove to a county probation office and attempted to seek sanctuary inside."

ICE Denver Field Office Director Robert Guadian declined to comment through a spokesperson on Suarez's arrest.

The Sun obtained and reviewed body camera footage from several Chaffee County sheriff's deputies who responded to the scene.

The videos show Suarez and her partner, Darwin Arriche-Sierra, in an office just inside a secure door next to the lobby of the probation department around 11:15 a.m. Aug. 19.

Two sheriff's deputies spoke with the two immigration agents — one from ICE and one from Customs and Border Protection — waiting in the lobby.

ICE Agent Benjamin Diedrich told the deputies they had tried to arrest Arriche-Sierra when he left court. Names of the immigration agents and sheriff's deputies were included in the sheriff's office incident reports, also obtained by The Sun.

Sheriff's Deputy Ruen Campbell asked Diedrich, the ICE agent, the reason for the arrest.

"Immigration violations," Diedrich said.

"For the female he's with, we'll take her too," Diedrich said to his partner, referring to Suarez, a few minutes later. "She interfered in our arrest."

"It was a targeted operation, we were attempting to arrest him, we know who he is," Deidrich told the deputies.



The Chaffee County Probation Department where ICE arrested Carolina Suarez Estrada, 33, on Aug. 19 and took her to Alamosa and then to Texas. (Anna Stonehouse, Special to The Colorado Sun)

The sheriff's deputies reviewed the immigration agents' IDs.

Sheriff Andy Rohrich spoke to the immigration agents through an internal window: "We're trying to convince them to just leave, we're telling them to get out of our building. Is it possible to go out there so they don't see you and then you guys just grab them?"

Diedrich's partner, Javier Marcos, gave a thumbs-up. The deputies escorted the immigration agents outside to the parking lot near their car.

"So, I think if we stand right here they won't see us through that window, so as soon as they come out you guys can snatch them up," Deputy Dylan Baker told the immigration agents.

Baker and Campbell went into the foyer of the sheriff's office to watch what happened next from there and turned off their body cameras.

Meanwhile, in the hallway inside, Rohrich, the sheriff, huddled with other deputies discussing what to do.

"The problem is, you walk them out, you've just handed them over," Undersheriff Alex Walker said, according to body-camera footage.

"We're not going to walk him out the back door," Rohrich said.

Anthony Avila, a commander with the sheriff's office who spoke Spanish, told Suarez and Arriche-Sierra that they had to leave.

Both were crying.

"Why are they chasing us?" Suarez asked the deputy through tears in Spanish.

Arriche-Sierra got down on his knees and begged Avila to let him leave through another door. He showed the deputy a paper he received in court telling him to return there Sept. 5.



Carolina Suarez Estrada and Darwin Arriche-Sierra talk though tears to a Chaffee County Sheriff's deputy at the probation office on Aug. 19, 2025. (Chaffee County Sheriff body camera video)

"I only came to get him because he can't drive," Suarez sobbed.

Suarez explained to the deputy that she had a 7-year-old son in Buena Vista.

"Once they get in the lobby, close this door, we stay in here," Rohrich, the sheriff, whispered to Avila.

Avila reassured Suarez, "immigration left, they aren't here anymore."

Suarez came out of the room and peeked timidly around the corner to the front door of the probation department. She continued to cry.

"You're going to have to leave," Avila told her in Spanish.

"Good luck," he added and closed the door behind her.

Suarez and Arriche-Sierra waited in the lobby sending desperate messages to loved ones for advice.

About 15 minutes later, the immigration agents reentered the lobby as the sheriff's deputies looked on through an interior window.

One deputy appeared worried about Suarez's child.

"We should just verify it's just him because of the kid situation," he said. "If both of them leave, just want to make sure the kid gets taken care of and isn't just by himself." It is not clear which deputy said this from the footage.

The immigration agents handcuffed Suarez and Arriche-Sierra and walked them out the door.

## No refuge

Colorado law prohibits state and local law enforcement from aiding in federal immigration enforcement outside of their criminal enforcement duties.

In an interview, Rohrich called the situation "difficult."

"They were very professional," he said of the immigration agents. "Their process went fairly smoothly. It's difficult when it has to do with this kind of a situation. We are going to follow Colorado law and not assist."

Immigrants with pending asylum cases and work permits have historically not been targets for deportation, though they are technically not shielded from being targeted for removal. But the Trump administration has been arresting asylum-seekers, most notably at courthouses across the country, and trying to fast-track their deportation. A federal judge blocked the fast-tracking last week, saying it violates due process rights guaranteed by the Constitution.

Still at the prefabricated home factory in Buena Vista where Suarez and her family member L.C. work, L.C. checked the "Find My Friends" app on his phone. Slowly, Suarez's blue dot began to move south toward Alamosa. The Sun is using L.C.'s initials and not providing his exact relation to Suarez because he fears retaliation from ICE.



Fading West in Buena Vista, the workplace of Carolina Suarez Estrada, 33, who was arrested by ICE in Salida on Aug. 19. (Anna Stonehouse, Special to The Colorado Sun)

L.C. picked up Luciano from the babysitter and kept checking Suarez's blue dot until it stopped in Alamosa. ICE agents told L.C. over the phone that he needed to bring Luciano to Alamosa right away, but L.C. worried he'd be arrested, too.

Laura Hansen, a family friend and U.S. citizen, offered to take Luciano to Alamosa.

"All I could do was give him a kiss and pray, tell him that he was going to be with his mom," L.C. said in Spanish.

Hansen put on a Harry Potter audiobook and gave Luciano snacks for the 90-minute drive to Alamosa. Once the ICE agents saw the boy, Hansen thought, they would surely let Suarez return with her son to their home in Salida.

But when Hansen arrived at the nondescript, single-story brick building in the industrial neighborhood on the south side of Alamosa near the airport, the agents would not allow her to see Suarez. Hansen said the agents told her to leave Luciano.

Hansen refused without reassurance that Suarez was there and that she wanted Luciano with her. The two spoke tearfully on the phone and Hansen agreed to leave Luciano and return to Buena Vista alone.

"I packed up his stuff," she recalled. "He's so brave and so sweet, the kindest little man. He was so stoic. I was losing it. I kept telling him, 'You're a smart boy, brave boy, you're going to be OK.'"

The next day, L.C. saw Suarez's blue dot in Texas. ICE had moved the mother and son to the South Texas Family Residential Center, about an hour southwest of San Antonio. ICE took Arriche-Sierra to the immigration detention center in Aurora.

L.C.'s world was shattered.

"For us, Buena Vista and Salida were a refuge," he said, using the Spanish pronunciation of the town names. "Now, there is no refuge."

## From Colombia to Colorado

During their two years in the Upper Arkansas River Valley, Suarez and Luciano formed deep bonds with immigrant and citizen families alike. Since her arrest, donors have contributed more than $15,000 for Suarez's legal expenses. Hansen and another family friend hired a lawyer in Texas to represent Suarez at a hearing Sept. 12 at the Texas detention center.

Suarez hopes ICE will release them while her immigration case is processed so that Luciano can go back to school.

"My son doesn't deserve to be here," she said in a phone interview from the detention center.

Suarez and Luciano moved to Colorado from Colombia in 2023 after L.C.'s job as a prison guard incited threats against him and his family members, he said.



Students walk into Avery-Parsons Elementary School Thursday, September 4, 2025 in Buena Vista. Carolina Suarez Estrada's 7-year-old son, Luciano, who attended elementary school and played soccer in Buena Vista, was left alone after Suarez's arrest. (Anna Stonehouse, Special to The Colorado Sun)

They took a flight from Colombia to Mexico and then presented themselves to U.S. border officials and asked for asylum. They spent several days in a detention center there, sleeping on the floor in cold conditions, L.C. said, before the government released them with pending asylum cases and notices to appear in court every so often.

Colorado, where L.C. and Suarez already had family living, provided a fresh start. They secured work permits and got jobs at a construction company. Luciano attended first grade at elementary school in Buena Vista and joined the town's soccer league. The family moved into company-sponsored housing. Slowly, life improved.

Friends, family members, neighbors and colleagues describe Suarez as a hard worker and a fiercely dedicated mom.

When Suarez isn't caulking interiors, she is exploring Colorado with Luciano, friends and family said. They took day trips to Fairplay, Gunnison, Vail, Colorado Springs, Cañon City and Denver, where Luciano loved to go to Water World. They lived in Buena Vista and then in Salida, where they would visit the river and parks where Luciano could ride his bike.

Luciano was supposed to start second grade two days after ICE detained him.

His first grade teacher, Jill Maher, remembers meeting Suarez at a school event last year where Luciano had mastered English well enough to translate for her. Maher, who has a child at the school, said Luciano is a bright student and well-liked by his peers.

"It has rocked me a little bit," Maher said through tears. "The first day my husband and I took our daughter to school, I was just thinking about Luciano and his mom not being able to walk him up to the front door of school and the difference between what they're going through and what we're going through."



Luciano smiles outside his school in a handout photo from family.

To his teammates, Luciano goes by "Luci," said soccer coach Zach Chambers, who has coached the boy for the last couple of seasons. Luciano helps Chambers translate coaching directions to the other Spanish-speaking kids, he said.

Suarez often brings Luciano to practice early so that he can play with Chambers' son, who is the same age. Chambers said unlike other kids, Luciano almost never misses a practice, and Suarez always stays to watch. Chambers has struggled to explain his absence to his son.

