# EXHIBIT <

**Declaration of Arturo Vazquez, Esq.**

1. I am an attorney practicing in Denver, Colorado. I work at Monclova Law, P.C.

2. I specialize in immigration law and regularly represent people in immigration matters, including those who are detained by ICE at the Aurora ICE Processing Center, operated by the GEO Group, in Aurora, Colorado. I have practiced this type of law and represented these types of clients for 10 years (7 years as an attorney, and 3 years as a student attorney while I attended the University of Wyoming School of Law).

3. I regularly represent and provide consultations on possible immigration relief to people who have been arrested by ICE. As part of the representations and consultations, I learn how they were arrested and detained.

4. During the past few months, I have consulted with at least 15 people who have been stopped, arrested, and then detained by ICE agents without a warrant in Aurora.

5. These warrantless arrests followed the same pattern. ICE agents are in unmarked vehicles with a police-type siren. They put on the siren and pull people over, often in similar locations off I-225 in Aurora.

6. The ICE agent is typically wearing a vest that says "POLICE," but does not identify them as an ICE agent. After pulling the person over and approaching their vehicle, the ICE agent asks the person for their driver's license. In each case for the people with whom I have consulted, the driver had a valid Colorado driver's license obtained pursuant The Colorado Road and Community Safety Act, SB13-251, which allows people who cannot provide proof of lawful presence in the U.S. to obtain a particular type of driver's license.

7. Once the ICE agent sees the SB251 license, which contains markings denoting it as such, the ICE agent orders the person out of the car and arrests them, telling them that they are being detained for being in the country without authorization.

8. Anyone that has passengers who also lack proper documentation is also being detained.

9. The ICE agents did not have warrants for these arrests. The ICE agents did not ask any questions that would establish they were a flight risk.

1

10. All of these people had no criminal record.

11. I consider these stops to be pretextual because the ICE agent claimed the reason for each stop was an extremely minor traffic violation, like their windows were tinted too darkly, or they were speeding. In the immigration charging documents they were later given, the documents are all silent on the reason for the stop, which confirms my belief that the stops were all pretextual.

12. When ICE arrested these people, the vast majority were taken to an unmarked van that was stopped nearby. When the van filled up with detained people, it then went directly to the Aurora ICE Processing Center.

13. Each of these detained people were Latine.

14. Most of the people I have spoken to in this situation were still being detained at the time, and have been unable to be released on bond because the immigration judges hearing cases in the Aurora immigration court believe they lack jurisdiction to grant bond. This is a recent change, and is preventing people who previously would have qualified for bond from being released. If the immigration court would consider bond requests, I believe most of them would be excellent candidates for release on bond due to their lack of criminal record, lack of flight risk, and significant ties to the community.

I declare under penalty of perjury under the law of the United States and 28 U.S.C. § 1746 that the foregoing is true and correct.

_____
Arturo Vazquez, Esq.

Date: 10/03/2025