**EXHIBIT >**

## DANIEL HERRERA ATTORNEY DECLARATION

1. I am an attorney practicing in Denver, Colorado. I work at The Meyer Law Office.

2. I specialize in immigration law and regularly represent people in immigration matters, including those who are detained by ICE at the Aurora ICE Processing Center. My firm does a variety of work for immigrants, including representation of detained people. I have practiced this type of law and represented these types of clients for two years.

3. I regularly represent and provide consultations on possible immigration relief to people who have been arrested by ICE. As part of the representations and consultations, I learn how they were arrested and detained.

4. During the past few months, I have consulted with at least seven people who described that they were arrested by ICE without a warrant, and without any investigation into whether the person is likely to escape before a warrant could be obtained. All of these people were Latine.

5. I have particularly noticed this pattern originating in Aurora and Summit County.

6. These warrantless arrests followed the same pattern. ICE agents are in unmarked vehicles with a police-type siren. They put on the siren and pull people over, often in similar locations off I-225 in Aurora or along the I-70 corridor including Dillon and Silverthorne.

7. The ICE agent is typically wearing a vest that either says "POLICE" or a vest that doesn't identify any specific law enforcement agency. After pulling the person over and approaching their vehicle, the ICE agent asks the person for their driver's license.

8. The ICE agent then orders the person and any passengers out of the car and arrests them, telling them that they are being detained for being in the country without authorization or arresting them without telling them any reason for the arrest at all until they are being processed in Centennial or the Aurora ICE Processing Center. These ICE agents do not ask any questions or do any investigation that would establish that the person being arrested is a flight risk.

9. The passengers who have been arrested in these actions by ICE agents are not asked for identification until they are arrested. They are then taken to a location where they are transferred into a van filled with other detained people. The ICE agents did not have warrants for these arrests.

10. Most of the people I have spoken to in this situation were still being detained at the time of our conversation, and have not been able to seek release on bond because the immigration judges hearing cases in the Aurora immigration court believe they lack jurisdiction to grant bond. This is a recent change, and is preventing people who previously would have qualified for bond from being released. If the immigration court would consider bond requests, I believe most of them would be excellent candidates for release on bond due to their lack of flight risk, including significant ties to the community.

2

      I declare under penalty of perjury under the law of the United States and 28 U.S.C. § 1746 that the foregoing is true and correct.

DATED: October 7, 2025

_____
Daniel Herrera, Esq.