# EXHIBIT ?

## <u>CLAIRE NOONE ATTORNEY DECLARATION</u>

1.      I am an attorney practicing in Glenwood Springs, Colorado. I work at the Noone Law Firm, PC.

2.      I specialize in immigration and human rights law. I regularly represent immigrant-serving nonprofits and run legal clinics for community members on specialized immigration topics. I staff a weekly legal helpline in English and Spanish, run Know-Your-Rights training, coordinate rapid response to reports of immigration actions, and monitor municipal, county, and regional entities regarding compliance with various restrictions on collaboration with immigration enforcement. I frequently collaborate with organizational and community leaders across the Roaring Fork Valley and North Fork Valley.

3.      I regularly consult with people who have been detained and their families. I also monitor trends in immigration enforcement through information received from housing communities who have experienced immigration enforcement, nonprofit and faith leaders, schools, and businesses.

4.      During the past few months, I have spoken with approximately 15 people who have been stopped, arrested, and then detained by ICE without a warrant in the Roaring Fork Valley. I have spoken with approximately 15 people about their loved ones who were stopped, arrested, and then detained by ICE without a warrant in the Roaring Fork Valley. For each of these cases, I have gathered as much information as I can, which sometimes includes speaking with witnesses and submitting open records requests. In each case I attempted to identify the basis for arrest to help guide individuals and families in their next steps. I believe that none of these people were arrested pursuant to a warrant. Everyone I spoke to directly or heard about from family members who was arrested in the Roaring Fork Valley was taken to the Aurora ICE Processing Center ( "GEO").

5.      Immigration agents engage in regular coordinated surges in activity, spending about a week conducting enforcement in the area, and then apparently leaving the community for about two months before returning. During the approximately week-long surges, communities experience repeated warrantless stops and arrests.

6.      The agents are usually white males in their 30s-40s, dressed in plain clothes or wearing vests that say "POLICE," "SPEAR," "HSI," or "DHS." These individuals refuse to provide identification or contact information for supervisors to anyone they are attempting to arrest. This has created a reasonable fear of kidnapping as there is nothing to distinguish a legitimate action from an illegitimate action.

1

7.      Enforcement is usually hurried, with agents swarming individuals as they leave a location. Agents do not verify the person's identity, ask any questions, present a warrant, or make a flight risk determination before effecting an arrest.

8.      I know of arrests where witnesses were present. During some of these arrests but not all, witnesses were told "a warrant exists" but agents refused to produce it.

9.      I know of no arrests where agents asked any questions that would establish whether the individuals were a flight risk. ICE agents usually asked no questions at all, and when any questioning occurred it was sparse and unrelated to flight risk.

10.     Without exception, each of the detained people were Latine and were engaged in their normal activities in the community related to employment, chores, and daily life.

11.     I believe that most of the people with whom I have spoken have been detained without a warrant would present a low flight risk, had such an analysis been done. Many are long-term, beloved residents of our small community, who have lived and worked here for years and have extensive family ties.  Furthermore, many of the detained people have complex medical issues, dependent family members, and are in the process of seeking asylum.

12.     The continued threat of warrantless arrest by unidentified agents, in unmarked vehicles, who swiftly, forcefully, and permanently remove members of the community is causing irreparable harm. This practice has put both immigrant and non-immigrant communities in the Roaring Fork Valley on edge. I know families who have stopped sending their children to school, pulled teens from sports, and are afraid to go to work, because they fear being stopped without a warrant and summarily detained. This pattern of repeated warrantless immigration enforcement actions has created a sense that immigration enforcement is operating outside of the rule of law and with impunity.

I declare under penalty of perjury under the law of the United States and 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 7th day of October 2025

_/s/Claire Noone_
Claire M. Noone,  Esq.
Attorney Reg. # 53491