# EXHIBIT L

**DECLARATION OF EIDA ALTMAN**
**ON BEHALF OF DENVER METRO TENANTS' UNION**

Pursuant to 28 U.S.C. § 1746, I, Eida Altman, declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am the founder and Executive Director of Colorado Tenant Alliance Fund, a 501c3 that does business as Denver Metro Tenants' Union ("DMTU"). I am also the director of DMTU Action, which is 501c4. We refer to both organizations under the shorthand, DMTU. In addition to myself, DMTU has one full-time staff member. A second staff member will join our team in mid-October.

2. I make this statement based upon personal knowledge, documents in the possession of DMTU I have reviewed, and information supplied to me by members of DMTU whom I believe to be truthful and reliable. If called as a witness, I would testify to these facts.

3. DMTU is a tenant-led organization located in the Denver Metro Area. Its mission is to advance structural change and improvements in housing conditions in the Denver metro region through community organizing, education, and political action. This includes engaging on issues such as unsafe living environments, junk fees, inadequate maintenance, and unfair evictions.

4. DMTU organizes tenants of various low-income apartment complexes in the metro area. These communities often include many immigrant tenants.

5. Membership in DMTU is voluntary, and open to all tenants who live in apartment complexes where DMTU is organizing, as well as other tenants in the metro area, as general members. DMTU counts its members in households – when one person from a household becomes involved in DMTU, that household is considered a DMTU member. Tenants become members of DMTU through active participation, including attending community meetings, joining DMTU

1

committees, assisting with outreach, sharing tenant concerns, and assisting in goal-setting for the organization.

6. DMTU supports its members in connecting with various services, including rental assistance, intakes for eviction defense, and housing support. Members also gain the ability to advocate for their communities' needs through DMTU. And DMTU has successfully assisted its members in negotiating for needs with landlords on issues such access to heat, hot water, locking doors, mail access, working laundry facilities, exterior lighting for safety, and pest control services.

7. DMTU's membership counts fluctuate depending on where it is organizing, how many active campaigns it is engaged in, and the stage of each campaign. DMTU generally has around 400 member households in any given month. At times, this number has been as high as 1,000 member households.

8. Beginning in summer 2024 and into 2025, DMTU organized tenants at the Meridian at Cherry Creek, formerly known as the Cedar Run Apartments. In the course of this work, I and DMTU staff and volunteers came to know many tenants in that community, including many immigrants.

9. On February 5, 2025, ICE and other agencies conducted a very large raid at Cedar Run. I went to the apartment building personally, after ICE had left the property, to provide any assistance I could to our members.

10. I learned from tenants that immigration agents had gone from apartment to apartment, banging on doors, and interrogating residents including about what they knew about their neighbors. I saw different colored tape marking every apartment door. It looked like the tape had been used to code ICE's interaction with each household.

11. I learned that ICE had arrested more than two dozen people at the property that day. Residents later told me that, during the raid, ICE had arrested without warrants family members, friends, and neighbors who were in their cars or in Cedar Run parking lots.

12. I gathered information and worked to help tenants find information about their loved ones, resources, and support, including legal representation.

13. I visited one particular apartment where the door was broken away. There was a scorch mark from a flash grenade in front of the door. There were multiple children, some as young as toddler-age, in the apartment who reported that ICE had arrested and taken their mother and there were no parents left to take care of the children.

14. I stayed at Cedar Run Apartments all day. While interacting with tenants, I worked with my staff to address the community's immediate needs.

15. DMTU hosted a dinner for Cedar Run tenants that night. I observed that the tenants were exhausted, afraid, and anxious about the fate of their family members. I observed that they feared ICE would return to the building.

16. Tenants reported that ICE and federal agents returned to the Cedar Run Apartments in the months following the February 2025 raid. Tenants saw vehicles similar to those driven by ICE agents the day of the raid circling the Cedar Run Apartments, an apartment community next door, and nearby properties. In July 2025, tenants saw additional federal agents in fatigues and camouflage clothing and holding batons at the Cedar Run Property.

17. Tenants expressed that they were afraid that ICE agents and law enforcement agents were looking to arrest more immigrants at Cedar Run and the surrounding housing communities.

18. We were able to observe the results of the initial raid and continued enforcement at Cedar Run. Before the raids, some of our Spanish-speaking tenants were publicly active in trying

3

to improve living conditions. However, after the raids, those tenants became much more reluctant to answer their doors and others fled the building. We could see notices for unpaid rent and eviction notices, and apartment manager announcements pile up on the doors of units that still had belongings in them, units we knew had belonged to immigrant tenants. DMTU meeting attendance dropped dramatically, particularly amongst Spanish-speaking members. Our impression was that vacancies had increased quickly and sharply.

19. Cedar Run's management confirmed that Cedar Run's vacancy rate increased to 30% after the series of raids, sharing that many of our priorities for repairs at this property would be negatively impacted by the resulting loss of rental income. The increase in vacancies and fear gutted DMTU's ability to organize and work on behalf of tenants at Cedar Run.

20. From my work at DMTU, I know that warrantless arrests in and around low-income apartment buildings have happened repeatedly, including at Cedar Run. Our immigrant members live in fear of being suddenly arrested, without a warrant.

I, Eida Altman, swear under penalty of perjury that the foregoing declaration is true and correct to the best of my knowledge and recollection.

/s/    *Eida Altman*

Eida Altman

Executed on this 7th day of October 2025.

4