# EXHIBIT A

## **SHALEEN MORALES ATTORNEY DECLARATION**

I, Shaleen Morales, declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the following is true and correct to the best of my knowledge and belief:

1. I am a senior staff attorney at the Rocky Mountain Immigrant Advocacy Network, a nonprofit legal service provider that represents detained noncitizens before the Aurora Immigration Court in Colorado. As part of my role, I represent detained individuals in their immigration proceedings and speak with folks detained at the Immigration and Customs Enforcement ("ICE") Denver Contract Facility in Aurora ("Aurora facility"), which is owned and operated by the GEO Group, Inc.

2. An important part of my role is to speak with detained people as soon as they are transferred into the facility to gather information about their case to empower them to self-advocate in immigration court. As part of my professional responsibilities, I have received detailed accounts from clients and colleagues of how ICE has conducted dozens of arrests that led to people's detention at the Aurora facility.

3. Since around January 2025, RMIAN has seen a large increase of individuals being arrested by ICE in Colorado without any warrant and no determination of their likelihood of flight risk expressed to them.

4. Some of these individuals told ICE that they hold valid employment authorization documents, social security numbers, or even valid authorization to be present in the United States. Some individuals also have pending immigration cases prior to their detention. Other individuals have never come into contact with the criminal legal system or ICE.

5. Me and my colleagues have spoken with and represented many individuals apprehended by ICE since January 2025. This includes people that ICE has arrested in their homes and vehicles, on the street, and while on their way to and from work. A few examples of unlawful stops and warrantless arrests are as follows:

    a. Individual AA reports that ICE arrested him at his workplace in Aurora, Colorado. Officers arrived without a warrant to arrest another individual. In searching for that individual, ICE also collaterally arrested Individual AA when he left the workplace. He was not shown a warrant for his arrest and officers did not ask him for information related to flight risk or community ties. Since his arrest this summer, he is still detained.

    b. Individual BB, along with various co-workers, were in a car in Denver, Colorado, heading to their worksite. They were stopped by a vehicle later known as being

    driven by ICE officers. He was not shown a warrant or given a reason for his arrest. Individual BB was arrested and transferred to the Aurora ICE facility. Since his arrest this summer, he is still fighting his immigration case while detained.

  c. Individual CC was arrested by ICE outside of his home, while his child and partner watched. ICE did not give him a reason nor show him a warrant for his arrest. Based on the ICE person locator, Individual CC is no longer detained.

  d. Individual DD was leaving his home in Denver, Colorado, for work. He spotted who he thought was the police, knocking on another person's door. As he headed towards his car, he saw people approaching him. These people in camo uniforms asked him for his name, to see ID, and told him that he was in the country illegally when he refused to show them any documents. He was zip tied, and subsequently taken an ICE holding facility in Centennial, Colorado, before being transferred to the Aurora facility. Individual DD was ordered removed weeks after his arrest in March 2025.

  e. Individual EE was working at a restaurant in Evergreen, Colorado, when confronted by ICE. When he responded to questions regarding his immigration status, ICE arrested Individual EE without a warrant and without any discussion concerning flight risk or connections to the community. Individual EE was detained this summer and is still fighting his removal case in front of the Immigration Court.

  f. Individual FF was arriving to work in Denver, Colorado, when a law enforcement entity, who he thought was the police, stopped him. ICE asked for Individual FF's driver's license and asked for his "papers." When Individual FF confirmed he did not have lawful status, the ICE officer arrested him and two others in the vehicle. Individual FF was not asked questions concerning flight risk or connections to community. Individual FF is still detained and fighting his case.

6. These are just a few of the stories of unlawful stops and warrantless arrests. In many instances, detained individuals are stopped by ICE for no apparent reason besides the color of their skin. ICE does not show them a warrant or tell them any reason for their arrest. When people comply with requests from ICE officers who ask for identification or identifying information (like their name and birthdate), they subsequently get arrested. In other instances, ICE is looking for a different individual, and others are swept up in the process and become collateral arrests.

7. ICE has limited our access to detained people at the Aurora facility. ICE has disallowed me and my colleagues from presenting to large groups at the Detention Center which we

were previously allowed to do. ICE now limits our access at the Aurora Facility to meeting individually with detained people or no more than 6 people at a time.

I swear under penalty of perjury that the forgoing declaration is true and correct to the best of my knowledge and recollection.

*Shaleen Morales*

Shaleen Morales, Esq.

Executed this 2nd day of October, 2025