# EXHIBIT B

Case No. 1:25-cv-03183-RBJ     Document 13-15     filed 10/09/25     USDC Colorado     pg
2 of 114
Case 1:25-cv-00246-JLT-CDB     Document 15-2     Filed 03/07/25     Page 1 of 113

| | |
|---|---|
| 1 | BREE BERNWANGER - # 331731 |
| | bbernwanger@aclunc.org |
| 2 | MICHELLE (MINJU) Y. CHO - # 321939 |
| | mcho@aclunc.org |
| 3 | LAUREN DAVIS - # 357292 |
| | ldavis@aclunc.org |
| 4 | SHILPI AGARWAL - # 270749 |
| | sagarwal@aclunc.org |
| 5 | AMERICAN CIVIL LIBERTIES UNION |
| | FOUNDATION OF NORTHERN |
| | CALIFORNIA |
| 6 | 39 Drumm Street |
| | San Francisco, CA 94111 |
| 7 | Telephone: (415) 621-2493 |

BRISA VELAZQUEZ OATIS - # 339132
bvoatis@aclu-sdic.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

*Attorneys for Plaintiffs*

AJAY S. KRISHNAN - # 222476
akrishnan@keker.com
FRANCO MUZZIO - # 310618
fmuzzio@keker.com
ZAINAB O. RAMAHI - # 332139
zramahi@keker.com
JULIA GREENBERG - # 333864
jgreenberg@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

*Attorneys for Plaintiff Oscar Morales Cisneros*

MAYRA JOACHIN - # 306065
mjoachin@aclusocal.org
EVA BITRAN - # 302081
ebitran@aclusocal.org
OLIVER MA - # 354266
oma@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN
CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, et al., | Case No. 1:25-cv-00246-JLT-BAM |
| Plaintiffs, | **DECLARATION OF REAGHAN E. BRAUN IN SUPPORT OF PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; et al., | Date:     April 11, 2025 |
| | Time:     9:00 a.m. |
| | Dept.:     Courtroom 4, 7th Floor |
| | Judge:     Hon. Jennifer L. Thurston |
| Defendants. | Date Filed:  February 26, 2025 |
| | Trial Date:  None set |

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
3 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 2 of 113

I, Reaghan E. Braun, declare as follows:

1.      I am an attorney at law duly licensed and entitled to practice in the State of California. I am an associate at Keker, Van Nest and Peters LLP, counsel of record in this action for Plaintiff Oscar Morales Cisneros. I make this declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2.      Attached to this declaration as **Exhibit 1** is a true and correct copy of a January 28, 2025 9:53 AM social media post by the official account of the US Border Patrol El Centro Sector on the Facebook social media platform, which is also available at: https://www.facebook.com/USBorderPatrolElCentroSector/posts/pfbid02oBnaCzDoxG72oGXFjijJEJEtPWWixAqgZhkYbPtEqLnsLr1M8mcd7D3bi5koxWVvl. In the post, US Border Patrol El Centro Sector states, "anyone we encounter who doesn't have the legal right to be in or remain in the U.S. will be arrested." In the same post, in response to a commenter inquiring about "Return to sender round 2," US Border Patrol El Centro Sector states, "You bet!" with an American flag emoji.

3.      Attached to this declaration as **Exhibit 2** is a true and correct copy of a January 29, 2025 3:43 AM social media post by the official account of the US Border Patrol El Centro Sector on the Facebook social media platform, which is available at: https://www.facebook.com/USBorderPatrolElCentroSector/posts/pfbid02oBnaCzDoxG72oGXFjijJEJEtPWWixAqgZhkYbPtEqLnsLr1M8mcd7D3bi5koxWVvl. In the same thread as Exhibit 1 above, US Border Patrol El Centro Sector stated, "Our agents go wherever the threats and crime take us, whether that's #SanBernardino #LosAngeles #Riverside #Barstow #Bakersfield or beyond."

4.      Attached to this declaration as **Exhibit 3** is a true and correct copy of a January 12, 2025 12:02 AM social media post by the official account of the US Border Patrol El Centro Sector, posted on the Facebook social media platform, which is available at: https://www.facebook.com/USBorderPatrolElCentroSector/posts/pfbid0enw1BMzPbERR9C2rxp

1

DECLARATION OF REAGHAN E. BRAUN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
Case No. 1:25-cv-00246-JLT-BAM

2883642

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
4 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 3 of 113

1    WUKrgxMzA99BYr8LgQddh3U5mQvVuMCcHAfMU2uRPhN3Bpl. A commenter posted a

2    comment which states, "Here in Bakersfield you guys forgot to raid some people." US Border

3    Patrol El Centro Sector posted a reply to the comment stating, "We plan on coming back!"

4        5.    Attached to this declaration as **Exhibit 4** is a true and correct copy of a January 10,

5    2025 9:18 PM social media post by the official account of the US Border Patrol El Centro Sector,

6    posted on the Facebook social media platform, which is available at:

7    https://www.facebook.com/USBorderPatrolElCentroSector/posts/pfbid0enw1BMzPbERR9C2rxp

8    WUKrgxMzA99BYr8LgQddh3U5mQvVuMCcHAfMU2uRPhN3Bpl. In the post, US Border

9    Patrol El Centro Sector comments, "we will try and catch even more [people] next time" and

10   "arrest more" in "our next operation."

11       6.    Attached to this declaration as **Exhibit 5** is a true and correct copy of a February

12   23, 2025, 5:09 PM social media post by the official account of the US Border Patrol El Centro

13   Sector on the Facebook social media platform, which is also available at:,

14   https://www.facebook.com/USBorderPatrolElCentroSector/posts/pfbid0Gt3xJjwYxJhXdRB9kGy

15   bMMruXLNjaxyu1E2QmxGjfpdevPnYUMX32kGJhsDeCq5dl. In the post, El Centro Border

16   Patrol Sector's official Facebook account posted a photo of a vehicle's driver's seat covered with

17   shattered glass. The text of the post stated that a noncitizen had "[r]efused to open window during

18   an immigration inspection," "[g]ot his window shattered for an extraction," was "[a]rrested by the

19   #PremierSector," "[w]ent to jail," and "[g]ot deported."

20       7.    Attached to this declaration as **Exhibit 6** is a true and correct copy of a February

21   23, 2025 6:47 PM social media post by the official account of the US Border Patrol El Centro

22   Sector on the Facebook social media platform, which is available at:

23   https://www.facebook.com/USBorderPatrolElCentroSector/posts/pfbid0Gt3xJjwYxJhXdRB9kGy

24   bMMruXLNjaxyu1E2QmxGjfpdevPnYUMX32kGJhsDeCq5dl. The document shows that a

25   commenter stated "FAFO" with three laughing emojis in response on the above El Centro Border

26   Patrol Sector post, Exhibit 5, which included a photo of a vehicle's driver's seat covered with

27

28
                                    2

2883642

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
5 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 4 of 113

1  shattered glass. US Border Patrol El Centro Sector replied to the comment by posting: "FAFO in

2  full effect." followed by a series of three smiling and laughing emojis.

3      8.    Attached to this declaration as **Exhibit 7** is a true and correct copy of a January 26,

4  2025 4:23 PM social media post by the official account of the US Border Patrol El Centro Sector

5  on the Facebook social media platform, which is available at:

6  https://www.facebook.com/USBorderPatrolElCentroSector/posts/pfbid0n9qLZbFQb4hM9nDQk

7  ZAifPaktVP76Vn2eQBrFR7pKBnnqP7iaZEt88MKBnq9Sjvol. In the post, US Border Patrol El

8  Centro Sector states, "What happens on the border, doesn't stay on the border. Bakersfield is now

9  a dyed in the wool border town."

10     9.    Attached to this declaration as **Exhibit 8** is a true and correct copy of a January 14,

11  2025 7:52 PM social media post by the official account of the US Border Patrol El Centro Sector

12  on the Facebook social media platform, which is available at:

13  https://www.facebook.com/USBorderPatrolElCentroSector/posts/pfbid0U5CHPhAdfYcAFLHz8

14  xn5aS4mRvehGZnFRRYWrPE5TnMGaYHeBbL3M9Bk8PwEP6A2l. US Border Patrol El

15  Centro Sector stated in the post, "Sanctuary jurisdictions, like all over CA, hinders [sic] local

16  authorities from working with us to get those who are committing the worst crimes. That means

17  we have to go out into the communities ourselves and find those people. This well and does lead

18  to arrests of others who may not have serious crimes, but are still unlawfully present in the U.S."

19     10.   Attached to this declaration as **Exhibit 9** is a true and correct copy of a January 13,

20  2025 3:18 PM social media post by the official account of the US Border Patrol El Centro Sector

21  on the Facebook social media platform, which is available at:

22  https://www.facebook.com/USBorderPatrolElCentroSector/posts/thank-you-citizens-of-

23  bakersfield-the-premiersector-saw-massive-citizen-support-/908981681423101/. In the post, US

24  Border Patrol El Centro Sector states, "every U.S. city [is] a border town."

25     11.   Attached to this declaration as **Exhibit 10** is a true and correct copy of a January

26  19, 2025 11:37 AM social media post by the official account of the US Border Patrol El Centro

27  Sector on the Facebook social media platform, which is available at:

28

3

DECLARATION OF REAGHAN E. BRAUN IN SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
Case No. 1:25-cv-00246-JLT-BAM

Case No. 1:25-cv-03183-RBJ     Document 13-15     filed 10/09/25     USDC Colorado     pg
6 of 114
Case 1:25-cv-00246-JLT-CDB     Document 15-2     Filed 03/07/25     Page 5 of 113

1   https://www.facebook.com/USBorderPatrolElCentroSector/posts/here-in-the-premiersector-we-

2   go-the-extra-mileor-500-of-themto-protect-our-natio/906161171705152/.  In the post, US Border

3   Patrol El Centro Sector called the sweeps "Operation Return to Sender." Stating: "We are taking

4   it to the bad people and bad things in Bakersfield," the El Centro Border Patrol said in response to

5   a comment on its Facebook page. "We are planning operations for other locals (sic) such as

6   Fresno and especially Sacramento."

7         12.     Attached to this declaration as **Exhibit 11** is a true and correct copy of a January 9,

8   2025 8:36 AM social media post by the official account of the US Border Patrol El Centro Sector,

9   posted on the Facebook social media platform, which is available at:

10  https://www.facebook.com/USBorderPatrolElCentroSector/posts/pfbid02W88MH4HqwiQF55d6

11  LzAURpCd9ABvnLP1godPk3qEWcS7MHoEcg1zdJwSJwSEVmWWl. In the post, US Border

12  Patrol El Centro Sector states, "Operation Return to Sender was an overwhelming success from

13  day one."

14        13.     Attached to this declaration as **Exhibit 12** is a true and correct copy of a January

15  11, 2025 6:53 AM social media post by U.S. Border Patrol Chief Patrol Agent Gregory K.

16  Bovino on the X social media platform using the handle @USBPChiefELC,which is available at:

17  https://x.com/USBPChiefELC/status/1878092797690904837. In response to a comment on his

18  post regarding "Operation Return to Sender," Chief Bovino states: "More to come on this. Much

19  more."

20        14.     Attached to this declaration as **Exhibit 13** is a true and correct copy of a January

21  12, 2025  7:58 AM social media post by U.S. Border Patrol Chief Patrol Agent Gregory K.

22  Bovino on the X social media platform using the handle @USBPChiefELC, which is available at:

23  https://x.com/USBPChiefELC/status/1878471709482737998. In response to a commenter on X

24  who asked about Border Patrol's apparent strategy of "[s]tanding outside gas station stops at

25  [H]ome [D]epots preying on any random person," Chief Bovino stated: "Undocumented means

26  just that. I recommend returning to the country of origin, obtaining proper documents, and doing

27  it the right way. If not, we will arrest."

28

4

DECLARATION OF REAGHAN E. BRAUN IN SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
Case No. 1:25-cv-00246-JLT-BAM

2883642

Case No. 1:25-cv-03183-RBJ     Document 13-15     filed 10/09/25     USDC Colorado     pg
7 of 114
Case 1:25-cv-00246-JLT-CDB     Document 15-2     Filed 03/07/25     Page 6 of 113

15.     Attached to this declaration as **Exhibit 14** is a true and correct copy of a January 27, 2025 social media post by U.S. Border Patrol Chief Patrol Agent Gregory K. Bovino on the X social media platform using the handle @USBPChiefELC, which is available at: https://x.com/USBPChiefELC/status/1884071527630639364. In the post, Chief Bovino stated, "Can't agree more!!!" in response to a commenter who posted a meme stating that Operation Return to Sender's arrests were "rookie numbers" and that El Centro Border Patrol Sector should "pump those numbers up."

16.     Attached to this declaration as **Exhibit 15** is a true and correct copy of a transcript of a CNN Broadcast that aired on January 27, 2025 at 21:00 ET, titled *The Source with Kaitlan Collins: Trump DOJ Fires Officials Who Prosecuted Him; Homan on Mass Deportation Effort: "There's No Safe Haven"; Trump Calls DeepSeek A.I. "Positive Development" But Also a "Wake-Up Call" For U.S. Tech Industry*, which is accessible at: https://transcripts.cnn.com/show/skc/date/2025-01-27/segment/01. The broadcast included an interview of Tom Homan, President Trump's "Border Czar," starting at approximately 21:30:00 ET. The transcript shows that Mr. Homan told the CNN interviewer, "Well, in sanctuary cities, you're going to see a higher number of collateral arrests. . . . More agents in the neighborhood, and more collateral arrests." Later in the interview, the interviewer asked, "When you say collateral arrest, you mean someone who doesn't have a criminal record, but is here, is an undocumented immigrant. They still get deported as well, right? You're not letting them go back to their neighborhoods, or to their jobs. Is that right?" Mr. Homan stated, "Yes, if they're in the country illegally, they're going to get arrested too." Later in the interview, the interviewer asked, "Do you have a number of how many people you'd like to have deported by this time next year?" Mr. Homan stated, "As many as we -- as many as we can arrest and deport." Mr. Homan also stated, "We're going to do everything we can with what we have, and we're going to arrest as many as we can."

