UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03183

REFUGIO RAMIREZ OVANDO, CAROLINE DIAS GONCALVES, J.S.T., and G.R.R., and all those similarly situated,

       Plaintiffs,

  v.

KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, and ROBERT GUADIAN in his official capacity as Director of the Denver Field Office of the U.S. Immigration and Customs Enforcement,

       Defendants.

---

**PROPOSED ORDER REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

---

       THIS MATTER comes before the Court on Plaintiffs' Motion for Class Certification. The Court, having reviewed the Motion and Record, hereby GRANTS the Motion as follows:

    1.    The Court considers the following definition of the Warrantless Arrest Class:

> All persons since January 20, 2025, who have been arrested or will be arrested in this District by immigration officers without a warrant and without a pre-arrest, individualized assessment of probable cause that the person poses a flight risk.

    2.    Plaintiffs have met the burden to show by a preponderance of the evidence that the Warrantless Arrest Classes satisfy the requirements of Rule 23(a) and Rule 23(b)(2) of the Federal Rules of Civil Procedure. Accordingly, class certification is appropriate.

3. The court grants provisional class certification for the purpose of entering a preliminary injunction in this case.

4. The Court appoints the Plaintiffs as Class Representatives, and appoints the following attorneys as Class Counsel:

>Kenzo Kawanabe
>Sean Grimsley
>Bianca Miyata
>Olson Grimsley Kawanabe Hinchcliff & Murray LLC
>
>Timothy R. Macdonald
>Annie Kurtz
>Emma McLean Riggs
>Sara Neel
>Scott Medlock
>American Civil Liberties Union of Colorado
>
>Hans Meyer
>Meyer Law Office

SO ORDERED this __ day of _____, 2025.

By the Court:

_____