# EXHIBIT >

## Declaration of Mary Jo Highland

1. I am an attorney practicing in Denver, Colorado. I work at The Meyer Law Office.

2. I specialize in immigration law and regularly represent people in immigration matters, including those who are detained by ICE at the Aurora ICE Processing Center. My firm does a variety of work for immigrants, including representation of detained people. I have practiced this type of law and represented these types of clients for two years.

3. I regularly represent and provide consultations on possible immigration relief to people who have been arrested by ICE. As part of the representations and consultations, I learn how they were arrested and detained.

4. During the past two months, I have consulted with at least five people who were arrested by ICE without a warrant, and without ICE having conducted any investigation into whether the person is likely to escape before a warrant could be obtained. Each of these detained people were Latine.

5. These warrantless arrests followed the same pattern. ICE agents are in unmarked vehicles with a police-type siren and/or internal police lights of some kind. They put on the siren and/or lights and pull people over, often in locations near I-70. The majority of persons that I did consultations with were stopped and arrested by ICE in Dillon and Silverthorne. One person was detained and arrested in Fort Collins.

6. The ICE agent is typically wearing a vest that either says "POLICE" or which were unmarked and do not identify them as an ICE agent. After pulling the person over and approaching their vehicle, the ICE agent asks the person for their driver's license.

7. Then, the ICE agent orders the person out of the car and arrests them, telling them that they are being detained for being in the country without authorization.

8. The ICE agents did not have warrants for these arrests. The ICE agents did not conduct any investigation or ask any questions that would establish whether the detained individuals were a flight risk.

1

9.  Most of the people I have spoken to in this situation were still being detained at the
    time of our conversation, and have been unable to seek release on bond because
    the immigration judges hearing cases in the Aurora immigration court believe they
    lack jurisdiction to grant bond. If the immigration court would consider bond
    requests, I believe most of them would be excellent candidates for release on bond
    due to their lack of flight risk, including significant ties to the community.

I declare under penalty of perjury under the law of the United States and 28 U.S.C. § 1746
that the foregoing is true and correct.

Mary Jo Highland, Esq.

Date: 10/08/2025

2