# EXHIBIT A

# TIMOTHY MACDONALD ATTORNEY DECLARATION

I, Timothy Macdonald, hereby declare:

1. I am the Legal Director of the American Civil Liberties Union of Colorado ("ACLU-CO"), and I am co-counsel for Plaintiffs in this case. I make this declaration to describe my qualifications and those of my ACLU colleagues.

2. I received my law degree *magna cum laude* from the University of Michigan Law School in 1996. I obtained a master's degree in public policy from the University of Michigan in 1996. I received my undergraduate degree *magna cum laude* from Miami University in 1992.

3. I was awarded the Clara Belfield and Henry Bates Fellowship to work for a civil rights group in South Africa in 1997. After my Fellowship, I served as a law clerk to the Honorable Emilio M. Garza on the United States Court of Appeals for the Fifth Circuit.

4. I was licensed to practice law in Colorado in 1998. I am admitted to practice in the U.S. Supreme Court, the U.S. Court of Appeals for the First Circuit, Second Circuit, Eighth Circuit, Ninth Circuit, Tenth Circuit, DC Circuit, and Federal Circuit, the U.S. District Courts for the District of Colorado and the District of Columbia, and the U.S. Court of Federal Claims.

5. I have served as ACLU-CO Legal Director since 2023. Prior to becoming Legal Director of ACLU-CO, I was a lawyer at Arnold & Porter LLP for 25 years, where I was a partner for 18 years. I served as the managing partner of the Denver office from 2010 until my departure in 2023. I have taught as an Adjunct Professor at the University of Denver Sturm College of Law, teaching classes on Federal Courts and Appellate Practice. I am a Fellow of the American College of Trial Lawyers.

6. I have served as counsel in immigrants' rights cases in the United States District Courts for the District of Colorado and the Southern District of New York, the Tenth Circuit, and Colorado state court. Examples include *Mendoza Gutierrez v. Baltazar*, No. 25-CV-02720 (D. Colo.); *J.P.P. v. Department of Homeland Security,* No. 25-CV-1048 (D. Colo.); *D.B.U. v. Trump,* No. 25-CV-1163 (D. Colo.); *D.B.U. v. Trump,* No. 25-1164 (10th Cir.); *ACLU v. U.S. Immigration & Customs Enforcement*, No. 25-CV-03271 (S.D.N.Y.); *ACLU of Colorado v. U.S. Immigration & Customs Enforcement*, No. 25-CV-02983 (D. Colo.); *Doe v. Schwalb*, No. 2025-CV30241 (Arap. Cty.); *Nash v. Mikesell*, No. 2023-CA-589 (Colo. Ct. App.). I serve as class counsel in *D.B.U. v. Trump,* No. 25-CV-1163 (D. Colo.) and seek to serve as class counsel in *Mendoza Gutierrez v. Baltazar*, No. 25-CV-02720 (D. Colo.). I also served as counsel in cases brought as mass actions and class actions over my career at Arnold & Porter.

Sarah Neel

7. Sara Neel is the managing attorney and senior staff attorney of the ACLU of Colorado. She is a 2005 graduate of Indiana Robert H. McKinney School of Law and has worked for the ACLU of Colorado since 2011. She has litigated civil rights and civil liberties matters, including matters involving immigrants' rights and criminal justice matters, for 20 years. Ms. Neel has served as counsel in many cases brought as class actions including *Ryan v. Bimestefer*, No. 17-cv-00904-KLM (D. Colo) (class action on behalf of thousands of low-income Coloradans who suffered from Hepatitis C and were denied access to life-saving treatment due to Colorado

Medicaid restrictions), *Hodgkins v. Frontier Airlines*, No. 19-cv-03469-RM-MEH (D. Colo) (challenge to Frontier Airlines policy denying its employees basic accommodations for pregnancy and breastfeeding), *Weikert v. Elder*, No. 20-cv-03646-RBJ (D. Colo) (litigation to require sheriff to comply with COVID-19 public health guidelines and provide adequate protection from the virus for inmates in the jail) , *Winston v. Polis,* 2020CV031823 (Den. Cty.) (class action to compel the Colorado Department of Corrections to protect medically vulnerable incarcerated people from COVID-19); *Aragon v. Raemisch*, No. 17-cv-01744-RBJ (D. Colo.) (litigation against the Colorado Department of Corrections for its failure to provide treatment for Hepatitis C to prisoners throughout the state). Ms. Neel currently serves as class counsel in *D.B.U. v. Trump,* No. 25-CV-1163 (D. Colo.) and seeks to serve as class counsel in *Mendoza Gutierrez v. Baltazar*, No. 25-CV-02720 (D. Colo.).

