# EXHIBIT B

# HANS MEYER ATTORNEY DECLARATION

I, Hans Meyer, hereby declare:

1. I am the Principal Attorney, owner, and founder of the Meyer Law Office, P.C. ("MLO") in Denver, CO and am co-counsel for Plaintiffs in this case. I make this declaration to describe my qualifications and those of my MLO colleagues.

2. I received my law degree Cum Laude from the University of Denver in 2006. I obtained my undergraduate degree Cum Laude from Pacific Lutheran University in 1996.

3. I have been licensed to practice law in Colorado in October of 2006. I am admitted to practice in the State of Colorado, the District of Colorado, and the Tenth Circuit Court of Appeals. I was a Deputy Public Defender between 2006 and 2010 with the Office of the Colorado State Public Defender. In 2010, I opened a private practice and have worked for the last 15 years in the areas of immigration law, removal defense, detained immigration representation, criminal defense, and postconviction relief for noncitizens. Between 2021-2023, I also taught as a full-time Visting Clinical Professor of Law at the Immigration Law and Policy Clinic at the University of Denver Sturm College of Law.

4. I have received awards for my litigation and experience, including the ACLU of Colorado Edward Sherman Award (2021), the Anti-Defamation League ("ADL") Civil Rights Award (2019), the NEWSED Civil Rights Leader Award (2018), the Community Achievement Award, Labor Council for Latin American Advancement (2014), the Colorado Hispanic Bar Association ("CHBA") Community Service Award (2010), the Colorado Criminal Defense Bar ("CCDB") Gideon Award (2009), and the American Immigration Lawyers Association ("AILA") Pro Bono Attorney of the Year (2008).

5. I have served as counsel in immigrants' rights cases in the United States District Court for the District of Colorado, the Tenth Circuit, and the Colorado Supreme Court and Colorado Court of Appeals. I serve as class co-counsel in *Menocal et al v. The GEO Group* (14-cv-02887-JLK) (D. Colo) (ongoing class action litigation on behalf of thousands of detainees raising forced labor and unjust enrichment claims related while in immigration detention). Examples of additional cases I have litigated before the Tenth Circuit Court of Appeals and the United States District Court for the District of Colorado include *Johnson v. Barr*, 967 F.3d 1103 (10th Cir. 2020) (successful challenge that Colorado controlled substance offenses are not a categorical match to the federal controlled substance grounds of removal and do not trigger deportability or inadmissibility); *Berdiev v. Garland*, 13 F.4th 1125 (10th Cir. 2021) (successfully challenging erroneous rational by Board of Immigration Appeals in declining to exercise *sua sponte* authority to reopen removal proceedings); *Zapata-Chacon v. Garland*, 51 F.4th 1191 (10th Cir. 2022) (litigation related to motion to reopen and reconsider a removal order based on a conviction that does not trigger removability); *Aguayo v. Garland* 78 F.4th 1210 (10th Cir. 2023) (litigating availability of termination of proceeding as a remedy for statutory and regulatory violations by ICE officers); *Ramiro Ovando v. Baltazar*, No. 25-cv-02597-PAB (D. Colo) (settlement of habeas corpus petition challenging unlawful immigration detention); *Andujo v. Longshore*, 14-cv-01532-REB (D. Colo) (successful habeas corpus petition challenging unlawful immigration detention). Examples of cases I have litigated in the Colorado courts include *People v. Corrales-Casto*, 95 P.3d 778 (Colo. 2017) and *Espino-Paez v. People*, 395 P.3d 786 (Colo.

2017) (seeking vacatur of successfully completed deferred judgment entered as the result of ineffective assistance of counsel under Colorado Crim. P. 32(d)).

Conor Gleason

6.      Conor Gleason is a Senior Attorney at MLO. He graduated Magna Cum Laude and Order of the Coif from Cardozo School of Law in 2012. He obtained his undergraduate degree graduating Magna Cum Laude from Colby College in 2005. He was admitted to the New York State bar in 2013 and is admitted to practice in New York, the Southern District of New York, the District of Colorado, and the Tenth Circuit Court of Appeals. Prior to joining MLO in May of 2024, Conor was a Supervising Immigration Attorney at The Bronx Defenders for five years and then was a Senior Staff Attorney at the Rocky Mountain Immigrant Advocacy Project ("RMIAN") for three. He is a Commissioner for the Denver Immigrant and Refugee Commission for the City and County of Denver and has guest lectured regarding immigration law at the University of Denver Sturm College of Law, Boston College Law School, Columbia Law School, and the City University of New York School of Law. Mr. Gleason has litigated numerous immigration matters before the district courts since 2018, including but not limited to: *L.G. v. Choate*, 744 F. Supp. 3d 1172 (D. Colo. Jul. 19, 2024) (granting habeas petition, finding due process required a new bond hearing at which the Government must carry a clear and convincing evidence burden under 8 U.S.C. § 1226(a)); *Arias v. Choate*, No. 22-CV-02238 (CNS), 2023 WL 4488890 (D. Colo. July 12, 2023) (awarding EAJA fees after habeas petition grant); *Sheikh v. Choate*, No. 22-CV01627 (RMR), 2022 WL 17075894 (D. Colo. July 27, 2022) (granting habeas petition, finding due process required a bond hearing at which the Government must carry a clear and convincing evidence burden under 8 U.S.C. § 1226(c)); *Rosemond v. Decker*, 19-cv-9657 (NSR) (LMS), 2020 WL 1876318 (S.D. N.Y. Apr. 14, 2020) (granting habeas petition, finding due process required a bond hearing at which the Government must carry a clear and convincing evidence burden under 8 U.S.C. § 1226(c)); *Darko v. Sessions*, 342 F. Supp. 3d 429 (S.D. N.Y. 2018) (granting habeas petition, finding due process required a new bond hearing at which the Government must carry a clear and convincing evidence burden under 8 U.S.C. § 1226(a)). He has also litigated before the Tenth Circuit Court of Appeals in *A.B. v. Garland*, No. 21-9584, 2023 WL 4533236, (10th Cir. 2023).

DATED: October 7, 2025

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                                                       */s/ Hans Meyer*
                                                      Hans Meyer, Esq.
                                                      The Meyer Law Office, P.C.
                                                      1547 Gaylord Street
                                                      Denver, CO 80206
                                                      Telephone: (303) 831-0817
                                                      hans@themeyerlawoffice.com