# EXHIBIT C

## KENZO KAWANABE ATTORNEY DECLARATION

I, Kenzo Kawanabe, hereby declare:

1.      I am a partner at Olson, Grimsley, Kawanabe, Hinchcliff, and Murray, LLC ("Olson Grimsley"), and I am co-counsel for Plaintiffs in this case. I make this declaration to describe my qualifications and those of my Olson Grimsley colleagues, Sean Grimsley, and Bianca Miyata.

2.      I graduated from Georgetown University Law Center in 1997 and obtained my B.A. from the University of Colorado at Boulder where I was a Boettcher Scholar. After law school, I clerked for Chief Justice Mary J. Mullarkey of the Colorado Supreme Court. I am a member of the Colorado Bar and am admitted to practice at the U.S. Supreme Court, the U.S. Court of Appeals for the Tenth Circuit, and the U.S. District Court for the District of Colorado.

3.      In 2023, Mr. Grimsley and I helped found Olson Grimsley, an impact litigation firm with a national trial practice. Previously, I was a partner at Davis Graham & Stubbs LLP ("DGS"), where I practiced for nearly 25 years. While at DGS, I had an active pro bono practice including numerous civil rights cases. For example, in two separate cases, I successfully represented immigrants in their asylum hearings. I also led a trial team of nineteen volunteer attorneys from nine law firms to represent school districts and families in a 5-week trial challenging the constitutionality of the school finance system in *Lobato v. Colorado*, 304 P.3d 1132 (Colo. 2013).

4.      At Olson Grimsley, we are called upon as trial counsel for mass tort cases in which there are hundreds of pending cases involving similar claims against similar defendants for the same torts. For example, on March 13, 2024, I helped achieve a groundbreaking $60 million trial victory against Mead Johnson Nutrition, the manufacturer of Enfamil Premature Formula. The case is the first of thousands of cases pending nationwide to reach a verdict regarding whether makers of cow's-milk based preterm infant formula are responsible for causing necrotizing enterocolitis ("NEC") in premature infants. Our client's baby died from NEC, after being fed Enfamil. Sean Grimsley and I were trial counsel for this first case, and we coordinate with other counsel in NEC cases and are scheduled to try four consolidated cases in February of 2026. Similarly, Mr. Grimsley and I were lead trial counsel for one of the first Zantac trials out of thousands of pending cases regarding whether Zantac causes cancer. The trial ended in a hung jury and was the first not to result in a defense verdict.

5.      In its first two years, Olson Grimsley has also had significant experience litigating class and mass actions, primarily in this district. It filed two antitrust class action cases on behalf of student athletes challenging the NCAA's and Power Five Conferences' scholarship limits and restrictions on revenue sharing. *See Fontenot v. NCAA, et al.*, 1:23-cv-03076 (D. Colo.); *Cornelio v. NCAA, et al.*, 1:24-cv-02178 (D. Colo.). Following the *House* class settlement in the Northern District of California, where Olson Grimsley represented objectors, the firm and co-counsel converted *Fontenot* to a consolidated action with over 300 plaintiffs. Olson Grimsley has also filed two mass actions in this district on behalf of over 100 Filipino migrant workers alleging trafficking and forced labor violations against two American construction companies for their roles in building stadiums for the 2022 FIFA World Cup in Qatar. *See F.C., et al. v. Jacobs Solutions, Inc., et al.*, 1:23-cv-02660; *C., et al. v Jacobs Solutions, Inc. et al.*, 1:25-cv-00274. In the first of those matters, Olson Grimsley and co-counsel recently defeated defendants' motion to dismiss. Mr. Grimsley and

I also represented Denver company Ibotta against a class action in this district that plaintiff voluntarily dismissed at the motion to dismiss stage. *See Brodiski v. Ibotta, Inc.*, 1:25-cv-01313.

6.      I am a Fellow of the American College of Trial Lawyers and International Society of Barristers. Currently, I serve on numerous boards including Colorado Legal Services, Colorado Lawyers Committee, and Asian Americans Advancing Justice - D.C. I was the first-ever General Counsel for the National Asian Pacific American Bar Association based in Washington, D.C.

