**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 25-cv-03183

REFUGIO RAMIREZ OVANDO,
CAROLINE DIAS GONCALVES,
J.S.T., and
G.R.R., and all those similarly situated,

      Plaintiffs,

v.

KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,
TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, and
ROBERT GUADIAN, in his official capacity as Director of the Denver Field Office of the U.S. Immigration and Customs Enforcement,

      Defendants.

---

## ORDER DIRECTING REASSIGNMENT

---

**Blackburn, J.**

      This matter is before me on the **Plaintiffs' Motion for Preliminary Injunction** [#13][1] filed October 9, 2025.  This matter should be considered by a merits judge and not this pre-merits judge.

      **THEREFORE, IT IS ORDERED** that the clerk shall assign this case to a judge for resolution on the merits under the random assignment procedure of D.C.COLO.LCiv.R 40.1.

      Dated October 9, 2025, at Denver, Colorado.

                    **BY THE COURT:**

                    Robert E. Blackburn
                    United States District Judge

---

[1] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.