IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action: 25-cv-03183-RBJ-1 | Date: October 15, 2025 |
| Courtroom Deputy: Meghan Smotts | Court Reporter: Sadie Herbert |

| *Parties* | *Counsel* |
|---|---|
| REFUGIO RAMIREZ OVANDO, CAROLINE DIAS GONCALVES, J.S.T., and G.R.R., and all those similarly situated, **Plaintiffs** | *Kenzo Sunao Kawanabe* *Emma Mclean-Riggs* *Bianca Miyata* *Hans Meyer* *Timothy McDonald-VTC* *Sara Neel-VTC* *Anna Kurtz-VTC* |
| **v.** | |
| KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, and ROBERT GUADIAN, in his official capacity as Director of the Denver Field Office of the U.S. Immigration and Customs Enforcement, **Defendants** | *Brad E. Leneis* *Logan Brown* |

## COURTROOM MINUTES

**STATUS CONFERENCE**

Court in Session: 11:02 a.m.

Appearance of counsel.

Preliminary remarks by the court.

Discussion held on status of case and pending motions.

**ORDERED:**  Plaintiffs' Motion for Leave to Proceed Under Pseudonym [ECF 11] is **GRANTED in PART and DENIED in PART** as stated on the record.

**ORDERED:**  Defendants may file a responsive pleading to the Plaintiffs' Motion for Preliminary Injunction [ECF 13] on or before **October 27, 2025**.

**ORDERED:**  A two-day Preliminary Injunction Hearing is set to begin **October 30, 2025, at 9:00 a.m.** in Courtroom C203 before Senior Judge R. Brooke Jackson. The parties shall exchange and file with the court, witness lists (noting if the witness will need to appear virtually) and exhibit lists on or before **October 27, 2025**.

Court in Recess:   11:36 a.m.          Hearing concluded.          Total time in Court:  00:34