IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03183-RBJ

REFUGIO RAMIREZ OVANDO,
CAROLINE DIAS GONCALVES,
J.S.T., and
G.R.R.,

Plaintiffs,

v.

KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security,
TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, and
ROBERT GUADIAN, in his official capacity as Director of the Denver Field Office of U.S. Immigration and Customs Enforcement,

Defendants.

**JOINT MOTION FOR THE ENTRY OF A PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c), the parties hereby move for the entry of a Protective Order regulating the use and disclosure of documents, materials, and information produced or exchanged in connection with litigating this case.

In support of this motion, the parties state as follows:

1.  As part of litigating this case, the parties may need to disclose certain information and documents that may be subject to the Privacy Act, 5 U.S.C. § 552a, or that are otherwise confidential pursuant to Fed. R. Civ. P. 26(c)(1)(G). Examples of information the parties seek to protect include information contained in the Department of Homeland Security's (DHS) systems of records that is subject to the Privacy Act, and

1

sensitive personal information about Plaintiffs and/or third parties that has been disclosed to DHS and its subagencies in connection with immigration petitions, applications, proceedings, and enforcement. The Court has also ordered that two named Plaintiffs may proceed under pseudonyms, and the parties agree to treat the identities of these two Plaintiffs as confidential information.

2. To balance the need for disclosure with the need for confidentiality, the parties seek a protective order through this motion. *See Gillard v. Boulder Valley School Dist.*, 196 F.R.D. 382, 386 (D. Colo. 2000) (approving of protective orders where a party reviews material and designates information as confidential based on a good faith belief that the information is confidential or subject to protection). Specifically, the Stipulated Protective Order attached to this motion permits disclosure of information under 5 U.S.C. § 552a(b)(12), provides that the parties may designate certain documents and information as confidential "in good faith," and establishes a mechanism for the parties to challenge confidentiality designations. The Stipulated Protective Order will therefore minimize the necessity for judicial intervention in dealing with information and documents exchanged as the case progresses. *See Gillard*, 196 F.R.D. at 386 (observing that protective orders can "serve the interests of a just, speedy, and less expensive determination of complex disputes by alleviating the need for and delay occasioned by extensive and repeated judicial intervention"). As noted, a copy of the Stipulated Protective Order is attached.

3. Pursuant to 5 U.S.C. § 552a(b)(12) and Fed. R. Civ. P. 26(c), the parties submit that the Stipulated Protective Order is necessary to protect the discovery and

dissemination of protected or confidential information or information which, if released to third persons or parties, may improperly annoy, embarrass, or oppress any party, witness, or person providing discovery in this case.

 Accordingly, the parties respectfully request that the Court enter the Stipulated Protective Order attached to this Motion.

Dated: October 20, 2025

                PETER MCNEILLY
                United States Attorney

                s/ Brad Leneis
                *Brad Leneis*
                *Logan Brown*
                Assistant United States Attorneys
                1801 California Street, Suite 1600
                Denver, Colorado  80202
                Telephone: (303) 454-0100
                FAX: (303) 454-0411
                brad.leneis2@usdoj.gov
                logan.brown@usdoj.gov

                *Attorneys for Defendants*


                /s/ Kenzo Kawanabe
                Kenzo Kawanabe, Bar No. 28697
                Sean Grimsley, Bar No. 36422
                Bianca Miyata, Bar No. 42012
                Olson Grimsley Kawanabe Hinchcliff & Murray LLC
                700 17th Street, Suite 1600
                Denver, CO 80202
                Telephone: (303) 535-9151
                kkawanabe@olsongrimsley.com
                sgrimsley@olsongrimsley.com
                bmiyata@olsongrimsley.com

                Timothy R. Macdonald, Bar No. 29180
                Annie Kurtz, Bar No. 51525

Emma McLean Riggs, Bar No. 51370
Sara Neel, Bar No. 36904
Scott Medlock, Bar No. 57210
American Civil Liberties Union of Colorado
303 E. 17th Avenue, Suite 350
Denver, CO 80203
Telephone: (303) 777-5482
tmacdonald@aclu-co.org
akurtz@aclu-co.org
emcleanriggs@aclu-co.org
sneel@aclu-co.org
smedlock@aclu-co.org

Hans Meyer, Bar No. 37812
Meyer Law Office
1547 Gaylord Street
Denver, CO 80206
Telephone: (303) 831-0817
hans@themeyerlawoffice.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/ Brad Leneis
***Brad Leneis***
U.S. Attorney's Office