# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CASE CAPTION:  Refugio Ramirez Ovando, *et al.* v. *Kristi Noem*, in her official capacity, *et al.*

CASE NO.: 25-cv-03183-RBJ

JUDGE: Senior Judge R. Brooke Jackson

PROCEEDING:  Hearing on Motion for Preliminary Injunction

EXHIBIT LIST OF: Defendants (amended 10/29/2025)

| Exhibit | Description | Witness | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|
| A | Form I-213 – Ramirez Ovando | | | | | |
| B | Form I-213 – Dias Goncalves | | | | | |
| C | Form I-213 – J.S.T. | | | | | |
| D | Form I-213 – G.R.R. | | | | | |
| E | ICE Policy Broadcast – 5/27/2022 | | | | | |
| F | ICE Policy Broadcast – 6/11/2025 | | | | | |
| G | ICE Policy Broadcast – 10/22/2025 | | | | | |
| H | Form I-200 & NTA – Ramirez Ovando | | | | | |

Page **1** of **2**

| Exhibit | Description | Witness | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|
| I | Form I-200 & NTA – Dias Goncalves | | | | | |
| J | Form I-200 & NTA – J.S.T. | | | | | |
| K | Form I-200 & NTA – G.R.R. | | | | | |

Dated: October 29, 2025	Respectfully submitted,

	PETER MCNEILLY
	United States Attorney

	*s/* Logan Brown
	***Brad Leneis***
	***Logan Brown***
	***Nick Deuschle***
	Assistant United States Attorneys
	1801 California Street, Suite 1600
	Denver, Colorado  80202
	Tel: 303-454-0100
	Fax: 303-454-0400
	brad.leneis2@usdoj.gov
	logan.brown@usdoj.gov
	nick.deuschle@usdoj.gov

	*Attorneys for Defendants*


## CERTIFICATE OF SERVICE (CM/ECF)

I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will cause notice to be delivered electronically to all counsel of record.


	 *s/ Logan Brown*
	Logan Brown
	U.S. Attorney's Office