IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action: 1:25-cv-03183-RBJ | Date: October 30, 2025 |
| Courtroom Deputy: Meghan Smotts | Court Reporter: Kevin Carlin |

| Parties | Counsel |
|---|---|
| REFUGIO RAMIREZ OVANDO, CAROLINE DIAS GONCALVES, J.S.T., and G.R.R., and all those similarly situated, **Plaintiffs** | *Kenzo Sunao Kawanabe* <br> *Hans Meyer* <br> *Timothy MacDonald* <br> *Sean Grimsley* <br> *Emma Mclean-Riggs* <br> *Anna Kurtz* <br> *Bianca Miyata* |
| v. | |
| KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, and ROBERT GUADIAN, in his official capacity as Director of the Denver Field Office of the U.S. Immigration and Customs Enforcement, **Defendants** | *Brad E. Leneis* <br> *Logan Brown* <br> *Nick Deuschle* |

**COURTROOM MINUTES**

**PRELIMINARY INJUNCTION HEARING - DAY ONE**

**9:11 a.m.      Court in session.**

Court calls case. Appearances of counsel.

9:16 a.m.        Opening Statement by Mr. Kawanabe.

9:33 a.m.        Opening Statement by Mr. Deuschle.

**ORDERED:** Defendants' Oral Motion for Sequestration of Non-Party Witnesses is GRANTED.

Plaintiffs' witness, Caroline Dias Goncalves, called and sworn.

| | |
|---|---|
| 9:51 a.m. | Direct examination of Ms. Goncalves by Ms. Miyata. |
| 10:13 a.m. | Cross examination of Ms. Goncalves by Mr. Leneis. |

Witness is excused.

**10:19 a.m.    Court in recess.**
**10:32 a.m.    Court in session.**

Plaintiffs' witness, Refugio Ramirez Ovando, called and sworn with the assistance of a Spanish interpreters, Ellen Klaver and Michael Mudd. Interpreters sworn in.

10:33 a.m.    Direct examination of Mr. Ramirez Ovando by Mr. Meyer.

**11:09 a.m.    Court in recess.**
**11:16 a.m.    Court in session.**

11:16 a.m.    Cont. direct examination of Mr. Ramirez Ovando by Mr. Meyer.
              **Exhibit 19 is admitted.**

11:37 a.m.    Cross examination of Mr. Ramirez Ovando by Mr. Deuschle.

11:42 a.m.    Re-direct examination of Mr. Ramirez Ovando by Mr. Meyer.

Witness is excused.

Plaintiffs' witness, J.S.T., called and sworn with the assistance of a Spanish interpreters, Ellen Klaver and Michael Mudd.

11:45 a.m.    Direct examination of J.S.T. by Ms. McLean-Riggs.
              **Exhibit 21 is admitted.**

12:23 p.m.    Cross examination of J.S.T. by Mr. Brown.

12:29 p.m.    Re-direct examination of J.S.T. by Ms. McLean-Riggs.

Witness is excused.

**12:32 p.m.    Court in recess.**
**1:16 p.m.     Court in session.**

**Plaintiffs' Exhibits 25-63 are admitted.**

Plaintiffs' witness, Robert Guadian, called and sworn.

1:23 p.m.      Direct examination of Mr. Guadian by Mr. Grimsley.
               **Exhibits 124, 126, 80, 116, 64 are admitted.**

**2:57 p.m.    Court in recess.**
**3:09 p.m.    Court in session.**

Discussion held on timing of next witness.

**3:12 p.m.    Court in recess.**
**3:30 p.m.    Court in session.**

Plaintiffs' witness, G.R.R., called and sworn with the assistance of a Spanish interpreters, Ellen Klaver and Michael Mudd.

3:32 p.m.      Direct examination of G.R.R. by Mr. Kawanabe.
               **Exhibit 20 is admitted.**

**The parties stipulate to the entry of exhibits 15, 17, and 18.**

4:07 p.m.      Cross examination of G.R.R. by Mr. Leneis.

4:12 p.m.      Re-direct examination of G.R.R. by Ms. McLean-Riggs.

Witness is excused.

Plaintiffs' witness, Arturo Vazquez, called and sworn.

4:15 p.m.      Direct examination of Arturo Vazquez by Mr. Meyer.

4:44 p.m.      Cross examination of Arturo Vazquez by Mr. Brown.

Witness is excused.

**Hearing will continue October 31, 2025 at 9:00 a.m.**

**4:50 p.m.    Court in recess.**      Hearing continued.      Total time in Court: 06:05