IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action: 1:25-cv-03183-RBJ | Date: October 31, 2025 |
| Courtroom Deputy: Meghan Smotts | Court Reporter: Kevin Carlin |

| *Parties* | *Counsel* |
|---|---|
| REFUGIO RAMIREZ OVANDO, CAROLINE DIAS GONCALVES, J.S.T., and G.R.R., and all those similarly situated, **Plaintiffs** | Kenzo Sunao Kawanabe<br>Hans Meyer<br>Timothy MacDonald<br>Sean Grimsley<br>Emma Mclean-Riggs<br>Anna Kurtz<br>Bianca Miyata |
| v. | |
| KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, and ROBERT GUADIAN, in his official capacity as Director of the Denver Field Office of the U.S. Immigration and Customs Enforcement, **Defendants** | Brad E. Leneis<br>Logan Brown<br>Nick Deuschle |

**COURTROOM MINUTES**

**PRELIMINARY INJUNCTION HEARING - DAY TWO**

**9:05 a.m.     Court in session.**

Court calls case. Appearances of counsel.

Plaintiffs' Oral Motion to Admit Declarations of Daniel Herrera, Mary Jo Highland, Claire Noone, and Shaleen Morales listed as Exhibits 7, 8, 9 and 11 in Plaintiffs' exhibit list.

**ORDERED:** Plaintiffs' Oral Motion to Admit Declarations of Daniel Herrera, Mary Jo Highland, Claire Noone, and Shaleen Morales listed as Exhibits 7, 8, 9 and 11 in Plaintiffs' exhibit list is DENIED for reasons as stated on the record.

Plaintiffs' witness, Elizabeth Jordan, called and sworn.

| | |
|---|---|
| 9:12 a.m. | Direct examination of Ms. Jordan by Ms. McLean-Riggs. |
| 9:34 a.m. | Cross examination of Ms. Jordan by Mr. Leneis. |
| **9:37 a.m.** | **Court in recess.** |
| **9:49 a.m.** | **Court in session.** |
| 9:50 a.m. | Cont. cross examination of Ms. Jordan by Mr. Leneis. **Exhibit L is admitted.** |
| 10:06 a.m. | Re-direct examination of Ms. Jordan by Ms. McLean-Riggs. |

Witness is excused.

Argument held on Plaintiffs' calling a disclosed rebuttal witness Carly Hamilton in their case in chief.

**ORDERED:** Defendants' Objection to the witness being called in the Plaintiffs' case in chief is SUSTAINED.

Plaintiffs make Oral Motion to Admit of Declarations of Named Plaintiffs listed as Exhibits 1, 2, 3, and 4.

**ORDERED:** Plaintiffs' Oral Motion to Admit Declarations of Named Plaintiffs listed as Exhibits 1, 2, 3, and 4 is GRANTED and exhibits are admitted.

Plaintiffs make Oral Motion to Admit Declarations of J.C.C. and Eida Altman on Behalf of Denver Metro Tenants' Union listed as Exhibits 5 and 10 in Plaintiffs' exhibit list.

Defendants object.

Plaintiffs withdraw motion.

**Plaintiffs rest.**

Defendants' witness, Gregory Davies, called and sworn.

| | |
|---|---|
| 10:25 a.m. | Direct examination of Mr. Davies by Mr. Brown. |

                **Exhibits H, I, J, K are admitted.**

10:56 a.m.      Cross examination of Mr. Davies by Mr. Kawanabe.
                **Exhibits E, F, 132, 134, 136 are admitted.**

**11:52 a.m.**      **Court in recess.**
**12:58 p.m.**      **Court in session**.

12:58 p.m.      Cont. cross examination of Mr. Davies by Mr. Kawanabe.
                **Exhibits 5, 130 are admitted.**

1:48 p.m.      Re-direct examination of Mr. Davies by Mr. Brown.

1:57 p.m.      Re-cross examination of Mr. Davies by Mr. Kawanabe.

Witness is excused.

**Defense rests.**

Argument held on Plaintiff calling rebuttal witness, Carly Hamilton.

**ORDERED:  Defendants' Objection to the witness being called in the Plaintiffs' rebuttal case is OVERRULED.**

Plaintiffs' rebuttal witness, Carly Hamilton, called and sworn.

2:00 p.m.      Direct examination of Ms. Hamilton by Ms. McLean-Riggs.

2:12 p.m.      Cross examination of Ms. Hamilton by Mr. Deuschle.

Witness is excused.

**Plaintiffs rest rebuttal case.**

2:16 p.m.      Closing argument by Mr. Kawanabe.

2:36 p.m.      Closing argument by Mr. Leneis.

3:16 p.m.      Rebuttal closing argument by Mr. Kawanabe.

**ORDERED:  Plaintiffs' Motion for Preliminary Injunction [ECF 13] is TAKEN UNDER ADVISEMENT. A written order will enter in due course.**

**3:24 p.m.**      **Court in recess.**      Hearing concluded.      Total time in Court: 05:03