# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03183-RBJ

REFUGIO RAMIREZ OVANDO,
CAROLINE DIAS GONCALVES,
J.S.T., and
G.R.R.,

    Plaintiffs,

v.

KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security,
TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, and
ROBERT G. HAGAN, in his official capacity as Director of the Denver Field Office of U.S. Immigration and Customs Enforcement,

    Defendants.

## UNOPPOSED MOTION FOR FOURTEEN-DAY EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), Defendants move, unopposed, for a fourteen-day extension of time to answer or otherwise respond to the Complaint (ECF No. 1) through January 13, 2026. Defendants' requested extension will not affect any other case deadlines. Defendants seek this extension on the following grounds:

1. Defendants were served with process on October 10, 2025.

2. On December 9, 2025, the parties filed a joint stipulation for extension of time under D.C.COLO.LCivR 6.1(a), which extended Defendants' deadline to answer or otherwise respond to the Complaint to December 30, 2025. *See* ECF No. 50.

3. Defendants require an additional two weeks to answer or otherwise respond to the Complaint. After they were served with this case, Defendants briefed Plaintiffs' request for a preliminary injunction and participated in a two-day preliminary injunction hearing before this Court. *See* ECF Nos. 34, 43, 45. On November 25, 2025, the Court issued its 66-page preliminary injunction order. *See* ECF No. 49. Since the Court issued its November 2025 order, Defendants have been diligently working to comply with the order, including removing ankle monitors and terminating reporting requirements. Also, and as part of their compliance with the Court's order, Defendants have coordinated with Plaintiffs' counsel to meet Defendants' court-ordered obligations, including responding to Plaintiffs' requests for documents and working to develop a schedule for providing Plaintiffs' counsel with documents. Further, and also since the Court's November 2025 order, Defendants have been reviewing the Court's order to prepare a response to the Complaint accounting for that order. Given Defendants' time spent working to comply with the Court's order and their time spent reviewing that order to prepare an adequate response to the Complaint, Defendants require two additional weeks to prepare and file a response to the Complaint.

4. Accordingly, Defendants request additional time, through January 13, 2026, to answer or otherwise respond to the Complaint. That additional requested time will not affect any other deadlines in this case or otherwise delay this proceeding.

5. Undersigned counsel certifies that, under D.C.COLO.LCivR 6.1(b), Defendants have previously jointly stipulated to a 21-day extension of their deadline to answer or otherwise respond to the Complaint. *See* ECF No. 50.

6. Undersigned counsel certifies that, under D.C.COLO.LCivR 6.1(c), a copy of this Motion will be served upon agency counsel, as a representative for Defendants.

7. Undersigned counsel certifies that, under D.C.COLO.L.CivR 7.1(a), Defendants' counsel conferred with counsel for Plaintiffs about the relief requested herein, and Plaintiffs do not oppose this Motion.

For the reasons set forth above, Defendants respectfully request that the Court issue an order extending Defendants' deadline to answer or otherwise respond to the Complaint, ECF No. 1, to January 13, 2026.

Dated: December 30, 2025.  Respectfully submitted,

PETER MCNEILLY
United States Attorney

s/ Nicholas A. Deuschle
Brad Leneis
Logan Brown
*Nicholas Deuschle*
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Fax: 303-454-0411
brad.leneis2@usdoj.gov
logan.brown@usdoj.gov
nick.deuschle@usdoj.gov

Attorneys for Defendants

## CERTIFICATE OF SERVICE

      I certify that, on December 30, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will cause notice to be delivered electronically to all counsel of record.

                                                      s/ Nicholas Deuschle
                                                      ***Nicholas Deuschle***
                                                      Assistant U.S. Attorney