IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03183-RBJ

REFUGIO RAMIREZ OVANDO,
CAROLINE DIAS GONCALVES,
J.S.T., and
G.R.R.,

    Plaintiffs,

v.

KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security,
TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, and
ROBERT G. HAGAN, in his official capacity as Director of the Denver Field Office of U.S. Immigration and Customs Enforcement,

    Defendants.

## NOTICE OF APPEAL

Defendants hereby appeal the Court's November 25, 2025, Order granting Plaintiffs' motion for class certification and Plaintiffs' motion for a preliminary injunction, ECF No. 49, to the United States Court of Appeals for the Tenth Circuit.

Dated: January 23, 2026                          Respectfully submitted,

                                                 PETER MCNEILLY
                                                 United States Attorney

                                                 s/ Brad Leneis
                                                 *Brad Leneis*
                                                 *Logan Brown*
                                                 *Nicholas Deuschle*
                                                 Assistant United States Attorneys
                                                 1801 California Street, Suite 1600
                                                 Denver, Colorado 80202
                                                 Telephone: 303-454-0100
                                                 Fax: 303-454-0411
                                                 brad.leneis2@usdoj.gov
                                                 logan.brown@usdoj.gov
                                                 nick.deuschle@usdoj.gov

                                                 Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I certify that, January 23, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will cause notice to be delivered electronically to all counsel of record.


                                                 s/ Brad Leneis
                                                 *Brad Leneis*
                                                 Assistant U.S. Attorney