IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action: 25-cv-03183 REB | Date: February 18, 2026 |
| Courtroom Deputy: Meghan Smotts | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| REFUGIO RAMIREZ OVANDO,<br>CAROLINE DIAS GONCALVES,<br>J.S.T., and<br>G.R.R., and all those similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>KRISTI NOEM, in her official capacity as<br>Secretary of the Department of Homeland Security,<br>TODD M. LYONS, in his official capacity as<br>Acting Director of U.S. Immigration and Customs<br>Enforcement, and<br>ROBERT GUADIAN, in his official capacity as<br>Director of the Denver Field Office of the U.S.<br>Immigration and Customs Enforcement,<br><br>**Defendants.** | *Tim MacDonald*<br>*Annie Kurtz*<br>*Scott Medlock*<br>*Hans Meyer*<br><br><br><br><br><br>*Nick Deuschle*<br>*Brad Leneis*<br>*Logan Brown* |

## COURTROOM MINUTES

**STATUS CONFERENCE**

Court in Session: 10:34 a.m.

Appearance of counsel. All parties appear via videoconference.

Discussion held on status of the case and compliance with Preliminary Injunction Order [ECF 49].

**ORDERED:**  An **Evidentiary Hearing is set for March 10, 2026, at 9:00 am** in Courtroom C203 before Senior Judge R. Brooke Jackson. The Plaintiffs shall file a Brief on or before **March 3, 2026**. The Defendants shall file their Brief on or before **March 6, 2026.**

The parties shall meet and confer and file a Joint Status Report by **February 25, 2026,** outlining what issues have been narrowed and what issues need to be addressed at the evidentiary hearing on March 10, 2026.

Court in Recess: 11:41 a.m.   Hearing concluded.   Total time in Court:   01:07