IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03183-RBJ

REFUGIO RAMIREZ OVANDO, et al.,

    Plaintiffs,

v.

KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security,
TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, and
GEORGE VALDEZ, in his official capacity as Acting Director of the Denver Field Office of U.S. Immigration and Customs Enforcement,

    Defendants.

**UNOPPOSED MOTION BY DEFENDANTS TO RESTRICT ECF Nos. 67-1, 67-2, and 67-3 UNDER LEVEL 1 RESTRICTION UNTIL MARCH 17, 2026**

Pursuant to D.C.COLO.LCivR 7.2(c), Defendants respectfully move to restrict the unredacted documents filed at ECF Nos. 67-1, 67-2, and 67-3 under Level 1 restriction until March 17, 2026. Plaintiffs filed these documents under Level 1 restriction on February 17, 2026, without filing an accompanying motion to restrict. Under D.C.COLO.LCivR 7.2(e), absent a motion to restrict, the restriction would expire on March 3, 2026. Defendants move to maintain the Level 1 restriction for an additional 14 days, until March 17, 2026, pending further action by the Court so that sensitive information contained in the documents is not publicly disseminated while the parties attempt to reach a practicable alternative to restriction. Undersigned counsel has

1

conferred about this motion with counsel for Plaintiffs, who indicated that Plaintiffs do not oppose the requested relief.

Good cause exists to grant Defendants' request. ECF No. 67-1 and ECF No. 67-2 consist of unredacted arrest records. These documents contain substantial amounts of sensitive information, including personally identifiable information, and have been marked "Confidential" by Defendants under the protective order, ECF No. 23. *See* ECF No.67-1, ECF No.67-2. ECF No. 67-3 consists of email correspondence between counsel about this case. *See id.* The correspondence contains unredacted alien numbers (i.e., A-Numbers) for individuals who are not named Plaintiffs. *See id.* at 2. An A-Number is a unique seven-, eight- or nine-digit number that the Department of Homeland Security assigns to an alien for purposes such as tracking immigration applications, petitions, or requests. "A" numbers can be used to access immigration case history or other sensitive information. If these unredacted documents are not restricted, sensitive information (including personally identifiable information about the arrestees) will be disseminated to the public without the individuals' consent.

Defendants anticipate that a practicable alternative to restriction can be implemented, and counsel are conferring on an approach. Defendants also anticipate that before the practicable alternative to restriction can be implemented, the parties may need to seek the Court's involvement to resolve any remaining disputes over redactions or over restrictions on remote public access to the redacted arrest records. Defendants anticipate that the Court may resolve these issues in connection with the hearing scheduled for March 10, 2026. Further, implementing the practicable alternative may

involve requesting that the Clerk of Court replace the as-filed, unredacted documents with redacted documents before the Level 1 restriction is lifted.

Granting Defendants' motion will temporarily maintain the Level 1 restriction and prevent the dissemination of sensitive information until a practicable alternative to restriction can be fashioned and implemented.

Neither Plaintiffs nor the public interest will be prejudiced by this request. As noted, Plaintiffs do not oppose this motion. Further, the temporary restriction will not unduly hinder the public's access to court records. Rather, it will enable the parties and the Court to implement a practicable alternative to restriction that strikes an appropriate balance between protecting sensitive information from disclosure and giving the public access to court matters of public interest.

Accordingly, Defendants respectfully request that the Court enter an order placing ECF Nos. 67-1, 67-2, and 67-3 under Level 1 restriction for an additional 14 days, until March 17, 2026, pending the implementation of a practicable alternative to restriction.

Dated: March 2, 2026.

PETER MCNEILLY
United States Attorney

<u>s/ Brad Leneis</u>
***Brad Leneis***
Logan Brown
Nick Deuschle
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Fax: 303-454-0411
brad.leneis2@usdoj.gov
logan.brown@usdoj.gov
nick.deuschle@usdoj.gov

Attorneys for Defendants

## CERTIFICATE OF SERVICE

      I certify that on March 2, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will cause notice to be delivered electronically to all counsel of record.

                                          <u>*s/ Brad Leneis*</u>
                                          Brad Leneis
                                          Assistant U.S. Attorney