**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-03183-RBJ

REFUGIO RAMIREZ OVANDO, et al.,

      Plaintiffs,

v.

KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland
Security,
TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and
Customs Enforcement, and
GEORGE VALDEZ, in his official capacity as Acting Director of the Denver Field Office
of U.S. Immigration and Customs Enforcement,

      Defendants.

---

**[PROPOSED] ORDER**

---

Before the Court is Defendants' "Unopposed Motion by Defendants to Restrict

ECF Nos. 67-1, 67-2, and 67-3 Under Level 1 Restriction Until March 17, 2026." For

good cause shown, Defendants' motion is GRANTED. The Clerk of Court is DIRECTED

to maintain the Level 1 restriction on ECF No. 67-1, ECF No. 67-2, and ECF No. 67-3

until March 17, 2026.


                          _____
                          U.S. District Judge