# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03183-RBJ

REFUGIO RAMIREZ OVANDO, et al.,

    Plaintiffs,

v.

KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security,
TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, and
GEORGE VALDEZ, in his official capacity as Acting Director of the Denver Field Office of U.S. Immigration and Customs Enforcement,

    Defendants.

## ORDER

Before the Court is Defendants' "Unopposed Motion by Defendants to Restrict ECF Nos. 67-1, 67-2, and 67-3 Under Level 1 Restriction Until March 17, 2026." For good cause shown, Defendants' motion is GRANTED. The Clerk of Court is DIRECTED to maintain the Level 1 restriction on ECF No. 67-1, ECF No. 67-2, and ECF No. 67-3 until March 17, 2026.

*[signature]*

U.S. District Judge