IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03183-RBJ

REFUGIO RAMIREZ OVANDO, CAROLINE DIAS GONCALVES, J.S.T., and G.R.R., and all those similarly situated, and the EAST COLFAX COMMUNITY COLLECTIVE,

      Plaintiffs,

  v.

KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, and GEORGE VALDEZ, in his official capacity as Director of the Denver Field Office of the U.S. Immigration and Customs Enforcement,

      Defendants.

**KEY IN SUPPORT OF MOTION TO ENFORCE PRELIMINARY INJUNCTION**

Plaintiffs provide this Key to assist the Court in identifying and locating Form I-213s for the individuals identified in the declarations:

| Individual Initials | Facts of Encounter | Corresponding Form I-213 |
|---|---|---|
| R.J.R.P | Ex. F, Decl. of R.J.R.P. | Ex. A, P202.056, DHS_RO_000113 et seq. |
| R.C.P. | Ex. G, Decl. of R.C.P. | Ex. C, P207.015, DHS_RO_000151 et seq. |
| A.G.R. | Ex. H, Decl. of A.G.R. | Ex. A, P202.029, DHS_RO_000070 et seq. |
| C.E.C.P | Ex. I, Decl. of K. Hayes, ¶¶ 11-28 | Ex. C, P207.018, DHS_RO_000154 et seq. |
| F.L.Z. | Ex. I, Decl. of K. Hayes, ¶¶ 29-42 | Ex. C, P207.006, DHS_RO_000142 et seq. |
| C.L.P. | Ex. I, Decl. of K. Hayes, ¶¶ 43-64 | N/A |