# Exhibit F

**Declaration of R.J.R.P.**

Pursuant to 28 U.S.C. § 1746, I, R.J.R.P., declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am a 37-year-old man from Venezuela. I came to the United States in November 2024, when I was paroled into the country through the CBP one app after presenting myself at the border to seek asylum due to the current political situation in Venezuela. Since December 2024, I have lived in the Greater Denver Metro area, to be close to my sister and my preschool-aged niece.

2. On the morning of December 24, 2025—Christmas Eve—I was arrested by ICE. I have been in detention ever since. I remember every moment and detail from that morning, because it changed my life in a way I know I will never recover from.

3. I thought I was doing everything the way I was supposed to. I secured authorization to work lawfully in the United States, and I got a job at a nonprofit that supports people with intellectual and developmental disabilities. I helped organize donations there. I loved my work. I also had a second job at Uber to help make extra money. When I was detained, I'd been working at the nonprofit for just over a year, and at Uber for a few months.

4. I had recently found a room to rent in a house that was only a five-minute drive away from the nonprofit. Before that, I had been living with my sister and her daughter. I was excited to finally be able to afford my own place and be closer to work while still staying close to my family.

5. That morning, I left for work early, just before 7 a.m. I got about three blocks away from my home and stopped at a red light. When the light turned green, I saw the car behind me flash red and blue lights. It was a black, unmarked car with tinted windows.

6. I was confused, because I did not run the red light and I have no criminal history in the United States or Venezuela. I have never even had a traffic ticket before. I thought it probably wasn't the police because I had not done anything wrong. I have heard other people talk about being stopped by ICE in their cars, so I thought the car behind me might be ICE.

7. I immediately pulled over to the side of the road and turned my hazard lights on. The car with the sirens pulled up behind me and a truck, also without any markings, pulled up in front of my car and parked there.

1

EXHIBIT

P249

P249.001

8. As all of this was happening, I felt like I was having a nightmare. I had never had any contact with law enforcement before, and what was happening did not seem real.

9. An officer approached my window. He was wearing a black hat. He was wearing black clothes and a khaki tactical vest that said "police." He had a short gun on his belt. I rolled down my window. The officer asked for my driver's license, and I gave it to him.

10. My license is a Colorado S.B. 251 license, with a black marking across it.

11. When the officer saw my license, he immediately ordered me to get out of the car and turn around. He told me I was being arrested.

12. I did as I was told, and the officer put metal handcuffs on my wrists. They were too tight and they hurt me. In that moment, I was in shock. I was still so confused, because I could not think of what I had done wrong.

13. Between when the officer approached my window and when he arrested me, he did not ask me any questions about my living situation, work, or family. He did not ask me any questions about drugs, gangs, guns, or any other kind of crime. He didn't ask me any questions at all. The only thing he asked me was for my driver's license.

14. I asked why I was being arrested and he said "we'll tell you later." Then he put me into the black car. Through the window, I could see one officer taking pictures of himself, posing with my car. I watched them drive my car and park it in a lot across the street. I asked where my keys were, but they didn't answer me.

15. I told the officers my handcuffs were too tight. One of them took me out of the car and put a chain around my waist. Then he took the handcuffs off and put different ones on, shackling them to the chain around my waist in front of me. The officer also chained my feet together. Then he put me back in the car.

16. I asked the officer if they were police or ICE, and why I had been arrested. He told me it was because my asylum case was still in Florida.

17. When I first came to the United States, I lived with a friend and his family in a trailer in Florida for about a month. I filed for asylum there with the help of an attorney.

2

P249.002

My court date was scheduled for 2027. It was hard for me to support myself in Florida, and I moved to Denver because my sister offered to let me live with her here until I could get on my own two feet. My lawyer told me I should move my case to Colorado if I was still living here six months before the court date. I was trying to save up money to find a lawyer in Colorado to help me. I still don't understand what I did wrong.

18. The officers drove me to the ICE office in Centennial. They passed me over to another agent, a bald man. Another officer took my prints. The bald officer asked me if I had tattoos and I told him that I did.

19. I have three tattoos. One of them, on my upper left arm, is my daughter's name, Reibelys, with a crown. I included the crown because I call her Rey, which means king. Another tattoo is on my lower left arm, and it is a dreamcatcher, with a rose and clock. My third one is the name of my childhood sweetheart, "Arnidis," and I got it when I was very young.

20. My tattoos weren't visible, because I was wearing what I was arrested in, a long-sleeved black shirt and khaki pants, with a green jacket. The officer told me to take off my shirt and took pictures of my tattoos.

21. The officer did not ask me about gangs at that time, but I was told later that ICE is saying I am a member of Tren de Aragua based on my tattoos. I am not. I've never been involved with any gang and I never would be. I got my tattoos because they have deep personal meaning to me.

22. While I was at that office, one of the officers started making fun of me. He told me the prior president was a piece of shit and that I shouldn't be here. He told me I should deport myself. Another officer told me I should never have left my country, that I should have died for it.

23. I tried to explain to him that I didn't have guns back home or a way to fight, and that's why I had to flee here. It was difficult to hear the officers' words, because I had come so far and given up so much, including being with my children, to find safety in the United States.

24. Then I was sent to meet with a different officer, who asked me a lot of questions about who I lived with, whether they were men or women, what kind of cars they drove, and what time they went to work. I was confused by the officers' questions. They seemed very interested in the other people who lived at the

3

P249.003

house, but I did not have relationships with them—we were separate renters. I did learn about the open room there from a coworker who also rented in the house, but we were not close or involved in each other's lives outside of our jobs. I don't even know her last name. But she told me that she had been stopped by ICE the week before while she was driving her husband's truck, and they let her go. His first name is Gabriel, but I don't know his last name or much else about him. I suspect ICE was really looking for him and that I got caught up in things just because we rented at the same address.

25. I do not know the name Gabriel Bastardo Rivas, but he could be the Gabriel who is married to my coworker. He is the only Gabriel I know.

26. After the officers finished asking me questions, I was eventually put on a bus with about forty other people and taken to the GEO detention center. I am still detained here. I can't afford a private lawyer, and I have been trying to get in touch with a lawyer who does free representation, but I have not been able to find anyone to help me.

27. All my life, all I have wanted to do is to do the right thing. Every morning that I wake up here, I ask myself how this is possible. Being in a prison even though I haven't committed any crime is more horrible than I can express. People told me what it was like in here, but before it happened to me, I did not truly understand it. We are treated like animals; kept in overcrowded, stinking cells with no privacy, and rounded up and counted three times a day. Sometimes it feels like I am losing my mind. All I can do is pray to God to have strength and patience to overcome this. But I know this has scarred me for life. I would never wish this experience on anyone.

28. I am afraid that if I am deported to Venezuela, I will be tortured or killed. I feel scared every day because my future is so uncertain.

29. This declaration was read back to me in Spanish, a language I speak fluently.

4

I, R.J.R.P., swear under penalty of perjury that the foregoing declaration is true and correct to the best of my knowledge and recollection.

/s/ *Remy Riera*

R.J.R.P.

Executed on this 2nd day of March 2026

State of Colorado
County of Denver

Signed and sworn to [or affirmed] before me on March 2 , 20 26 by
R.J.R.P. (name(s) of individual(s) making statement).

*Kara A. Narberes*
(Notary's official signature)

Notary Public
(Title of office)

July 30, 2029
(Commission Expiration)

KARA NARBERES
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20254029046
MY COMMISSION EXPIRES JULY 30, 2029

Interpretation services provided by Milagros R. Perkins of The Interpreter Network by The Spring Institute.

P249.005