# Exhibit G

**Declaration of R.C.P.**

Pursuant to 28 U.S.C. § 1746, I, R.C.P., declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am a 29-year-old man from Mexico. I have two daughters, who are four and six years old, who I was economically supporting before I was detained.

2. In January 2026, I was working as a general contractor and living in an apartment in Castle Rock with two roommates.

3. On the morning of January 20, 2026, I left for work around 7am with my roommate M.C.V., who was also my coworker. I had bought the car only a couple of days earlier, from an acquaintance of a friend, and had not yet gotten new plates from the DMV.

4. Shortly after we left the apartment, I noticed an unmarked car was following us. The car turned on red and blue lights, and sirens. I thought the car must be police, so I pulled over into the parking lot of a self-move business and pulled to a stop in front of the business, just above where the parking spots were. The business was on my passenger side. Because I thought I was being stopped by the police, I got my driver's license and insurance ready in my hand. I also rolled down my window, so I could talk to the policeman who stopped me.

5. After I parked, three or four other unmarked cars surrounded mine. There was one car behind me, one in front of me, and one on my driver's side. I started to become very afraid – this was the first time an officer had ever stopped me.

6. An officer dressed in dark unmarked clothes came to my window. I couldn't see whether he had a gun or not – everything happened so fast. I tried to give him my license through the window but he did not want it. The officer did not say anything to me, he just reached inside my car through the open window and opened the door.

7. He gestured with his hand for me to get out of the car and said "immigration" and something like "come out." He spoke in English, which I only speak a little of. I got out of the car, leaving my license and registration on the passenger seat.

8. Once I was out of the car, he grabbed my hands and put them behind my back. He pushed me a little bit into the car and handcuffed me with metal cuffs. They were tight and hurt me.

1

EXHIBIT

P250

P250.001

9. From when the officer approached my window to when he placed me in handcuffs, he did not ask me any questions about my living situation, my housing, my work, my family, or my community in Colorado. He did not ask me any questions about drugs, gangs, guns, or any other kind of crime.

10. The officer put me into the backseat of a car that was parked behind the car that originally stopped me, so two cars behind mine. Inside the car, the officer shackled my right foot to a chain attached to the car.

11. While the officer was shackling my foot, I asked him why I was being arrested, in a kind of Spanglish, so maybe he could understand me. He did not answer and closed the door.

12. I was in the car for about three minutes, and I couldn't see what happened to my friend M.C.V., because he was on the other side of the car. I saw the officer get into my car and move it into a parking spot. To my knowledge, they left it there.

13. The officers who were there seemed happy to have detained us. They were laughing and celebrating.

14. Then the officer drove me to the Centennial Office. I asked the officer to loosen the handcuffs because they were hurting me, and he responded, "No Espanol," and ignored me. Officers left the handcuffs on me, too tight, for thirty to forty minutes.

15. I have no criminal record, in Mexico, the United States, or anywhere else.

16. After officers at the Centennial Office took my fingerprints and asked me some questions about how I arrived in the country, I was taken to the GEO detention facility in Aurora. I am still detained there. I try to talk to my girls when I can, but it is very expensive, so I have very little time. I miss them so much and it hurts not to be able to talk to them or help them.

17. I think my friend M.C.V. has already been deported.

18. This declaration was read back to me in Spanish, a language I speak fluently.

2

P250.002

I, R.C.P., swear under penalty of perjury that the foregoing declaration is true and correct to the best of my knowledge and recollection.

__/s/__ _____

R.C.P.

Executed on this 2nd day of March 2026

State of Colorado
County of Denver

Signed and sworn to [or affirmed] before me on __March 2_____, 20 26 by
__R.C.P._____ (name(s) of individual(s) making statement).

_____
(Notary's official signature)

__Notary Republic_____
(Title of office)

| | KARA NARBERES |
| | NOTARY PUBLIC |
| | STATE OF COLORADO |
| | NOTARY ID 20254029046 |
| | MY COMMISSION EXPIRES JULY 30, 2029 |

__July 30, 2029_____
(Commission Expiration)

Interpretation services provided by Milagros R. Perkins of The Interpreter Network by The Spring Institute.

P250.003