# Exhibit H

**Declaration of A.G.R.**

Pursuant to 28 U.S.C. § 1746, I, A.G.R., declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am a 31-year-old man from Nicaragua. I came to the United States just over three years ago, fleeing persecution from Nicaragua's government based on my political activism. I filed an asylum claim in August of 2023, and that claim has been pending since.

2. I have lived in Aurora, Colorado, since I came to this country. When I fled Nicaragua, I was forced to leave my partner of over sixteen years and my severely disabled child behind. Because I support my child, I have worked whatever jobs would hire me since I arrived.

3. On the morning of December 6, 2025, I picked up two friends, Y.V.N. and J.C.R., to give them a lift to their jobs, before going to work myself. We all worked at local restaurants. As I was driving down Iliff Street, an unmarked SUV flashed red and blue lights.

4. I thought that the car belonged to the police, so I pulled over into the parking lot of a nearby strip mall. As I pulled into the parking lot, a second unmarked car pulled into the parking lot in front of me.

5. Two officers in dark clothes, without any markings or badges approached. Both of them had short guns on their belts. One officer came up to my window and the other came up to the passenger side window, where my friend Y.V.N. was sitting. The officers indicated for us to roll down our windows.

6. I do not speak very much English, and neither do my friends.

7. The officer at my window was a white man, who only appeared to know a few words of Spanish. He said "identification," to me, so I handed him my driver's license. My driver's license is a S.B. 251 license, with a black marking on the back.

8. The officer looked at my license and said, "resident or citizen?" I answered "no," and gave him my work permit.

9. The officer who had been at my friend's window came around the back of the car and showed the officer at my window my friends' identification. After a brief period,

1

EXHIBIT

P251

P251.001

at most a couple of minutes, the officers came back to our car windows and yelled "open the doors" over and over again.

10. I opened my door and the officer said I was "under arrest." The officer put handcuffs on my wrists, in front of my body, at the side of my car. I tried to tell the officer that my leg was fractured, so he would not aggravate my injury, but he did not respond to me.

11. The officer put me into the second unmarked car, the one that had intercepted us in the parking lot, with my friend, who was also in handcuffs. Another officer put my other friend, also handcuffed, into the other car.

12. At some point during my arrest, a third unmarked car had arrived in the parking lot, with a third agent, who was wearing dark clothes with no markings, and carrying a short gun.

13. The officers drove all three cars around the strip mall, into the back alley. A worker at the strip mall came out and asked the officers what they were doing. The officers told the worker to go back inside, and they did.

14. Officers took vests labelled "ICE" and badges from the passenger seat of one of the cars and put them on. Then they told me and my friend to get out of the car and we did. One officer put a chain around my waist, and chained my hands to it, in front of my body. They did not chain my feet together because of my leg. Another officer put a waist chain on my friend, chained his hands to it, and then shackled his feet together.

15. I don't understand why they put me in handcuffs at all, because I could not have run away from them – I could not run on my broken leg.

16. The officers then put us back in the cars. We were in the parking lot for about twenty minutes. The officers moved all of us between the cars multiple times – from one car to another and then back. I don't know why they did that.

17. At some point, I asked an officer that spoke Spanish why I was being arrested. He told me that it was because they had put my license plate number through their system, and I was "illegal." I tried to ask for more information, but the officer said, "shut up, don't talk."

2

P251.002

18. The officers drove me and my two friends to the ICE office in Centennial. After four or five hours, my friends and I were transported to the GEO detention center.

19. Between when the officer approached my window and when we arrived at the office in Centennial, none of the officers asked me any questions about where I worked, my family, or my community in Colorado. None of the officers asked me any questions about drugs, gangs, guns, or any other kind of crime. The only question any of them asked was "citizen or resident?"

20. I am still detained in the GEO detention center, which has caused extraordinary hardship for my son and impacted my health.

21. Sometimes, when I lay in my bed at night, I think about my arrest and I cannot stop crying. I was so afraid. I am not a bad person, and I've never done anything to deserve that.

22. I was being treated for my fractured leg, which was a work-related injury, and for H.I.V. outside of detention. I was scheduled to have a minor surgery on December 11, 2025, to remove and analyze some cells. I could not have that surgery, I have received no treatment for my leg, and I am not getting all the medication I was getting from my doctors to treat my H.I.V. I am afraid my health is getting worse.

23. When I was detained, I was serving a twelve-month probation sentence for misdemeanor driving under the influence. I was taking my required classes, checking in with my probation officer monthly, and taking random urinary analysis tests. I was in complete compliance with my probation at the time of my arrest. During my detention, I have been unable to comply with my sentence, and I feel very bad about that.

24. Just as I checked in with my probation officer and did what she asked me to do, I would have checked in with immigration officials if they had told me they needed that while my asylum case was pending. I would have done whatever immigration agents asked me to do.

25. Y.V.N. is still in detention here, but J.C.R. has already been deported. I am terrified I will be sent back to Nicaragua, where I will be arrested or worse.

26. This declaration was read back to me in Spanish, a language I speak fluently.

P251.003

I, A.G.R., swear under penalty of perjury that the foregoing declaration is true and correct to the best of my knowledge and recollection.

__/s/ _____

A.G.R.

Executed on this 2nd day of March 2026

State of Colorado
County of Denver

Signed and sworn to [or affirmed] before me on March 2 , 2026 by
A.G.R. (name(s) of individual(s) making statement).

Kara A. Narberes
(Notary's official signature)

Notary Public
(Title of office)

July 30, 2029
(Commission Expiration)

KARA NARBERES
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20254029046
MY COMMISSION EXPIRES JULY 30, 2029

Interpretation services provided by Milagros R. Perkins of The Interpreter Network by The Spring Institute.

P251.004