IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

---

Civil Action: 1:25-cv-03183-RBJ                                    Date: March 11, 2026
Courtroom Deputy: Meghan Smotts                          Court Reporter: Kevin Carlin

---

| *Parties* | *Counsel* |
|---|---|
| REFUGIO RAMIREZ OVANDO, CAROLINE DIAS GONCALVES, J.S.T., and G.R.R., and all those similarly situated, **Plaintiffs** | *Hans Meyer* *Timothy MacDonald* *Scott Medlock* *Emma Mclean-Riggs* *Anna Kurtz* |
| **v.** | |
| KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, and ROBERT GUADIAN, in his official capacity as Director of the Denver Field Office of the U.S. Immigration and Customs Enforcement, **Defendants** | *Brad E. Leneis* *Logan Brown* *Nick Deuschle* |

---

## COURTROOM MINUTES

---

**EVIDENTIARY HEARING-Day Two**

**9:02 a.m.        Court in session.**

Court calls case. Appearances of counsel.

Plaintiffs' witness, Greg Davies, Assistant Field Office Director, re-called and remains under oath.

9:02 a.m.        Cont. direct examination of Mr. Davies by Mr. MacDonald.
                      **Exhibits P243, P206/P206R̲, P210/P210R̲ are admitted.**

9:24 a.m.        Cross examination of Mr. Davies by Mr. Brown.

9:37 a.m.        Re-direct examination of Mr. Davies by Mr. MacDonald.

9:48 a.m.        Re-cross examination of Mr. Davies by Mr. Brown.

Witness excused.

**Exhibit P260 is admitted.**

**Evidence is closed.**

9:50 a.m. Closing argument by Mr. MacDonald.

10:18 a.m. Closing argument by Mr. Deuschle.

10:37 a.m. Rebuttal closing argument by Mr. MacDonald.

**ORDERED:   Plaintiffs' Motion to Enforce Preliminary Injunction and Brief in Support [ECF 82] is TAKEN UNDER ADVISEMENT. A written order will enter in due course.**

**10:41 a.m.      Court in recess.**       Hearing concluded.         Total time in Court: 01:39