# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03183-RBJ

REFUGIO RAMIREZ OVANDO, et al.,

      Plaintiffs,

v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.,

      Defendants.

---

## STATUS REPORT REGARDING LPR STATUS

---

This status report is filed in response to the Court's inquiry at the March 11, 2026, evidentiary hearing, regarding the status of paperwork reflecting Plaintiff Refugio Ramirez Ovando's Lawful Permanent Resident ("LPR") status.

After the hearing, undersigned counsel contacted United States Citizenship and Immigration Services ("USCIS") regarding this matter, which informed undersigned counsel that an I-551 LPR card ("green card") showing that LPR status as of August 18, 2025, has been issued to Mr. Ramirez Ovando, and that the green card was mailed to him on February 6, 2026, and appears to have been delivered on February 12, 2026, to the P.O. box that USCIS has on file for him.

//
//
//

1

2

Dated: March 13, 2026

PETER MCNEILLY
United States Attorney

*s/ Logan P. Brown*
**Logan P. Brown**
Brad Leneis
Nick Deuschle
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Fax: 303-454-0411
logan.brown@usdoj.gov
brad.leneis2@usdoj.gov
nick.deuschle@usdoj.gov

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I certify that on Mach 13, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will cause notice to be delivered electronically to all counsel of record.

_s/ Logan P. Brown_
Assistant U.S. Attorney