**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-03183-RBJ

REFUGIO RAMIREZ OVANDO, et al.,

      Plaintiffs,

    v.

MARKWAYNE MULLIN, et al.,

      Defendants.

---

**JOINT MOTION TO RESTRICT AND
SUBSTITUTE ECF 67-1 to -3 AND 80-1 to -6**

---

This Court previously granted Defendants' unopposed motion, pursuant to D.C.COLO.LCivR 7.2(c), to restrict unredacted documents filed at ECF Nos. 67-1, 67-2, 67-3, 80-1, 80-2, 80-3, 80-4, 80-5, and 80-6 under Level 1 restriction through April 16, 2026, until the parties could resolve disputed redactions. ECF 101 & 102. Having completed that conferral, the parties now submit this joint motion to substitute for the public case file the redacted versions of the documents attached to this motion as Exhibits 1-9, and to keep the originals under Level 1 restriction until that substitution can be accomplished.

Plaintiffs submitted ECF Nos. 67-1 to -3 in support of their proposed agenda for the February 18, 2026, Status Conference. Plaintiffs submitted ECF Nos. 80-1 to -6 in support of their March 4, 2026, Motion to Enforce. ECF No. 80-5 is a declaration that lists the names and A#s of individuals whose Form I-213s were produced by Defendants pursuant to this Court's preliminary injunction. The remaining documents consist of either

-1-

-2-

Form I-213s or email exchanges between counsel regarding requests for Form I-213s. All of the documents contain sensitive information about arrestees. The Form I-213s also contain the full names of officers whom the Court ordered should be referred to by initial during the recent hearing on the motion to enforce, as well as the names of databases checked by the officers during particular arrests. The proposed substitute documents attached to this motion redact the databases checked and other sensitive information about the arrestees, and substitute people's names with their initials.[1]

Good cause exists for the requested relief, and it would not prejudice the public. On the contrary, the proposed substitute documents are an alternative to restriction that would provide greater transparency to the proceedings and filings in this case, while still protecting the sensitive information that prompted the initial requests for temporary restriction. *See* ECF Nos. 74, 101.

For these reasons, the parties respectfully request that the Court accept the substitute redacted documents attached to this motion and direct the Clerk of Court to substitute the attached redacted documents for the unredacted documents originally filed. The parties also request that the Court maintain the Level 1 restriction on the unredacted documents until the substitution is accomplished.

---

[1] While Plaintiffs agree to the redaction of databases in the referenced documents for purposes of this joint motion, Plaintiffs reserve the right in a different context to take the position, as they have with regard to officers' names, that law enforcement privacy interests do not outweigh the presumption of public access to that information.

-2-

-3-

DATED: April 16, 2026                         Respectfully submitted,


*/s/ Anna Kurtz*                              PETER MCNEILLY
Timothy R. Macdonald, Bar No. 29180           United States Attorney
Annie Kurtz, Bar No. 51525
Emma Mclean-Riggs, Bar No. 51370              s/ Brad Leneis
Sara Neel, Bar No. 36904                      **Brad Leneis**
Scott Medlock, Bar No. 57210ACLU of           *Logan Brown*
Colorado                                      *Nick Deuschle*
303 E. 17th Avenue, Suite 350                 Assistant United States Attorneys
Denver, CO 80203                              1801 California Street, Suite 1600
Telephone: (303) 777-5482                     Denver, Colorado  80202
tmacdonald@aclu-co.org                        Telephone: (303) 454-0100
akurtz@aclu-co.org                            FAX: (303) 454-0411
                                              brad.leneis2@usdoj.gov
*Attorneys for Plaintiffs*                    logan.brown@usdoj.gov
                                              nick.deuschle@usdoj.gov

                                              *Attorneys for Defendants*


## CERTIFICATE OF SERVICE

I certify that on April 16, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will cause notice to be delivered electronically to all counsel of record.


                                    *s/ Brad Leneis*
                                    Brad Leneis
                                    Assistant U.S. Attorney

-3-