# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03183-RBJ

REFUGIO RAMIREZ OVANDO, et al.,

     Plaintiffs,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security,
TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, and
GEORGE VALDEZ, in his official capacity as Acting Director of the Denver Field Office of U.S. Immigration and Customs Enforcement,

     Defendants.

---

## ORDER

---

Before the Court is the parties' "Joint Motion to Restrict and Substitute ECF 67-1 to -3 and 80-1 to -6." For good cause shown, the parties' motion is GRANTED. The Clerk of Court is DIRECTED to substitute the redacted documents attached to the parties' motion for the unredacted documents filed at ECF 67-1 to 67-3 and ECF 80-1 to 80-6. The Level 1 restriction on the unredacted versions shall be maintained until the substitution is accomplished.

 

_____
U.S. District Judge

1