# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03183-RBJ

REFUGIO RAMIREZ OVANDO, et al.,

     Plaintiffs,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security,
TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, and
GEORGE VALDEZ, in his official capacity as Acting Director of the Denver Field Office of U.S. Immigration and Customs Enforcement,

     Defendants.

---

## MOTION TO WITHDRAW

---

Pursuant to D.C.COLO.LAttyR 5(b), Brad Leneis, Assistant United States Attorney, hereby moves to withdraw as counsel for Defendants. Pursuant to D.C.COLO.LCivR 7.1(b)(4), conferral was not required before filing this motion.

There is good cause to grant this motion. Mr. Leneis is leaving the U.S. Attorney's Office for another position within the U.S. Department of Justice. Defendants will continue to be represented by Assistant United States Attorneys Logan Brown and Nick Deuschle.

WHEREFORE undersigned counsel respectfully requests that the Court grant this motion to withdraw as counsel for the Defendants.

1

Respectfully submitted on April 27, 2026.

PETER MCNEILLY
United States Attorney

 s/ Brad Leneis
**Brad Leneis**
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0411
E-mail: brad.leneis2@usdoj.gov

*Attorney for Defendants*

2

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on April 27, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record

 s/ Brad Leneis
**Brad Leneis**
U.S. Attorney's Office

3