# Exhibit A

Case No. 1:25-cv-03183-RBJ    Document 111-1    filed 05/11/26    USDC Colorado    pg
2 of 3
Case 1:25-cv-03417-BAH    Document 101    Filed 05/07/26    Page 1 of 2

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSÉ ESCOBAR MOLINA, *et al.*, *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Civil Action No. 25-3417 (BAH) <br><br> Judge Beryl A. Howell |

## ORDER

Upon consideration of plaintiffs' Motion to Enforce Preliminary Injunction, ECF No. 78, and Motion for Extra-Record Discovery, ECF No. 85, the memoranda and supplemental memoranda and declarations and exhibits attached thereto, in support and opposition, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby—

**ORDERED** that plaintiffs' Motion to Enforce Preliminary Injunction, ECF No. 78, is **GRANTED**; it is further

**ORDERED** that, when conducting civil immigration arrests without a warrant in this District, defendants shall not rely on the probable cause standard or analytical approach set forth in the five-page memorandum from former Acting Director of Immigration and Customs Enforcement, Todd Lyons, *see* Mem. from Todd M. Lyons, Senior Off. Performing Duties of Dir., Re: Civil Immigration Arrest Authority: Administrative Arrest Warrants and Warrantless Arrests (Jan. 28, 2026), ECF No. 78-1 (Pls.' Ex. 10); it is further

1

**ORDERED** that plaintiffs' Motion for Extra-Record Discovery, ECF No. 85, is **GRANTED**; and it is further

**ORDERED** that plaintiffs may serve on defendants requests for production and admission and up to ten (10) interrogatories, and take up to five (5) depositions, and the parties, by May 18, 2026, shall confer and propose to the Court a scheduling order for the expeditious completion of this discovery.

This Order shall remain in effect until further order of the Court.

**SO ORDERED**.

Date: May 7, 2026

_____
**BERYL A. HOWELL**
United States District Judge

2