**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-03183-RBJ

REFUGIO RAMIREZ OVANDO, et al.,

      Plaintiffs,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, et al.,

      Defendants.

---

**STATUS REPORT RE: COMPLIANCE WITH MAY 12 ORDER (ECF No. 112)**

---

Defendants file this Status Report regarding compliance with certain terms of the Court's May 12 Order Enforcing Preliminary Injunction (ECF No. 112) ("May 12 Order").

As the Court is aware, it recently modified Defendants' monthly production obligations in this case. Earlier, on November 25, 2025, the Court issued an Order granting Plaintiffs' Motion for Preliminary Injunction ("PI Order"). ECF No. 49. The PI Order required, among other things, Defendants to produce to Plaintiffs' counsel Form I-213s for certain arrests. *Id.* at 59; ECF No. 112 at 7-8. The PI Order did not require Defendants to produce arrest warrants or Notices to Appear (NTAs). *See id.* The parties agreed that Defendants would produce randomly selected Form I-213s on the 10th day of the month following the arrests and, for specifically requested I-213s, within four business days of the request. ECF No. 79 at 3 n.1. Then, on May 12, 2026, the Court issued its May 12 Order, which modified the arrest documentation production requirements. ECF No. 112 at 58-60. Among other things, and unlike the PI Order, it

1

requires Defendants to produce to Plaintiffs' counsel arrest warrants and NTAs, in addition to Form I-213s. *Id.*

Relevant here, Item 9 of the May 12 Order required Defendants to produce to Plaintiffs' counsel, by June 11, 2026, Form I-213s, arrest warrants, and NTAs for (a) warrantless arrests and (b) arrests in which the government claims it obtained a warrant after the encounter began ("Field Warrant Arrests") that occurred in the District of Colorado from the date of the May 12 Order, and (c) for arrests in which Plaintiffs requested such documentation on a good-faith basis to believe the arrested individual was not a "target," from the date of the preliminary injunction. *Id.* at 59. Item 10 imposed a similar obligation going forward, including requiring Defendants to produce Form I-213s, warrants, and NTAs within four business days of Plaintiffs' request. *Id.*

Yesterday, on June 11, 2026, per Item 9 of the May 12 Order, Defendants produced to Plaintiffs' counsel arrest records in categories (a), (b), and (c). But Defendants were not yet able to produce all warrants and NTAs for the relevant arrests. Among other issues, for many individuals, these records are stored only in a paper file that is frequently not accessible by the Denver Field Office.[1] For example, for any individual who has left the country (through removal, voluntary departure, or otherwise), their paper file is transferred to the National Records Center—a facility operated not by the Department of Homeland Security but by the National Archives and Records Administration, an independent federal agency—and access to such documents from the National Records Center requires at least forty-five days.

---

[1] One Form I-213 is also apparently only available in the individual's paper file and was similarly not able to be produced.

Defendants are filing this Status Report to notify the Court that they intend to supplement their June 11 production to bring the production into compliance with the requirements of the Court's May 12 Order. Undersigned counsel is currently working to gather the factual information that is needed to reasonably estimate the production timing of these outstanding documents and to determine whether Defendants will seek to modify the timing requirements for future productions.[2] Once undersigned counsel obtains this necessary information, Defendants anticipate providing the Court with an update either via a further status report or a motion to modify production requirements.

Dated: June 12, 2026.

Respectfully submitted,

PETER MCNEILLY
United States Attorney

s/ Logan Brown
**Logan Brown**
Nick Deuschle
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Fax: 303-454-0411
logan.brown@usdoj.gov
nick.deuschle@usdoj.gov

Attorneys for Defendants

---

[2] For example, four business days is nearly always sufficient to locate and produce Form I-213s, but it appears that it will frequently not be possible to produce warrants or NTAs within four days of a request.

3

**CERTIFICATE OF SERVICE**

I certify that on June 12, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will cause notice to be delivered electronically to all counsel of record.

s/ Logan Brown
***Logan Brown***
Assistant U.S. Attorney