# Exhibit G

**DECLARATION OF G.B.R.**

I, G.B.R., declare under penalty of perjury, pursuant to Title 28, Section 1746 of the United States Code that the following is true and correct to the best of my knowledge and belief:

1. My name is G.B.R.. I am providing this sworn declaration to share a little bit about myself and what happened with Immigration and Customs Enforcement ("ICE") arrested me on July 2, 2026 in Colorado Springs, CO.

2. I have been living in the United States for approximately twenty years. I have lived for that entire time in Colorado Springs, CO. I have two biological U.S. citizen children and two stepchildren who are also U.S. citizens. I also have a U.S. citizen partner. She is the biological parent of my two stepchildren.

3. I have an approved I-130 petition with USCIS from a few years ago that was based on my prior marriage to another U.S. citizen. But I did not follow through with that petition because she and I divorced.

4. On the day of my arrest, I left my home between 9am and 10am that morning to look for work. I own my own company that specializes in decks. My company is licensed with the state of Colorado. It is called [redacted]

5. I got on the highway and later noticed in my rearview mirror that there was a black SUV following me. I then noticed that there was another SUV following me too. I changed lanes a couple of times, using my blinker and following all traffic laws, and the SUVs changed lanes too. I then felt confident that they were following me.

6. When I got off the highway I hit the first traffic light two additional SUVs came at me from the front. The SUVs behind me and in front of me put on their lights. I was stopped at a red light. One of the officers that was in one of the SUVs behind me stuck his head out of the window and yelled at me that I was arrested, that they were ICE, and told me to turn to the right. I followed their command and pulled to the right into a parking lot and parked in a location where my front was obstructed so I could not drive forward.

7. Four to six SUVs surrounded my pickup truck from behind and the sides. I could not drive or move in my truck even if I wanted to. I lowered my window about 4 inches, and I saw the masked men approach my car from all sides.

8. There were about 8-10 of them. They were masked and all had guns on their hips with the exception of one who had their gun in their hand. The masked man who had the gun out was behind my truck and the rest had their hands on their weapon that was on their hips as they approached my truck. They all had vests on with ICE on them.

9. The officers were yelling at me to get out of the car, saying that I am under arrest and that I am illegal. I had my window rolled down about four inches and I asked them who they

were looking for and how they knew I was illegal. They did not answer but just said they had a warrant.

10. I asked to see the warrant and an officer came to my window and pressed it against the window. I noticed that it was for someone named L.V.A.. I do not know who that is.

11. I told the officers that I am not the person on the warrant. They said we don't care, you are arrested. I asked if I could show them my ID and I went to get my wallet from my pants and they told me not to move my hands. I followed their orders.

12. The officers continued to yell at me to get out of the car, saying I was illegal and arrested and that they were ICE. They only spoke English to me. The officer closest to me kept yelling and told me he was going to break my car window if I did not get out of the car; he immediately started banging the window.

13. I opened my door to get out and he kept banging the window and it broke. Then two officers grabbed my shoulders and pulled me out of the car. One put his hand on the back of my neck while the other pulled my hands behind my back and put me in handcuffs. They told me I was arrested for being illegal in the country.

14. The handcuffs were very tight and cut me. I told them that I was in pain and that they hurt but they said they did not care. They put me in one of their SUVs and took me to an ICE office in Colorado Springs.

15. The officers that arrested me did not ask me any questions. They also did not answer any of the questions I asked. They only said I was arrested for being illegal.

16. I was asked a lot of questions when in the ICE office in Colorado Springs. It was the first time they asked my name, where I was born, my parents name, whether I had children and other things like that about my life.

17. They also gave me a property receipt when I was in the office in Colorado Springs, but I noticed that the receipt only documented $200 of the $700 I had in my wallet. Also in my wallet were my Colorado ID and my Mexican ID.

18. This declaration was read to me in Spanish, the language I speak and understand best. The contents of this declaration are true and accurate to the best of my recollection. I also understand that I signed this affidavit using /s/ to confirm the declaration's contents.

19. Thank you for considering my statement.

I, G.B.R., declare under penalty of perjury, pursuant to Title 28, Section 1746 of the United States Code that the foregoing is true and correct to the best of my knowledge and belief:

__/s/ G.B.R. Date: 8/14/2026
G.B.R.

U.S. DEPARTMENT OF HOMELAND SECURITY — Warrant for Arrest of Alien

File No. ______________

Date: 7/2/2026

To: **Any immigration officer authorized pursuant to sections 236 and 287 of the Immigration and Nationality Act and part 287 of title 8, Code of Federal Regulations, to serve warrants of arrest for immigration violations**

I have determined that there is probable cause to believe that L.V.A. is removable from the United States. This determination is based upon:

☐ the execution of a charging document to initiate removal proceedings against the subject;

☐ the pendency of ongoing removal proceedings against the subject;

☐ the failure to establish admissibility subsequent to deferred inspection;

☒ biometric confirmation of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or

☐ statements made voluntarily by the subject to an immigration officer and/or other reliable evidence that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**YOU ARE COMMANDED** to arrest and take into custody for removal proceedings under the Immigration and Nationality Act, the above-named alien.

[signature]
(Signature of Authorized Immigration Officer)

Martin, R (a) SDDO #5896
(Printed Name and Title of ~~Authorized Immigration Officer~~)

**Certificate of Service**

I hereby certify that the Warrant for Arrest of Alien was served by me at Colorado Springs, CO (Location)

on L.V.A. (Name of Alien) on 7/2/2026 (Date of Service), and the contents of this

notice were read to him or her in the Spanish (Language) language.

Ulises Nunez [signature]
Name and Signature of Officer

______________
Name or Number of Interpreter (if applicable)

Form I-200 (Rev. 09/16)