# Exhibit I

# DECLARATION OF S.N.

I, S. N., declare under penalty of perjury, pursuant to Title 28, Section 1746 of the United States Code that the following is true and correct to the best of my knowledge and belief:

1. My name is S. N. I am eighteen years old. This is my declaration about how ICE arrested me and a bit about myself.

2. I was born on June 8, 2008. I have been in the United States since April of 2023. I entered lawfully on parole with my mother and younger brother. My family in the United States requested that we come from Venezuela on the Biden parole program. We entered lawfully and followed all the rules.

3. Within one year of entering, I filed for asylum. I got a work permit and a social security number and social security card. I went to High School at Alameda International High School. I was about to start Senior year before ICE arrested me. I was the captain of my high school soccer team and also on the wresting team. I was on the varsity team for both soccer and wrestling.

4. On the weekends I would sometimes work at Sonic and sometimes help my mother deliver food. I was very busy with school and sports. But my mom is a very good cook and sometimes she needed help. She would cook Venezuelan food at home and sell it all over. She would need my help delivering food sometimes if she could not do it herself.

5. The day I was arrested by ICE, she asked that I go with her to deliver food to an apartment in Aurora. I had been there once before to deliver my mother's food but I did not enter the apartment. The person who bought the food came down and I just handed it to them.

6. But this day I did enter the apartment building. I was going to apartment #304 on the third floor of the building. I got to the door and just before I knocked I saw law enforcement officers with vests, with shields, with helmets, and guns coming from both sides. The vests I saw at first said police.

7. Once I knocked, someone on the other side of the door opened the door quickly and pulled me into the apartment. They then shut and locked the door. I put the food down right there in the entryway by the door. Almost immediately afterwards I heard banging on the door and people yelling for everyone to come out with their hands on their heads.

8. I opened the door right away and put my hands on my head. What I saw was terrifying. The officers had helmets, shields, vests, and long guns pointing directly at me. I saw that there were site lasers on my chest. An officer grabbed me right away and shoved me up against the wall. They handcuffed me immediately with metal cuffs.

9. I was yelling that I was only there delivering food and that I did nothing wrong. I asked them if they were blind because the food I had delivered was right there. Then an officer

punched in the face and felt extremely dizzy. I know the man that punched me was from ICE because I saw him later during my arrest with an ICE vest on.

10. Two officers then took me out of there. One had my arm and another had a hand on the back of my neck and a hand on the handcuffs that were behind my back. These two officers stayed with me until they dropped me off in ICE's Centennial office. I also saw them later during my arrest with ICE vests on.

11. We walked down the stairs and towards these officers' vehicles. They lead me down three floors. They put me in a vehicle and started asking me questions for the first time. They asked my birthday, my name, where I was from, and whether I knew the people in the apartment. I answered honestly; I did not know the people in the apartment, gave them my name, birthday, and told them I was from Venezuela.

12. They asked me whether reviewing my phone they would find conversations with me and the people in the apartment. I told them no, they would not. I asked if they had permission to review my phone and asked them why I was arrested. They did not answer, they only said as of now, they did not have permission to review my phone or arrest me. I have not seen my phone since day; it is not in my property at GEO.

13. They took my photo with their phone. They put a chain around my waist, put a chain between my ankles, and handcuffed my hands in front of me on the chain on my waist.

14. They asked if I was Mexican because of my clown tattoo; I told them no. I think they thought I was lying about being Venezuelan because of my tattoo and because I spoke some English. They then told me I was Tren de Aragua. I said I was not. They asked if I used drugs and I said no. I kept asking what they were doing, I said I wanted to talk to someone.

15. The people who brought me down from the apartment were the same officials that asked me these questions and who I was asking questions when in the vehicle. Their faces were covered with masks.

16. They took me out of that car and put me into another one. They closed the door and drove me to Centennial.

17. While in the car to Centennial I asked the driver if they had something to stop the bleeding from the punch the officer gave me above my right eye. They said no. They said that I belonged in Venezuela.

18. I got to Centennial and it was the first time I was asked questions about my life, like whether I worked, my family here, whether I went to school, things like that. After the questions in Centennial they took me to GEO.

19. This declaration was read to me in Spanish, the language I speak and understand best. The contents of this declaration are true and accurate to the best of my recollection. I also understand that I signed this affidavit using /s/ to confirm the declaration's contents.

20. Thank you for considering my statement.

I, S. N., declare under penalty of perjury, pursuant to Title 28, Section 1746 of the United States Code that the foregoing is true and correct to the best of my knowledge and belief:

/s/ S. N. Date: 8/18/2026
S. N.