# Exhibit J

# DECLARATION OF D.R.M.

I, D.R.M., declare under penalty of perjury, pursuant to Title 28, Section 1746 of the United States Code that the following is true and correct to the best of my knowledge and belief:

1. My name is D.R.M. I am providing this declaration to share what happened the day ICE arrested me and jailed me.

2. I was on my way to work with four coworkers. I did not know them too well, we had worked together before but that was the extent of our relationship. We just worked together. It was June 29, 2026 and Orlando was driving his truck. I was in the front passenger seat and there were three more people in the back seat. It was a two-door truck.

3. We stopped at Home Depot to buy some cement for our work that day. We entered the Home Depot, bought the materials, and left without issue. We then started driving to the construction site with the cement. About 2 minutes from the Home Depot I noticed in the sideview mirror that there were cars behind us with emergency lights on. Orlando pulled over to the right shortly after that.

4. After he pulled over four cars surrounded us and about 6 officers got out of the cars and surrounded us too. The officers were masked and had vests that said ICE. They had guns on their hips. Two officers opened the two doors of the truck, without asking permission, and were yelling, papers, papers, show us your papers. I immediately told the officer closest to me that I did not have any papers. The officer yelled at me to get out of the truck, grabbed me, and got me out of the truck.

5. The officer then immediately handcuffed my hands behind my back in metal cuffs and put a chain around my feet. He pushed me against Orlando's truck. The rest of the people in the truck were being arrested too. No more than a minute later the officer that cuffed me asked my name. I gave my correct name.

6. He then asked if I had a family member that worked in the U.S. military; I said no. He did not ask any other questions and then took me to one of their cars and put me in the backseat. I was the first put into the truck. ICE put two more people in the truck. There were two officials in the truck too.

7. ICE never showed me an arrest warrant or any paper when arresting me or taking me to their office.

8. The officers did not ask me any other questions until I got to their office in Colorado Springs. While there, different people asked me more personal questions about my life.

9. This declaration was read to me in Spanish, the language I speak and understand best. The contents of this declaration are true and accurate to the best of my recollection. I also understand that I signed this affidavit using /s/ to confirm the declaration's contents.

10. Thank you for considering my statement.

I, D.R.M., declare under penalty of perjury, pursuant to Title 28, Section 1746 of the United States Code that the foregoing is true and correct to the best of my knowledge and belief:

/s/ D.R.M. Date: 8/18/2026
D.R.M.