# Exhibit M

**DECLARATION OF J.D.B.**

I, J.D.B., declare under penalty of perjury, pursuant to Title 28, Section 1746 of the United States Code that the following is true and correct to the best of my knowledge and belief:

1. My name is J.D.B. I am providing this declaration to share what happened the day ICE arrested me.

2. I spend the majority of my time in the US working. That all changed with ICE violently arrested me on August 4, 2026.

3. I was driving my uncle's truck on the morning of August 4, 2026. My uncle, Francisco, and cousin, D.B.D.J., were in the truck with me. Francisco was in the front passenger seat and D.B.D.J. was in the backseat on the driver's side. We went to a 7-Eleven to buy water and get breakfast before going to work.

4. I parked just to the left of the store. There was a dumpster in front of where I parked, so I could not move forward. I could not go to the left because there was no exit there. The entrance to the store was a little bit in front of us and to the right. The gas was sold farther to the right.

5. All three of us went into the store. D.B.D.J. and I exited the store first. I got back into the driver's seat and D.B.D.J. back into the same seat behind me. I saw Francisco leaving the store, turned the truck on, and started backing up slowly.

6. Everything happened so quickly after that. As I was backing up I saw law enforcement surrounding Francisco and I felt us lightly hit something behind us. I looked up and saw an officer with a gun pointing right at me; he had a vest that said ICE on it. Another officer opened the front passenger door, turned off the truck, and took the keys. I then heard the back window shatter and saw D.B.D.J. being pulled out of the truck.

7. The officer pointing the gun at me opened my door, pulled me out of the truck too and shoved me to the ground. I hit my face on the ground and got a cut on my nose. While on the ground, face first, the officer pulled my hands behind my back and handcuffed me with metal handcuffs. While on the ground I turned my head to look at D.B.D.J. and I saw the officer beating him, pounding his face against the pavement.

8. The officer with me then pulled me up and put me in one of their cars. They moved my handcuffs from the back to the front and drove me to another location. D.B.D.J. and Francisco were not in the car with me. When we got to the other location, which was very close, they opened the door and took me out of the car. They searched me and took out my wallet, which had my Mexican ID. They then asked me if I had any papers; I said no. They also asked where I was from; I said Mexico. They had not asked me any questions until that point.

9. They then put a chain around my waist, handcuffed me to the chain, and put me back in the car and drove me to Centennial. The officers who arrested me did not ask me any personal questions like where I lived, whether I worked, about my family, or anything about my life.

10. Different officers did ask me all of those questions in Centennial. I answered them and they took me to GEO.

11. This declaration was read to me in Spanish, the language I speak and understand best. The contents of this declaration are true and accurate to the best of my recollection. I also understand that I signed this affidavit using /s/ to confirm the declaration's contents.

12. Thank you for considering my statement.

I, J.D.B., declare under penalty of perjury, pursuant to Title 28, Section 1746 of the United States Code that the foregoing is true and correct to the best of my knowledge and belief:

/s/ J.D.B. Date: 8/18/2026
J.D.B.