"Life goes on but this other family is not here," he said. "Being involved is a choice, and his mom chose to be involved. It's sad for somebody who pushed through and endured."

A speedy scorer, Luciano likely would have been playing in the under-10 division this year.

During the first practice last week, kids picked up their name tags.

Luciano's was left behind.

## A before and after

Before Suarez's arrest, many immigrants in Salida and Buena Vista said they felt comfortable letting their kids play outside, barbecuing at the park and running errands. Now, even those everyday acts seem dangerous.

ICE could be anywhere, they said.

All described feeling haunted by the fear that they could be taken by ICE and their kids could be left alone. Though ICE has not been spotted in the area for several days, some are still accepting offers from citizen neighbors to help them run errands and get their kids safely to school.

Superintendent of Buena Vista School District Lisa Yates said 26 students missed the first and second day at the elementary school, 12 of whom the school identified as likely children of immigrants. She said the school then reached out to the families to "understand what they might need to remove barriers in coming to school." After that, attendance improved.

Yates said in a statement, "We are a very close community and care for one another like a family and so anytime a student leaves there is a sense of loss and hope he will be well."

The day of Suarez's arrest, panic also spread at the factory where she works.

Cellphone videos viewed by The Sun show workers in their yellow shirts running to their cars and tearing out of the parking lot toward home that afternoon before their shifts ended.

Many interviewed by The Sun did not leave their homes for several days after their coworker was arrested, fearing what happened to her would happen to them.



A truck parked outside Fading West in Buena Vista, the workplace of Carolina Suarez Estrada, 33. (Anna Stonehouse, Special to The Colorado Sun)

Suarez's boss said of the 17 workers he oversees, all but two are immigrants with work permits and pending asylum claims, the same as Suarez. The Sun is not using his name because he fears retaliation from ICE.

In a social media post two days after Suarez's arrest, the company, Fading West Development, said their entire workforce is in "full compliance with state and federal laws."

"We stand firmly in support of our staff and our community," the company's post said in English and in Spanish."We are committed to sharing resources that help ensure everyone feels safe, informed, and empowered to know their rights."

The company did not respond to requests for further comment.

A few days later, another post from the company featured old photos of a group of women in their hard hats celebrating "strong women in steel-toes, safety vests, and leadership roles."

In the front row sits Suarez, proudly smiling and flexing her bicep.

**Type of Story: News**

Based on facts, either observed and verified directly by the reporter, or reported and verified from knowledgeable sources.

# EXHIBIT ' *

# Fear grips Colorado mountain towns amid rumors of increased patrols by Immigration and Customs Enforcement



**cbsnews.com**/colorado/news/fear-colorado-mountain-towns-rumors-increased-patrols-immigration-customs-enforcement

Spencer Wilson                                                                June 5, 2025

[Your Reporter](#)



By



[ Rumors of increased presence of ICE agents leads to online panic in Colorado mountains](#)

In Colorado's mountain communities, there are growing concerns about an increased presence of Immigration and Customs Enforcement agents. This has led to panic among certain communities and people who are unsure of their rights.

Voces Unidas de las Montañas describes itself as a nonprofit focused on advocacy and policy for Latinos and Latinas, pushing to change an inequitable system. According to the organization's website, the nonprofit is in 12 Western Slope counties.



Voces Unidas de las Montañas CBS

Recently, the organization has been taking phone calls from worried residents after what they call a significant uptick in <u>ICE activity</u> in the area.

We were receiving over 100 phone calls or messages via our social media platforms, or directly to our hotline, or directly to our just mainstream phone numbers," said Alex Sanchez, CEO and President of Voces Unidas de las Montañas.

Sanchez said there are people who are on heightened alert when they see certain posts appear on social media.



CBS

"We were speaking to wives or relatives who couldn't find their loved one and were calling us to say, 'We saw a video online and it looked like my loved one, and we need help trying to find them... where do we go?'"



The fear has spread to the community and is impacting more than undocumented Coloradans.

"They're questioning whether they themselves are in danger and whether their kids should be going to school or what action they should be taken. Those are the conversations we're having or we were having that week for sure at an unprecedented level," said Sanchez.



Alex Sanchez CBS

In a statement from ICE, a spokesperson said, "U.S. immigration and customs enforcement is executing its mission of identifying and removing criminal aliens and others who have violated our nation's immigration laws...

For operational security and for the safety of our law enforcement personnel, ICE does not confirm, deny, or otherwise discuss ongoing or future operations."

"You can't take Latinas and Latino workers out of the construction industry. You would shut that down in the entire country. You can't run the resorts we run today without, you know, everyday people who are the backbone of these systems and these industries. We are intertwined," said Sanchez.

Spencer Wilson
Your Reporter Spencer Wilson specializes in coverage of news in Colorado's mountains. Share you story ideas with him by sending an email to yourreporter@cbs.com.

# EXHIBIT ' +

# Some students in Colorado's high country say a climate of fear is impacting their education

cbsnews.com/colorado/news/students-colorado-climate-fear-impacting-education

Spencer Wilson                                                    September 18, 2025

Updated on: September 17, 2025 / 9:18 PM MDT / CBS Colorado



Some students in Frisco say a climate of fear is impacting their education

One day after the raid of a Frisco restaurant by immigration agents, students in Colorado's Summit County say a climate of fear is impacting their education.

The Summit County School District recorded an average drop of about 30% of students attending schools district-wide as rumors swirled about possible Immigration and Customs Enforcement raids in the community.

Teachers and students at Summit High School on Wednesday said not a lot of learning happened on Tuesday once the news started to spread about the raid at Hacienda Real. They told CBS Colorado that some students cheered the nearby presence of federal immigration agents, some students expressed sadness about it and some left class all together.

After the start of the raid, Summit County School District Superintendent Dr. Tony Byrd was among the people who came to the Mexican restaurant and took part in a makeshift protest.

"Can't learn. There's no way. I mean, honestly, it's just a matter of trying to keep people calm enough to make it through the day. The kids can't focus," Byrd said.

The situation sent ripples inside school walls across the county located in Colorado's mountains.

"Clearly phones are going off and students are running around the hallways. There's a lot of emotion. I see teachers running out trying to figure out what's going on," said Social Studies teacher Myles Stolier.

"Students were crying, calling the parents, leaving early," said Henry Billinghurst, a senior at the high school. "There was great concern about needing the teachers to harbor other students that were needing refuging.

It was the culmination of the anxiety some students told CBS they're living with every day.

"As a Hispanic, as a Latino, we don't think 'Oh yeah, today I am going to go think about math," said Yurem Riestra, a senior at Summit High School. "We think 'Am I going to go home to the ones that I love? Are my friends going to go home to the ones that they love?' We don't know that."

It's not just attendance taking a dive. Teachers argue federal agent presence effectively shut down learning.

"Who knows how the comprehension and retention went after that?" Stolier said.

A failure to learn lessons while some students beg for new understanding from the world they live in.

"We want to be seen as people, not aliens, not creatures. We want to fit in with the community but as of today we don't fit in as a community because they see us as a different kind of persona. And it sucks, it really sucks to be a Hispanic right now," Riestra said.

Some students at the high school also held a walkout against gun violence, like students at many other schools in the state.

So far immigration authorities have not shared details about their search in Hacienda Real.

Spencer Wilson
Your Reporter Spencer Wilson specializes in coverage of news in Colorado's mountains. Share you story ideas with him by sending an email to yourreporter@cbs.com.

# EXHIBIT ' ,

CHALKBEAT COLORADO

*Essential education reporting in Colorado*

NEWSLETTERS    DONATE

COMMUNITIES ⌄    TOPICS ⌄    EN ESPAÑOL    JOBS BOARD    EVENTS    ABOUT US

Become a Chalkbeat sponsor

▷ I

# Hiring?
## Post your opening on Chalkbeat's jobs board.

LEARN MORE

IMMIGRATION    AURORA PUBLIC SCHOOLS

# Aurora teachers provide a glimpse into their classrooms on the day of immigration raids

By Yesenia Robles | February 10, 2025, 4:08pm MST

REPUBLISH



Snow covers a slide at Whispering Pines Apartments in Aurora, Colo. on January 21, 2025. Whispering Pines Apartments, near Laredo Elementary, was the location of one of the immigration raids on Feb. 5, 2025. | (Denver Post via Getty Images)

*Sign up for [Chalkbeat Colorado's free daily newsletter](#) to get the latest reporting from us, plus curated news from other Colorado outlets, delivered to your inbox.*

Attendance had already been low for about a week at Laredo Elementary School in Aurora when federal immigration agents showed up at an apartment building down the street before school started Wednesday, according to teachers.

The first hour of classes that day was punctuated by the sound of a plane circling above and dark SUVs driving up and down the street, a teacher said. At one point, one of the SUVs parked next to the school's crosswalk.

While some students in Nate Madson Dion's fifth grade class were absent, most made it to class, where he said "they have people they trust, and they feel safe. But all that concern is still lurking."

A third grader emailed her teacher to explain that she wasn't at school because she hadn't been able to leave her home because of the raids. "Hopefully, I'll be back tomorrow," she wrote, according to Madson Dion.

The Aurora school district had attendance of 89.44% on Wednesday and was at 92.25% the following day. According to Colorado Public Radio, attendance in the district had dipped to 79% on Jan. 30, the day the raids had been rumored to start.