17.     Attached to this declaration as **Exhibit 16** is a true and correct copy of an article by Armando Garcia, dated January 9, 2025, titled *US Border Patrol arrests migrants during*

DECLARATION OF REAGHAN E. BRAUN IN SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
Case No. 1:25-cv-00246-JLT-BAM

2883642

Case No. 1:25-cv-03183-RBJ     Document 13-15     filed 10/09/25     USDC Colorado     pg
8 of 114
Case 1:25-cv-00246-JLT-CDB     Document 15-2     Filed 03/07/25     Page 7 of 113

1  *latest enforcement operation*, ABC News, which is available at: https://abcnews.go.com/US/us-

2  border-patrol-arrests-migrants-latest-enforcement-operation/story?id=117515205. The article

3  includes quotes from a phone interview of Sarah Fuentes, a manager at a Chevron station in

4  Bakersfield. The articles states that Ms. Fuentes "told ABC News she saw Border Patrol officers

5  and agents in plain clothes go up to several of her customers, ask them about their immigration

6  status, and arrest multiple people." The article further states, "Fuentes says she thought the

7  officers were serving a warrant, but noticed 'it was only Hispanics and field workers that they

8  were putting aside.' " Fuentes is quoted saying, "Then we seen it again, and we're like, wait a

9  minute, this is a raid, they're picking up random people like the field workers. They don't have an

10  order to do that," . . . "It's just random people that are walking in that work in the field."

11      18.    Attached to this declaration as **Exhibit 17** is a true and correct copy of an article

12  by Jose Franco and Jenny Huh, dated January 10, 2025, titled, *US CBP issues statement on*

13  *ongoing 'Operation Return to Sender' in Bakersfield*, KGET, available at:

14  https://www.kget.com/news/local-news/us-cbp-issues-statement-on-ongoing-operation-return-to-

15  sender-in-bakersfield-area/. The article states that, "U.S. Customs and Border Protection issued a

16  statement Friday morning providing more details over its three-day operation in the Bakersfield

17  area this week the agency calls 'Operation Return to Sender.' " According to the article, the

18  "operation took place over three days and led to 78 arrests." The article includes an excerpt of the

19  press statement issued by the El Centro Sector's Chief Patrol Agent Gregory Bovino, which

20  states, "The U.S. Border Patrol is no stranger to operations in places like Bakersfield, Stockton,

21  Modesto, Fresno, and Sacramento" and  that "[Border Patrol's] area of responsibility stretches

22  from the U.S./Mexico Border, north, as mission and threat dictate, all the way to the Oregon

23  line."

24      19.    Attached to this declaration as **Exhibit 18** is a true and correct copy of an article

25  by Veronica Morley, dated  January 10, 2025, titled *'RETURN TO SENDER': Border Patrol's 3-*

26  *day operation in Kern, 78 arrested,* ABC Bakersfield, which is available at:

27  https://www.turnto23.com/news/in-your-neighborhood/bakersfield/return-to-sender-border-

28  

DECLARATION OF REAGHAN E. BRAUN IN SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
Case No. 1:25-cv-00246-JLT-BAM

2883642

Case No. 1:25-cv-03183-RBJ     Document 13-15     filed 10/09/25     USDC Colorado     pg
9 of 114
Case 1:25-cv-00246-JLT-CDB     Document 15-2     Filed 03/07/25     Page 8 of 113

patrols-3-day-operation-in-kern-78-arrested. The article states that, according to Border Patrol, "Operation Return to Sender" "resulted in 78 people being arrested."

20.     Attached to this declaration as **Exhibit 19** is a true and correct copy of an article by Daniel Cody, dated January 27, 2025, titled *What Does FAFO Mean? Trump's Message to Colombia Goes Viral*, Newsweek, which is available at: https://www.newsweek.com/what-does-fafo-mean-trumps-message-colombia-goes-viral-2021284. The article states that ""FAFO" "stands for "F*** Around, Find Out."

21.     Attached to this declaration as **Exhibit 20** is a true and correct copy of an article by Steve Eder and Miriam Jordan, dated January 17, 2025, titled '*La Migra!' A Glimpse of Trump's Promised Deportation Storm*, N.Y. Times, available at: https://www.nytimes.com/2025/01/17/us/immigration-deportation-california.html. In the article, former CBP Commissioner Chris Magnus is quoted saying, "[t]hese roundups create widespread distrust of law enforcement and discourage many community members from reporting crimes as victims or witnesses."

22.     Attached to this declaration as **Exhibit 21** is a true and correct copy of a Press Release by Congressman David G. Valadao, dated January 13, 2025, titled *Congressman Valadao Releases Statement on Customs and Border Protection Operations in Kern County*, which is available at: https://valadao.house.gov/news/documentsingle.aspx?DocumentID=1681. In the press release, Congressman David G. Valadao states: "I have been in contact with Customs and Border Protection regarding the recent immigration enforcement actions in Kern County" and that he "ha[s] received numerous calls from constituents expressing fear for their families' safety." Congressman Valado further states: "I urge [Border Patrol] to avoid causing any further alarm among our farm workers" and avoid "targeting . . . those responsible for producing our nation's food supply."

23.     Attached to this declaration as **Exhibit 22** is a true and correct copy of an article by Brisa Colón, dated January 12, 2025, titled *78 immigrants detained by Border Patrol throughout the Central Valley, officials say*, ABC 30 Action News, which is available at:

DECLARATION OF REAGHAN E. BRAUN IN SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
Case No. 1:25-cv-00246-JLT-BAM

2883642

1    https://abc30.com/post/78-immigrants-detained-icecentral-valley-officials-say/15790817/. The

2    article quotes Fresno County supervisor Luis Chavez, who stated that he had "received reports of

3    food processing facilities [with] absences of 15 to 20 [percent] locally," representing "[o]rders

4    that will not be able to be fulfilled."

5          24.    Attached to this declaration as **Exhibit 23** is a true and correct copy of an article

6    by Sergio Olmos dated January 10, 2025, titled *A surprising immigration raid in Kern County*

7    *foreshadows what awaits farm workers and businesses*, CalMatters, which is available at:

8    https://calmatters.org/economy/2025/01/kern-county-immigration-sweep/. The article quotes Sara

9    Fuentes, store manager of a local gas station: "It was profiling, it was purely field workers."

10   According to the article, "Fuentes said that at 9 a.m., when the store typically gets a rush of

11   workers on their way to pick oranges, two men in civilian clothes and unmarked Suburbans

12   started detaining people outside the store." Quoting Fuentes, the article further states, "They

13   didn't stop people with FedEx uniforms, they were stopping people who looked like they worked

14   in the fields."

15         25.    Attached to this declaration as **Exhibit 24** is a true and correct copy of an excerpt

16   from the U.S. Customs and Border Protection web page, which is available at:

17   https://www.cbp.gov/border-security/along-us-borders. The web page states: "The United States

18   Border Patrol is the mobile, uniformed law enforcement arm of U.S. Customs and Border

19   Protection … responsible for securing U.S. borders between ports of entry."

20         26.    Attached to this declaration as **Exhibit 25** is a true and correct copy of a report

21   from the U.S. Census Bureau: *QuickFacts, Kern County, California, Population Estimates: July*

22   *1, 2024,* which is  available at:

23   https://www.census.gov/quickfacts/fact/table/kerncountycalifornia/PST045224. The report

24   estimates that 57.1% of Kern County residents are "Hispanic" or "Latino."

25         27.    Attached to this declaration as **Exhibit 26** is a true and correct copy of Appendix

26   A: Broadcast Statement of Policy, which is Dkt. 155-1 in *Castanon Nava v. DHS*, No. 1:18-cv-

27   03757, (N.D. Ill., Feb. 7, 2022).

28

DECLARATION OF REAGHAN E. BRAUN IN SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
Case No. 1:25-cv-00246-JLT-BAM

2883642

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
11 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 10 of 113

1        I declare under penalty of perjury that the foregoing is true and correct, and that this

2  declaration was executed on March 7, 2025, in San Francisco, California.

3

4                             _____

                             Reaghan E. Braun

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF REAGHAN E. BRAUN IN SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
Case No. 1:25-cv-00246-JLT-BAM

2883642

# Exhibit 1

Case No. 1:25-cv-03183-RBJ     Document 13-15     filed 10/09/25     USDC Colorado     pg
13 of 114
Case 1:25-cv-00246-JLT-CDB     Document 15-2     Filed 03/07/25     Page 12 of 113



Date/Time Posted: January 28, 2025 9:53 AM

Link:https://www.facebook.com/USBorderPatrolElCentroSector/posts/pfbid02oBnaCzDoxG72oG
XFjijJEJEtPWWixAqgZhkYbPtEqLnsLr1M8mcd7D3bi5koxWVvl

Date Captured: March 4, 2025

# Exhibit 2



Date/Time Posted: January 29, 2025 3:43 AM

Link:https://www.facebook.com/USBorderPatrolElCentroSector/posts/pfbid02oBnaCzDoxG72oG XFjijJEJEtPWWixAqgZhkYbPtEqLnsLr1M8mcd7D3bi5koxWVvl

Date Captured: March 4, 2025

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
16 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 15 of 113

# Exhibit 3



Date/Time Posted: January 12, 2025 12:02 AM

Link:https://www.facebook.com/USBorderPatrolElCentroSector/posts/pfbid0enw1BMzPbERR9C2
rxpWUKrgxMzA99BYr8LgQddh3U5mQvVuMCcHAfMU2uRPhN3Bpl

Date Captured: March 4, 2025

# Exhibit 4



Date/Time Posted: January 10, 2025 9:18 PM

Link:https://www.facebook.com/USBorderPatrolElCentroSector/posts/pfbid0enw1BMzPbERR9C2 rxpWUKrgxMzA99BYr8LgQddh3U5mQvVuMCcHAfMU2uRPhN3Bpl

Date Captured: March 5, 2025

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
20 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 19 of 113

# Exhibit 5

Case No. 1:25-cv-03183-RBJ     Document 13-15     filed 10/09/25     USDC Colorado     pg
21 of 114
Case 1:25-cv-00246-JLT-CDB     Document 15-2     Filed 03/07/25     Page 20 of 113



Date/Time Posted: February 23, 2025 5:09 PM

Link:https://www.facebook.com/USBorderPatrolElCentroSector/posts/pfbid0Gt3xJjwYxJhXdRB9k
GybMMruXLNjaxyu1E2QmxGjfpdevPnYUMX32kGJhsDeCq5dl

Date Captured: March 4, 2025

# Exhibit 6

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
23 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 22 of 113



Date/Time Posted: February 23, 2025 6:47 PM

Link:https://www.facebook.com/USBorderPatrolElCentroSector/posts/pfbid0Gt3xJjwYxJhXdRB9k
GybMMruXLNjaxyu1E2QmxGjfpdevPnYUMX32kGJhsDeCq5dl

Date Captured: March 4, 2025

# Exhibit 7



Date/Time Posted: January 26, 2025 4:23 PM

Link:https://www.facebook.com/USBorderPatrolElCentroSector/posts/pfbid0n9qLZbFQb4hM9nD QkZAifPaktVP76Vn2eQBrFR7pKBnnqP7iaZEt88MKBnq9Sjvo

Date Captured: March 4, 2025

# Exhibit 8



Date/Time Posted: January 14, 2025 7:52 PM

Link:https://www.facebook.com/USBorderPatrolElCentroSector/posts/pfbid0U5CHPhAdfYcAFLHz
8xn5aS4mRvehGZnFRRYWrPE5TnMGaYHeBbL3M9Bk8PwEP6A2l

Date Captured: March 4, 2025

# Exhibit 9



Date/Time Posted: January 13, 2025 3:18 PM

Link:https://www.facebook.com/USBorderPatrolElCentroSector/posts/thank-you-citizens-of-bakersfield-the-premiersector-saw-massive-citizen-support-/908981681423101/

Date Captured: March 4, 2025

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
30 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 29 of 113

# Exhibit 10



Date/Time Posted: January 9, 2025 11:37 AM

Link: https://www.facebook.com/USBorderPatrolElCentroSector/posts/here-in-the-premiersector-we-go-the-extra-mileor-500-of-themto-protect-our-natio/906161171705152/

Date Captured: March 4, 2025

# Exhibit 11



Date/Time Posted: January 9, 2025 8:36 AM

Link:https://www.facebook.com/USBorderPatrolElCentroSector/posts/pfbid02W88MH4HqwiQF5
5d6LzAURpCd9ABvnLP1godPk3qEWcS7MHoEcg1zdJwSJwSEVmWWl

Date Captured: March 5, 2025

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
34 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 33 of 113

# Exhibit 12



Date/Time Posted: January 11, 2025 6:53 AM

https://x.com/USBPChiefELC/status/1878092797690904837

Date Captured: March 4, 2025

# Exhibit 13



Date/Time Posted: January 12, 2025 7:58 AM

Link: https://x.com/USBPChiefELC/status/1878471709482737998

Date Captured: March 4, 2025

Case No. 1:25-cv-03183-RBJ     Document 13-15     filed 10/09/25     USDC Colorado     pg
38 of 114
Case 1:25-cv-00246-JLT-CDB     Document 15-2     Filed 03/07/25     Page 37 of 113

# Exhibit 14



 Date/Time Posted: January 27, 2025 6:50 PM

Link: https://x.com/USBPChiefELC/status/1884071527630639364

Date Captured: March 4, 2025

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
40 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 39 of 113

# Exhibit 15

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
41 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 40 of 113

# TRANSCRIPTS **Transcript Providers**

Shows By Category:

**Return to Transcripts main page**

## The Source with Kaitlan Collins

**Trump DOJ Fires Officials Who Prosecuted Him; Homan On
Mass Deportation Effort: "There's No Safe Haven"; Trump Calls
DeepSeek A.I. "Positive Development" But Also A "Wake-Up
Call" For U.S. Tech Industry. Aired 9-10p ET**

Aired January 27, 2025 - 21:00   ET

THIS IS A RUSH TRANSCRIPT. THIS COPY MAY
NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.


[21:00:00]

(BEGIN VIDEOTAPE)

IRENE WEISS, HOLOCAUST SURVIVOR: --keeps working, but the soul never forgets. There is a soul that
does not forget any of it. It's imprinted on the soul that keeps the memory, the pain, the grief, it's just always
there.

(END VIDEOTAPE)

ANDERSON COOPER, CNN HOST, ANDERSON COOPER 360: The soul never forgets, nor should we.
Irene Weiss, Auschwitz survivor, now 94. She's remarkable.

You can listen to the full interview on my podcast, "All There Is," wherever you get your podcasts. Or watch
the full video interview on the CNN channel on YouTube.

The news continues. "THE SOURCE WITH KAITLAN COLLINS" starts now.

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
42 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 41 of 113

KAITLAN COLLINS, CNN CHIEF WHITE HOUSE CORRESPONDENT, CNN HOST, THE SOURCE WITH KAITLAN COLLINS: Straight from THE SOURCE tonight.

Trump's new purge and the fallout tonight, as the brand-new President fires more than a dozen Justice Department officials who helped investigate him.

And an inside source on the immigration blitz underway, across the country. As Trump's promised enforcement arrives, his border czar, the man in charge of the crackdown, will join me live, in moments.

And it's hailed as the technology that will revolutionize the world, as we know it. But tonight, a shocker. Did China just eat the U.S.'s lunch in the race to conquer A.I.? Kara Swisher is here.