Anna Kurtz

8. Anna Kurtz is a senior staff attorney at the ACLU of Colorado, where she has worked since 2020. She is a 2017 graduate of Harvard Law School. Before joining the ACLU of Colorado, Ms. Kurtz led the special immigrant juvenile status practice of the Harvard Legal Aid Bureau and then served as a law clerk to the Honorable Monica M. Márquez on the Colorado Supreme Court.  Ms. Kurtz has litigated civil rights and civil liberties matters, including matters involving immigrants' rights, since she joined the ACLU. Ms. Kurtz has served as counsel in immigrants' rights cases, including *Nash v. Mikesell*, No. 2023-CA-589 (Colo. Ct. App.) (challenging the legality of ICE detainers under 287(g) agreements in Colorado), *Nash v. Mikesell*, No. 2019-CV-30051 (Teller Cty), *Doe v. Schwalb,* No. 2025-CV30241 (Arap. Cty.), and *J.P.P. v. Department of Homeland Security,* No. 25-CV-1048 (D. Colo.). She serves as class counsel in *D.B.U. v. Trump,* No. 25-CV-1163 (D. Colo.) and seeks to serve as class counsel in *Mendoza Gutierrez v. Baltazar*, No. 25-CV-02720 (D. Colo.).

Emma Mclean-Riggs

9. Emma Mclean-Riggs is a senior staff attorney at the ACLU of Colorado, where she has worked since 2023. She is a 2017 graduate of the University of California Berkeley School of Law. She served as a law clerk to the Honorable Carlos F. Lucero on the Court of Appeals for the Tenth Circuit and the Honorable Monica M. Márquez on the Colorado Supreme Court. Before joining the ACLU of Colorado, Ms. Mclean-Riggs was a Deputy Public Defender at the Colorado Office of the State Public Defender. Ms. Mclean-Riggs has litigated civil rights and civil liberties matters, including matters involving immigrants' rights and the criminal law, since she joined the ACLU. Ms. Mclean-Riggs has served as counsel in *Doe v. Schwalb,* No. 2025-CV30241 (Arap. Cty.), *J.P.P. v. Department of Homeland Security,* No. 25-CV-1048 (D. Colo.), *Lopez v. Lucero*, No 2024-CV-30471 (Pueblo D.Ct.) (granting habeas for unconstitutional convictions); *Tafoya v. Lucero*, No. 2024-CV-30488 (Pueblo D.Ct.) (granting habeas for unconstitutional convictions), *Martinez v. Lucero*, No. 2024-CV-30485 (Pueblo D.Ct.) (granting habeas for unconstitutional convictions), and *Thorpe v. Lucero*, No. 2024-CV-30534 (Pueblo D.Ct.) (granting habeas for unconstitutional convictions). She serves as class counsel in *D.B.U. v. Trump,* No. 25-CV-1163 (D. Colo.) and seeks to serve as class counsel in *Mendoza Gutierrez v. Baltazar*, No. 25-CV-02720 (D. Colo.)

Scott Medlock

10. Scott Medlock is a senior staff attorney at the ACLU of Colorado, which he joined in July 2025. Mr. Medlock is a 2005 graduate of the University of Texas School of Law, and a 2002 graduate of Northwestern University (with a dual degree in history and political science). Mr. Medlock has practiced civil rights law for 20 years, and has served as class counsel in several significant cases, including *Yates v. Collier*, 868 F.3d 354 (5th Cir. 2017) (affirming certification of a class challenging extremely hot conditions in a Texas "geriatric prison" that lacked air conditioning); *Roppolo v. Linthicum*, No. 2:19-cv-00262 (S.D. Tex. July 2, 2021) (approving settlement of class of Texas inmates denied life-saving treatment for Hepatitis C); *Coleman v. Young*, No. 1:20-CV-00847-RP (W.D. Tex. Dec. 6, 2021) (approving settlement of class of Texas Medicaid recipients denied treatment for Hepatitis C); *Valentine v. Collier*, No 4:20-CV-1115, 2020 WL 3491999 (S.D. Tex. June 27, 2020) (certifying class of prisoners seeking protection from COVID-19); *Raven v. Polis*, No. 19-CV-34492 (Denver Cnty. Dist. Ct. 2023) (approving settlement of class action brought to protect transgender women in state prison system); *Opperman v. Kong Tech., Inc.*, No. 13-cv-00453-JST, 2018 WL 11417568 (N.D. Cal. Mar. 27, 2018) (approving settlement of consumer privacy class action). He seeks to serve as class counsel in *Mendoza Gutierrez v. Baltazar*, No. 25-CV-02720 (D. Colo.). He has served as lead counsel or co-counsel in numerous other civil rights actions involving policing and prisons. Mr. Medlock has served as a guest lecturer at the University of Texas School of Law in courses on constitutional litigation. He is the youngest recipient of the J. Chrys Daugherty Award, given annually by the State Bar of Texas to a lawyer at a legal services provider, and was recognized in 2013 as a "Legal Leader on the Rise" by Texas Monthly magazine. He is admitted to practice in state courts in Colorado and Texas (inactive status), as well as the District of Colorado, the Western, Eastern, Southern, and Northern Districts of Texas, the Southern District of Georgia, and the Fifth Circuit Court of Appeals.

DATED: October 6, 2025

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/s/ Timothy R. Macdonald
Timothy R. Macdonald
American Civil Liberties Union of Colorado
303 E. 17th Avenue, Suite 350
Denver, CO 80203
Telephone: (303) 777-5482
tmacdonald@aclu-co.org