Sean Grimsley

7.      Mr. Grimsley helped found Olson Grimsley. Since the firm's founding in September 2024, Mr. Grimsley has served as lead or co-lead trial counsel in four trials, including the challenge to inclusion of Donald Trump on Colorado's presidential primary ballot, the two plaintiff's products liability trials described above, and an antitrust trial in the District of Colorado that resulted in a $20+ million judgment for his client.

8.      In his 20 years of civil practice, Mr. Grimsley has had substantial experience litigating class action matters as well, both on the plaintiff and defense side. He is co-lead counsel in the NCAA antitrust and human trafficking matters described above and was lead counsel on the Ibotta matter. Prior to founding the firm, Mr. Grimsley regularly represented defendants in class actions and mass torts. For example, he was lead counsel for Arconic defending claims in Philadelphia state and federal court brought by survivors and families of victims of the Grenfell Tower fire in London where he and his team secured dismissal on *forum non conveniens* grounds. Mr. Grimsley also served as lead counsel for ConocoPhillips and Burlington Resources in royalty class actions in New Mexico state and federal court and co-counsel for Northwestern Mutual in an insurance-related class action in Wisconsin state and federal court.

9.      Prior to founding Olson Grimsley, Mr. Grimsley was the General Counsel at Ibotta, a billion-dollar tech startup in Denver for two years. For seventeen years prior to that, he was a partner and trial lawyer at Bartlit Beck LLP with an active pro bono practice. For example, while at Bartlit Beck, Mr. Grimsley served as Deputy Chief Counsel to President Obama's Commission investigating the BP oil spill and Special Assistant Attorney General for the State of Colorado in its pattern and practice investigation of the Aurora Police and Fire Departments. Mr. Grimsley started his legal career as an Assistant Federal Public Defender in Washington, D.C.

10.      Mr. Grimsley graduated from Michigan Law School in 2000, after earning B.A.s in Liberal Arts (Plan II) and Biology from the University of Texas at Austin. He clerked for U.S. Supreme Court Justice Sandra Day O'Connor and Chief Judge Harry T. Edwards of the D.C. Circuit. He is a member of the Colorado and California Bars and is admitted to practice at the U.S. Supreme Court, the U.S. Court of Appeals for the Tenth Circuit, and the U.S. District Court for the District of Colorado. Mr. Grimsley is a Fellow of the American College of Trial Lawyers and Litigation Counsel of America. He is on the Board of Trustees for Minds Matter Colorado.

Bianca Miyata

11.      Ms. Miyata graduated from the University of Denver Sturm College of Law in 2006. Before studying law, she worked as a Human Resources Expert for a leading international

strategy consulting firm in Munich, Germany and earned a B.A. in International Affairs and German Studies from Lewis & Clark College in 2000.

12.     Ms. Miyata clerked for numerous Colorado Court of Appeals Judges including Judges Russell Carparelli, Diana Terry, Gale Miller, and Anthony Navarro. She also served as Motions and Jurisdiction Counsel for the Colorado Court of Appeals. She is a member of the Colorado Bar and is admitted to practice at the Supreme Court, the U.S. Court of Appeals for the Tenth Circuit, and the U.S. District Court for the District of Colorado.

13.     Prior to joining Olson Grimsley, Ms. Miyata served as a Senior Assistant Attorney General in the Consumer Fraud Unit of the Colorado Attorney General's Office. Most recently, Bianca was co-lead counsel for a 35-state coalition suing tech giant Meta in multidistrict litigation in the United States District Court of the Northern District of California. Before joining the Consumer Fraud team, Ms. Miyata represented the Colorado Department of Human Services, and she played a significant role on Colorado's *303 Creative v. Elenis* team at the United States Supreme Court. *303 Creative LLC v. Elenis*, 600 U.S. 570 (2023).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: October 1, 2025

Kenzo Kawanabe, Bar No. 28697
Olson Grimsley Kawanabe Hinchcliff & Murray LLC
700 17th Street, Suite 1600
Denver, CO 80202
Telephone: (303) 535-9151
kkawanabe@olsongrimsley.com