In Denver schools, the district's most recent lowest attendance date was Feb. 3 during a national movement for [a Day Without Immigrants](#), but it had bounced back to about 86.9% on Feb. 5.

Madson Dion overheard his students having conversations about the raids last Thursday. A student who had been at the apartment building said they overheard it. He said seven people were taken from his building and some doors were knocked down.

Madson Dion said he stuck to most of his lessons for the day. He doesn't guide any conversations about what's happening outside, but lets students talk when they initiate conversations. He chimes in when he has information that could be helpful to students, he said.

"It's super important for me to allow it to happen, while also not pressing it," Madson Dion said. When a student was wondering what would happen if immigration agents

Become a Chalkbeat sponsor

▷ I

## Seeking your next opportunity?

Find the latest job openings at Chalkbeat and take the next step in your career.

SEARCH JOBS

### Everything you need to know about Denver's public schools today

Thousands of Coloradoans are getting a 3-minute rundown of the big education stories in and around Denver every weekday morning. Sign up for Chalkbeat Colorado's free newsletter to join them today.

Email (required)

*By signing up, you agree to our Privacy Notice and European users agree to the data transfer policy. You may also receive occasional messages from sponsors.*

SIGN ME UP

♡

### If you value Chalkbeat, consider making a donation

Chalkbeat is a nonprofit newsroom dedicated to providing the information families and educators need, but this kind of work isn't possible without your help.

DONATE




knocked on his door, Madison Dion chimed in and told students "just don't answer the door."

Become a Chalkbeat sponsor

Students already knew that, he said.

"Fifth graders know about warrants. Fifth graders shouldn't have to know about warrants," he said. "We have kids who are resilient in ways I wish they didn't have to be."

~

Related

**'Angry and not afraid': Denver students walk out to protest Trump policies on same day as ICE raids**

At nearby Hinkley High School, math teacher Beth Himes said her students had experienced many of the same things. Some had seen raids taking place and residents of apartment buildings hiding on rooftops.

"Students on their way to school had filmed people on top of a roof as they drove past the apartment complexes, and that was going around the school," Himes said. "Students were all abuzz, they were very nervous, they were worried. Not necessarily for themselves, but for parents, other family, friends, neighbors."

Her classroom has large windows through which students could see the immigration enforcement vehicles driving past.

The night of the raids was parent-teacher conference night at Hinkley.

Himes usually has between 12 and 14 parent meetings in a night. Last Wednesday, Himes only had six parent meetings. One parent had emailed her to ask for the information through email, and cited the raids for feeling unsafe to go meet Hines in person.

Most classes at Hinkley have gone on as normal, and while attendance is down, it hasn't been significantly lower on any particular day, Himes said. Similar to at Laredo, she said she believes Hinkley students feel as safe as they can while they are at school. But getting to and from school can feel dangerous for them or their families.

"I think their anxiety goes up when they leave," Himes said.

At Laredo, when an immigration SUV parked in the crosswalk in front of the school, some families felt uncomfortable crossing the street in front of that agent, so the families waited inside the school until they felt safe to leave again.

Become a Chalkbeat sponsor

Seeking your next opportunity?
Find the latest job openings at Chalkbeat and take the next step in your career.    SEARCH JOBS

## Teacher says it matters when leaders talk about immigration

In the nearby Adams 12 school district, the superintendent told his school board on Wednesday night that immigration concerns are taking a lot of time to address.

Superintendent Chris Gdowski said the district believed the parent of one Adams 12 student had been detained in Wednesday's raids and that the child was in the temporary care of a neighbor.

Attendance had been down by as much as 5% at some Adams 12 schools, and the district was trying to problem-solve with families to find ways to get students back in classes, or find ways to keep them learning while at home, Gdowski said

"It's become a fairly significant part of many of our jobs on the security side in coordinating with our principals about what to do if this happens, and then there's also fairly consistent communication needs that we have," he said.

At a meeting the day after the raids, the Jeffco school board discussed the fears that seem to be keeping some children home from school. Although Jeffco didn't discuss large attendance rate drops, staff told the board they will present recommendations for the superintendent in the next couple of weeks on how to help students who don't feel safe coming into classes physically.

The board workshopped the language for a resolution it will vote on this Thursday to show support for immigrant and LGBTQ students who may be feeling unsafe. But board members struggled with some of the language, because they wondered what they could guarantee doing for students, especially as things keep changing.

Board member Paula Reed, was hesitant about saying the district won't collect or share immigration information from students or families, because she said it's possible the district could be forced to do so in the near future. Board members also wondered if they could control what happens outside their school buildings, and whether they should

state that immigration actions that happen near schools are disruptive to students.

Aurora passed a resolution Tuesday that is nearly identical to one the board approved in 2017 written with parent and student groups. It states that as one of the most diverse districts in the state, Aurora is dedicated to supporting and serving all students. The resolution includes updated demographic information showing that the district's students now speak more than 160 different languages and that more than 42% of all students are learning English as a new language.

The resolution adds a requirement that Aurora schools update student emergency contact information twice a year instead of once per year and encourages families to include a non-family contact in case family members can't pick up students.

Himes said the Aurora resolution matters because it supports school staff's desire to keep students safe and to communicate that desire to the families and students themselves.

Become a Chalkbeat sponsor

"It's just been very well-communicated," Himes said. "That's the key."

*Yesenia Robles is a reporter for Chalkbeat Colorado covering K-12 school districts and multilingual education. Contact Yesenia at yrobles@chalkbeat.org.*

### We're on a need-to-know basis.

Every weekday morning, Chalkbeat Colorado is bringing thousands of subscribers the news on public schools and education policy that they need to start their day. Sign up for our free newsletter to join them.

Email (required)

SIGN ME UP

By signing up, you agree to our *Privacy Notice* and European users agree to the data transfer policy. You may also receive *occasional messages from sponsors*.

## The Latest



**I am a Discovery student at Bronx Science, but my SHSAT score doesn't define me**

At first, I worried that I wasn't worthy of my specialized high school seat. Now, I know better.

By Mariam Musa | Today, 6:00am MDT



**Rural Colorado district takes aim at LGBTQ policy protections, seeks to join trans athlete lawsuit**

Three Colorado school districts, three charter schools, and a Board of Cooperative Educational Services are seeking to join District 49's lawsuit against the state.

By Ann Schimke | July 17



**Is NYC's reading curriculum enough? Now schools must use approved programs for struggling readers**

The push to standardize reading interventions represents one of the first literacy initiatives under Mayor Eric Adams that will directly affect high schools.

By Alex Zimmerman | July 17



**Illinois Gov. JB Pritzker demands the release of $7 billion in federal education funding**

Illinois Gov. JB Pritzker wrote a letter to U.S. Secretary of Education Linda McMahon signed by 16 other governors calling the freeze of federal funds "a failure to fulfill the Department's most basic responsibility."

By Samantha Smylie | July 17



**A parent opt-out movement focused on LGBTQ issues could affect a Bible-infused Texas curriculum**

A recent Supreme Court ruling that supported parents' religious right to opt their child out of LGBTQ-inclusive lessons could aid parents worried about a new curriculum that draws heavily on texts like the Book of Genesis and the Sermon on the Mount.

By Norah Rami | July 17



**Who could benefit most from new federal tax credits that fund private school scholarships?**

It will be up to states to opt in to the new program, which could help fill the gap between rising private school tuition costs and vouchers that families receive.

By Aleksandra Appleton | July 17

# EXHIBIT ' -

# CO law enforcement concerned immigrants' fear will mean fewer reported crimes

🌐 **denver7.com**/news/state-news/colorado-law-enforcement-concerned-immigrants-fear-will-mean-fewer-reported-crimes

Ryan Fish                                                                 February 20, 2025

[State State](#)

## Colorado law enforcement concerned immigrants' fear will mean fewer reported crimes

Law enforcement around the Denver metro worry fear will silence undocumented immigrants who are witnesses or victims of crimes, making communities less safe.







By: [Ryan Fish](#)

Posted 10:02 PM, Feb 19, 2025

and last updated 10:16 PM, Feb 19, 2025

CASTLE ROCK, Colo. — As the Trump administration ramps up immigration restrictions and its mass deportation plan, fear has ramped up in immigrant communities.

Law enforcement around the Denver metro worry that fear will silence undocumented immigrants who are witnesses or victims of crimes.

District Attorney George Brauchler, a Republican, leads the new 23rd Judicial District, which covers Lincoln, Elbert and Douglas counties. He spoke with Denver7 on Wednesday about his concerns.

"What I don't want to see is there become such a fervor and zealousness for, 'Let's just kick them all out. We're just here to kick them all out,' that all of a sudden, we've created a less safe environment because people will not come forward and cooperate," he explained.

Brauchler [supports a bill introduced last month](#) that would allow for more cooperation between Colorado local leaders and law enforcement and U.S. Immigration and Customs Enforcement (ICE). But he said he only wants to target and prosecute people who commit crimes.

"I don't enforce immigration law," he said. "That's not my job. I don't work with ICE in that way. I'm here to enforce the state criminal code.

"If someone is a victim of a crime, even if they're here illegally, you have my full attention and you have my full resources to try to bring you some kind of justice. That's going to happen."

In order to make that easier, Brauchler suggested Congress increase the number of U visas available for immigrants. U visas allow victims of certain crimes to stay and work in the U.S. for a period of time, but only 10,000 are granted in a calendar year.