I'm Kaitlan Collins. And this is THE SOURCE.

They say that revenge is a dish best served cold. But if you're President Trump, it is apparently one that's delivered by the acting Attorney General, piping hot.

And tonight, he is taking aim at his perceived enemies at the Justice Department, with the acting Attorney General firing more than a dozen prosecutors, who worked with Special Counsel, Jack Smith, on the classified documents and election interference cases against Trump.

CNN obtained this letter from James McHenry, the acting Attorney General, who told these prosecutors, quote, "You are being removed from your position at the Department of Justice... effective immediately." It goes on to say, given their significant role in prosecuting the now-President, they can't be trusted to assist in implementing the President's agenda, quote, "Faithfully."

Now, this move may be shocking in its scope and, frankly, unprecedented in its nature. But no one can exactly argue that it's surprising. Trump has made clear his anger directed at those who investigated him. He even referenced it during his inaugural address.

But this mass firing could land Trump's DOJ in court, potentially facing off against some of its now-former employees. A major question that remains, this evening, is whether these career lawyers will fight back by filing lawsuits about their firings.

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
43 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 42 of 113

But what we do know, and one thing is clear, Trump's January 6 retribution tour is also getting started underway at the DOJ, as we've learned today, that the Trump administration is taking the first step, the first concrete step, to investigate the investigators.

The interim U.S. Attorney, here in Washington, D.C., has just launched a, quote, "Special project," that is really what they are calling it, into prosecutors who brought obstruction charges against some of the January 6 rioters.

My sources are here tonight.

CNN Correspondent, Katelyn Polantz, who broke this reporting.

And former federal prosecutor, Elie Honig.

Katelyn, the acting A.G., came out and said, They can't be trusted to implement Trump's agenda.

I guess, the question was, were they ever going to be able to stay at the Justice Department, these people who worked on Jack Smith's team for the last two years?

KATELYN POLANTZ, CNN CORRESPONDENT: Well, there wasn't an expectation that they would have -- wouldn't have been, because they are career employees of the Justice Department, people who even had worked in the office, back when Trump was the president before. People have been there a long time.

What they're doing with this, this is not the firing of Jack Smith, the Special Counsel, or a political appointee. These are people who are fired for doing their job at the Justice Department, that they were going back to their home offices, after finishing their work at the Special Counsel's Office.

And the way that this is being articulated by the Justice Department, you cannot underline how unusual this is, enough. I mean the way that it say -- saying, in this letter, that these people received in the middle of the afternoon, saying, They played a role in prosecuting Donald Trump, President Trump, and that they do not believe that the leadership can trust them as long-time career employees of the Department, who have worked on many cases.

A couple of them, at least one of them I know of in the U.S. Attorney's office in Washington who prosecuted the former White House Counsel of the Obama administration. So, these are not people that were signed up to do this political work. It is -- it is incredible.

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
44 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 43 of 113

COLLINS: Is it saying what they think they did wrong, beyond just simply working on Jack Smith's team?

POLANTZ: I mean, it really is that. There is an articulation in this letter, from James McHenry, that they believe that these people were part of the weaponization of the Justice Department, that they are people that were in U.S. attorney's offices.

This is the equivalent, not of a Saturday Night Massacre in the Nixon administration. It is a massacre in broad daylight, on a Monday afternoon, that the Justice Department is announcing very clearly, exactly what their motive is.

[21:05:00]

And these people, where do they go now? Maybe they go to a lawsuit, or maybe they go to what the administration says they should do, the Merit Systems Protection Board, which is not the easiest way to follow things.

COLLINS: Yes.

Well, on that Elie. I mean, just to break it down for people. These are not political appointees, which are the people that the President gets to pick. They're career prosecutors. As Katelyn noted, they've been there a long time.

The acting A.G. is claiming that Trump has constitutional authority over this, because, under Article II of the Constitution, to fire these people, rather than really arguing that they're being fired because of their performance or their conduct.

Is this legal?

ELIE HONIG, CNN SENIOR LEGAL ANALYST, FORMER ASSISTANT U.S. ATTORNEY, SOUTHERN DISTRICT OF NY: Well, so first of all, Kaitlan, this is straight-up payback, and there's no dispute about it.

They come right out and say, if you look at that letter, what the acting Attorney General says is not, You've done something wrong here. All that letter says, it's about one page, is, You were part of the team that tried to prosecute Donald Trump. We therefore don't trust you. Therefore you're out.

Case No. 1:25-cv-03183-RBJ     Document 13-15     filed 10/09/25     USDC Colorado     pg
45 of 114
Case 1:25-cv-00246-JLT-CDB     Document 15-2     Filed 03/07/25     Page 44 of 113

Now, as to what can be done. What's really remarkable here is this. It is common, ordinary and expected that any new president, new administration will fire the political appointees, the Attorney General, the U.S. attorneys, usually those people resign before that, so it doesn't even come to that.

But the people who were fired today are what we call career prosecutors, meaning what I once was, a non-political person, who's working on the line, who's doing cases and trials, and has no political affiliation. That's what makes this so unusual.

Now, can they seek recourse in the courts? It depends a bit on how senior they are. At a certain level of seniority, you have greater civil service protections than the less senior people.

But the conflict here, ultimately, is going to come down to the civil service protections on the one hand, versus just the blunt force of Article II, of the President being able to do whatever he wants in the Executive branch. So, I think we'll see this play out in courts.

COLLINS: I mean, Elie, Pam Bondi has not yet been confirmed as the Attorney General. So, this is not coming from her. It's coming from the acting Attorney General. One, what do you read into that? And two, I mean, is this going to prompt more questions, when she's back on Capitol Hill, this week?

HONIG: Well, I think, first of all, they've done a huge favor for Pam Bondi, by doing the dirty work before she arrives. Look, this is an ugly task. We knew they were going to do it. They forecasted it to you, Kaitlan, both Katelyns (ph), and others, that this was going to happen. And now it saves Pam Bondi from having to do this herself.

But when she goes back for more questioning, 100 percent she should and will be asked this. Do you approve of this type of firing? Will you continue to fire non-political career prosecutors like this?

COLLINS: Yes. Elie Honig. Katelyn Polantz.

And I should note, this is all happening, as the President has been outside of Washington. He's just landed at Joint Base Andrews. He was speaking to House Republicans in his backyard at Mar-a-Lago, at Doral earlier. We're waiting to see if he speaks to reporters, when he gets off the plane, and if he weighs in on this.

In the meantime, as we keep an eye on Air Force One, we have our White House insiders, here at the table with

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
46 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 45 of 113

me as well.

Meridith McGraw is a White House Reporter, at The Wall Street Journal, and Author of "Trump in Exile."

And Isaac Arnsdorf is a Senior White House Reporter at The Washington Post.

Isaac, what are your sources telling you about these firings, and just what this means that the DOJ is going to look like for the next four years?

ISAAC ARNSDORF, SENIOR WHITE HOUSE REPORTER, THE WASHINGTON POST: I mean, everything that we've been talking about, the difference between a political appointee and a career official, the White House just doesn't see it that way. Trump and his team just don't see it that way.

They see these as people who were going after Trump, trying to take him down. And it's only natural for them, now that he won, and he's the president, that he doesn't want them on his team. They don't trust them.

And the people who are taking over the Justice Department are his personal lawyers, who represented him in those same cases.

COLLINS: Yes, a lot of them have experience with these people, Meridith, and have been in the courtroom with them.

I think, to the point of Elie, of saying how unprecedented this is, and as Katelyn noted, calling it just a massacre in the middle of Monday, not Saturday night, like we saw with Nixon. But this was kind of inevitable, in terms of what Trump's very clear desire to reshape the DOJ looked like.

MERIDITH MCGRAW, WHITE HOUSE REPORTER, THE WALL STREET JOURNAL, AUTHOR, "TRUMP IN EXILE": Completely. It was unprecedented, unusual, but I think, wholly unsurprising.

And anybody who's been paying attention to what Donald Trump has been saying, what his allies have been saying, what he's been broadcasting from his very first 2024 campaign rally, when he was in Waco, and he had the Jan 6 choir, singing the anthem there. He's been talking about this for years now.

And him taking this swift action, I don't think should come as any surprise. And that's what people in the White House have told me today, when I was asking about it.

Case No. 1:25-cv-03183-RBJ     Document 13-15     filed 10/09/25     USDC Colorado     pg
47 of 114
Case 1:25-cv-00246-JLT-CDB     Document 15-2     Filed 03/07/25     Page 46 of 113

COLLINS: Yes, and it comes as they're also launching this so-called Special project. I mean, that's what they are referring to it. To investigate the investigators who prosecuted the January 6 rioters, and used basically a statute that admitted up to the Supreme Court, of whether or not it could be used to prosecute them.

What does that tell you about the priorities of the Justice Department here?

[21:10:00]

ARNSDORF: Well, again, the acting U.S. Attorney in D.C. was in the private sector, before this, representing defendants charged in the January 6th riot. And now, he's on the other side of the table in that prosecutorial capacity, also in an acting capacity, right?

So there is, like Elie was saying, a little bit of what, how far they can push, and what kind of stuff they can get out of the way, before the actual Senate-confirmed officials come in and face those tough questions. COLLINS: Yes, how much of the decisions, Meridith, that are being made right now, have to do with, as they're watching the confirmation schedule on Capitol Hill? Because it's Pam Bondi. Then it will be the DAG, the Deputy Attorney General.

But we are seeing other Trump officials already working. Emil Bove, for example, who was in Trump's case, when he was being prosecuted in Manhattan, has already been out there on the ground, doing the work, on the job. We're seeing these attorneys already get to work.

MCGRAW: Yes, we are. I mean, and like you were saying, the new acting U.S. Attorney, here in D.C., getting right to dismissing these January 6 cases, opening up this investigation. So many of these appointments, they are coming in waves. It's bit by bit. But they're already starting to chip away at Trump's agenda.

COLLINS: How much of this is this, not just what we're seeing with the moves of the DOJ, but overall.

You had some great reporting today about just kind of this flood-the- zone strategy that Trump is employing. I mean, we saw the executive orders, last week.

And I should note, there's Trump coming down the steps of Air Force One now. We'll see if he speaks to reporters, and bring those comments if he does.

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
48 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 47 of 113

But what this is going to look like as far as far as executive orders, and all of these executive actions that he's taking in his beginning days in office.

ARNSDORF: Yes, he just previewed that he'd be signing four more tonight.

And flood the zone was Bannon's term. And I think he's frankly, a little bit jealous of how they've done it this time around versus when Bannon was in the White House. I mean, we were talking about the I.G.s, the inspectors general, all being fired on Friday night. And now, we're talking about the DOJ massacre today.

So, it's just one thing after another. And that makes it hard for us to keep up as reporters. It makes it hard for you to keep up as viewers. And it makes it hard for the Democrats, to figure out what they want to be talking about. And lawyers, if they're going to try to challenge this.

COLLINS: Yes. And also, it seems like for Republicans, when it comes to them being questioned about it on Capitol Hill.

Meridith and Isaac, great to have you both. That's our White House insiders here.

And meanwhile, as you see Trump getting a Marine One there, we'll be watching that return to the White House. This comes as he just made a major change to the U.S. military, with these executive orders that Isaac mentioned, and his new Defense secretary, who was just confirmed on Friday now -- Friday night, is vowing to rapidly enforce them on his first official day.

Plus, tonight, we're going to speak to Trump's border czar, live, as our critical inside source on the sweeping immigration blitz underway across the country.

[21:15:00]

(COMMERCIAL BREAK)

COLLINS: President Trump has capped off his first week in office by welcoming House Republicans, to spend money at his Florida golf club. The same president who, hours before, had executed a purge of officials, at the Department of Justice, he was touting this as one of his accomplishments.

(BEGIN VIDEO CLIP)

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
49 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 48 of 113

DONALD TRUMP, PRESIDENT, UNITED STATES OF AMERICA: I also signed an order to end the weaponization of our government against the American people.

(END VIDEO CLIP)

COLLINS: Ending the weaponization. Of course, that comes after he executed that purge of those career prosecutors.

My Republican source tonight is Texas congressman, Dan Crenshaw.

And it's great to have you here, Congressman.

On what we saw happen today, do you believe that the American people elected Trump, to get revenge on federal prosecutors?

REP. DAN CRENSHAW (R-TX): I think a lot of people did. Whether this is considered revenge or not, I think, is open to interpretation. I think a lot of these federal prosecutors, one might argue, were going outside the bounds of what their prosecutorial duties might be. I mean, you go on a case-by-case basis, but.

COLLINS: But do you have any -- I mean, there is no really indication that they committed any wrongdoing or did anything improper. I mean, there's a difference, obviously, between those at the top, who are calling the shots and making the decisions, and those who are the career employees, who are -- who are just doing their jobs.

CRENSHAW: It's just hard to say, because we're not talking specifics. But if we're talking about, say, Crossfire Hurricane and Russiagate, I mean, there were some people, who very much ignored actual facts and correct intelligence, in order to go after Trump. It did happen. So, it's not that crazy to see what's -- to see him purge a lot of the ranks, right now.

COLLINS: Yes, but do you believe that it's legal?

CRENSHAW: It's his administration. I mean, it's his administration.

COLLINS: They do enjoy civil service protections.

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
50 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 49 of 113

CRENSHAW: By definition, it's his administration. They work for him, at the pleasure of the President. And if it's illegal, it should be legal. And that's, look, the firing of federal employees being so difficult as it is, that's something that we need to address as a country, just to make our government more efficient. I mean, that's a longer conversation. But it should be legal, yes.

COLLINS: But if it's not currently legal, and they do enjoy these protections because they are civil service employees, they're career prosecutors. And the point of that is, is to have people who are insulated from the politics of the political appointees, who he does have the right to put in place, there.

CRENSHAW: No, every federal worker works for the administration, which works for the President.

So, and this is -- this is a bigger problem than just these particular employees. I mean, one of the reasons a lot of our agencies don't work well is because it's so hard to fire a federal worker. Businesses couldn't operate that way, if you could just never fire anyone. It creates a highly inefficient agency, right, whatever agency we're talking about.

[21:20:00]

COLLINS: But is there the other side of that argument, where it's if every single person at the Pentagon was a political appointee, then when every four years, every eight years, every single person would be replaced, and there'd be no one who knew their way around the hallway, or where certain house -- certain decisions are made. I mean, there is a benefit to that kind of institutional knowledge, is there not?

CRENSHAW: Of course there is.

COLLINS: That's the whole point.

CRENSHAW: But not everybody is being fired either. I mean, I think -- I think we're overblowing what's actually happening.

Again, whether you're a federal employee, or a political appointee, you still work for the President, directly. That's -- that is the case. And what we -- we have a much bigger problem with the way that federal unions have become so institutionalized, that we can't actually fire people who aren't doing their jobs. It's a much bigger problem.