On a local level, Brauchler said there needs to be more trust and communication between the immigrant community and his office, as well as law enforcement in general.

"I don't want the message to the affected community to be, 'We're out there looking for you and we're going to get you.' That's only true if you're a criminal. If you're a criminal, we're coming for you. That is true," he said. "I think there needs to be more face-to-face outreach... Trying to find organizations, whether they're NGOs [non-government organizations] or something else, that operate in these vulnerable communities, and get out there and meet them face to face... I think that's the only way to do it."

Coincidentally, Aurora Police Chief Todd Chamberlain did that community outreach Wednesday night. He spoke with and answered questions from the immigrant community at a Know Your Rights event at Mountain View United Church in Aurora.

The nonprofit African Leadership Group hosted the event, which featured Spanish and French translations of the speakers.

"What we don't do is enforce immigration laws," Chamberlain told the crowd of a few dozen people. "That is not our role. Our role is to make sure that people are safe and that people who have been victimized feel safe enough to come to the police."

Chamberlain credits the victims who came forward after they were allegedly [kidnapped and tortured at the Edge of Lowry apartments in December 2024](#) by members of their own Venezuelan community. Suspects arrested after that incident have been tied to the Venezuelan prison gang Tren de Aragua (TdA), according to ICE.

"Only because the immigrants who were the ones that were victimized had the courage to come forward to law enforcement did we know that that was occurring," Chamberlain said. "Because of their courage, their victimization was stopped.

"We are here to serve you. It doesn't matter your status. Again, we are not here to get people just based on their immigration status. We are here to serve you and to help you."

Attendees at the Know Your Rights event also picked up flyers explaining their legal rights when being approached or detained by federal agents. Explaining those rights is something Brauchler said he and his office won't do.

"I want people to cooperate with law enforcement, but I'm also a defender of the Constitution, and the Fourth, Fifth and Sixth and Eighth Amendments apply to mostly what we do here in the criminal justice world," he said. "I defend those rights, and I do not seek to violate them, but my job isn't to advise people how to beat the system."

Brauchler added he believes Colorado's immigration laws do more to protect immigrants
who are defendants accused of committing a crime, rather than protecting immigrants who
are the victims of a crime.

Coloradans making a difference | Denver7 featured videos

# EXHIBIT ( $



**Insecure Communities:**
**Latino Perceptions of Police Involvement in**
**Immigration Enforcement**

Nik Theodore

Department of Urban Planning and Policy

University of Illinois at Chicago

May 2013

# Research Team:

Lake Research Partners:
Celinda Lake, Josh Ulibarri, Cornelia Treptow, Dom Bartkus

PolicyLink:
Angela Glover Blackwell, Milly Hawk Daniel

University of Illinois at Chicago:
Nik Theodore, Robby Habbans

This research was supported by a grant from the Ford Foundation

# Executive Summary

This report presents findings from a survey of Latinos regarding their perceptions of law enforcement authorities in light of the greater involvement of police in immigration enforcement. Lake Research Partners designed and administered a randomized telephone survey of 2,004 Latinos living in the counties of Cook (Chicago), Harris (Houston), Los Angeles, and Maricopa (Phoenix). The survey was designed to assess the impact of police involvement in immigration enforcement on Latinos' perceptions of public safety and their willingness to contact the police when crimes have been committed.  The survey was conducted in English and Spanish by professional interviewers during the period November 17 to December 10, 2012.

Survey results indicate that the increased involvement of police in immigration enforcement has significantly heightened the fears many Latinos have of the police, contributing to their social isolation and exacerbating their mistrust of law enforcement authorities.  Key findings include:

- 44 percent of Latinos surveyed reported they are less likely to contact police officers if they have been the victim of a crime because they fear that police officers will use this interaction as an opportunity to inquire into their immigration status or that of people they know.

- 45 percent of Latinos stated that they are less likely to voluntarily offer information about crimes, and 45 percent are less likely to report a crime because they are afraid the police will ask them or people they know about their immigration status.

- 70 percent of undocumented immigrants reported they are less likely to contact law enforcement authorities if they were victims of a crime.

- Fear of police contact is not confined to immigrants.  For example, 28 percent of US-born Latinos said they are less likely to contact police officers if they have been the victim of a crime because they fear that police officers will use this interaction as an opportunity to inquire into their immigration status or that of people they know.

- 38 percent of Latinos reported they feel like they are under more suspicion now that local law enforcement authorities have become involved in immigration enforcement.  This figure includes 26 percent of US-born respondents, 40 percent of foreign-born respondents, and 58 percent of undocumented immigrant respondents.

- When asked how often police officers stop Latinos without good reason or cause, 62 percent said very or somewhat often, including 58 percent of US-born respondents, 64 percent of foreign-born respondents, and 78 percent of undocumented immigrant respondents.

These findings reveal one of the unintended consequences of the involvement of state and local police in immigration enforcement – a reduction in public safety as Latinos' mistrust of the police increases as a result of the involvement of police in immigration enforcement.  The following conclusions can be drawn from the survey findings:

1. **Isolation and disconnectedness from police:** Many Latinos feel isolated from the law enforcement officers who are sworn to protect them.  More than four in ten say that because police are more involved in enforcing immigration laws they have become less likely to volunteer information about crimes because they fear getting caught in the web of immigration enforcement themselves or bringing unwanted attention to their family or friends.

2. **Withdrawal:** Many Latinos feel isolated and admit to withdrawing from their community. A large share feels under suspicion and is afraid to leave their homes.  This sense of withdrawal by a substantial portion of Latinos in the counties surveyed has short- and long-term negative consequences for public safety and community life.  In the short term, crimes become more difficult to solve as the social distance between police and residents increases.  Over the long term, a significant segment of the population may withdraw and develop a fear of law enforcement authorities.

3. **Diminished sense of public safety:** Rather than feeling safer because of increased police involvement in immigration enforcement, many Latinos feel less safe.  Many Latinos say criminals are moving into their neighborhoods, making them and their neighbors less safe, because criminals know residents are less likely to report them to police given the increased involvement of police in immigration enforcement.  Few feel safer because of the increased focus on immigration by local law enforcement.

The findings presented here indicate that the greater involvement of police in immigration enforcement has significantly heightened the fears many Latinos have of the police, contributing to their social isolation and exacerbating their mistrust of law enforcement authorities.  This fear, isolation and mistrust, in turn, has led to a reduction in public safety, a serious negative consequence of the involvement of police in immigration enforcement.

# Introduction: The Role of State and Local Police in Immigration Enforcement

This report presents findings from a survey of Latinos regarding their perceptions of the police in light of state and local law enforcement's increasing involvement in immigration enforcement.[1] A randomized telephone survey of 2,004 Latinos living in the counties of Cook (Chicago), Harris (Houston), Los Angeles, and Maricopa (Phoenix) was conducted to assess the impact of police involvement in immigration enforcement on Latinos' perceptions of public safety and their willingness to contact the police when crimes have been committed.

Survey results indicate that the greater involvement of police in immigration enforcement has significantly heightened the fears many Latinos have of the police, contributing to their social isolation and exacerbating their mistrust of law enforcement authorities. The results show that substantial numbers of Latinos are less likely to voluntarily contact the police if they are the victim of a crime, or to provide information about a crime, because they are afraid the police will ask them or persons they know about their immigration status. These findings highlight one of the unintended consequences of the involvement of state and local police in immigration enforcement – a reduction in public safety as residents' mistrust of the police increases as a result of the involvement of police in immigration enforcement.

\*\*\*\*\*\*

Historically, the control of migration to the United States has fallen under the purview and authority of the federal government. The U.S. Supreme Court has repeatedly affirmed that the federal government has broad and exclusive powers to regulate immigration and to set immigration policy. Nevertheless, over the past two decades, state and local law enforcement authorities have increasingly been drawn into the enforcement of immigration laws. There now exists a patchwork of federal, state and local laws, as well as numerous formal and informal agreements, that call on state and local law enforcement agencies to actively participate in immigration enforcement (see Meissner et al., 2013; Rodríquez et al., 2010; Varsanyi, 2010).

These new provisions have not been without controversy. Concerns have been raised that the increasing involvement of state and local police in immigration enforcement will increase the mistrust immigrant communities have towards the police, thereby reducing public safety. More specifically, concerns have been raised that by increasing the priority given to investigating immigration matters, law enforcement resources will be directed away from important public safety objectives; police may resort to racial profiling or be prone to violating the civil liberties of possible suspects; the financial costs of immigration enforcement will come at the expense of other public-safety priorities; undocumented immigrants may be victimized in greater numbers because they will be fearful of police contact; and the trust between police and communities that is essential for effective policing will be

---

[1] Numerous studies have identified a gap in the research literature on Latino perceptions of policing and public safety, noting the paucity of studies that examine Latino perceptions and interactions with the police. See for example, Correia (2010); Menjívar and Bejarano (2004); Rosenbaum et al. (2005); Weitzer and Tuch (2005).

undermined (Capps et al., 2011; International Association of Chiefs of Police, 2007; Khashu, 2009; Meissner et al., 2013; Stepick et al., 2013).