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
51 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 50 of 113

COLLINS: Yes, well, I mean, obviously the argument there, we'll see if they take this to court, and if there are lawsuits here. There certainly could be, from our legal experts.

But you just said that there are people who did elect Trump to do this. But there were a lot bigger campaign promises that were made by Donald Trump. And I think some people may look at this, and say, How does this further the priorities that Republicans promised to voters on the trail, whether that came to lowering grocery prices, or confronting China? I mean, is this part of that agenda?

CRENSHAW: Well, look, this is part of about a 1,000 other actions that Trump has taken, in the very short time that he's been in office. Let's talk about the ones that really do matter to people, like LNG exports. That's huge for our -- for our energy sector. Getting our border under control. I mean, he's doing a lot more than just firing a few prosecutors, let's be honest.

COLLINS: Yes, and we're going to talk to his border czar in a few moments.

I just think obviously every decision made in the first week is seen as a priority and important.

But let me ask you about some of the executive orders that Trump has been signing. Because you have said that any American, who is willing and able to serve in the military should be allowed to do so. Do you oppose Trump's ban on trans people serving in the military?

CRENSHAW: No, not at all. And I'm not sure where you got that quote. But you could find a lot of other quotes from me that would say that we should never allow anyone in the military to undergo transition surgery, which would make them medically-unqualified to deploy, and therefore reduce the readiness of the military.

So, I'm not sure what President Trump is going to do exactly on this policy. It's probably going to look a lot like his last administration, which was, you can say that you're another sex, but you can't undergo treatments to become another sex, because once you do that, you make yourself unready to deploy. It's the medical procedures themselves disqualify you.

COLLINS: But there are trans people who serve in the military, right now, who would disagree with that.

CRENSHAW: They can disagree all they want. I'm the one who's -- I know what war is like, and I know what it takes to deploy. I was not allowed to deploy for vision issues.

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
52 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 51 of 113

Now, what if you need to be on a bunch of medications, and your -- and your entire body has been -- has been changed radically into another gender? It makes it very difficult to deploy you into the places that we need to deploy you.

I had to be medically-retired for my condition. And my condition, arguably, is far less -- is far less severe than undergoing a transition to a different gender.

COLLINS: Yes, but people obviously take medical leave from the military all the time, in return.

And you said you didn't know what quote I was talking about. This is from 2021. This is -- this is the quote.

CRENSHAW: Yes, I'm sure -- I'm sure I said that. But there's--

(BEGIN VIDEO CLIP)

CRENSHAW: I think people should be able to serve openly, and tell people what their identity is. And anybody who can meet those standards should be able to serve.

(END VIDEO CLIP)

CRENSHAW: And then I probably--

COLLINS: Do you still?

CRENSHAW: And then I -- and then I -- and then I probably went on to say -- if the conversation was about transgenderism in the military, I probably, in that interview, went on to say exactly what I just said. Because I've never changed my mind on this.

COLLINS: So, when you say, I think people should be able to serve openly and tell people what their identity is, anyone who can meet those standards. I mean, aren't you arguing that those people that if someone who is trans is in the military, and they can meet the standards, that they should be able to serve? I don't -- I don't know that--

CRENSHAW: What I'm saying is by--

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
53 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 52 of 113

COLLINS: Why would you be making that decision, and not a medical professional, or someone who makes those decisions about vision, or whatever issues they evaluate, before deploying somebody?

CRENSHAW: I'm saying, by definition, if you -- if you have transitioned into a different gender, you are not meeting our medical standards. There's -- you're creating--

COLLINS: Right. But that's your opinion.

CRENSHAW: No, it's not an opinion. That is -- that is a pretty easy -- that's an easy-to-prove fact. It makes it much harder on our units to deploy. Period. Like, full stop. And again, there's a--

COLLINS: But then how are there trans people serving in the military, right now, Sir?

CRENSHAW: There's a difference between identifying -- like, again, look, you could -- you could -- Kaitlan, you could show up to your job, the next day, and say that your name is now, Ken. That's different. You can identify that way. And that was Trump's old policy, by the way. They would allow you to serve that way.

But there's a very big difference between doing that, and actually undergoing medical procedures that take you -- that take you out of service. And there's -- and, yes, you call it medical leave. But that's some pretty severe medical leave. So, why would we allow that? And then you -- and to say that you're deployable to austere environments? No way. That's just not true.

COLLINS: OK. But Congressman, I-- CRENSHAW: And so, I've never -- I've never changed my mind on that.

COLLINS: The executive order is banning all trans people. Period. It's not making a caveat that you're making there.

CRENSHAW: I don't think we've seen the text of the -- of the order, have we? I don't have the text.

[21:25:00]

COLLINS: Are you -- this is what was -- how it's been described to us by our sources. Are you telling us that--

CRENSHAW: Yes, but we don't -- but we don't have the--

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
54 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 53 of 113

COLLINS: --it makes that distinction?

CRENSHAW: I don't -- I don't have the text. If you're making any guess on what the text is, I have a feeling it'll look a lot like the last administration. We don't know yet.

COLLINS: OK. So, you're in favor of this, though, regardless?

CRENSHAW: Yes. Yes, my position on this has always been very clear, so.

COLLINS: Congressman Dan Crenshaw, thank you for your time.

CRENSHAW: Thanks.

COLLINS: Meanwhile, Trump's sweeping immigration crackdown that he pledged to carry out on the campaign trail is here. More than a 1,000 people were arrested in one day.

Border czar, Tom Homan, is here, live, for the first time since taking on his new job, here with us on THE SOURCE.

(BEGIN VIDEO CLIP)

TRUMP: Today in Tijuana, you probably saw the -- I got a call from Tom Homan, and some of the people. They said, Sir, it's unbelievable.

We're deporting 100 percent of all new trespassers apprehended at the border.

(END VIDEO CLIP)

(COMMERCIAL BREAK)

[21:30:00]

COLLINS: The Trump administration's promised immigration blitz is now well underway, across the U.S., and just getting started, as multiple federal agencies are now swarming cities, across the country.

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
55 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 54 of 113

As the President today compared his deportation flights to a 1990s Nicolas Cage movie.

(BEGIN VIDEO CLIP)

TRUMP: You got 300 people sitting in a plane. Every one of them either a murderer, a drug lord, a kingpin of some kind, a head of the mob, or a gang member. And you're flying that plane, it's not going to end well. You ever see the movie Con Air?

(LAUGHTER)

TRUMP: That's what -- yes. Except here's the difference. The people in Con Air were actors. They weren't nearly as tough as these guys.

(END VIDEO CLIP)

COLLINS: My source tonight is President Trump's border czar, Tom Homan.

Don't worry, Tom Homan, I'm not going to ask you about Nicolas Cage, or any movies.

But on the numbers and what we're seeing, you guys actually put into practice. Just today, ICE says it has made 1,179 arrests. How many of those people had been convicted of crimes in the U.S.?

TOM HOMAN, PRESIDENT TRUMP'S BORDER CZAR: Look, I don't have exact numbers with me. But for -- I'll give you an example. I was in Chicago, yesterday, for that operation. And everybody but I think four were collateral -- with four collateral arrest, everybody else was a criminal.

And when I walked out at the end of my shift, we already had, I think, nine Tren de Aragua. Two of them were actually being charged with crimes, because there was -- here's an illegal alien -- illegal alien gang member in the United States, selling illegal guns in the neighborhood. And they even sold the switches, which turned the gun into fully automatic machine guns.

We arrested, I think, we had a total of seven sexual predators, crimes -- sexual crimes against children. We had two illegal aliens, convicted of murder that were released by the state prison back to the streets.

So everybody we arrested in Chicago, yesterday, was -- it was a significant public safety threat. There were several collateral arrests that happened to be there, when we arrested the bad guy. So, this operation, right now, is concentrated on public safety threats and national security threats throughout the country.

COLLINS: So the majority of those yesterday were -- did have criminal records. And do you believe the majority of today's numbers have criminal records?

HOMAN: I won't see those numbers till midnight tonight. But, again, we're focused on -- we're focused on criminals. But I think you and I discussed before. Well, in sanctuary cities, you're going to see a higher number of collateral arrests. I mean, we're going to have more criminals, but there's going to be a big number, what we call, collateral.

Because when we're forced into the neighborhood, to find the bad guy, he's probably going to be with others. And we're not going to instruct the ICE agents to ignore their oaths, ignore the law. If they're here illegally, they're going to go -- they're going to go to jail too.

And that's why I just -- I'm imploring the sanctuary cities, let us into jail, to arrest the bad guy in the jail, where the community's safe, the officer's safe, the alien's safe. If you're forcing into community, you're going to get exactly what you don't want.

COLLINS: And when you say--

HOMAN: More agents in the neighborhood, and more collateral arrests.

COLLINS: When you say collateral arrest, you mean someone who doesn't have a criminal record, but is here, is an undocumented immigrant. They still get deported as well, right? You're not letting them go back to their neighborhoods, or to their jobs. Is that right?

HOMAN: Yes, if they're in the country illegally, they're going to get arrested too.

COLLINS: Now that you're officially in your position, you've been here about a week on the job. We spoke to you last, before you would actually come in formally to the role. Do you have a better target number for how many people you want to deport overall?

HOMAN: As many as we can. My goal is -- I think success is removing every criminal gang member out of

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
57 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 56 of 113

this country, every public safety threat, illegal alien, out of this country, every child trafficker, illegal alien, out of this country. Then that aperture opens, right?

We got 1.4 million illegal aliens in this country, who had due process at great taxpayer expense. They were ordered to remove by a federal judge, and didn't leave. They became a fugitive. They're next. So, we're going to keep opening that aperture, and enforcing immigration law. And all for those in the country illegally--

COLLINS: And how long--

HOMAN: --those who don't have a final order, those who have not been ordered by an immigration judge, if you're in the country illegally, you should leave.

Because if we have to formally deport you, you can face the -- anywhere it's from a five- to 20-year bar from ever coming back, either as a student, a visitor visa, a tourist visa, or be petitioned by a U.S. citizen child. If you're in the country illegally, you have been ordered to be deported? Leave and come back the right way--

COLLINS: Yes. HOMAN: --because there will be other opportunities.

COLLINS: You're talking about going after public safety threats, national security threats first. But you just said that aperture is going to widen, meaning, the scope of the people you're going to go after. How long do you anticipate, before you're in that next phase where the aperture has gotten wider?

[21:35:00]

HOMAN: Very soon. I mean, sanctuary cities are making it very difficult to arrest the criminals. For instance, Chicago, very well- educated. They've been educated how to defy ICE, how to -- how to hide from ICE.

And I've seen many pamphlets from many NGOs, Here's how you escape ICE from arresting you, Here's what you need to do. They call it, Know your rights. I call it, How to escape arrest. There's a warrant for your arrest, and they tell you how to hide from ICE. No -- don't open your door. Don't answer questions.

OK, they can call it Know your rights, all you want. But if there's an order for the removal, they've been ordered to remove by a federal judge after due process, at great taxpayer expense? They need to go. But if we got to play that cat and mouse game, that's what we're going to do, till every one of them gone.

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
58 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 57 of 113

COLLINS: In terms of how you're messaging this, obviously you've been speaking publicly. We know that officials were told to be ready, to be in front of the cameras. Agents were, that they could be around when these arrests were happening. We saw Dr. Phil was along and embedded with one of your teams.

How much thought are you putting into, to making this kind of a made- for-TV moment, in order to publicly message? Or, whatever your strategic goal is here?

HOMAN: Well, look, we got Kristi Noem who's just -- she got her vote this weekend. You're going to see a lot more from Secretary of DHS, should be out here, talking much more. We've -- the new CBP Commissioner, who's being nominated, Rodney Scott, he will empower the Chief Patrol Agents to talk. So, we want all the frontline managers to talk throughout the country.

But the message that I'm sending is that we're going to force it -- we're going to force immigration laws in this country. And if people don't like -- they like it, then they need to change the law.

Because ICE isn't making this up. We're enforcing laws enacted by Congress and signed by a president. But we're doing it in a smart way. The Trump administration, in the beginning, says, we're going to concentrate on public safety threats and national security -- national security threats around the country (ph). The worst, first, and that's what we're doing.

But as, like I say, as we go on, we're not going to say it's OK for 1.4 million illegal aliens to ignore a judge's order to deport. So, they're going to be next. And we're going to keep opening that aperture up.

So, we're sending a message. It's not OK to be in this country illegally. It is not OK to enter this country illegally. It is a crime. And there's going to be consequences.

COLLINS: Do you have a number of how many people you'd like to have deported by this time next year?

HOMAN: I don't have a number. As many as we -- as many as we can arrest and deport. We're going to enforce the law.

COLLINS: OK. But no firm number?

HOMAN: If you're here in the country illegally -- if they're in the country illegally, they got a problem, and they're not off the table.

COLLINS: Yes, but on numbers, you have been clear that your success here, in this effort, will depend on how much money you can get from Congress.

Now that you're in this role, do you know how much money, what kind of budget you would need to deport the people that you say are public safety threats, national security threats? And also, the 1.2 million that you just referenced there, who have gotten orders from a judge?

HOMAN: 1.4 million. And yes, like we needed -- we needed more than the 100,000 beds. Right now, we got about 34,000 beds. We'll fill them up in a week. So we need -- we need at least a 100,000 beds. We need more international air flights. We need more grounds transportation. We need more money to hire more officers and Border Patrol agents.

And that's why we're bringing, right now, the whole of government is coming in, right? In the Chicago operation, in every operation throughout the country, now, we got DEA, we got FBI, we got U.S. Marshals, we got ATF, we got HSI, we got ERO. So right now, we're bringing the whole of government into this, so we can create more teams and arrest more people.

So, this dynamic is constantly changing. And depending on the city.

COLLINS: Yes, and if you--

HOMAN: Is it a sanctuary city, not a sanctuary city?

COLLINS: Yes, you're using them as like a force multiplier.

But when it goes to the real money that you'll need from Congress, to get more beds, and to hire more agents, if Congress is not reliable, as I'm sure you are well-aware, in terms of what they can get passed? I know they believe this is a big part of Trump's agenda. But if you don't get what you need from Congress, can you achieve what you're trying to achieve here?

HOMAN: We're going to do everything we can with what we have, and we're going to arrest as many as we can.

However, you're right. We can be more successful if we have more money, if we can buy more beds. Because

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
60 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 59 of 113

every time we arrest an illegal alien, we just don't deport them that day. We have to detain them for a few days, or a few weeks, to get travel documents, get landing rights in their home country. So, the more money we have, the more we can do.

COLLINS: Mr. Homan, I've got a few more questions for you, if you'll stick around, for a few minutes, with us.