The clearest expression of the desire to see greater collaboration between federal immigration authorities and state and local law enforcement agencies can be seen in the 287(g) program and the Secure Communities program. In 1996, Congress enacted legislation that formally expanded the role of state and local law enforcement authorities in immigration enforcement. The Illegal Immigration Reform and Immigrant Responsibility Act (IIRIRA) amended the Immigration and Nationality Act of 1952 to allow the Immigration and Naturalization Service to deputize state and local law enforcement officials in the event of a "mass influx" of immigrants, provided that the state or local law enforcement agency consents to this new role.[2]

IIRIRA also revised Section 287(g) of the Immigration and Nationality Act to authorize the U.S. Attorney General to enter into written memoranda of understanding (MOUs) with state and local law enforcement authorities to formally involve them in immigration enforcement.[3] The IIRIRA states that "the Attorney General may enter into a written agreement with a State, or any political subdivision of a State, pursuant to which an officer or employee of the State or subdivision, who is determined by the Attorney General to be qualified to perform a function of an immigration officer in relation to the investigation, apprehension or detention of aliens in the United States ..., may carry out such function at the expense of the State or political subdivision and to extent consistent with State and local law."[4] Should a state or local law enforcement agency consent to entering into an MOU, officers must receive training in federal immigration law, the agency must provide written certification that officers are trained in immigration law, and any officer who engages in immigration enforcement is subject to the direction and supervision of the US Department of Homeland Security. According to US Immigration and Customs Enforcement (ICE), as of December 31, 2012, more than 1,300 state and local law enforcement officers in 19 states have been trained and certified to enforce immigration law, and the budget devoted to 287(g) agreements has increased from $5 million in fiscal year 2006 to $68 million in fiscal year 2012 (ICE, 2013a,b).

The Secure Communities program began in 2008 as a pilot initiative in 14 jurisdictions, but subsequently expanded to nearly all of the nation's 3,181 jails and prisons under President Barack Obama. Through the program, law enforcement authorities submit the fingerprints of arrestees to immigration databases, allowing ICE access to information about persons who are being held by authorities. A number of concerns have been raised about Secure Communities, including that "many of the immigrants who have been identified and deported through the program are not serious or violent criminals, do not pose a threat to public safety, and may not have any criminal history at all;" it may lead to unnecessary detentions; and it might deter

---

[2] Pub. L. No. 104-208, 110 Stat. 3009-646 (1996) 8 U.S.C. § 1103(a)(10). In 2003, the responsibilities of the Immigration and Naturalization Service were transferred to three entities within the US Department of Homeland Security: US Citizenship and Immigration Services, US Immigration and Customs Enforcement, and U.S. Customs and Border Protection. US Immigration and Customs Enforcement is the entity that currently is empowered to enter into MOUs with state and local law enforcement agencies.

[3] 8 U.S.C. § 1357(g).

[4] 8 U.S.C. § 1357(g)(1).

witnesses from coming forward while also contributing to a loss of trust of the police by local residents (Waslin, 2011: 8, 14, 12-13; see also Stepick et al., 2013).

However, according to ICE (2013b), "By working together, local and federal officers can better identify and remove criminal aliens – a tremendous benefit to public safety." But does the involvement of state and local law enforcement agencies in immigration enforcement actually contribute to an improvement of public safety? Analyzing arrest and detention records for the Secure Communities program in Miami-Dade County, Florida, Alex Stepick and colleagues (2013: 7-8) found that only 18 percent of those targeted by the program were high-priority risks to public safety, and that "the majority of removals [deportations] are individuals who pose little or no risk to public safety." The authors conclude, "ICE's detention and deportation of immigrants for minor crimes, ordinary misdemeanors, and non-offense incidents reduces trust of law enforcement" (Ibid., 3).

A report published by the Police Foundation (Khashu, 2009: 23) raised similar concerns about the impact of police involvement in immigration enforcement stating, "local police involvement in immigration enforcement could have a chilling effect on immigrant cooperation [with the police]... Without this cooperation, law enforcement will have difficulty apprehending and successfully prosecuting criminals, thereby reducing overall public safety for the larger community." Such concerns stem from the recognition that it is exceedingly difficult for law enforcement authorities to investigate crimes, apprehend criminals, and deter criminal activity without the trust and active participation of local residents. Moreover, it is not only immigrants who are affected. Approximately 85 percent of immigrant families are mixed-status families that include a combination of citizens, authorized immigrants, and undocumented immigrants (Morawetz and Das, 2009). Therefore, the family and community dynamics that are set in motion by state and local law enforcement's involvement in immigration policing affects immigrants and non-immigrants alike.

The remainder of this report presents the results of a survey that was designed to measure how and to what extent police involvement in immigration enforcement has affected Latinos' perceptions of the police and public safety. The next section describes the methodology used for conducting the survey. This is followed by a presentation of survey findings, and an analysis of factors associated with Latinos' propensity to report crimes.

# Survey Methodology

A telephone survey of Latinos was designed and implemented by Lake Research Partners, a public opinion research firm with extensive experience in administering telephone surveys. Professional interviewers administered the survey during the period November 17 to December 10, 2012. The survey reached 501 Latinos in each of the following counties: Cook (Chicago), Harris (Houston), Los Angeles, and Maricopa (Phoenix). In total, 2,004 surveys were conducted. Seventy-nine percent of interviews were conducted in Spanish. All interviewers were bilingual and were capable of handling the interviews in Spanish or English. As will be explained in greater detail below, the survey explored Latinos' perceptions and experiences with law enforcement authorities in light of the increasing involvement of police in immigration enforcement.

The survey sample was identified using random digit dialing (RDD) methods that targeted high-density Latino census tracts, where Latinos represented 70 percent or more of the population in Cook, Harris, and Los Angeles Counties, and 50 percent or more of the population in Maricopa County (this lower threshold was used because of the relatively lower Latino population density in Maricopa County). By using RDD, interviewers were able to reach respondents with unlisted telephone numbers. The cell phone sample was pulled by county and then screened for city, ethnicity, and zip code. All respondents were screened for Latino or Hispanic ethnicity, but not for immigrant or citizenship status.

The averages represented in this report are composite averages, where each of the four cities represents 25 percent of the total. Population samples are subject to possible sampling error; that is, the results of a survey may differ from those that would be obtained if the entire population were interviewed. The size of the sampling error depends upon both the total number of respondents in the survey and the percentage distribution of responses to a particular question. The margin of error for the 2,004 respondent averages is ±2 percent, while for each county individually it is ±4.4 percent.

4

# Latinos' Perceptions of the Police: A Summary of Findings

The survey instrument was designed to assess the impact of police involvement in immigration enforcement on public safety and on police-community relations. Respondents were asked a randomized series of questions that explored (a) their willingness to contact law enforcement authorities to report crimes or provide information about criminal activities, and (b) their perceptions of personal and public safety in light of increasing police involvement in immigration enforcement. This was followed by a second set of questions pertaining to the nature of respondents' contact with law enforcement authorities and their knowledge of contact that their friends and family members have had with law enforcement authorities in their area.

Responses to the survey questions reveal a clear and consistent pattern: a substantial portion of the Latino populations in Cook, Harris, Los Angeles, and Maricopa Counties are reluctant to voluntarily contact the police to report a crime or to provide information about crimes specifically *because they fear that police officers will inquire about the immigration status of themselves, their friends, or their family members.*

## Willingness to Contact the Police

Figure 1 reports the responses to four statements that explore the willingness of Latinos to contact law enforcement authorities and volunteer information about criminal activities. Respondents were asked whether they strongly agree, somewhat agree, somewhat disagree, or strongly disagree with the statements. This section of the report presents data on aggregated responses, combining the strongly agree and somewhat agree categories, as well as the somewhat disagree and strongly disagree categories.

**Figure 1: Latinos' willingness to contact law enforcement authorities**

| I am less likely to contact police officers if I have been a victim of a crime for fear they will ask me or other people I know about our immigration status | | | |
|---|---|---|---|
| | Agree | Disagree | Don't Know |
| Total | 44% | 50% | 6% |
| US Born | 28% | 68% | 4% |
| Foreign Born | 49% | 46% | 6% |
| Undocumented | 70% | 26% | 4% |

| I am less likely to voluntarily offer information about crimes I know have been committed because I am afraid the police officers will ask me or other people I know about our immigration status | | | |
|---|---|---|---|
| | Agree | Disagree | Don't Know |
| Total | 45% | 49% | 6% |
| US Born | 29% | 66% | 5% |
| Foreign Born | 50% | 44% | 6% |
| Undocumented | 67% | 28% | 5% |

| I am less likely to report a crime to law enforcement officers because I am afraid the police officers will ask me or other people I know about our immigration status | | | |
|---|---|---|---|
| | Agree | Disagree | Don't Know |
| Total | 45% | 50% | 5% |
| US Born | 26% | 70% | 4% |
| Foreign Born | 50% | 44% | 5% |
| Undocumented | 67% | 28% | 5% |

| Since local law enforcement has become involved in immigration if I am a victim or a witness to a crime I am more likely to tell my church or community leader about it than I am to tell local law officers | | | |
|---|---|---|---|
| | Agree | Disagree | Don't Know |
| Total | 49% | 44% | 7% |
| US Born | 32% | 63% | 5% |
| Foreign Born | 54% | 39% | 8% |
| Undocumented | 68% | 26% | 7% |

The responses to these statements indicate that because police increasingly are involved in enforcing immigration laws, a substantial share of the Latino population in the surveyed counties is less likely to initiate contact with local law enforcement authorities, even if they have been the victim of a crime. Forty-four percent of Latinos surveyed reported they are less likely to contact police officers if they have been the victim of a crime because they fear that police officers will use this interaction as an opportunity to inquire into their immigration status or that of people they know. Undocumented immigrants were especially fearful of such contacts (70% reported they are less likely to contact law enforcement authorities if they were victims of a crime), but this fear is not confined to immigrants; 28 percent of US-born Latinos expressed the same view.