We're going to take a quick break, and then we'll be back with Mr. Tom Homan, Trump's border czar, after a short commercial break.

[21:40:00]

(COMMERCIAL BREAK)

COLLINS: And we're back with President Trump's border czar, Tom Homan, whose name came up at the confirmation hearing, for the newly- confirmed Secretary of Homeland Security, Kristi Noem.

(BEGIN VIDEO CLIP)

SEN. ANDY KIM (D-NJ): I guess I'm uncertain about roles and responsibilities regarding your position, and Tom Homan's.

How are you going to work with Mr. Homan? What is the division there? I'm trying to get a better sense of who's in charge.

KRISTI NOEM, UNITED STATES SECRETARY OF HOMELAND SECURITY: Yes, Tom -- Tom Homan is an incredible human being, who has over 30 years of experience.

KIM: Incredible experience, I get that.

NOEM: Yes, at the border, and the inside--

KIM: I'm just trying to think through decision-making process--

NOEM: Yes.

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
61 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 60 of 113

KIM: --when it comes to your work. For instance, will he be giving orders directly to CBP, ICE, USCIS?

NOEM: Tom Homan has a direct line to the President. He is an adviser to the President, the border czar.

I obviously will be, if nominated and confirmed, and put into the position of being the Department of Homeland Security Secretary, and responsible for the authorities that we have, and the actions that we take.

(END VIDEO CLIP)

[21:45:00] COLLINS: And Mr. Homan is back with me.

And who is the person, who will be issuing those orders, to the Senator's question there, to ICE agents, to Border Patrol? Is that your purview here? Or is that Secretary Noem's purview?

HOMAN: Secretary Noem has the authority of Border Patrol and ICE. That's in statute.

But as the Senior Adviser to the President, I'm writing strategic vision, and operational plans, and coming up with a strategy to secure the border, and to run this deportation operation, to find over 300,000 missing children. And me and Secretary Noem will work very close on those plans, and to implement them, and do what the President wants us to do.

So, me and Kristi Noem will be shoulder to shoulder every day. We talk every day. So, we'll be working together, to achieve the President's goals.

COLLINS: How often are you talking to the President himself about this?

HOMAN: Several times a week.

COLLINS: And on one of the things that we've been seeing, as you're publicly talking about this first week. I saw the numbers that ICE put out tonight, that we started asking you about.

We also saw this video, last week, of something you told me was going to happen, using military flights. This is a C-17. It's flying about 80 people back to Guatemala. The flight costs from El Paso, for that is about $252,000 numbers, based on an estimate we got from the government today. Do you think that's a better use of

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
62 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 61 of 113

taxpayer money than a charter flight, which would cost closer to, I believe, a $9,000?

HOMAN: Well, it's a force multiplier. We got a lot of planes flying every day across mostly to Central America and South America. So, they're adding, they're adding a resource to us. So, again, the cost of this operation is expensive. It's expensive to enforce the laws, and protect our national security. But I don't put a price tag on securing that border.

Once we secure the border, and we show consequences -- the numbers are already down. We had like 500 crossings in one day. Compare that to 10,000 to 12,000 a day under Biden.

COLLINS: Right. But why is it better to use a military plane?

HOMAN: 500 a day? I mean, that's one of the lowest I've seen in my 34- year career.

COLLINS: But why is it better to use a military plane that costs so much more than just a charter plane, which is what was happening before? HOMAN: Charter planes are still running at full capacity. This is just an added thing. And they can put a lot more people on the plane, rather than -- that can make a long distance, such as going to Columbia. We'll use them for European removal. So, it makes sense to fill that plane up, a lot of people, and get them moving.

Again, it's an added asset, because our air contracts now are full, 100 percent capacity. So, as we add more flights, I'm sure we'll add more charter flights. But right now, DOD is working with us on the border, building infrastructure, appearance denial (ph). They're down there, building, putting razor wire up, and they're flying planes.

COLLINS: OK.

HOMAN: They'll also probably do some ground transportation. We're going to use DOD.

COLLINS: And I should note that, we are told that the Department of Homeland Security will not be reimbursing the Pentagon for these flights. That sometimes is the case. But we were told today, that that's not the case.

On what you said earlier about your big priority, right now, is deporting public safety threats and national security threats. How does changing the ICE policy that allows agents to conduct arrests and enforcement at

churches and schools help with that?

HOMAN: There's no safe haven for public safety threats and national security threats.

People will say, Well, will you really go into a high school?

Well, people need to look at the MS-13 members and Tren de Aragua members, who enter this country, a majority in between the ages of 15 and 17, many are attending our schools. And they're -- and they're selling drugs in the schools. And they're -- and they're doing strong- armed robberies of other students.

So, we do not go into schools or hospitals, as a matter of practice. But if it's a -- if there's a significant public safety threat, or a significant homeland security threat, there's no safe haven. We'll go where we need to go, to take them off the street.

COLLINS: But you obviously are someone -- you've been working on the border for years, Sir. I mean, you got an award from President Obama, for people who don't know watching. And you also have worked through these administrations. This was the policy that's been in place, I believe, since 2011, and it wasn't changed before.

I mean, do you have any reason to believe that elementary schools or churches are harboring these violent immigrants, who are here illegally?

HOMAN: Like I said, and when the circumstances arise, we got national security threat, or a significant public safety threat? We're going to go where we got to go, whether it's a school, a church or hospital. The national security is important.

And look, name another law enforcement agency. Does the FBI have those requirements? No. Does DEA have those requirements? No. So, ICE shouldn't have those requirements either.

We have a national security responsibility. And we're going to take those people off the street. If it's out of school, then that's what we're going to do. Again, it takes a lot to get approval to go into school or church. But if there's a national security threat, we're going.

[21:50:00]

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
64 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 63 of 113

COLLINS: What does it take -- what is the standard, I guess, to go into an elementary school? Because what we had heard from immigration advocates, is that this is going to provide a chilling effect to parents in the school drop-off line, or something of that matter.

HOMAN: It shouldn't be a chilling effect, unless your child is a terrorist, or a public safety threat. If they're a public safety threat, a national security threat, they should be chilled, they should be afraid, because we're looking for them.

COLLINS: Well, if their parent is here, and they're an undocumented immigrant, I think was, was more of the argument that they were making.

HOMAN: They're not off the table either. I mean, if they're in the country illegally, they got a problem. I mean, it's not OK -- look, it's not OK to enter this country illegally. It's a crime. And that's what it's supposed to be. I wouldn't feel comfortable if I'm in Switzerland illegally. So, we're going to enforce laws in this country.

So, the schools and the churches, and sensitive location was a policy only for ICE, only for immigration, right? But national security threats and public safety threats have no safe haven in this country, and we'll go where we got to go.

COLLINS: Have you gone into any schools or churches yet that you know of personally?

HOMAN: Not yet -- not yet, of this operation.

COLLINS: Mr. Tom Homan, thank you for coming and taking our questions tonight. We hope to have you back here on THE SOURCE soon. And we do appreciate your time.

HOMAN: Thanks for having me.

COLLINS: Up next. We're going to check in with some deep panic that is underway in Silicon Valley. That new A.I. startup, DeepSeek, and what it means, as a cheaper A.I. alternative from China has emerged, and it sent U.S. tech stocks plunging today.

[21:55:00] (COMMERCIAL BREAK)

COLLINS: Just days after we saw President Trump unveil a $500 billion investment in artificial intelligence, a

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
65 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 64 of 113

Chinese A.I. company today stunned the entire industry, and also sent U.S. stocks plunging. That's because this Chinese startup, known as DeepSeek, revealed a new chatbot called R1 that matches the capabilities that OpenAI's ChatGPT, and Google's Gemini has, but at a fraction of the cost.

Now, we all know, U.S. companies have spent hundreds of millions of dollars, if not billions, to develop these A.I. models that we've been tracking so closely in recent years. DeepSeek, which launched a year ago, I should note, says it spent just over $5 million.

Here's how President Trump responded to this news today,

(BEGIN VIDEO CLIP)

TRUMP: The release of DeepSeek A.I. from a Chinese company, should be a wake-up call for our industries that we need to be laser-focused on competing to win, because we have the greatest scientists in the world.

This is very unusual. When you hear a DeepSeek, when you hear somebody come up with something. We always have the ideas. We're always first. So, I would say that's a positive, that could be very much a positive development. So instead of spending billions and billions, you'll spend less, and you'll come up with, hopefully the same solution.

(END VIDEO CLIP)

COLLINS: My source tonight is the veteran tech journalist, Kara Swisher.

And Kara, some people were calling this A.I.'s Sputnik moment. I mean, it's obviously put so many questions in front of major companies like Meta, and Nvidia. What are your takeaways--

KARA SWISHER, PODCAST HOST, "ON WITH KARA SWISHER" & "PIVOT," CNN CONTRIBUTOR: Yes.

COLLINS: --from what we've seen today?

SWISHER: I think everyone should calm down. I mean, the stock market didn't, because it shows -- it puts into question all the spending that's been going on with all these companies.

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
66 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 65 of 113

And I think that's the worry they have. Is that Mark Zuckerberg just announced, I think $50 billion, $60 billion, they're spending on different A.I. things. They've talked about building all kinds of datacenters, et cetera, which they should continue to do, moving forward.

I think what's interesting about what DeepSeek is, it's riding on our rails. It's riding on our open-source models. And so, the question is, is this going to be an open-source-developed industry, where everything, the prices go very low, just like the original internet was? Or is it going to be captured by only the big players?

And so, I think they were showing that it's going to be very easy for -- you know, there's an expression, the plains are covered with the bodies of pioneers. Pioneers, sometimes, they cost too much and the price is too much, and then others follow in their wake. And China is a very fast follower. And that's what's happening here.

COLLINS: Yes. What does that say about the competitiveness of U.S. companies in this space, given what we saw?

SWISHER: Well, like I said, they're riding on our rails. They're riding on our open-source models, specifically Llama from Meta, and things like that, because there's a whole -- there is a whole struggle between open source and closed companies like OpenAI that tradition (ph).

The question is, with everybody spending all this money on closed systems, only one or two are going to win, right, in that model. And so, if you open it up, and you allow more people to innovate, at lesser cost? It's good news, say, for companies, any company, who doesn't have to pay too much for A.I., when it's almost free, essentially.

At the same time, you'll have worries about lack of any safety. Because you didn't hear DeepSeek talk about possible safety problems, which U.S. companies tend to adhere to.

COLLINS: Yes.

SWISHER: And so, it's sort of this Wild West situation. And then you'll hear U.S. companies saying, No more regulations, because China is going to beat us.

China is beating us, because they're taking advantage of our innovation. And the question is, how can we make it so it's inexpensive for innovation to happen everywhere.

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
67 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 66 of 113

And so there'll be an initial panic, because of all the money spent, say Nvidia is perfect. These chips are very expensive. They've been bought up by all the big rich companies. Do you need those chips particularly? Are there better ways to do it?

[22:00:00]

And so, the question is, how can our country innovate on at all levels of this?

COLLINS: Yes.

SWISHER: Because we are the -- we are the first in line here. So, it definitely is a wake-up call for everyone to see where this is headed, which will be good for some, and not so good for others.

COLLINS: Yes. DeepSeek using just a fraction of the chips that others have.

Kara Swisher, we'll be watching it all, hopefully with you here to help us. So, thank you for your time tonight.

SWISHER: Thank you.

COLLINS: Thank you all for joining us.

"CNN NEWSNIGHT WITH ABBY PHILLIP" is up next.

Case No. 1:25-cv-03183-RBJ     Document 13-15     filed 10/09/25     USDC Colorado     pg
68 of 114
Case 1:25-cv-00246-JLT-CDB     Document 15-2     Filed 03/07/25     Page 67 of 113

# Exhibit 16

# US Border Patrol arrests migrants during latest enforcement operation

*ABC News*

Immigrant communities in Kern County, California, are on edge as the U.S. Border Patrol has been seen conducting enforcement operations throughout the region this week.

Videos and images that surfaced online appear to show Border Patrol agents apprehending people at various locations throughout the region. United States Customs and Border Protection has confirmed the operations, which officials describe as "targeted."

"The USBP conducts targeted enforcement arrests of individuals involved in smuggling throughout our areas of operations as part of our efforts to dismantle transnational criminal organizations," a CBP spokesperson said in a statement.

However, Sarah Fuentes, a manager at a Chevron station in Bakersfield, told ABC News she saw Border Patrol officers and agents in plain clothes go up to several of her customers, ask them about their immigration status, and arrest multiple people.

Fuentes says she thought the officers were serving a warrant, but noticed "it was only Hispanics and field workers that they were putting aside."

Recent Stories from ABC News



| | 0:00 / 0:00 | |
| 0:00 / 0:00 | | | 0:00 / 0:00 | |



Visit Advertiser website<span style="color:blue">GO TO PAGE</span>

"Then we seen it again, and we're like, wait a minute, this is a raid, they're picking up random people like the field workers. They don't have an order to do that," she said in a phone interview. "It's just random people that are walking in that work in the field."

Fuentes shared photos and videos she took of the incident, including one she says shows a woman who locked herself in her car as a person in plain clothes allegedly urged her to open her door. "10-15 minutes after she refused, they got a Border Patrol truck to park behind her vehicle so she wouldn't be able to leave," she said. When press arrived, the agents allegedly let the woman go, according to Fuentes.

United Farm Workers members were detained throughout Kern County as part of the operation , the union said in a post on X.

"UFW union members are among those detained while traveling home from work yesterday in Kern County, CA. We are providing them and their families with support. Random actions like this are not meant to keep anyone safe, they are intended to terrorize hardworking people," the post said.

UFW says an initial and rough estimate shows as many as 192 people may have been detained in Kern County this week.

Antonio De Loera-Brust, Communications Director for UFW, said he's never seen this kind of operation in the region before.

"They're very far from the border and despite their public claims that they're conducting targeted operations, everything we're hearing and seeing indicates random detention, stopping people in public areas, at gas stations, basically at random."

Karen Goh, the mayor of Bakersfield, confirmed to ABC News that the police department is aware of the operations but is not assisting federal agencies.

"The Bakersfield Police Department is aware the U.S. Border Patrol is conducting operations in the City of Bakersfield. State law requires that no local or state resources are used to assist in federal immigration enforcement. The Bakersfield Police Department remains strictly focused on local public safety responsibilities. If a resident is a victim and is in need of police services, irrespective of his/her immigration status, the resident is welcome to call the Bakersfield Police Department," she said in a statement shared with ABC News.

Oliver Ma, an attorney for the ACLU of Southern California, says the organization has received multiple reports of Border Patrol officers showing up at farm-working communities and other locations throughout the county.

"We heard, for example, from one person who was fueling up for gas and she said the border patrol came behind her car, started asking who she was, and put down tire spikes behind her car so she couldn't leave," he told ABC News. "They tried to figure out what her name was and then she saw them also approach seven people who were just having lunch nearby and began talking to them and then all seven people were arrested and taken away."