Similarly, 45 percent of Latinos stated that they are less likely to voluntarily offer information about crimes, and 45 percent are less likely to report a crime because they are afraid the police will ask them or people they know about their immigration status. Again, undocumented immigrants were more likely to express such fears. Two-thirds (67%) of undocumented immigrants surveyed reported that they would be less likely to offer information or report a crime because they are afraid that police will ask them or someone they know about their immigration status. Among US-born Latinos, 29 percent reported they are less likely to voluntarily offer information about crimes they know have been committed, and 26 percent indicated they are less likely to report a crime, because they fear that police will ask them or someone they know about their immigration status.

The findings here show that Latinos increasingly are afraid to contact the police to report crimes and criminal activity because they are worried that law enforcement officers will use this contact as an opportunity to investigate the immigration status of respondents or of people they know. In addition, a substantial proportion of Latinos said that they are more likely to tell their church or community leader about crimes than they are to report this information to the police. Nearly half of Latinos surveyed (49%) agreed with this statement, as did nearly one-third (32%) of US-born Latinos, more than half (54%) of all foreign-born Latinos, and more than two-thirds (68%) of undocumented immigrant Latinos. This suggests that Latinos' lack of trust centers on local law enforcement authorities and not on community institutions or public figures in general.

It is notable that when considering Latinos' willingness to contact law enforcement authorities, differences between the counties in the sample are relatively modest. Overall, Latinos in Maricopa County tend to report greater social distance between themselves and law enforcement authorities, while in Cook County a smaller proportion tends to express such views. This perhaps is unsurprising given that Arizona has enacted new laws that require police to become more involved in immigration enforcement. But rather than marked differences between the cities, what stands out in the survey results is how closely respondents' views converge around issues of fear, isolation, and the growing social distance between police and Latino residents that is occurring as a result of police involvement in immigration enforcement.

Figure 2 reports the responses to the statements above for each of the four

**Figure 2: Latinos' willingness to contact law enforcement authorities, by county**

| I am less likely to contact police officers if I have been a victim of a crime for fear they will ask me or other people I know about our immigration status | | | |
|---|---|---|---|
| | Agree | Disagree | Don't Know |
| Cook County | 39% | 53% | 8% |
| Harris County | 47% | 48% | 5% |
| Los Angeles County | 40% | 55% | 5% |
| Maricopa County | 50% | 45% | 5% |

| I am less likely to voluntarily offer information about crimes I know have been committed because I am afraid the police officers will ask me or other people I know about our immigration status | | | |
|---|---|---|---|
| | Agree | Disagree | Don't Know |
| Cook County | 42% | 50% | 8% |
| Harris County | 45% | 50% | 5% |
| Los Angeles County | 44% | 51% | 6% |
| Maricopa County | 49% | 47% | 5% |

| I am less likely to report a crime to law enforcement officers because I am afraid the police officers will ask me or other people I know about our immigration status | | | |
|---|---|---|---|
| | Agree | Disagree | Don't Know |
| Cook County | 39% | 55% | 5% |
| Harris County | 44% | 52% | 5% |
| Los Angeles County | 44% | 50% | 6% |
| Maricopa County | 52% | 44% | 4% |

| Since local law enforcement has become involved in immigration if I am a victim or a witness to a crime I am more likely to tell my church or community leader about it than I am to tell local law officers | | | |
|---|---|---|---|
| | Agree | Disagree | Don't Know |
| Cook County | 48% | 43% | 8% |
| Harris County | 51% | 44% | 5% |
| Los Angeles County | 44% | 47% | 8% |
| Maricopa County | 52% | 42% | 6% |

counties. In Maricopa County, fully half of Latinos surveyed (50%) reported that they are less likely to contact police officers if they have been the victim of a crime because they fear that law enforcement authorities will ask them or people they know about their immigration status. This compares to 39 percent of Latinos in Cook County, 47 percent in Harris County, and 40 percent in Los Angeles County.

Reponses were similar when Latinos were asked about their willingness to voluntarily offer information about crimes they know

have been committed: 49 percent of Latinos surveyed in Maricopa County; 42 percent surveyed in Cook County, 45 percent surveyed in Harris County, and 44 percent surveyed in Los Angeles County indicate they are less likely to offer information to the police because they fear law enforcement authorities will ask about the immigration status of themselves or someone they know. Finally, when asked whether they agreed with the statement about whether they are less likely to report a crime to law enforcement officers because they are afraid the police officers will ask them or people

**Figure 3: Latinos' perceptions of personal and public safety in light of police involvement in immigration enforcement**

| I feel safer knowing local law enforcement is involved in immigration enforcement | | | |
|---|---|---|---|
| | Agree | Disagree | Don't Know |
| Total | 37% | 56% | 7% |
| US Born | 45% | 47% | 8% |
| Foreign Born | 35% | 59% | 7% |
| Undocumented | 40% | 55% | 5% |

| There are fewer crimes committed in this area because of an increased police focus on immigration enforcement | | | |
|---|---|---|---|
| | Agree | Disagree | Don't Know |
| Total | 41% | 48% | 10% |
| US Born | 34% | 54% | 12% |
| Foreign Born | 44% | 47% | 10% |
| Undocumented | 50% | 42% | 8% |

| Criminals and drug dealers have actually begun moving into my neighborhood because they know we are afraid to report them now that law officers are more involved in immigration enforcement | | | |
|---|---|---|---|
| | Agree | Disagree | Don't Know |
| Total | 45% | 43% | 12% |
| US Born | 31% | 60% | 10% |
| Foreign Born | 49% | 38% | 12% |
| Undocumented | 63% | 28% | 10% |

| I feel less safe because local law enforcement is more involved in immigration enforcement | | | |
|---|---|---|---|
| | Agree | Disagree | Don't Know |
| Total | 43% | 51% | 6% |
| US Born | 29% | 67% | 5% |
| Foreign Born | 47% | 47% | 6% |
| Undocumented | 65% | 31% | 5% |

they know about their immigration status, 52 percent of respondents in Maricopa County, 39 percent in Cook County, 44 percent in Harris County, and 44 percent in Los Angeles County agreed with that statement.

In each of the four counties, a large share of Latinos indicated they were more likely to tell a church or community leader about a crime than they were to contact the police. Approximately half of the survey respondents agreed with this statement in Cook (48%), Harris (51%) and Maricopa (52%) Counties, as did 44 percent of respondents in Los Angeles County.

These responses show that the increased involvement by the police in immigration enforcement has contributed to a fear of the police by a substantial share of Latino residents in the four counties where the survey was administered. This fear has led residents to become less likely to volunteer information about criminal activities, even when they themselves have been the victims of a crime. This suggests that police involvement in immigration enforcement has contributed to a growing mistrust of the police by Latinos, increasing the social distance between the police and the communities they serve.

**Personal and public safety**

Survey responses exploring the impact of local law enforcement authorities' involvement in immigration enforcement show that Latinos are divided about whether they are safer as a result of this involvement in immigration enforcement. Figure 3 reports the responses to four statements concerning personal and public safety. Again, respondents were asked whether they strongly agree, somewhat agree, somewhat disagree, or strongly disagree with the statements, and the results here report aggregated agree/disagree responses.

Thirty-seven percent of respondents in the four

counties agreed with the statement that they feel safer knowing local law enforcement is involved in immigration enforcement, while 56 percent disagreed with this statement. Forty-one percent of respondents agreed with the statement that fewer crimes are committed because of increased police focus on immigration enforcement, though 48 percent percent disagreed with this statement. At the same time, 45 percent of respondents agreed that criminals and drug dealers have been moving into their neighborhoods because they know that residents are afraid to report them to law enforcement officers because police are more involved in immigration enforcement; and 43 percent indicated they feel less safe because law enforcement is more involved in immigration enforcement.

Figure 4 reports the responses to the statements above for each of the counties included in this study. Responses show remarkable consistency across the four counties.