# Exhibit 17

## US CBP issues statement on 'Operation Return to Sender' in Bakersfield area

*Jose Franco, Jenny Huh*

BAKERSFIELD, Calif. (KGET) — U.S. Customs and Border Protection issued a statement Friday morning providing more details over its three-day operation in the Bakersfield area this week the agency calls "Operation Return to Sender."

Throughout the week, 17 News requested interviews with the agency over its operation in the Bakersfield area but was provided a statement stating its operation took place over three days and led to 78 arrests. U.S. CBP said it would not provide further statements.

The agency said it arrested people unlawfully in the U.S. from Central, South America and China.

According to the statement, Border Patrol had 60 agents in the area focusing on alleged drug and human traffickers. Agents were on patrol in marked and unmarked vehicles, officials said.

CBP highlighted agents arrested people previously convicted of crimes including sex offenses, drug possession, child abuse, spousal abuse and DUI. Agents seized marijuana and methamphetamine during the operation, the statement said.

Border Patrol officials said it is "no stranger" to operating in the Central Valley and its work may send agents all the way to the California-Oregon state line.

Read the full U.S. Customs and Border Protection statement below:

> Border Patrol Agents with the El Centro Sector Border Patrol conducted an operation in and around the Bakersfield area in Kern County. Our operation focused on interdicting those who have broken U.S. federal law, trafficking of dangerous substances, non-citizen criminals, and disrupting the transportation routes used by Transnational Criminal Organizations. The U.S. Border Patrol is no stranger to operations in places like Bakersfield, Stockton, Modesto, Fresno, and Sacramento, as the now closed Livermore Border Patrol Sector regularly conducted enforcement operations over this area up to the mid 2000s. "The El Centro Sector takes all border threats seriously," said Chief Patrol Agent Gregory Bovino. "Our area of responsibility stretches from the U.S./Mexico Border, north, as mission and threat dictate, all the way to the Oregon line."



- During this three day operation we had over 60 agents on the ground, using both marked and unmarked vehicles. The results of our operation, named "Return to Sender" are as follows:

78 arrests (all subjects unlawfully present in the U.S.) The nationality/citizenship of those arrested were from Peru, Guatemala, El Salvador, Honduras, Ecuador, Mexico, and China.

One subject arrested was a convicted sex offender convicted of raping an 8 year old girl.

Another subject had an active warrant from the Visalia Sheriff's Department for a sex offense against a child.

One subject had a warrant for being a felon in possession of a weapon out of Tulare County. He was turned over to the Kern County Sheriff's Department for extradition to Tulare County. A detainer was placed on this subject so we can take him back into custody on pending federal charges.

Three separate Marijuana seizures: 33.01 lbs., 3.1 lbs., and 30.7 grams of personal use.

Four separate methamphetamine seizures totaling 7.1 grams.

Multiple DUI convictions among those arrested, including some that included hit and run and injury enhancements.

Other criminal histories of those arrested included: failure to appear, tampering with a vehicle, petty theft, felony drug possession, vandalism, burglary, inflicting injury on spouse, and child abuse convictions amongst others.

*David Kim, Assistant Chief Patrol Agent, El Centro Sector*

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
74 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 73 of 113

# Exhibit 18

# 'RETURN TO SENDER': Border Patrol's 3-day operation in Kern, 78 arrested

*Veronica Morley*

Latest Kern County, California and US and world news from 23ABC in Bakersfield, Calif.



[Veronica Morley](#)

Senior Reporter Covering Bakersfield

KERN COUNTY, Calif. (KERO) — The U.S. Border Patrol has released more details on what has been coined operation "Return to Sender" by the agency. It resulted in 78 people being arrested who were "unlawfully present in the U.S.", according to Border Patrol.

The El Centro Sector Border Patrol agents were in Kern for three days chasing down individuals who have, in Border Patrol's words: "Broken U.S. federal law, trafficking of dangerous substances, non-citizen criminals, and disrupting the transportation routes used by Transnational Criminal Organizations."

The agency said they had over 60 agents throughout Kern County in marked and unmarked vehicles.

"The El Centro Sector takes all border threats seriously," said Chief Patrol Agent Gregory Bovino. "Our area of responsibility stretches from the U.S./Mexico Border, north, as mission and threat dictate, all the way to the Oregon line."

Of the 78 arrested, one was convicted of raping an 8-year-old girl, while another had a warrant for a sex offense against a child out of Visalia.

There were multiple arrests for large amounts of marijuana and possession of methamphetamine and DUI convictions, according to Border Patrol.

Border Patrol went on to mention that other subjects arrested had criminal histories that including charges such as: failure to appear, tampering with a vehicle, petty theft, felony drug possession, vandalism, burglary, inflicting injury on a spouse, and child abuse convictions.

All subjects arrested were from Peru, Guatemala, El Salvador, Honduras, Ecuador, Mexico, and China, according to Border Patrol.

---

Stay in Touch with Us **Anytime, Anywhere**:

- Download Our Free App for **Apple** and **Android**
- Sign Up for Our Daily **E-mail Newsletter**
- Like Us on **Facebook**
- Follow Us on **Instagram**
- Subscribe to Us on **YouTube**

Copyright 2025 Scripps Media, Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

**Sign up for the Headlines Newsletter and receive up to date information.**

# Exhibit 19

# What Does FAFO Mean? Trump's Message to Colombia Goes Viral

*Daniel Cody*



⚪                    0:00 / 0:00          ⚪

Video Player is loading.

Current TimeÂ 0:01

DurationÂ 0:15

Remaining TimeÂ 0:14

Â

What It's Like With Double Name As Man's Parents Call Him Matthew Mathews

By

Digital Media Reporter

Donald Trump garnered attention on Sunday with a Truth Social post that appeared to be a message to Colombia featuring the acronym "FAFO".

The post, which also featured an image of Trump wearing a fedora, was made after Colombia's initial refusal to allow U.S. military planes carrying deported migrants to land on its territory.

The President's use of "FAFO"—which stands for "F*** Around, Find Out"—quickly went viral, underscoring his no-nonsense approach to foreign policy disputes.

Elon Musk amplified the viral nature of Trump's post by posting it on X, formerly Twitter, and commenting: "This is awesome."

*Newsweek* approached the White House for comment via email on Monday.

"FAFO" is an acronym meaning "F*** Around, Find Out," commonly used as a warning that actions will lead to consequences. The phrase has gained popularity in online spaces such as TikTok and Twitter, and is often employed in memes and social media captions.

While the phrase is not new, its use by Trump in the context of international diplomacy has brought it into the political spotlight. "FAFO" serves as a succinct, if controversial, encapsulation of Trump's hard-line stance on the ongoing dispute with Colombia. The phrase, often compared to "If you mess with the bull, you get the horns," highlights the potential repercussions of perceived defiance.



What Does FAFO Mean? Trump's Message to a Rival Gang Cua... https://newsweek.com/USA-Does-colorado-trumps-message-col...

President Donald Trump speaks to reporters aboard Air Force One as he travels from Las Vegas to Miami on Saturday, January 25, 2025. Mark Schiefelbein/AP Photo

## Where Did FAFO Originate?





- **The 1600 Newsletter: Zelensky Screwed Up**

- **Stephen King's Reaction to Trump's Clash With Zelensky Takes Off Online**

- **Trump Celebrates Return of Classified Documents: 'Justice Finally Won Out'**

- **Internet Reacts To Marco Rubio's Body Language At Trump-Zelensky Meeting**

"FAFO" has long been part of internet culture, particularly used as a way to express consequences for actions. Its resurgence in popularity has been linked to viral moments on social media, where brevity and catchphrases carry significant influence.

Trump's adoption of "FAFO" reflects his ability to blend popular internet trends with political messaging. This tactic has proven effective in gaining widespread attention, even among younger demographics. His use of the phrase in a high-stakes geopolitical context, however, marks a significant departure from its typical use in casual or humorous settings.

## What Is Happening Between Colombia and the U.S.?

The diplomatic dispute began when Colombia refused to allow two U.S. military planes carrying deported migrants to land on its soil. These planes were part of a U.S. deportation process, and their rejection by Colombia was confirmed by both the U.S. Department of Defense and the Department of Homeland Security.

Colombian President Gustavo Petro stated that his government would not permit the return of Colombian migrants under the U.S. policy.

Trump initially responded with proposed economic measures, including a 25% tariff on all Colombian imports, set to escalate to 50% if the dispute was not resolved within a week.

Trump also announced visa bans for Colombian officials and stricter customs inspections. However, these proposed tariffs and visa bans were withdrawn after Colombia agreed to Trump's terms, including accepting the deportees.

"Today's events make clear to the world that America is respected again," White House press secretary Karoline Leavitt said in a statement late Sunday. "President Trump will continue to fiercely protect our nation's sovereignty, and he expects all other nations of the world to fully cooperate in accepting the deportation of their citizens illegally present in the United States."

The disagreement between the two world leaders highlights broader tensions surrounding immigration and sovereignty. Colombia's initial refusal to accept deported migrants reflects a growing pushback against U.S. immigration policies by nations seeking to assert their autonomy.



## fairness meter

## fairness meter

Newsweek is committed to journalism that's factual and fair.

Hold us accountable and submit your rating of this article on the meter.

Newsweek is committed to journalism that's factual and fair.

Hold us accountable and submit your rating of this article on the meter.



**Unfair** Left leaning

**Mostly Fair**
Left leaning

**Fair**

**Mostly Fair
Right leaning**

**Unfair** Right leaning

Click On Meter To Rate This Article

# Top stories

## About the writer

Daniel Cody

Dan Cody is a journalist based in London. His focus is increasing the search visibility of Newsweek's reporting across all ... Read more

# Exhibit 20

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
85 of 114
3/4/25, 1:47 PM                    'La Migra!' A Glimpse of Trump's Promised Deportation Storm - The New York Times
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 84 of 113

# *'La Migra!' A Glimpse of Trump's Promised Deportation Storm*

Sweeps by Border Patrol agents in California have stoked fears among undocumented migrant workers on the eve of Donald J. Trump's presidential inauguration.

▶ Listen to this article · 7:30 min   Learn more

 

**By Steve Eder and Miriam Jordan**

Jan. 17, 2025

When President-elect Donald J. Trump takes office on Monday, the U.S. Border Patrol is poised to play a central role in his promised immigration crackdown. On Thursday, Californians got a preview of the tensions likely to play out as undocumented migrants get rounded up in places that rely on their labor.

On one side, a Border Patrol chief posted a video on social media showcasing sweeps last week in California's Central Valley. Named Operation Return to Sender, the effort involved dozens of arrests. "They think I'm hiding in the shadows, but I am the shadows," a voice whispered during the video, echoing a popular Batman movie.

On the other side, United Farm Workers officials held a news briefing, describing the fears the operation had caused in immigrant communities. They suggested the arrests signaled that "rogue" law enforcement agents, inspired by Mr. Trump's plans, could take matters into their own hands.

"This is part of a new political climate of people in some of these agencies feeling emboldened," said Antonio De Loera-Brust, a spokesman for the organization, a labor union.

3/4/25, 1:47 PM                      'La Migra!' A Glimpse of Trump's Promised Deportation Storm - The New York Times

The Biden administration and the Trump transition team did not reply to messages seeking comment. U.S. Customs and Border Protection would not answer questions about the effort, saying broadly that agents conducted "targeted enforcement arrests of individuals involved in smuggling throughout our areas of operation as part of our efforts to dismantle transnational criminal organizations."

Details about the sweeps have primarily come from the social media channels of Gregory K. Bovino, a Border Patrol chief in Southern California. In a series of posts, he called the three-day operation an "overwhelming success" that resulted in the arrests of 78 people, all of whom were in the country illegally and some with "serious criminal histories."



A social media post on X by Gregory K. Bovino, a Border Patrol chief in Southern California.

'La Migra!' A Glimpse of Trump's Promised Deportation Storm - The New York Times

The United Farm Workers and some farmers in the area suggested the sweeps were much wider.

"Agents were asking people in parking lots for their documents, and if they were in the country legally," said Manuel Cunha Jr., president of the Nisei Farmers League, which represents more than 500 growers and packers in the state. "They were then just taking them away in vans."

What's clear is that about 60 agents in marked and unmarked cars drove hundreds of miles from their headquarters near the border in Imperial, Calif., converging in and around Bakersfield, a vast agricultural area that relies on immigrant labor. The agents staked out a Home Depot, gas stations and other locations frequented by undocumented people.

The posts by Mr. Bovino, a near 30-year veteran of the agency who serves in a nonpolitical role in its El Centro sector, said the effort had yielded "two child sex predators" and other "aggravated felons," including a Chinese citizen suspected of defrauding a U.S. dementia patient "to the tune of $70K."

He called the sweeps a "targeted operation," saying agents "go where the threat is." In addition to the arrests, he said, agents seized marijuana and methamphetamine.

When a social media commenter noted on Jan. 10 that Mr. Bovino would be "extremely busy" in 10 days — the number of days until Mr. Trump's inauguration — Mr. Bovino replied: "The El Centro Sector stands ready to take it to them."

In other posts, he said that unauthorized immigrants should simply get papers: "Undocumented means just that. I recommend returning to the country of origin, obtaining proper documents, and doing it the right way. If not, we will arrest."

3/4/25, 1:47 PM                         'La Migra!' A Glimpse of Trump's Promised Deportation Storm - The New York Times



A farm near Bakersfield, a rich agricultural area that relies on immigrant labor. Workers have avoided showing up out of fear.  Mario Tama/Getty Images

Mr. Trump has vowed to conduct mass deportations. Since his election, he has continued to use social media to share his views on the border, writing in late November that "thousands of people are pouring through Mexico and Canada, bringing Crime and Drugs at levels never seen before."

Unlawful crossings have plunged in recent months, following new asylum restrictions introduced by the Biden administration and stepped-up enforcement by Mexico and other countries on the migrant route. Some 46,000 people crossed the border illegally in November, the lowest number during the Biden administration and lower than when Mr. Trump ended his term in 2020.

---

**Got a confidential news tip?** The New York Times would like to hear from readers who want to share messages and materials with our journalists.

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
89 of 114
3/4/25, 1:47 PM                    'La Migra!' A Glimpse of Trump's Promised Deportation Storm - The New York Times
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 88 of 113
See how to send a secure message at nytimes.com/tips

Thomas D. Homan, a former senior official with Immigration and Customs Enforcement, who has been appointed "border czar" by Mr. Trump, has said enforcement under the new administration would target immigrants with outstanding deportation orders and criminal records, but has left open the possibility that others would be arrested during roundups.