Responses to the set of statements in this section of the report reveal a mixed reaction to local law enforcement's involvement in immigration enforcement. On the one hand, more than one-third of respondents feel safer knowing local law enforcement is involved in immigration enforcement, and 41 percent agree with the statement that fewer crimes are committed because of this focus on immigration enforcement. On the other hand, 43 percent indicate they feel less safe, and 45 percent report that criminals and drug dealers are moving into their neighborhood, because local law enforcement's involvement in immigration enforcement has caused residents to be more afraid of police contact. Immigration status partly explains these disparities. Undocumented immigrants are more likely to indicate they feel less safe and to say that criminals are moving into their neighborhood because police are involved in immigration enforcement. But these views are shared by nearly one-third of US-born Latinos

**Figure 4: Latinos' perceptions of personal and public safety in light of police involvement in immigration enforcement, by county**

| I feel safer knowing local law enforcement is involved in immigration enforcement | | | |
| --- | --- | --- | --- |
| | Agree | Disagree | Don't Know |
| Cook County | 37% | 54% | 9% |
| Harris County | 42% | 52% | 6% |
| Los Angeles County | 33% | 59% | 8% |
| Maricopa County | 37% | 57% | 6% |

| There are few crimes committed in this area because of an increased police focus on immigration enforcement | | | |
| --- | --- | --- | --- |
| | Agree | Disagree | Don't Know |
| Cook County | 41% | 49% | 10% |
| Harris County | 44% | 47% | 9% |
| Los Angeles County | 43% | 48% | 10% |
| Maricopa County | 39% | 49% | 12% |

| Criminals and drug dealers have actually begun moving into my neighborhood because they know we are afraid to report them now that law officers are more involved in immigration enforcement | | | |
| --- | --- | --- | --- |
| | Agree | Disagree | Don't Know |
| Cook County | 44% | 43% | 12% |
| Harris County | 45% | 44% | 11% |
| Los Angeles County | 45% | 44% | 12% |
| Maricopa County | 45% | 41% | 14% |

| I feel less safe because local law enforcement is more involved in immigration enforcement | | | |
| --- | --- | --- | --- |
| | Agree | Disagree | Don't Know |
| Cook County | 39% | 54% | 7% |
| Harris County | 44% | 50% | 6% |
| Los Angeles County | 41% | 53% | 6% |
| Maricopa County | 47% | 47% | 5% |

and nearly half of all immigrant Latinos as well, suggesting that concerns about the negative influence of police involvement in immigration enforcement are widespread and not simply based on citizenship.

**Social Isolation**

Figure 5 reports the responses to two statements that explore issues of social isolation. Respondents were asked whether they strongly agree, somewhat agree,

somewhat disagree, or strongly disagree with the statements. Again, responses were aggregated, combining the strongly agree and somewhat agree categories, as well as the somewhat disagree and strongly disagree categories.

Survey responses reveal that police involvement in immigration enforcement has resulted in a substantial share of Latinos feeling socially isolated. Thirty-eight percent of respondents agreed with the statement that they are afraid

**Figure 5: Latinos' feelings of social isolation as a result of police involvement in immigration enforcement**

| I feel afraid to leave my home because local law enforcement officials are more involved in immigration enforcement | | | |
|---|---|---|---|
| | Agree | Disagree | Don't Know |
| Total | 38% | 56% | 6% |
| US Born | 22% | 73% | 5% |
| Foreign Born | 43% | 51% | 6% |
|    Undocumented | 61% | 34% | 5% |

| I feel more isolated because local law enforcement is more involved in immigration enforcement | | | |
|---|---|---|---|
| | Agree | Disagree | Don't Know |
| Total | 42% | 51% | 7% |
| US Born | 27% | 67% | 6% |
| Foreign Born | 47% | 46% | 7% |
|    Undocumented | 62% | 31% | 7% |

to leave their home because police are involved in immigration enforcement, and 42 percent agreed that they feel more isolated because of police involvement in immigration matters. Again, undocumented immigrants were more likely to agree with these statements (61% and 62%, respectively), but they were not alone. More than one in five US-born Latinos agreed that they were afraid to leave their home, and more than one-quarter (27%) agreed they felt more isolated, because of this change in policing priorities.

Figure 6 shows that feelings of isolation affect many Latinos in Cook, Harris, Los Angeles and Maricopa Counties. Approximately one-third of respondents agreed that they are afraid to leave their homes in Cook (32%) and Los Angeles (38%) Counties. This figure rises to 40 percent in Harris County and to 43 percent in Maricopa County. When asked whether they felt more isolated because law enforcement authorities are more involved in immigration enforcement, 38 percent of Latinos in Cook County, 43 percent in Harris

**Figure 6: Latinos' feelings of social isolation as a result of police involvement in immigration enforcement, by county**

| I feel afraid to leave my home because local law enforcement officials are more involved in immigration enforcement | | | |
|---|---|---|---|
| | Agree | Disagree | Don't Know |
| Cook County | 32% | 60% | 8% |
| Harris County | 40% | 54% | 6% |
| Los Angeles County | 36% | 58% | 6% |
| Maricopa County | 43% | 52% | 4% |

| I feel more isolated because local law enforcement is more involved in immigration enforcement | | | |
|---|---|---|---|
| | Agree | Disagree | Don't Know |
| Cook County | 38% | 54% | 8% |
| Harris County | 43% | 50% | 7% |
| Los Angeles County | 37% | 55% | 8% |
| Maricopa County | 50% | 44% | 5% |

11

County, 37 percent in Los Angeles County, and 50 percent in Maricopa County agreed with this statement.

**Mistrust of the Police**

Figure 7 reports the responses to one statement and one question concerning their trust in the police.

Thirty-eight percent of respondents agreed that they feel like they are under more suspicion now that local law enforcement authorities have become involved in immigration enforcement. This figure includes 26 percent of US-born respondents, 40 percent of foreign-born respondents, and 58 percent of undocumented immigrant respondents.

When asked how often police officers stop Latinos without good reason or cause, 62 percent said very or somewhat often, including 58 percent of US-born respondents, 64 percent of foreign-born respondents, and 78 percent of undocumented immigrant respondents.

Figure 8 reveals few differences in response rates in Cook, Harris and Los Angeles Counties, where about one-third of respondents in each county agreed that they feel they are under more suspicion now that police are involved in immigration enforcement, and approximately 60 percent thought that police stop Latinos without good reason or cause. Response rates to these questions were even higher in Maricopa County, where 45 percent perceived that they are under more suspicion, and fully 70 percent stated that police officers stop Latinos without good reason or cause.

**Figure 7: Latinos' mistrust of the police**

| Since local law enforcement has become involved in immigration enforcement I have begun to feel like I am under more suspicion | | | |
| --- | --- | --- | --- |
| | Agree | Disagree | Don't Know |
| Total | 38% | 56% | 6% |
| US Born | 26% | 68% | 6% |
| Foreign Born | 40% | 53% | 7% |
| Undocumented | 58% | 36% | 6% |

| How often do you think police officers stop Latinos and Hispanics on the streets of your city without good reason or cause? | | | |
| --- | --- | --- | --- |
| | Very/somewhat often | Not very/not often | Don't Know |
| Total | 62% | 29% | 8% |
| US Born | 58% | 32% | 10% |
| Foreign Born | 64% | 28% | 8% |
| Undocumented | 78% | 19% | 4% |

**Figure 8: Latinos' mistrust of the police, by county**

| Since local law enforcement has become involved in immigration enforcement I have begun to feel like I am under more suspicion | | | |
|---|---|---|---|
| | Agree | Disagree | Don't Know |
| Cook County | 33% | 59% | 8% |
| Harris County | 34% | 58% | 8% |
| Los Angeles County | 34% | 59% | 7% |
| Maricopa County | 45% | 51% | 4% |

| How often do you think police officers stop Latinos and Hispanics on the streets of your city without good reason or cause? | | | |
|---|---|---|---|
| | Very/somewhat often | Not very/not often | Don't Know |
| Cook County | 61% | 31% | 8% |
| Harris County | 58% | 33% | 9% |
| Los Angeles County | 62% | 30% | 8% |
| Maricopa County | 70% | 22% | 9% |

# Influences on Latinos' Propensity to Report Crimes to Police

The previous section presented results showing that a substantial portion of Latinos surveyed are less likely to voluntarily contact law enforcement authorities when they have been the victim of a crime or if they have information about a crime that has been committed, because they fear that police will ask them or people they know about their immigration status. To further explore the association between an individual's propensity to contact police and his or her traits with respect to demographic characteristics, previous experiences with law enforcement, and immigration and documentation status, we performed a multivariate ordinary least squares regression, with the respondent's propensity to report crimes to the police serving as the dependent variable. To develop a more reliable measure of underlying feelings toward the police and public safety, a multi-item scale was constructed by converting the mean of four individual Likert-scaled survey items into a single interval variable ranging from 0 to 1.[5]  The original items are:

- I am less likely to contact police officers if I have been a victim of a crime for fear they will ask me or other people I know about our immigration status.

- I am less likely to voluntarily offer information about crimes I know have been committed because I am afraid the police officers will ask me or other people I know about our immigration status.

- I am less likely to report a crime to law enforcement officers because I am afraid the police will ask me or people I know about our immigration status.

- Since local law enforcement has become involved in immigration if I am a victim or a witness to a crime I am more likely to tell my church or community leader about it than I am to tell local law officers.

Two additional scales were constructed in a similar manner to assess the respondent's attitudes about law enforcement. The first measures the respondent's feelings of social isolation as a result of law enforcement, while the second measures the respondent's feelings about the association between law enforcement and public safety. These scales, a set of demographic variables, and additional variables pertaining to the nature of immigration and documentation status, were added to the model as independent variables (Figure 9).  The results of the model are presented in Figure 10.

The model explained 63 percent of the variance in responses, and both of the focal variables (*ISOLATED* and *SAFETY*) were statistically significant at the .05 level and had the expected influence on the unwillingness of Latinos to contact police to report a crime or to provide information about a crime. The results suggest Latinos with high levels of social isolation have a weaker propensity to voluntarily contact the police. Likewise, Latinos who are concerned about a decline in public safety as a result of police involvement in immigration enforcement also are less likely to contact the police. In addition to these factors,

---

[5] This scale was then tested for internal reliability using Cronbach's Alpha, $\alpha$ = .844.