Bakersfield straddles State Route 99, a heavily trafficked highway for trucks transporting the bounty harvested in the Central Valley, California's agricultural heartland. But it is also a key corridor for smuggling illicit substances.

Shootouts have become a feature of life there, as gangs battle for control over lucrative drug sales. Working-class neighborhoods are accustomed to law enforcement conducting operations to track down and arrest those involved in the drug trade.

Chris Magnus, who served as Customs and Border Protection commissioner for the first part of the Biden administration, said unauthorized immigrants who had committed serious crimes should be apprehended.

"However, mass roundups of day laborers and field workers through profiling do not improve public safety and waste law enforcement resources," Mr. Magnus said. "These roundups create widespread distrust of law enforcement and discourage many community members from reporting crimes as victims or witnesses."

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
90 of 114
3/4/25, 1:47 PM                    'La Migra!' A Glimpse of Trump's Promised Deportation Storm - The New York Times
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 89 of 113



Thomas D. Homan, a former senior official with Immigration and Customs Enforcement, has been appointed "border czar" by Mr. Trump.  Maddie McGarvey for The New York Times

Indeed, arrests of random people who had been interrogated about their immigration status generated panic in Bakersfield and surrounding Kern County.

Between 30 and 40 percent of the labor force failed to report to the fields on the days after the raids, Mr. Cunha of the Nisei Farmers League said.

Near Bakersfield, Pete Belluomini, a citrus farmer, said that about two-thirds of his harvesting crew did not show up for two or three days. "This wasn't the first time stuff like this has happened, but in this political climate, it was a bigger splash," he said.

It is an open secret that most people who harvest America's food are unauthorized immigrants, mainly from Mexico and Central America, many of them decades-long residents of the United States. Often the parents of American-born children, they have lived for years with the cloud of deportation hanging over them.

Alejandra and her partner, Pedro, undocumented immigrants from Mexico, had just started picking lemons on the first morning of the sweeps, Jan. 7, when their supervisor warned them that "*la migra*" — slang for the Border Patrol — was in the area.

They soon learned that one of their co-workers had been arrested, and most people decided to remain in the field until after dark, she said. The couple returned to Bakersfield before sundown to pick up their 5-year-old son at day care.

"Our biggest fear as parents is, what will be of our children if we are deported?" said Alejandra, 38, who did not share her or her partner's surname out of concern for their safety. With workers feeling anxious during the week of the sweeps, she said, "the fields were almost empty."

To feel more empowered, Alejandra said, she attended three information sessions held by community advocates to learn about her rights.

"I am nervous, I am afraid," she said. "We don't know what Trump has in store for us."

**Steve Eder** has been an investigative reporter for The Times for more than a decade. More about Steve Eder

**Miriam Jordan** reports from a grass roots perspective on immigrants and their impact on the demographics, society and economy of the United States. More about Miriam Jordan

A version of this article appears in print on , Section A, Page 19 of the New York edition with the headline: California Gets Preview of Vowed Deportations

# Exhibit 21

Congressman Valadao Releases Statement on Customs and Border Prote... 13-15ttps://filedia10/09/25v/newsLSoDocumentorado.spx?DgcumentID=1681
93 of 114

Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 92 of 113

# Congressman Valadao Releases Statement on Customs and Border Protection Operations in Kern County



Today, Congressman David Valadao released a statement addressing last week's Customs and Border Protection (CBP) operations in Kern County.

**WASHINGTON —** Today, Congressman David Valadao released a statement addressing last week's Customs and Border Protection (CBP) operations in Kern County.

*"I have been in contact with Customs and Border Protection regarding the recent immigration enforcement actions in Kern County, and I was informed these operations were focused on apprehending known criminals or those with ties to criminal organizations in our community,"* **said Congressman Valadao.** *"I have received numerous calls from constituents expressing fear for their families' safety, and I do not support inciting concern. I think we can all agree known criminals should be expelled from the United States, but it is crucial that future operations are communicated clearly to avoid causing any further alarm among our farmworkers. I urge the Biden Administration—and future administrations—to ensure CBP prioritizes targeting criminals rather than those responsible for producing our nation's food supply. We urgently need common sense immigration reform that creates a pathway to earned legal status for hardworking individuals contributing to our economy while ensuring the removal of those who threaten the safety of our communities, and I am looking forward to working on new legislation to combat these issues in Congress."*

###

# Exhibit 22

78 immigrants detained by Border Patrol throughout the Central Valley, ... https://abc30.com/post/78-immigrants-colorado-ccent...

# 78 immigrants detained by Border Patrol throughout the Central Valley, officials say

FRESNO, Calif. (KFSN) -- This week, U.S. Customs and Border Protection (CBP) Agents conducted unannounced raids of undocumented immigrants in the Central Valley.

*EDITORS NOTE: A previous headline incorrectly attributed the wrong agency behind the detainments. We regret this error and have made the appropriate correction.*

In a press conference Saturday, local and federal leaders announced 78 people were detained from both Fresno and Kern Counties.

"Jurisdiction for custom and border protections is delineated in federal law within 100 miles of the border clearly current county and anything north of Kern County is far from 100 miles of the border," Rep. Jim Costa said.

Costa said that the CBP commissioner told him that the mission was targeted at criminals of drug and human trafficking and that all 78 of those detained had previous criminal records.

"I asked whether or not that was the extent of it. He told me that they had concluded their effort as a result of their arrest as of a day or two ago and that they would reassess where they would go from there," he said.

State leaders though contradicting claims that only criminals were detained.

"What we know is farmworkers have been taken into custody, loaded onto Vans at gas stations stores and also at random traffic stops," State Sen. Anna Caballero said "And we verified because people have it called our office and we've been able to verify a lot of this information."

In a statement on X, the UFW confirmed that some union members were detained while traveling home from work.

These raids are stoking fear amongst uncertain immigrant communities and are already taking a toll on the Valley's agriculture industry.

"I have received reports of food processing facilities. I have absences of 15 to 20% here locally. Orders that will not be able to be fulfilled," Fresno County supervisor Luis Chavez said.

Fresno Unified is also anticipating an increase in absenteeism, as students prepare to return to school from winter break.

Service providers have been hit hard and inundated with calls.

78 immigrants d... Border Po... vo... Central Valle... 1.13-15 ps://... 10/0.9/258-imm...tions-Colorado-central-valley-officia...

96 of 114

Case 1:25-cv-00246-JLT-CDB     Document 15-2     Filed 03/07/25     Page 95 of 113

"We are a very busy organization on a normal day. This is just threefold, fivefold what we do," Margarita with Central La Familia said.

Leaders clarified that local law enforcement resources were not used to assist in these raids, which took many by surprise.

"So this whole issue with immigration, quite frankly, was shocking and was not expected this early," Caballero said.

Action News reached out to the CBP for comment and has not heard back.

*For news and weather updates, follow Brisa Colón on* [Facebook](Facebook), [Twitter](Twitter) *and* [Instagram](Instagram).

Copyright © 2025 KFSN-TV. All Rights Reserved.

# Exhibit 23

Kern County immigration raid foreshadows what awaits farmwo... https://calmatters.org/economy/2025/01/kern-county-immigration-sweep/

 CAL MATTERS

**Donate**

Politics    Education    Housing    Economy    Environment    Inequality    California Voices    Events

**ECONOMY**

# A surprising immigration raid in Kern County foreshadows what awaits farmworkers and businesses

**BY SERGIO OLMOS**
**JANUARY 10, 2025   UPDATED JANUARY 22, 2025**

Republish



Farmworkers work on a field outside of Bakersfield in Kern County on July 25 2023. Photo by Larry Valenzuela, CalMatters/CatchLight Local

**IN SUMMARY**

"If this is the new normal, this is absolute economic devastation," says one local economist

*Lea esta historia en **Español***

Acres of orange groves sat unpicked in Kern County this week as word of Border Patrol raids circulated through Messenger chats and images of federal agents detaining laborers spread on local Facebook groups.

The Border Patrol conducted unannounced raids throughout Bakersfield on Tuesday, descending on businesses where day laborers and field workers gather. Agents in unmarked SUVs rounded up people in vans outside a Home Depot and gas station that serves a breakfast popular with field workers.

This appears to be the first large-scale Border Patrol raid in California since the election of Donald Trump, coming just a day after Congress certified the election on January 6, in the final days of Joe Biden's presidency. The panic and confusion, for both immigrants and local businesses that rely on their labor, foreshadow what awaits communities across California if Trump follows through on his promise to conduct mass deportations.

"It was profiling, it was purely field workers," said Sara Fuentes, store manager of the local gas station. Fuentes said that at 9 a.m., when the store typically gets a rush of workers on their way to pick oranges, two men in civilian clothes and unmarked Suburbans started detaining people outside the store. "They didn't stop people with FedEx uniforms, they were stopping people who looked like they worked in the fields." Fuentes says one customer pulled in just to pump gas and agents approached him and detained him.

Fuentes has lived in Bakersfield all her life and says she's never seen anything like it. In one instance, she said a man and woman drove up to the store together, and the man went inside. Border Patrol detained the man as he walked out, Fuentes said, and then demanded the woman get out of the vehicle. When she refused, another agency parked his vehicle behind the woman, blocking her car. Fuentes said it wasn't until the local Univision station showed up that Border Patrol agents backed up their car and allowed the woman to leave.

Fuentes says none of the regular farm workers showed up to buy breakfast on Wednesday morning. "No field workers at all," she said.

Growers and agricultural leaders in California and across the nation have warned that Trump's promised mass deportations will disrupt the nation's food supply, leading to shortages and higher prices. In Kern County this week, just the word of the deportations inspired workers to stay away from the fields.

| ▶ ● ———— 0:00 / 0:00   🔊 ————— ⛶ |

Video courtesy of Sara Fuentes

"People are freaked out, people are worried, people are planning on

Kern County immigration sweep: Border Patrol detains CA farmworkers https://calmatters.org/economy/2025/01/kern-county-immigration-sweep/

Case 1:25-cv-01031-RDB-JCA Document 13-15 filed 10/09/25 SDIS/Colorado page
100 of 114
Case 1:25-cv-00246-JLT-CDB Document 15-2 Filed 03/07/25 Page 99 of 113

staying home the next couple of days," said Antonio De Loera-Brust, director of communication for the United Farm Workers. De Loera-Brust said the Border Patrol detained at least one UFW member in Kern County as they "traveled between home and work."

Videos shared in local Facebook groups and Instagram pages show Border Patrol agents pulling over vehicles along the 99 Highway on Tuesday and Wednesday in Bakersfield.

"They were stopping cars at random, asking people for papers. They were going to gas stations and Home Depot where day laborers gather," said Antonio De Loera-Brust. "It's provoking intense anxiety and a lot of fear in the community."

U.S. Customs and Border Protection did not respond to a request for comment. On social media, Gregory K. Bovino, the Border Patrol chief in El Centro, called the sweeps "Operation Return to Sender."

"We are taking it to the bad people and bad things in Bakersfield," the El Centro Border Patrol said in response to a comment on its Facebook page. "We are planning operations for other locals (sic) such as Fresno and especially Sacramento."



A U.S. Customs and Border Protection patch on the uniform of an agent in the Jacumba mountains in Imperial County on Oct. 6, 2022. Photo by Allison

It's unclear how many people have been detained by Border Patrol or how long the operation would last.

"We're in the middle of our citrus harvesting. This sent shockwaves through the entire community," said Casey Creamer, president of the industry group California Citrus Mutual, on Thursday. "People aren't going to work and kids aren't going to school. Yesterday about 25% of the workforce, today 75% didn't show up."

He pushed back on the Border Patrol's claims they're targeting bad people. He said they appeared to be general sweeps of workers.

"If this is the new normal, this is absolute economic devastation," said Richard S. Gearhart, an associate professor of economics at Cal State-Bakersfield.

In the short term, he predicted farms and dairies could make up the losses, but that homebuilders, restaurants and small businesses would be most hurt financially.

But he's worried about the long-term.

"You are talking about a recession-level event if this is the new long-term norm," he said.

Agriculture comprises about 10 percent of Kern County's gross domestic product and undocumented workers may comprise half of the workforce, he said. And the Central Valley provides about a quarter of the United States' food.

"So, you WILL see, in the long run, food inflation and food shortages," he wrote in a text message.

He predicted immigrants, even ones with documents, would stop shopping, going to school and seeking health care.

"So, this could have some serious deleterious long run impacts beyond lost farm productivity. Losses in education and health would be catastrophic," he said. "Basically, you know how Kern County complains about oil? This event would be analogous to shutting down oil production. Economic catastrophe."

*For the record: The first paragraph of this story has been updated to reflect that orange groves went unpicked. The original version referred to grape fields. However, this time of year, grape fields are being pruned, not picked.*

**READ MORE IMMIGRATION COVERAGE**



**Trump allies warn California leaders they could go to prison over sanctuary city laws**

DECEMBER 27, 2024



**'What's going to happen to my kids': California prepares to resist Trump deportations**

NOVEMBER 25, 2024

## THE LATEST


**Gavin Newsom shocks LGBTQ allies with criticism of transgender athletes**


**College athletes can now make millions off sponsorship deals. Here's the first look at California's numbers**


**California is spending billions on mental health housing. Will it reach those most in need?**


**Bay Area city backs down after proposing ban on 'aiding and abetting' homeless encampments**


**Have federal agents served warrants at California's Capitol? The Legislature doesn't want you to know**

© 2025 CalMatters

# Exhibit 24

# Along U.S. Borders

*The United States Border Patrol is the mobile, uniformed law enforcement arm of U.S. Customs and Border Protection within the Department of Homeland Security responsible for securing U.S. borders between ports of entry. The Border Patrol was officially established on May 28, 1924 by an act of Congress passed in response to increasing illegal immigration. As mandated by this Act, the small border guard in what was then the Bureau of Immigration was reorganized into the Border Patrol. The initial force of 450 officers was given the responsibility of combating illegal entries and the growing business of human smuggling.*

## Mission

Since the terrorist attacks of September 11, 2001, the focus of the Border Patrol has changed to detection, apprehension and/or deterrence of terrorists and terrorist weapons. Although the Border Patrol has changed dramatically since its inception in 1924, its overall mission remains unchanged: to detect and prevent the illegal entry of individuals into the United States. Together with other law enforcement officers, the Border Patrol helps maintain borders that work, facilitating the flow of legal immigration and goods while preventing the illegal trafficking of people and contraband.



*Border Patrol Agent on Horseback.*

The Border Patrol is specifically responsible for patrolling the 6,000 miles of Mexican and Canadian international land borders and 2,000 miles of coastal waters surrounding the Florida Peninsula and the island of Puerto Rico. Agents work around the clock on assignments, in all types of terrain and weather conditions. Agents also work in many isolated communities throughout the United States.