**Figure 9: Description of variables**

| Variable Name | Description |
| --- | --- |
| ISOLATED | Scale to measure respondent's association between a sense of isolation and law enforcement, constructed from the following items:<br><br>I feel more isolated because local law enforcement is more involved in immigration enforcement<br><br>I feel afraid to leave my house because local law enforcement officials are more involved in immigration enforcement<br><br>$\alpha$ = .716 |
| SAFETY | Scale to measure respondent's association between law enforcement and public safety, constructed from the following items:<br><br>I feel less safe because local law enforcement is more involved in immigration enforcement<br><br>I feel afraid to leave my house because local law enforcement officials are more involved in immigration enforcement<br><br>Criminals and drug dealers have actually begun moving into my neighborhood because they know we are afraid to report them now that law officers are more involved in immigration enforcement.<br><br>$\alpha$ = .699 |
| AGE1829 | Respondent is between the ages of 18 to 29 |
| AGE4564 | Respondent is between the ages of 45 to 64 |
| AGE6Sup | Respondent is 65 years or older |
| HSGRAD | Respondent is a high school graduate |
| IMMIG | Respondent is foreign-born |
| COLLGRAD | Respondent is a college graduate |
| UNEMP | Respondent is currently unemployed |
| CHILD | Respondent has children under the age of 18 |
| DEPORT | Respondent knows someone who has been deported |
| UNDOC | Respondent is an undocumented immigrant |
| UNDOCASSOC | Respondent has family, friends, or other associates who are undocumented |
| MALE | Respondent is male |

**Figure 10: Influence of perceptions of public safety and social isolation on the willingness to voluntarily contact the police to report crimes**

|  | B | SE |
|---|---|---|
| *ISOLATED* | -.378 | .027*** |
| *SAFETY* | -.413 | .030*** |
| *AGE1829* | .025 | .024 |
| *AGE4564* | .008 | .018 |
| *AGE65up* | -.012 | .029 |
| *HSGRAD* | -.021 | .011 |
| *IMMIG* | -.044 | .014** |
| *COLLGRAD* | .018 | .020 |
| *UNEMP* | .001 | .018 |
| *CHILD* | .025 | .011* |
| *DEPORT* | -.035 | .012** |
| *UNDOC* | -.022 | .015 |
| *UNDOCASSOC* | -.026 | .012* |
| *MALE* | -.008 | .010 |
| Constant | .948 | .018*** |

*N= 1,472*
*Adjusted $r^2$ = .629*
*\*p<.05, \*\*p<.01, \*\*\*p<.001*

the following were found to be associated with Latinos' reluctance to voluntarily contact the police:

* Being an immigrant

* Having friends or family who have been deported

* Having friends or family who are undocumented immigrants

Conversely, parents of children under the age of 18 are more likely to voluntarily contact the police with information about crimes that have been committed.

While these results are exploratory, they support the notion that, even when controlling for strong negative feelings about the impact of police enforcement of immigration laws on social isolation and public safety, Latinos who are immigrants, those who who have family or friends who are undocumented immigrants, and those who have family or friends who have been deported report a lower predisposition to report crimes to the police. This finding is an indication of how immigration status and high levels of deportation can affect perceptions of the police, by both immigrant and non-immigrant Latinos, as well as by Latino citizens and noncitizens. These factors are undoubtedly related, with deportation policies leading to the increasing social distance between police and Latinos. The large share of "mixed status" families that include undocumented immigrants, authorized immigrants, and US citizens is likely a factor here as well; deportation policies frequently result in family separation, and many Latinos perceive police contact as placing themselves or their family members and friends at risk. As a result, they are less like to voluntarily contact police to report crimes.

# Conclusion

The conventional wisdom in law enforcement circles is that for effective police-community relations to be developed and maintained, police must forge bonds of trust with the communities they serve. The willingness of residents to voluntarily contact the police when they have been the victim of or a witness to a crime depends on these bonds of trust. For this reason, law enforcement agencies proactively engage in efforts to foster closer working relationships with the communities they serve, including the widespread implementation of community policing initiatives. To the extent that law enforcement practices undermine bonds of trust with segments of the population, these aspects of policing are typically viewed as problematic and in need of reform.

State and local law enforcement authorities increasingly are involved in immigration enforcement, whether under the 287(g) program, the Secure Communities program, or various state laws. This report has identified an important unintended consequence of police involvement in immigration enforcement: a substantial portion of the Latino populations in Cook, Harris, Los Angeles, and Maricopa Counties are reluctant to voluntarily contact the police to report a crime or to provide information about crimes, specifically because they fear that police officers will inquire about the immigration status of themselves, their friends, or their family members. The survey findings indicate that:

1. **Isolation and disconnectedness from police:** Many Latinos feel isolated from the law enforcement officers who are sworn to protect them. More than four in ten would be more likely to turn to a church or community leader than to law enforcement authorities if they are victims of or witness to a crime, for fear they would call attention to their own immigration status or that of someone they know. Similarly, more than four in ten say that because police are more involved in enforcing immigration laws they have become less likely to volunteer information about crimes because they fear getting caught in the web of immigration enforcement themselves or bringing unwanted attention to their family or friends.

2. **Withdrawal:** Many Latinos feel isolated and admit to withdrawing from their community. A large share feels under suspicion and is afraid to leave their homes. This sense of withdrawal by a substantial portion of Latinos in the counties surveyed – especially those younger and raising children – has short- and long-term negative consequences for public safety and community life. In the short term, crimes become more difficult to solve as the social distance between police and residents increases. Over the long term, a significant segment of the population may withdraw and develop a fear of law enforcement authorities.

3. **Diminished sense of public safety:** Rather than feeling safer because of increased police involvement in immigration enforcement, many Latinos feel less safe. Many Latinos say criminals are moving into their neighborhoods, making them and their neighbors less safe, because criminals know residents are less likely to report them to police given the increased involvement of police in immigration enforcement. Few feel safer because of the increased focus on immigration by local law enforcement.

17

The findings presented here indicate that the greater involvement of police in immigration enforcement has significantly heightened the fears many Latinos have of the police, contributing to their social isolation and exacerbating their mistrust of law enforcement authorities.  This fear, isolation and mistrust, in turn, has led to a reduction in public safety, a serious negative consequence of the involvement of police in immigration enforcement.

# References

Capps, Randy, Marc R. Rosenblum, Cristina Rodriquez, and Muzaffar Chisti (2011) Delegation and Divergence: A Study of 287(g) State and Local Immigration Enforcement. Washington, DC: Migration Policy Institute.

Correia, Mark E. (2010) "Determinants of Attitudes Toward Police of Latino Immigrants and Non-immigrants," Journal of Criminal Justice 38: 99-107.

ICE [U.S. Immigration and Customs Enforcement] (2013a) Fact Sheet: Delegation of Immigration Authority Section 287(g) Immigration and Nationality Act, accessed at: http://www.ice.gov/news/library/factsheets/287g.htm.

ICE [U.S. Immigration and Customs Enforcement] (2013b) Fact Sheet: Updated Facts on ICE's 287(g) Program, accessed at: http://www.ice.gov/news/library/factsheets/287g-reform.htm.

ICE [U.S. Immigration and Customs Enforcement] (2012) ICE Total Removals accessed at: https://www.ice.gov/doclib/about/offices/ero/pdf/ero-removals.pdf.

International Association of Chiefs of Police (2007) Police Chiefs Guide to Immigration Issues. Alexandria, VA: International Association of Chiefs of Police.

Khashu, Anita (2009) The Role of Local Police: Striking a Balance Between Immigration Enforcement and Civil Liberties. Washington, DC: Police Foundation.

Meissner, Doris, Donald M. Kerwin, Muzaffar Chisti, and Claire Bergeron (2013) Immigration Enforcement in the United States: The Rise of a Formidable Machinery. Washington, DC: Migration Policy Institute.

Menjívar, Cecilia and Cynthia L. Bejarano (2004) "Latino Immigrants' Perceptions of Crime and Police Authorities in the United States: A Case Study from the Phoenix Metropolitan Area," Ethnic and Racial Studies 27(1): 120-148.

Morawetz, Nancy and Alina Das (2009) "Legal Issues in Local Police Enforcement of Federal Immigration Law," in Khashu, Anita The Role of Local Police: Striking a Balance Between Immigration Enforcement and Civil Liberties, Appendix B, pp. 69-90. Washington, DC: Police Foundation.

Rosenbaum, Dennis P., Amie M. Schuck, Sandra K. Costello, Darnell F. Hawkins, and Marianne K. Ring (2005) "Attitudes Toward the Police: The Effects of Direct and Vicarious Experience," Police Quarterly 8(3): 343-365.

Stepick, Alex, Steve Held, Cynthia S. Hernandez, Cheryl Little, and Susana Barciela (2013) False Promises: The Failure of Secure Communities in Miami-Dade County. Miami and Washington, DC: Research Institute on Social & Economic Policy, Center for Labor Research & Studies, Florida International University and Americans for Immigrant Justice.

Varsanyi, Monica W. (2010) Taking Local Control: Immigration Policy Activism in U.S. Cities and States. Stanford, CA: Stanford University Press.

Waslin, Michele (2011) The Secure Communities Program: Unanswered Questions and Continuing Concerns. Washington, DC: Immigration Policy Center.

Weitzer, Ronald and Steven A. Tuch (2004) "Race and Perceptions of Police Misconduct," Social Problems 51(3): 305-325.

# Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

# Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Department of Urban Planning and Policy
University of Illinois at Chicago