## Daily Duties

One of the most important activities of a Border Patrol agent is line watch. This involves the detection, prevention and apprehension of terrorists, undocumented aliens and human smugglers at or near the land border by maintaining surveillance from a covert position, following up leads, responding to electronic sensor television systems, aircraft sightings, and interpreting and following tracks, marks and other physical evidence. Some of the major activities are traffic check, traffic observation, city patrol, transportation check, administrative, intelligence, and anti-smuggling activities.

## Training





*Border Patrol Agent stands next to border patrol vehicle at checkpoint.*

As one of the most rigorous and demanding law enforcement training programs in the country, U.S. Border Patrol training has become the envy of the federal law enforcement community. All newly hired Border Patrol Agent Trainees are required to complete a 117-day basic training program which includes instruction in Law, Operations, Spanish, Driver Training, Physical Techniques, and Firearms. Scenario-Based Training plays a significant role in the trainees' development as it allows them to apply the theoretical information in life like situations. The U.S. Border Patrol Academy is located in Artesia, NM. While in training, all trainees receive full pay and benefits.

Federal Law Enforcement Center (FLETC) courses are: Communications, Ethics and Conduct, Report Writing, Introduction to Computers, Fingerprinting, and Constitutional Law. The U.S. Border Patrol Academy is located in Artesia, NM.

## History

The U.S. Border Patrol has a long and rich history of helping to secure and protect the American way of life.



*Black and white image of border patrol agents in the 1920s.*

# Exhibit 25

An official website of the United States government Here's how you know



## QuickFacts

### Kern County, California

What's New & FAQs

QuickFacts provides statistics for all states and counties. Also for cities and towns with a ***population of 5,000 or more***.




## Table

| All Topics | Kern County, California |
|---|---|
| **Hispanic or Latino, percent (b)** (b) | **57.1%** |
| **PEOPLE** | |
| **Population** | |
| Population estimates, July 1, 2024, (V2024) | NA |
| Population estimates, July 1, 2023, (V2023) | 913,820 |
| Population estimates base, April 1, 2020, (V2024) | NA |
| Population estimates base, April 1, 2020, (V2023) | 909,229 |
| Population, percent change - April 1, 2020 (estimates base) to July 1, 2024, (V2024) | NA |
| Population, percent change - April 1, 2020 (estimates base) to July 1, 2023, (V2023) | 0.5% |
| Population, Census, April 1, 2020 | 909,235 |
| Population, Census, April 1, 2010 | 839,631 |
| **Age and Sex** | |
| Persons under 5 years, percent | 6.9% |
| Persons under 18 years, percent | 28.4% |
| Persons 65 years and over, percent | 12.2% |
| Female persons, percent | 49.3% |
| **Race and Hispanic Origin** | |
| White alone, percent | 81.4% |
| Black alone, percent (a) (a) | 6.2% |
| American Indian and Alaska Native alone, percent (a) (a) | 2.8% |
| Asian alone, percent (a) (a) | 5.9% |
| Native Hawaiian and Other Pacific Islander alone, percent (a) (a) | 0.3% |
| Two or More Races, percent | 3.5% |
| **Hispanic or Latino, percent (b)** (b) | **57.1%** |
| White alone, not Hispanic or Latino, percent | 30.0% |
| **Population Characteristics** | |
| Veterans, 2019-2023 | 32,696 |
| Foreign-born persons, percent, 2019-2023 | 19.7% |
| **Housing** | |
| Housing Units, July 1, 2023, (V2023) | 309,653 |
| Owner-occupied housing unit rate, 2019-2023 | 59.8% |
| Median value of owner-occupied housing units, 2019-2023 | $310,600 |
| Median selected monthly owner costs - with a mortgage, 2019-2023 | $1,901 |
| Median selected monthly owner costs -without a mortage, 2019-2023 | $599 |
| Median gross rent, 2019-2023 | $1,220 |
| Building Permits, 2023 | 2,451 |
| **Families & Living Arrangements** | |
| Households, 2019-2023 | 281,416 |
| Persons per household, 2019-2023 | 3.15 |
| Living in the same house 1 year ago, percent of persons age 1 year+ , 2019-2023 | 90.4% |
| Language other than English spoken at home, percent of persons age 5 years+, 2019-2023 | 45.2% |
| **Computer and Internet Use** | |
| Households with a computer, percent, 2019-2023 | 94.1% |
| Households with a broadband Internet subscription, percent, 2019-2023 | 89.8% |
| **Education** | |
| High school graduate or higher, percent of persons age 25 years+, 2019-2023 | 77.1% |
| Bachelor's degree or higher, percent of persons age 25 years+, 2019-2023 | 18.6% |
| **Health** | |
| With a disability, under age 65 years, percent, 2019-2023 | 8.5% |
| Persons without health insurance, under age 65 years, percent | 7.7% |
| **Economy** | |
| In civilian labor force, total, percent of population age 16 years+, 2019-2023 | 58.4% |
| In civilian labor force, female, percent of population age 16 years+, 2019-2023 | 53.3% |
| Total accommodation and food services sales, 2022 ($1,000) (c) | 2,111,941 |

| | |
|---|---|
| ⓘ Total health care and social assistance receipts/revenue, 2022 ($1,000)  (c) | 5,727,357 |
| ⓘ Total transportation and warehousing receipts/revenue, 2022 ($1,000)  (c) | 2,689,976 |
| ⓘ Total retail sales, 2022 ($1,000)  (c) | 13,442,643 |
| ⓘ Total retail sales per capita, 2022  (c) | $14,663 |
| **Transportation** | |
| ⓘ Mean travel time to work (minutes), workers age 16 years+, 2019-2023 | 24.4 |
| **Income & Poverty** | |
| ⓘ Median households income (in 2023 dollars), 2019-2023 | $67,660 |
| ⓘ Per capita income in past 12 months (in 2023 dollars), 2019-2023 | $29,238 |
| ⓘ Persons in poverty, percent | ⚠ 19.0% |

### 🏭 BUSINESSES

| **Businesses** | |
|---|---|
| ⓘ Total employer establishments, 2022 | 14,233 |
| ⓘ Total employment, 2022 | 206,892 |
| ⓘ Total annual payroll, 2022 ($1,000) | 11,061,785 |
| ⓘ Total employment, percent change, 2021-2022 | 6.8% |
| ⓘ Total nonemployer establishments, 2022 | 55,844 |
| ⓘ All employer firms, Reference year 2022 | 10,551 |
| ⓘ Men-owned employer firms, Reference year 2022 | 6,495 |
| ⓘ Women-owned employer firms, Reference year 2022 | S |
| ⓘ Minority-owned employer firms, Reference year 2022 | 3,881 |
| ⓘ Nonminority-owned employer firms, Reference year 2022 | 5,397 |
| ⓘ Veteran-owned employer firms, Reference year 2022 | S |
| ⓘ Nonveteran-owned employer firms, Reference year 2022 | 8,839 |

### 🌐 GEOGRAPHY

| **Geography** | |
|---|---|
| ⓘ Population per square mile, 2020 | 111.8 |
| ⓘ Population per square mile, 2010 | 103.3 |
| ⓘ Land area in square miles, 2020 | 8,134.65 |
| ⓘ Land area in square miles, 2010 | 8,131.92 |
| ⓘ FIPS Code | 06029 |

About datasets used in this table

**Value Notes**

⚠ Methodology differences may exist between data sources, and so estimates from different sources are not comparable.

Some estimates presented here come from sample data, and thus have sampling errors that may render some apparent differences between geographies statistically indistinguishable. Click the Quick Info ⓘ icon to the left of each row in TABLE view to learn about sampling error.

The vintage year (e.g., V2024) refers to the final year of the series (2020 thru 2024). Different vintage years of estimates are not comparable.

Users should exercise caution when comparing 2019-2023 ACS 5-year estimates to other ACS estimates. For more information, please visit the 2023 5-year ACS Comparison Guidance page.

**Fact Notes**

  **(a)**   Includes persons reporting only one race
  **(b)**   Hispanics may be of any race, so also are included in applicable race categories
  **(c)**   Economic Census - Puerto Rico data are not comparable to U.S. Economic Census data

**Value Flags**

  **D**   Suppressed to avoid disclosure of confidential information
  **F**   Fewer than 25 firms
  **FN**  Footnote on this item in place of data
  **NA**  Not available
  **S**   Suppressed; does not meet publication standards
  **X**   Not applicable
  **Z**   Value greater than zero but less than half unit of measure shown
  **-**   Either no or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest or upper interval of an open ended distribution.
  **N**   Data for this geographic area cannot be displayed because the number of sample cases is too small.

QuickFacts data are derived from: Population Estimates, American Community Survey, Census of Population and Housing, Current Population Survey, Small Area Health Insurance Estimates, Small Area Income and Poverty Estimates, State and County Housing Unit Estimates, County Business Patterns, Nonemployer Statistics, Economic Census, Survey of Business Owners, Building Permits.

**CONNECT WITH US**   f   ✕   in   ▶   📷

Information Quality | Data Linkage Infrastructure | Data Protection and Privacy Policy | Accessibility | FOIA | Inspector General | No FEAR Act | U.S. Department of Commerce | USA.gov

**Measuring America's People, Places, and Economy**

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
111 of 114
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 110 of 113

# Exhibit 26

Case No. 1:25-cv-03183-RBJ    Document 13-15    filed 10/09/25    USDC Colorado    pg
Case: 1:18-cv-03757 Document #: 155-12 Filed: 02/07/22 Page 18 of 28 PageID #:1563
Case 1:25-cv-00246-JLT-CDB    Document 15-2    Filed 03/07/25    Page 111 of 113
FINAL DRAFT (11/23/21)

## **APPENDIX A**

Broadcast Statement of Policy

**This Broadcast states the underlying laws and policies applicable to all arrests effected under 8 U.S.C. § 1357(a)(2) / INA § 287(a)(2) and is to be interpreted consistent with all implementing regulations, as well as any DHS or ICE policies or memoranda governing immigration enforcement priorities and any additional requirements such policies or memoranda may impose upon the taking of any action to enforce the immigration laws of the United States.**

A. Warrantless Arrests

Under 8 U.S.C. § 1357(a)(2) / INA § 287(a)(2), Immigration & Customs Enforcement ("ICE") Officers may conduct warrantless arrests if there is "reason to believe that the alien [] [to be] arrested is [present] in the United States in violation of any [U.S. immigration] law and is likely to escape before a warrant can be obtained for [the] arrest." The "reason to believe" standard requires ICE Officers to have probable cause that an individual is in the United States in violation of U.S. immigration laws *and* probable cause that the individual is likely to escape before a warrant can be obtained for the arrest.

In considering "likelihood of escape," an ICE Officer must consider the totality of circumstances known to the officer before making the arrest. While there is no exhaustive list of factors that should be considered in determining whether an individual is "likely to escape before a warrant can be obtained" under 8 U.S.C. § 1357(a) / INA § 287(a), factors relevant to the determination may include the ICE Officer's ability to determine the individual's identity, knowledge of that individual's prior escapes or evasions of immigration authorities, attempted flight from an ICE Officer, ties to the community (such as a family, home, or employment) or lack thereof, or other specific circumstances that weigh in favor or against a reasonable belief that the subject is likely to abscond.  The particular circumstances before the ICE Officer are not to be viewed singly; rather, they must be considered as a whole. However, mere presence within the

Case No. 1:25-cv-03183-RBJ     Document 13-15     filed 10/09/25     USDC Colorado     pg
Case: 1:18-cv-03757 Document #: 155-13 Filed: 02/07/22 Page 19 of 28 PageID #:1564
Case 1:25-cv-00246-JLT-CDB     Document 15-2     Filed 03/07/25     Page 112 of 113

**FINAL DRAFT (11/23/21)**

United States in violation of U.S. immigration law is not, by itself, sufficient to conclude that an alien is likely to escape before a warrant for arrest can be *obtained*.

When conducting enforcement actions, ICE Officers shall, at the time of arrest or as soon as it is practical and safe to do so, identify themselves as immigration officers in accordance with 8 C.F.R. § 287.8(c)(2)(iii).

After having made an arrest under 8 U.S.C. § 1357(a)(2) / INA § 287(a)(2), an ICE Officer must document the facts and circumstances surrounding that warrantless arrest in the narrative section of the alien's I-213 as soon as practicable. This documentation must include: (1) that the alien was arrested without a warrant; (2) the location of the arrest and whether this location was a place of business, residence, vehicle, or a public area; (3) whether the alien is an employee of the business, if arrested at a place of business, or whether the alien is a resident of the residence, if arrested at a residential location; (4) the alien's ties to the community, if known at the time of arrest, including family, home, or employment (**Note**: Information learned post-arrest relevant to custody determination should be documented separately from the information relevant to likelihood of escape known at the time of the warrantless arrest.); (5) the specific, particularized facts supporting the conclusion that the alien was likely to escape before a warrant could be obtained; and (6) a statement of how "at the time of arrest, the designated immigration officer [did], as soon as it [wa]s practical and safe to do so, identify himself or herself as an immigration officer who is authorized to execute an arrest; and state[d] that the person is under arrest and the reason for the arrest."

## B. Vehicle Stops

The policy above applies to all warrantless arrests under 8 U.S.C. § 1357 (a) (2) / INA § 287(a)(2), including warrantless arrests resulting from vehicle stops.

As federal law enforcement officers, ICE Officers lack federal statutory authority to enforce state or local vehicle or traffic laws. *See* 8 U.S.C. §§ 1357 (a)(4), (a)(5) / INA §§ 287(a)(4), (a)(5). Accordingly, when making vehicle stops, ICE Officers shall not state to the driver or occupant(s) of a vehicle that the purpose for a stop is related to any vehicle or traffic laws and regulations.

Case No. 1:25-cv-03183-RBJ     Document 13-15     filed 10/09/25     USDC Colorado     pg
Case: 1:18-cv-03757 Document #: 155-14 Filed: 02/07/22 Page 20 of 28 PageID #:1565
Case 1:25-cv-00246-JLT-CDB     Document 15-2     Filed 03/07/25     Page 113 of 113

**FINAL DRAFT (11/23/21)**

ICE Officers may stop a vehicle to enforce civil immigration laws only if they are aware of specific, articulable facts that reasonably warrant suspicion that the vehicle contains an alien(s) who may be illegally in the country.

As soon as practicable after making an arrest under 8 U.S.C. § 1357(a)(2) / INA § 287(a)(2) pursuant to a vehicle stop, in addition to the documentation requirements for warrantless arrests described above, the ICE Officer also must document the facts and circumstances surrounding the vehicle stop that resulted in a warrantless arrest in the narrative section of the alien's I-213. This documentation shall include the specific, articulable facts that formed the basis for the ICE Officer's reasonable suspicion that an alien in the vehicle stopped was present within the United States in violation of U.S. immigration law.